**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Nicholas L. Reich dba Reich's Roadhouse LLC,<br><br>Plaintiff,<br>v.<br><br>Auto-Owners Insurance Company,<br><br>Defendant. | Court File No.: ____________________<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Auto-Owners Insurance Company ("Auto-Owners"), by and through its undersigned counsel and expressly reserving all of its rights to respond to this lawsuit, hereby files its Notice of Removal of this action, styled *Nicholas L. Reich dba Reich's Roadhouse LLC v. Auto-Owners Insurance Company*, Case No. 2019CV00065, from the Circuit Court in Rusk County of the State of Wisconsin to the United States District Court for the Western District of Wisconsin. Removal is warranted pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, as this is a diversity action over which this Court has original jurisdiction. In support of its Notice of Removal, Auto-Owners states as follows:

## INTRODUCTION

1. On or about August 8, 2019, Plaintiff Nicholas L. Reich dba Reich's Roadhouse LLC ("Plaintiff") filed a Complaint containing causes of action for declaratory judgment, breach of contract, and bad faith ("Complaint") in the Circuit Court in Rusk County of the State of Wisconsin. Pursuant to 28 U.S.C. § 1446(a),

attached hereto as **Exhibit 1** are copies of all process, pleadings, and orders served upon Auto-Owners: the Summons, Complaint, and accompanying exhibits filed by Plaintiff.

**TIMELINESS OF NOTICE OF REMOVAL**

2. Auto-Owners was served with a copy of the Complaint by process server on its registered agent for service of process on August 15, 2019. Defendant has filed this Notice of Removal within thirty (30) days after receipt of the Complaint, as required by 28 U.S.C. § 1446(b)(1).

**DIVERSITY JURISDICTION**

3. This action may be removed to this Court pursuant to 28 U.S.C. § 1332(a), which provides, in pertinent part:

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . (1) citizens of different States . . . .

28 U.S.C. § 1332(a).

4. This action is one which may be removed to this Court because: (a) it is a civil action; (b) the amount in controversy between these parties exceeds the sum or value of $75,000, exclusive of interest and costs; and (c) complete diversity of citizenship exists between Plaintiff and Auto-Owners.

5. The United States District Courts would have had original jurisdiction of this matter under 28 U.S.C. § 1332(a)(1) had the action been brought in federal court originally.

6. Plaintiff is a citizen of Wisconsin. *See* Complaint at 1.

7. Under 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]"

8. Defendant Auto-Owners is a Michigan corporation and citizen with its principal place of business located at 6101 Anacapri Drive, Lansing, Michigan, 48917-3999.

9. The matter in controversy exceeds the sum or value of $75,000 as Plaintiff seeks, among other relief, damages that in total exceed $1 million. *See* Complaint at 3-4, 10-11, 13-14. Plaintiff also seeks an award of attorney's fees. *Id.* at 14.

10. Because there is complete diversity of citizenship between Plaintiff and Auto-Owners, the only parties named in the Complaint, and as the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, this Court has original jurisdiction of this action pursuant to 28 U.S.C. §§ 1332(a)(1). Accordingly, this action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

11. The Circuit Court in Rusk County of the State of Wisconsin, where this action is currently pending, is within the Western District of Wisconsin.

## **NOTICE PROVIDED**

12. Defendant has served upon counsel for Plaintiff this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

13. As required by 28 U.S.C. § 1446(d), Defendant is simultaneously filing a true and correct copy of this Notice of Removal with the Circuit Court in Rusk County of

the State of Wisconsin. A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit 2**.

## NOTICE OF NON-WAIVER

14. Auto-Owners reserves all defenses, jurisdictional or otherwise, and nothing in this Notice of Removal is intended to waive any such defenses of Auto-Owners, or its respective rights to contest the underlying basis for this action.

**MORRISON SUND PLLC**

Dated: September 13, 2019

*/s/ Bradley J. Ayers*

Bradley J. Ayers (WI No. 1029184)
Nathaniel R. Greene (WI No. 1061461)
5125 County Road 101
Suite 200
Minnetonka, MN 55345
P: (952) 975-0050
F: (952) 975-0058
E: bayers@morrisonsund.com
E: ngreene@morrisonsund.com

***ATTORNEYS FOR DEFENDANT AUTO-OWNERS INSURANCE COMPANY***

**CERTIFICATE OF SERVICE**

I, Bradley J. Ayers certify that: (1) I am an attorney admitted to appear before this Court and (2) I caused a true and correct copy of the foregoing Motion to be served upon:

Kevin M. Scott
Dewitt LLOP
13845 Bishop's Drive, Suite 300
Brookfield, WI 53005
E: kxs@dewittllp.com

Via Email and U.S. Mail on this 13th day of September, 2019.

/s/ Bradley J. Ayers
Bradley J. Ayers