FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

**STATE OF WISCONSIN** **CIRCUIT COURT** **RUSK COUNTY**

NICHOLAS L. REICH DBA
REICH'S ROADHOUSE LLC,
W5521 Main Street
Sheldon, WI 54766,

Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,
6101 Anacapri Boulevard
Lansing, MI 48917,

Defendant.

8/15/19
955
#3

Case No. _________

Case Code: 30303

**SUMMONS**

**STATE OF WISCONSIN:**

To the above-named Defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within forty-five (45) days of receiving this Summons, you must respond with a written Answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the Complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The Answer must be sent or delivered to the Court, whose address is: **Clerk of Circuit Court, Rusk County Courthouse, 311 Miner Avenue E, Ladysmith, Wisconsin 54848,** and to Plaintiff's attorneys, whose address is **DeWitt LLP, 13845 Bishop's Drive, Suite 300, Brookfield, Wisconsin 53005**. You may have an

attorney help or represent you.

If you do not provide a proper answer within forty-five (45) days, the court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and may also be enforced by garnishment or seizure of property.

If you require assistance or auxiliary aids or services because of a disability, call 608-266-4311 (TDD 608-266-4625), and ask for the Court ADA Coordinator.

Dated at Brookfield, Wisconsin, this 8th day of August, 2019.

*Electronically filed by Kevin M. Scott, Esq.*
Kevin M. Scott (SBN 1036825)
DEWITT LLP
13845 Bishop's Drive, Suite 300
Brookfield, WI 53005
Telephone: (262) 754-2848
Facsimile: (262) 754-2845
Email: kxs@dewittllp.com

Attorneys for Plaintiff

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

**STATE OF WISCONSIN** **CIRCUIT COURT** **RUSK COUNTY**

NICHOLAS L. REICH DBA
REICH'S ROADHOUSE LLC,
W5521 Main Street
Sheldon, WI 54766,

Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,
6101 Anacapri Boulevard
Lansing, MI 48917,

Defendant.

Case No. ________

Case Code: 30303

**COMPLAINT**

NOW COMES Plaintiff Nicholas L. Reich DBA Reich's Roadhouse LLC, by and through its attorneys DeWitt LLP, by Kevin M. Scott, and as for a Complaint against Defendant Auto-Owners Insurance Company, states as follows:

**PARTIES**

1. Plaintiff Nicholas L. Reich DBA Reich's Roadhouse LLC ("Plaintiff") is an adult resident of the State of Wisconsin doing business as a Limited Liability Company organized under the laws of the State of Wisconsin with a registered agent office located at W5521 Main Street, Sheldon, WI 54766.

2. Defendant Auto-Owners Insurance Company ("Owners") is a foreign insurance company licensed to do business in the State of Wisconsin with a statutory home office located at 6101 Anacapri Boulevard, Lansing, Michigan 48917.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter as this action centers around an insurance claim regarding real property located in this State.

4. Venue is proper in Rusk County as this action centers around an insurance claim related to real property located in this County.

## FACTUAL ALLEGATIONS

### THE PLAINTIFF'S PROPERTY IS DAMAGED BY A COVERED LOSS

5. Plaintiff owns and operates Reich's Roadhouse, which is a bar/restaurant and bowling alley located at W5521 Main Street, Sheldon, WI 54766 (the "Property").

6. There were two buildings on the Property ("Building 1" and "Building 2" respectively, "Buildings" collectively).

7. At all material times, the Buildings were insured through Owners via Policy Number 174623-61227585-18 (the "Policy").

8. A true and correct copy of the Policy is attached as **Exhibit A**.

9. The Buildings were damaged by an explosion that occurred on August 7, 2018 (the "Damage").

10. Owners has never disputed that the Damage is a covered loss under the Policy.

11. Plaintiff made a timely claim for the Damage, to which Owners assigned Claim Number 300-237232-2018 (the "Claim").

### THE PARTIES REACH DIFFERING CONCLUSIONS AS TO THE VALUE OF THE BUILDING THAT WAS DESTROYED

12. Plaintiff hired Globe Midwest Adjusters International ("Globe") to serve as its Public Adjuster in relation to the Claim.

13. Plaintiff provided Owners with a sworn Proof of Loss dated September 17, 2018 (the "Proof").

14. The Policy provides for a limit of $325,000 regarding the Damage to the Buildings (the "Limit").

15. The Policy also provides that, with certain limitations, if Plaintiff were to rebuild, Owners would pay Plaintiff up to the Limit in order to reimburse Plaintiff for such expense.

16. However, if Plaintiff does not rebuild, the Policy provides that Owners will pay "[t]he cost to repair or replace the damaged Covered Property with new property of similar quality and features decreased by the amount of depreciation applicable to the damaged Covered Property immediately prior to the loss" or the "market value of the damaged Covered Property," whichever is less, up to the Limit.

17. "The cost to repair or replace the damaged Covered Property with new property of similar quality and features decreased by the amount of depreciation applicable to the damaged Covered Property immediately prior to the loss" is also known as the Actual Cash Value ("ACV") of the loss.

18. In the Proof, Plaintiff provided an estimate as to the amount of the damage in relation to the Buildings, as follows:

i. Plaintiff estimated that the ACV of the Damage to Building 1 was $550,000.

ii. Plaintiff estimated that the ACV of the Damage to Building 2 was $100,000.

iii. Plaintiff estimated that the Replacement Cost Value ("RCV") of the Damage to both Buildings was $850,000.

19. Plaintiff also provided Owners with a detailed estimate created by Globe (the "Globe Estimate") dated September 26, 2018, in which Globe valued the RCV of the Damage of Building 1 at $1,338,584.03 and the ACV at $936,131.89.

20. Via letter dated September 4, 2019 (the "September 4 Letter"), Owners informed Plaintiff that it estimated the ACV of the Damage to Building 1 to be $327,926 and the "market value" to be $144,000.

21. A true and correct copy of the September 4 Letter is attached as **Exhibit B.**

22. To support its valuation of the "market value" of Building 1, along with the September 4, 2019 letter, Owners provided an Appraisal Report authored by Lauenstein & Associates dated August 27, 2018 (the "Lauenstein Report").

23. In the Lauenstein Report, the market value was calculated utilizing two valuation methods—the "Cost Approach" and the "Sales Comparison Approach."

24. Lauenstein chose not to apply a third method—the Income Approach.

## OWNERS REFUSES PLAINTIFF'S DEMAND TO APPRAISE THE BUILDING LOSS

25. In response, Jason Martell of Globe ("Martell") sent Owners a letter dated March 14, 2019 (the "March 14 Letter"), which informed Owners that Plaintiff disagreed with Owners determination of "market value," and that Owners' valuation of same was "grossly understated."

26. A true and correct copy of the March 14 Letter is attached as **Exhibit C.**

27. Plaintiff disagreed with the fact that Lauenstein did not utilize the Income Approach at all in determining "market value."

28. Plaintiff also disagreed with the overall application of Lauenstein's chosen methods, as well as the data Lauenstein utilized in applying the chosen methods.

29. Plaintiff also disagreed with Owners' arbitrary selection of the "Cost Approach" as setting the "market value."

30. Plaintiff, through the March 14 Letter, provided Owners a detailed analysis related to the disagreement over the "market value" posited by Owners.

31. In response to Plaintiff providing detailed reasons why it disagreed with the "market value" established by Owners via the Lauenstein Report, Owners sent a letter to Martell dated March 20, 2019 (the "March 20 Letter"), in which Owners stated simply that "[Plaintiff's] provided coverage analysis is flawed."

32. A true and correct copy of the March 20 Letter is attached as **Exhibit D**.

33. In the event of a disagreement over "the value of the property or the amount of loss" the Policy provides that either party may demand appraisal of the loss via the following clause (the "Appraisal Clause")—

> **2. Appraisal**
> If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
> **a.** Pay its chosen appraiser; and
> **b.** Bear the other expenses of the appraisal

and umpire equally.
If there is an appraisal, we will still retain our right to deny the claim.

34. As a disagreement remained over the "market value" of Building 1, Plaintiff demanded appraisal of the loss, via letter dated April 4, 2019 (the "Appraisal Demand").

35. A true and correct copy of the Appraisal Demand is attached as **Exhibit E**.

36. In the Appraisal Demand, Plaintiff stated that "[s]ince we are unable to agree on the Actual Cash Value loss and damage, and the market value of [Building 1], I am hereby demanding Appraisal of [Building 1] damages under the terms and conditions of my insurance policy."

37. Plaintiff named David Miller of Miller Public Adjusters as his appraiser, and requested that Owners select an "appraiser and have him/her contact Mr. Miller within the allotted twenty (20) day time period."

38. Owners has not responded to Plaintiff's Appraisal Demand.

**OWNERS' ADJUSTMENT OF PLAINTIFF'S LOSS OF MONEY**

39. The Policy contains an endorsement number 54219 entitled Money and Securities (the "Endorsement").

40. The Endorsement was made a part of the Policy and was in effect at the time of the Damage.

41. The Endorsement grants the following coverage in relation to "money" or "securities" found inside the "premises"—

**Money And Securities**
**a. Inside The Premises**
(1) We will pay for loss of "money" and "securities" inside the "premises" or a "banking premises" resulting directly from:
(a) "Theft"; or

(b) Disappearance or destruction.

42. The Endorsement provides several Exclusions to the grant of coverage, one of which is for "Fire," which provides—

> e. Fire: Loss from damage to the "premises" resulting from fire, however caused.

(the "Fire Exclusion").

43. There is a $50,000 limit on coverage for "money" or "securities" found inside the "premises."

44. Plaintiff made a claim for loss of $14,325.00 in money due to the explosion, and provided a document listing the elements of the claim to Owners regarding same in September of 2018 (the "Cash Document").

45. A true and correct copy of the Cash Document is attached as **Exhibit F.**

46. On October 24, 2018, Martell sent an email to Owners following up on the claim for loss of money, requesting that payment be made on the claim.

47. On October 29, 2018, Owners sent an email to Martell regarding the claim for loss of money stating—

> Jason,
> I will be sending a CPL detailing the policy language on this. The base policy has it listed, however, there is an exclusion in Form 54219 that states otherwise, referencing fire as the cause of loss. Again, I will send a CPL.

48. By letter dated November 2, 2018, Owners sent a letter to Plaintiff denying the claim for loss of money (the "Money Denial Letter").

49. In the Money Denial Letter, Owners relied on the Fire Exclusion to deny the claim for loss of money, stating—

> As we understand the facts of the claim, cash was kept onsite for use in daily business operation. Proceeding (sic) the fire to the

> dwelling, the cash was recovered, but damaged beyond recognition.
>
> ...
>
> We are sorry to say that Auto-Owners Insurance cannot compensate you for the cash lost in the fire, due specifically to the [Fire Exclusion].

50. However, the Fire exclusion does not exclude a claim for loss of "money" due to fire, it excludes a claim for loss to the "premises" due to fire.

51. Therefore, no factual basis exists for Owners to rely on the Fire Exclusion to deny the claim for loss of money.

## OWNERS' ADJUSTMENT OF PLAINTIFF'S BUSINESS PERSONAL PROPERTY, ELECTRONIC DATA PROCESSING EQUIPMENT AND PERSONAL PROPERTY OF OTHERS LOSSES

52. The Policy extends coverage to "Business Personal Property," which is defined as—

> **b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage endorsement:
> **(1)** Furniture and fixtures;
> **(2)** Machinery and equipment;
> **(3)** "Stock";
> **(4)** All other personal property owned by you and used in your business;
> **(5)** Labor, materials or services furnished or arranged by you on personal property of others;
> **(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:
> **(a)** Made a part of the building or structure you occupy but do not own; and

> **(b)** You acquired or made at your expense but cannot legally remove;
> and
> **(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others

53. The Policy also extends coverage to "Personal Property of Others," which is defined as—

> c. **Personal Property Of Others** that is:
> **(1)** In your care, custody or control; and
> **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.
> However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

54. The Policy also extends coverage to "Fine Arts" and "Collectibles" and "Memorabilia," which are defined in the Policy as—

> **1.** "Fine arts" mean paintings, etchings, pictures, tapestries, art glass windows and other bona fide works of art of rarity, historical value or artistic merit.
>
> **2.** "Collectibles" mean objects collected as a hobby, for display or as an investment whose value may appreciate.
>
> **3.** "Memorabilia" means objects valued for their connection to historical events, culture, entertainment or experiences worthy of remembrance.

55. The Policy also extends coverage to "Electronic Data Processing Equipment" which includes "electronic equipment, component parts of such equipment, "media" and air conditioning equipment necessary for the operation of the electronic equipment.

56. The Policy provides a limit of $140,610 for Business Personal Property coverage.

57. The Policy provides a limit of $50,000 for Personal Property of Others coverage.

58. The Policy provides a limit of $50,000 for Fine Arts and Memorabilia coverage.

59. The Policy provides a limit of $100,000 for Electronic Data Processing Equipment coverage.

60. Plaintiff submitted a 216-page document entitled "BPP Loss Summary" as its initial claim for Business Personal Property, Personal Property of Others, Fine Arts and Memorabilia, and Electronic Data Processing Equipment coverage (collectively, the "Personal Property Claim").

61. A true and Correct copy of the BPP Loss Summary is attached as **Exhibit G.**

62. In the BPP Loss Summary, Plaintiff claimed Business Personal Property ("BPP") loss with a value of $198,922.93 for Actual Cash Value ("ACV") and $231,534.37 for Replacement Cost Value ("RCV").

63. Plaintiff also claimed Electronic Data Processing Equipment ("EDP") loss with a value of $30,862.52 in ACV and $35,373.57 in RCV.

64. Plaintiff also claimed Personal Property of Others ("PPO") loss with a value of $28,109.51 for ACV and $33,070.01 for RCV.

65. Based on information provided by Owners, Plaintiff mistakenly identified the limit for EDP in the BPP Loss Summary as $25,000.

66. Based on information provided by Owners, Plaintiff mistakenly identified the limit for PPO as $25,000 in the BPP Loss summary.

67. Owners has paid $100,000 in the form of a "Business Personal Property Advance" to Plaintiff in relation to the Business Personal Property claim.

68. Owners has unreasonably refused to pay any more towards the Business Personal Property claim because it asserts that the cost basis for certain items found on Plaintiff's tax returns controls the Replacement Cost Value for insurance purposes.

69. Owners has unreasonably refused to pay anything towards the EDP loss.

70. Owners has paid $15,000 to Plaintiff for PPO loss.

71. However, Owners has unreasonably asserted to Plaintiff that the PPO payment represents the limits of the Policy for PPO coverage, when in fact it is $50,000.

72. Owners refuses to pay anything towards Fine Arts and Memorabilia coverage.

**FIRST CAUSE OF ACTION: DECLARATORY JUDGMENT**

73. Plaintiff realleges and incorporates by reference all of the allegations set forth above.

74. Plaintiff and Owners are parties to the Policy—a contract for insurance.

75. At all relevant times, Plaintiff fully paid all premiums of insurance due under the Policy.

76. The Damage was an insured loss under the Policy.

77. Owners set the market value of Building 1 at $144,000.

78. Plaintiff disagreed with the "market value" set by Owners, and communicated this disagreement in writing to Owners, providing a detailed response.

79. Plaintiff demanded appraisal of the loss.

80. Owners was required per the terms of the Policy to allow an appraisal panel to set the amount of loss at issue.

81. Owners has refused to do so without basis.

82. Therefore, declaratory judgment is both necessary and proper in order to set forth and determine the rights, obligations and liabilities that exist amongst the parties to the insurance contract, including specifically the appraisal set forth therein.

**SECOND CAUSE OF ACTION: BREACH OF CONTRACT**

83. Plaintiffs reallege and incorporate by reference all of the allegations set forth above.

84. Plaintiff and Owners are parties to the Policy—a contract for insurance.

85. At all relevant times, Plaintiff fully paid all premiums of insurance due under the Policy.

86. The Damage was an insured loss under the Policy.

87. Plaintiff has suffered damages because of Owners' refusal to pay the proper amount(s) under the following coverages—

i. Money and Securities;

ii. Business Personal Property;

iii. Personal Property of Others;

iv. Electronic Data Processing Equipment; and

v. Fine Arts, Collectibles and Memorabilia.

88. Owners is obligated under the Policy to pay for the damages claimed by Plaintiffs under the coverages noted in paragraph 82.

89. Plaintiffs have suffered damages as a result of Owners' refusal to abide by to its contractual obligations.

**THIRD CAUSE OF ACTION: BAD FAITH**

90. Plaintiffs reallege and incorporate by reference all of the allegations set forth above.

91. As is alleged above, Owners has breached the Policy.

92. Owners has refused to pay for items it is obligated to pay without reasonable basis, at times offering no explanation for its refusal to pay.

93. Owners knows or should know that it has unreasonably refused to pay amounts it is obligated to pay, as it has been put on notice several times that its refusal to pay is in contravention of the Policy and unreasonable.

94. Owners' acts have violated Wisconsin regulations regarding unfair claims settlement practices.

95. Plaintiff has suffered damage as a result of Owners' bad faith handling of the Claim.

**WHEREFORE**, Plaintiffs respectfully pray for judgment against Owners as follows:

A. On Plaintiff's First Cause of Action against Owners, an Order—

i. Declaring that the Plaintiff has properly demanded appraisal;

ii. Declaring that Owners has breached the insurance contract by refusing to participate in the appraisal process;

iii. Compelling Owners to immediately participate in the appraisal process;

iv. Compelling Owners to name a competent and impartial appraiser per the Policy language;

v. Awarding Plaintiff its costs per Wis. Stat. § 806.04(10);

vi. Awarding Plaintiff such other supplemental relief as may be necessary under Wis. Stat. § 806.04(8); and

vii. Such other relief as the Court deems just and appropriate under the circumstances.

B. On Plaintiff's Second Cause of Action against Owners, damages in an amount to be determined at trial.

C. On Plaintiff's Third Cause of Action against Owners, damages in an amount to be determined at trial;

D. Costs and attorney's fees as allowed by law; and

E. Such other relief as the Court deems just and appropriate under the circumstances.

Dated at Brookfield, Wisconsin, this 8th day of August, 2019.

*Electronically filed by Kevin M. Scott, Esq.*
Kevin M. Scott (SBN 1036825)
DEWITT LLP
13845 Bishop's Drive, Suite 300
Brookfield, WI 53005
Telephone: (262) 754-2848
Facsimile: (262) 754-2845
Email: kxs@dewittllp.com

Attorneys for Plaintiff

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

**STATE OF WISCONSIN** **CIRCUIT COURT** **RUSK COUNTY**

Nicholas L Reich vs. Auto-Owners Insurance Company

**Electronic Filing Notice**

Case No. 2019CV000065
Class Code: Other-Contract

AUTO-OWNERS INSURANCE COMPANY
6101 ANACAPRI BLVD
LANSING MI 48917

Case number 2019CV000065 was electronically filed with/converted by the Rusk County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: da0c5f**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-532-2108.

Rusk County Circuit Court
Date: August 9, 2019

EXHIBIT A

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

59511 (7-15)

23-0029-00
LEE & ASSOCIATES
PO BOX 1730
WOODRUFF WI 54568-1730

Auto-Owners
INSURANCE
LIFE • HOME • CAR • BUSINESS

P.O. BOX 30660 • LANSING, MICHIGAN 48909-8160

Auto-Owners Insurance Company

03-07-2018

NICHOLAS L REICH
DBA REICH'S ROAD HOUSE LLC
W5521 MAIN ST
SHELDON WI 54766-9794

**Remember**, you can view your policy, pay your bill or change your paperless options any time online, at **www.auto-owners.com**. If you have not already enrolled your policy, you may do so using policy number **174623-61227585-18** and Personal ID Code (PID) **X8G 4P7 A12**.

Your agency's phone number is 715-543-2557.

RE: Policy 174623-61227585-18

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs! Feel free to contact your independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a variety of programs, each of which has its own eligibility requirements, coverages and rates. In addition, Auto-Owners also offers many billing options. Please take this opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company, program, and billing option may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916. The Auto-Owners Insurance Group is comprised of five property and casualty companies and a life insurance company. Our A++ (Superior) rating by A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

~ ***Serving Our Policyholders and Agents Since 1916*** ~

59546 (1-17)

Policy Number: 174623-61227585-18
Insurance Company: AUTO-OWNERS INSURANCE COMPANY
Renewal Effective Date: 05-21-2018

Dear Policyholder,

Thank you for choosing us for your insurance needs. Your policy is set to renew on the renewal effective date shown above. This letter gives you advance notice of change(s) as listed below:

Your renewal premium will be: $5,436.00 OR $4,926.00 IF PAID IN FULL.
(Calculated changes are based on your current policy information. Your actual premium could vary if the information on file is incorrect or if your needs and renewal coverages change.)

☐ Increase in deductible: ____________________

☐ Reduction of limits: ____________________

☐ Reduction or removal of coverage: ____________________

☒ Other: SEE ATTACHED

The first Named Insured shown in the Declarations may cancel this policy at any time by notifying us of the date on which cancellation is to take effect.

This notice is for informational purposes only. Your policy contains the specific terms and conditions of coverage.

If you have any questions regarding your policy or this notice, please contact your Auto-Owners Insurance agency.

LEE & ASSOCIATES
PO BOX 1730
WOODRUFF WI 54568-1730
715-543-2557

59173 (7-98)

# AUTO-OWNERS INSURANCE COMPANY
# COMPANY ADDRESS FORM

The following is the address of our home office:

Auto-Owners Insurance Company
6101 Anacapri Drive
P.O. Box 30660
Lansing, Michigan 48909-8160

Please direct your questions to:

Auto-Owners Insurance Company
W. 6207 Aerotech Drive
P.O. Box 8505
Appleton, WI 54912-8505

59173 (7-98) Page 1 of 1

59245 (7-98)

# KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

**PROBLEMS WITH YOUR INSURANCE?** - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

**AUTO-OWNERS INSURANCE COMPANY**
**W. 6207 Aerotech Drive**
**P.O. Box 8505**
**Appleton, WI 54914-8505**
**Telephone: 920-993-8550**

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint. You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by writing to:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873

or you can call 1-800-236-8517 outside of Madison or 266-3585 in Madison, and request a complaint form.

59245 (7-98) Page 1 of 1

# AVAILABILITY OF TERRORISM RISK INSURANCE COVERAGE

Dear Policyholder:

Our records indicate that you previously rejected our offer to provide coverage for certified acts of terrorism. The enclosed policy does not provide coverage for certified acts of terrorism in accordance with your previous rejection of coverage.

If you would like coverage for certified acts of terrorism, please contact us.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

59392 (1-15)

# NOTIFICATION OF POSSIBLE CHANGES IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2020 unless the Federal government extends the Act. What this means to you is the following:

1. This policy does not provide coverage for certified acts of terrorism, since you have previously declined this coverage.

2. A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed. This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so. It will not apply if the Act is simply extended.

3. The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4. A premium charge will be made for this coverage after January 1, 2021. It will be prorated for the period beginning January 1, 2021 and ending on the expiration date of this policy term. However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extended. Revised Declarations will be mailed to you after January 1, 2021.

5. If the Act is extended without any revision, the enclosed policy will continue to exclude coverage for certified acts of terrorism. The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6. If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

59417 (11-07)

# UNDERINSURED MOTORIST COVERAGE IS NOT AVAILABLE

Dear Policyholder:

Underinsured Motorist Coverage may not be purchased for your enclosed policy, because we do not offer the coverage for this type of policy in Wisconsin.

In the event that the policy application that you completed did not contain a disclosure of underinsured motorist coverage, this notice hereby amends such application to disclose to you that underinsured motorist coverage may not be purchased under this policy.

This notice is being provided in accordance with Wisconsin Regulation 6.77.

If you have any questions regarding your policy or this notice, please contact your Auto-Owners agency.

# Tailored Protection Insurance Policy

Auto-Owners Insurance Company

**POLICY NON-ASSESSABLE**

This policy is non-assessable and the premium stated in the Declarations is the only premium you will be asked to pay.

**PARTICIPATING**

You will be entitled to an equitable participation in Company funds in excess of the amount required to pay expenses and all the losses or claims or other policy obligations incurred, together with the reserve and surplus funds required or permitted by law. A distribution will be made only in accordance with the decision of our Board of Directors acting under the insurance laws and under our charter.

**NOTICE OF MEMBERSHIP AND ANNUAL MEETING**

Because we are a mutual company, this policy makes you a member of the Auto-Owners Insurance Company. You are entitled to vote, in person or by proxy, at all meetings. Our annual policyholder's meetings are held at our home office at Lansing, Michigan on the second Monday in May in each year at 10:00 A.M.

In witness whereof, we, the Auto-Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.



Secretary



President

55000 (7-12)

**Auto-Owners** Page 1 Issued 03-07-2018

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY LEE & ASSOCIATES
23-0029-00 MKT TERR 126 715-543-2557

Renewal Effective 05-21-2018
**POLICY NUMBER** 174623-61227585-18
Company Use 61-46-WI-1705

INSURED NICHOLAS L REICH
DBA REICH'S ROAD HOUSE LLC

ADDRESS W5521 MAIN ST

SHELDON WI 54766-9794

Company Bill

| Policy Term | | |
|---|---|---|
| 12:01 a.m. 05-21-2018 | to | 12:01 a.m. 05-21-2019 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

55039 (11-87)

## COMMON POLICY INFORMATION

**Business Description:** Restaurant And Bar

**Entity:** Individual

**Program:** Special

**Discount Applies For Affiliation With:** Hayward Lakes Visitors & Convention Bureau

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE | $4,256.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $948.00 |
| MINIMUM PREMIUM ADJUSTMENT (GL) | $232.00 |
| **TOTAL** | **$5,436.00** |
| **PAID IN FULL DISCOUNT** | **$510.00** |
| **TOTAL POLICY PREMIUM IF PAID IN FULL** | **$4,926.00** |

**THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**
The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums.

Premium shown above for commercial general liability coverage is an advanced premium deposit and may be subject to audit.

Forms that apply to all coverage part(s) shown above (except garage liability, dealer's blanket, commercial automobile, if applicable):
IL0017 (11-85) 55000 (07-12) 59392 (01-15) 59349 (10-03)

A 04% Cumulative Multi-Policy Discount applies. Supporting policies are marked with an (X):
Comm Umb(X) Comm Auto( ) WC( ) Life( ) Personal(X) Farm( ).

Countersigned By: ______________________________

Auto-Owners Ins. Co. Issued 03-07-2018

AGENCY LEE & ASSOCIATES Company POLICY NUMBER 174623-61227585-18
23-0029-00 MKT TERR 126 Bill 61-46-WI-1705

INSURED NICHOLAS L REICH Term 05-21-2018 to 05-21-2019

54104 (07-87)

## COMMERCIAL PROPERTY COVERAGE

55198 (12-10)

## PREMIER PROPERTY PLUS COVERAGE PACKAGE DECLARATION

The coverages and limits below apply separately to each location or sublocation that sustains a loss to covered property and is designated in the Commercial Property Coverage Declarations.

** The deductible (DED) which applies to each coverage indicated below is the same as the deductible which applies to each location and sublocation shown on the Commercial Property Coverage Declarations, unless otherwise indicated:

| COVERAGE | LIMIT | DEDUCTIBLE |
|---|---|---|
| ACCOUNTS RECEIVABLE | $200,000 | ** |
| BAILEES | $15,000 | ** |
| | $10,000 PER ITEM | |
| BUSINESS INCOME & EXTRA EXPENSE INCLUDING | $150,000 | NONE |
| NEWLY ACQUIRED LOCATIONS | | |
| DEBRIS REMOVAL | $100,000 | NONE |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $100,000 | ** |
| EMPLOYEE DISHONESTY | $50,000 | ** |
| FINE ARTS, COLLECTIBLES AND MEMORABILIA | $50,000 | ** |
| | $10,000 PER ITEM | |
| FIRE DEPARTMENT SERVICE CHARGE | $25,000 | NONE |
| FORGERY AND ALTERATION | $50,000 | ** |
| MONEY AND SECURITIES INSIDE PREMISES | $50,000 | ** |
| MONEY AND SECURITIES OUTSIDE PREMISES | $50,000 | ** |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS | ** |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS | ** |
| ORDINANCE OR LAW | SEE COMMERCIAL PROPERTY DECLARATIONS | ** |
| OUTDOOR PROPERTY | $25,000 | ** |
| TREES, SHRUBS OR PLANTS | $1,000 PER ITEM | |
| RADIO OR TELEVISION ANTENNAS | $20,000 | ** |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $50,000 | ** |
| POLLUTANT CLEAN UP AND REMOVAL | $100,000 | ** |
| PROPERTY IN TRANSIT | $100,000 | ** |
| PROPERTY OFF PREMISES | $100,000 | ** |
| REFRIGERATED PRODUCTS | $25,000 | ** |
| SALESPERSON'S SAMPLES | $25,000 | ** |

Auto-Owners Ins. Co. Issued 03-07-2018

AGENCY LEE & ASSOCIATES
23-0029-00 MKT TERR 126

Company Bill POLICY NUMBER 174623-61227585-18
61-46-WI-1705

INSURED NICHOLAS L REICH

Term 05-21-2018 to 05-21-2019

55198 (12-10)

**PREMIER PROPERTY PLUS COVERAGE PACKAGE DECLARATION**

| COVERAGE | LIMIT | DEDUCTIBLE |
|---|---|---|
| UTILITY SERVICES FAILURE | $150,000 | ** |
| VALUABLE PAPERS AND RECORDS ON PREMISES | $150,000 | ** |
| VALUABLE PAPERS AND RECORDS OFF PREMISES | $25,000 | ** |
| WATER BACK-UP FROM SEWERS OR DRAINS | $50,000 | NONE |

Forms that apply to this coverage part:

| | | | | |
|---|---|---|---|---|
| 64004 (12-10) | 54198 (12-10) | 54334 (12-10) | 64020 (12-10) | 54189 (12-10) |
| 54186 (12-10) | 54218 (03-13) | 54217 (03-13) | 54216 (03-13) | 54214 (03-13) |
| 54221 (12-10) | 54220 (06-00) | 54219 (12-10) | 54338 (03-13) | 54339 (03-13) |
| 64010 (12-10) | 64000 (12-10) | | | |

**Coverages Provided**

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

**LOCATION 0001 - BUILDING 0001**

**Location:** W5521 Main St, Sheldon, WI 54766-9794

**Occupied As:** Restaurant/Bar

**Secured Interested Parties:** See Attached Schedule

**Rating Information**

Territory: 550
Program: Special
Protection Class: 06
Specific Rate - Building: 0.179
County: Rusk
Construction: Frame
Class Code: 0547
Specific Rate - Pers Prop: 0.594

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $325,600 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $1,000 | | 0.360 | $1,172.00 |
| Basic Group II | 80% | $1,000 | | 0.113 | $368.00 |
| Special | 80% | $1,000 | | 0.043 | $140.00 |
| Theft | 80% | $1,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.033 | | | | | |
| Property Plus Coverage Package | | $1,000 | See 55198 (12-10) | | $244.00 |
| Tier: Premier | | | | | |
| Equipment Breakdown | | $1,000 | See Form 54843 | | $33.00 |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $1,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $1,000 | $150,000 | | Included |

Auto-Owners Ins. Co. Issued 03-07-2018

AGENCY LEE & ASSOCIATES Company POLICY NUMBER 174623-61227585-18
23-0029-00 MKT TERR 126 Bill 61-46-WI-1705

INSURED NICHOLAS L REICH Term 05-21-2018 to 05-21-2019

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| PERSONAL PROPERTY | | | $140,610 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $1,000 | | 0.929 | $1,306.00 |
| Basic Group II | 80% | $1,000 | | 0.064 | $90.00 |
| Special | 80% | $1,000 | | 0.117 | $165.00 |
| Theft | 80% | $1,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Replacement Cost | | | | | |
| Inflation Guard Factor Personal Property 1.018 | | | | | |
| Property Plus Coverage Package | | $1,000 | See 55198 (12-10) | | $226.00 |
| Tier: Premier | | | | | |
| Equipment Breakdown | | $1,000 | See Form 54843 | | $31.00 |
| ORDINANCE OR LAW | | | | | |
| Coverage D-Tenant's I&B | | $1,000 | $160,000 | | Included |

Forms that apply to this building:

| | | | | |
|---|---|---|---|---|
| 54833 (07-08) | 64023 (08-15) | IL0003 (07-02) | IL0283 (01-93) | 64036 (02-12) |
| 59352 (01-15) | CP0090 (07-88) | 64000 (12-10) | 64013 (12-10) | 64010 (12-10) |
| 54843 (12-10) | 64020 (12-10) | 54929 (12-10) | 64004 (12-10) | 59546 (01-17) |
| 59392 (01-15) | | | | |

**LOCATION 0001 - BUILDING 0002**

**Location:** W5521 Main St, Sheldon, WI 54766-9794

**Occupied As:** Restaurant/Bar

**Secured Interested Parties:** See Attached Schedule

**Rating Information**

Territory: 550
Program: Special
Protection Class: 06
Dwelling Rate - Building: 0.597
County: Rusk
Construction: Frame
Class Code: 0196

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $87,100 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $1,000 | | 0.311 | $271.00 |
| Basic Group II | 80% | $1,000 | | 0.107 | $93.00 |
| Special | 80% | $1,000 | | 0.056 | $49.00 |
| Theft | 80% | $1,000 | | | Included |

Auto-Owners Ins. Co. Issued 03-07-2018

AGENCY LEE & ASSOCIATES
23-0029-00 MKT TERR 126
Company Bill
POLICY NUMBER 174623-61227585-18
61-46-WI-1705

INSURED NICHOLAS L REICH
Term 05-21-2018 to 05-21-2019

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.033 | | | | | |
| Replacement Cost | | | | | |
| Property Plus Coverage Package | | $1,000 | See 55198 (12-10) | | $60.00 |
| Tier: Premier | | | | | |
| Equipment Breakdown | | $1,000 | See Form 54843 | | $8.00 |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $1,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $1,000 | $160,000 | | Included |
| Coverage C-Increased Cost | | $1,000 | $160,000 | | Included |

Forms that apply to this building:

| | | | | |
|---|---|---|---|---|
| 54833 (07-08) | 64023 (08-15) | IL0003 (07-02) | IL0283 (01-93) | 64036 (02-12) |
| 59352 (01-15) | CP0090 (07-88) | 64000 (12-10) | 64013 (12-10) | 64010 (12-10) |
| 54843 (12-10) | 64020 (12-10) | 64004 (12-10) | 59392 (01-15) | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS SEE FORM: 59352 | EXCLUDED |
| TERRORISM COVERAGE | |
| A PREMIUM CHARGE MAY BE MADE EFFECTIVE 01-01-21 SEE FORMS 54833, 59392 | |
| LOCATION 0001 | $4,256.00 |

**Secured Interested Parties and/or Additional Interested Parties**

Applies to Loc/Bldg(s):

0001/001, 0001/002
IMPACT SEVEN
2961 Decker Dr
Rice Lake, WI 54868
Interest: Loss Payable

55040 (11-87)

## COMMERCIAL GENERAL LIABILITY COVERAGE

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| General Aggregate | $2,000,000 |
| (Other Than Products-Completed Operations) | |
| Products-Completed Operations Aggregate | $2,000,000 |
| Personal Injury and Advertising Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |
| COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT | |
| Damage to Premises Rented to You | $300,000 Any One Premises |

Auto-Owners Ins. Co. Issued 03-07-2018

AGENCY LEE & ASSOCIATES Company POLICY NUMBER 174623-61227585-18
23-0029-00 MKT TERR 126 Bill 61-46-WI-1705

INSURED NICHOLAS L REICH Term 05-21-2018 to 05-21-2019

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| (Fire, Lightning, Explosion, Smoke or Water Damage) | |
| Medical Payments | $10,000 Any One Person |
| Hired Auto & Non-Owned Auto | $1,000,000 Each Occurrence |
| Expanded Coverage Details See Form: | |
| Extended Watercraft | |
| Personal Injury Extension | |
| Broadened Supplementary Payments | |
| Broadened Knowledge Of Occurrence | |
| Additional Products-Completed Operations Aggregate | |
| Blanket Additional Insured - Lessor of Leased Equipment | |
| Blanket Additional Insured - Managers or Lessors of Premises | |
| Newly Formed or Acquired Organizations Extension | |
| Blanket Waiver of Subrogation | |

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55300.

**AUDIT TYPE:** Annual Audit

Forms that apply to this coverage:

| | | | | |
|---|---|---|---|---|
| 59351 (01-15) | 55405 (07-08) | 55433 (10-08) | CG2407 (01-96) | 55238 (06-04) |
| IL0021 (07-02) | 55296 (09-09) | 55300 (07-05) | 55712 (08-15) | IL0017 (11-85) |
| 55513 (11-11) | 55718 (11-15) | IL0283 (01-93) | 59392 (01-15) | |

**LOCATION 0001 - BUILDING 0001**

**Location:** W5521 Main St, Sheldon, WI 54766-9794

**Territory:** 003 **County:** Rusk

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | 00501 | Prem/Op | Prem/Op Prem Included | Included | Included |
| Restaurants - With Sale Of Alcoholic Beverages That Are 30% Or More Of But Less Than 75% Of The Total Annual Receipts Of The Restaurant - With Dance Floor | 16915 | | Gross Sales | Each 1000 | |
| | | Prem/Op | $327,680 | 2.464 | $807.00 |
| | | Prod/Comp Op | $327,680 | .207 | $68.00 |
| Dwellings - One-Family (Lessor's Risk Only) | 63010 | | Dwellings | Each 1 | |
| | | Prem/Op | 1 | 72.234 | $72.00 |
| | | Prod/Comp Op | 1 | .411 | $1.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS SEE FORM: 59351 | EXCLUDED |
| TERRORISM COVERAGE | |
| A PREMIUM CHARGE MAY BE MADE EFFECTIVE 01-01-21 SEE FORMS 55405, 59392 | |
| LOCATION 0001 | $948.00 |

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 24 07 01 96

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Description of Premises and Operations:**
W5521 MAIN ST SHELDON WI 54766
RESTAURANT/BAR

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Schedule, or
2. In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf,

Paragraph a. of the definition of "Products - completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products - completed operations hazard"

a. Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.


Copyright, Insurance Services Office, Inc., 1994

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER BACK-UP FROM SEWERS OR DRAINS

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM
BUSINESS INCOME AND EXTRA EXPENSE ACTUAL LOSS SUSTAINED COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1. Subject to the provisions of paragraph **2.** below, under **B. EXCLUSIONS**, **g. Water** subparagraph **(3)** is deleted.

2. Under **C. LIMITATIONS** the following limitation is added:

   In any one loss, we will not pay more than the Limit of Insurance shown in the Declarations under WATER BACK-UP FROM SEWERS OR DRAINS for loss of or damage to Covered Property caused by water back-up from sewers or drains. In the event that the amount of loss of or damage to Covered Property does not exceed the Limit of Insurance shown in the Declarations for WATER BACKUP FROM SEWERS OR DRAINS, you may, at your option, apply the remainder of this Limit of Insurance to your actual loss of Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM, or the BUSINESS INCOME AND EXTRA EXPENSE ACTUAL LOSS SUSTAINED COVERAGE FORM.

All other policy terms and conditions apply.


Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEBRIS REMOVAL

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

Under **A. COVERAGE, 4. Additional Coverages, a. Debris Removal, (4)** is deleted and replaced by the following:

**(4)** We will pay an additional amount, up to the Limit of Insurance shown in the Declarations for DEBRIS REMOVAL, for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the Limit of Insurance shown in the Declarations for DEBRIS REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990, 2009

54216 (3-13)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SALESPERSON'S SAMPLES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1. Under the **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:
   **Salesperson's Samples**
   We will pay for direct physical loss of or damage to samples of merchandise described which are:
   a. Owned by you while in your care, custody or control;
   b. Owned by you and in the care, custody or control of your salesperson and/or agents; or
   c. While in transit, except by parcel post, between your premises and the salesperson and/or agent

   caused by or resulting from any Covered Cause of Loss.

   This coverage does not apply to:
   (1) Jewelry, furs or articles consisting principally of fur;
   (2) Property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises;
   (3) Property at or on the premises of your salespersons and/or agents; or
   (4) Merchandise intended for sale, which may be sold and shipped by you to others, or which has been purchased by you from others.

   Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for SALESPERSON'S SAMPLES. The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

2. Under **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM, the following exclusions are added to apply only to this Additional Coverage:
   a. Misappropriation, secretion, conversion, infidelity or any dishonest act by you or other or the employees or agents of either to whom the covered property may be entrusted. This exclusion does not apply to carriers for hire.
   b. Breakage, marring, scratching, tearing or denting, unless caused by: fire or lightning; aircraft; theft and/or attempted theft; earthquake; flood; explosion; malicious damage or collision, derailment or overturn of a transporting conveyance.
   c. Mysterious or unexplained disappearance or from shortage disclosed by taking inventory.
   d. Theft from any vehicle, unless at the time of the theft, there is actually in or upon such vehicle your salesperson, representative or a permanent employee, or a person whose sole duty it is to attend the vehicle. This exclusion shall not apply to property in the custody of a common carrier.

3. In addition to the conditions of this policy, the following conditions apply only this Additional Coverage:
   a. **PAIR OR SET**
      In case of loss of or damage to any part of a pair or set, we may:
      (1) Repair or replace any part of the pair or set to restore it to its value before the loss; or
      (2) Pay the difference between the actual cash value of the property before and after the loss.
   b. **PARTS**
      In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part lost or damaged.

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BAILEES COVERAGE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1. Under **A. COVERAGE, 4. Additional Coverages,** the following Additional Coverage is added:
   **Bailees Coverage**
   a. We will pay for direct physical loss or damage to the property of others that:
      (1) Is in your possession or in the possession of any of your employees; or
      (2) Is being transported by you, any of your employees, a public carrier or mail service.
   b. We will also cover your actual incurred cost for labor and materials.
   c. We do not cover the following properties:
      (1) Property held for storage or for which a storage charge is made. If you do not have instructions from the owner of the goods to store goods held by you, such goods are not considered stored.
      (2) Property while in the possession of any person, company or corporation other than you, your employees, a public carrier or mail service.
      (3) Any land motor vehicle.
      (4) Watercraft.
      (5) Aircraft including objects falling from aircraft.
      (6) Animals, fish, fowl, reptiles or amphibians.
      (7) Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities.
      (8) Contraband or property in the course of illegal transportation or trade.
   d. In addition to other policy exclusions, we will not pay for loss or damage caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:
      (1) Misappropriation, secretion, conversion, infidelity or any dishonest act by you or others or the employees or agents of either to whom the covered property may be entrusted. This exclusion does not apply to carriers for hire.
      (2) Delay.
      (3) Vandalism or malicious mischief.
      (4) Burglary of property left in your delivery vehicles overnight unless locked and in your building which you occupy.
   e. We will pay no more than the smallest of either:
      (1) The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or
      (2) The Limit of Insurance shown in the Declarations for BAILEES COVERAGE.

      This is an additional amount of insurance.

      Our payment for loss of or damage to property of others will only be for the account of the owner of the property.
   f. No deductible applies to this Additional Coverage.
2. The Additional Condition, Coinsurance does not apply to this Additional Coverage.

All other policy terms and conditions apply.

 Includes copyrighted material of ISO Commercial Services, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY ENDORSEMENT - LOSS SETTLEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**E. LOSS CONDITIONS** is amended as follows. Under **4. Loss Payment**, paragraph **a.** is deleted and replaced by the following only as it applies to Covered Property that is a building.

**a.** In the event that you:

**(1)** Repair or replace damaged Covered Property that is a building covered by this Coverage Form, we will pay the lesser of:

**(a)** The cost to repair or replace the damaged Covered Property with new property of similar quality and features decreased by the amount of depreciation applicable to the damaged Covered Property immediately prior to the loss; or

**(b)** The amount actually spent for necessary repairs of the damaged Covered Property less depreciation

not to exceed the Limit of Insurance applicable to the damaged Covered Property.

You must notify us of your plans to repair or replace Covered Property that is a building within 180 days of the date of loss.

We will not pay:

**(a)** Until the lost or damaged property is actually repaired or replaced; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after you notify us of your plans to repair or replace Covered Property that is a building.

**(2)** Do not repair or replace damaged Covered Property covered by this Coverage Form, we will, at our option:

**(a)** Pay the lesser of:

**1)** The cost to repair or replace the damaged Covered Property with new property of similar quality and features decreased by the amount of depreciation applicable to the damaged Covered Property immediately prior to the loss; or

**2)** The market value of the damaged Covered Property; or

**(b)** Take all or part of the damaged Covered Property at an agreed or appraised value

not to exceed the Limit of Insurance applicable to the damaged Covered Property.

**(3)** In the event we pay for damaged Covered Property that is a building covered by this Coverage Form in accordance with Paragraph **a.(2)** immediately above, you may still make a claim under Paragraph **a.(1)** immediately above, if you notify us of your intent to do so within 180 days after the loss or damage.

Depreciation means a decrease in value because of age, wear or obsolescence.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1990, 1993.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REFRIGERATED PRODUCTS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1. Under the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, and the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM, **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:

   **Refrigerated Products**

   Subject to **3. Limits of Insurance** below, we shall pay for loss of or damage to "perishable stock" caused directly by any of the following:
   **(1)** Mechanical or electrical breakdown of the refrigeration system; or
   **(2)** The interruption of electrical services to the refrigeration system caused by direct physical damage to the electrical generating or transmission equipment of your "local utility service" caused by or resulting from any Covered Cause of Loss.

   You must exercise diligence in inspecting and maintaining refrigeration equipment. If interruption of electrical service or mechanical or electrical breakdown is known, you must use all reasonable means to protect the covered property from further damage.

2. Under the BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM, and the BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED COVERAGE FORM, **A. COVERAGE**, **5. Additional Coverages**, the following Additional Coverage is added:

   **Refrigerated Products**

   Subject to **3. Limits of Insurance** below, we shall pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur because of loss or damage to "perishable stock" caused directly by any of the following:
   **(1)** Mechanical or electrical breakdown of the refrigeration system; or
   **(2)** The interruption of electrical services to the refrigeration system caused by direct physical damage to the electrical generating or transmission equipment of your "local utility service" caused by or resulting from any Covered Cause of Loss.

   You must exercise diligence in inspecting and maintaining refrigeration equipment. If interruption of electrical service or mechanical or electrical breakdown is known, you must use all reasonable means to protect the covered property from further damage.

3. **Limits of Insurance**
   Under:
   **a.** BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, and CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM, **C. LIMITS OF INSURANCE**; and
   **b.** Under BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM, and the BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED COVERAGE FORM, **B. LIMITS OF INSURANCE** the following is added:
   **Refrigerated Products**
   The most we shall pay for the sum of **1.** and **2.** above in any one loss, is the Limit of Insurance

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

shown in the Declarations for REFRIGERATED PRODUCTS.

4. Under the CAUSE OF LOSS - SPECIAL FORM, **B. EXCLUSIONS**:
   a. Exclusion **1.e. Utility Services** is deleted and replaced by the following exclusion for this Additional Coverage only:
      **e. Utility Services**
      We shall not pay for loss or damage caused by or resulting from the failure to supply "power supply services" from any regional or national grid.
   b. Exclusion **2.d.(6)** is deleted and replaced by the following exclusion for this Additional Coverage only:
      **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision or mechanical breakdown of refrigeration systems.

5. **Definitions**
   The following definitions apply only to this Additional Coverage:
   a. "Local utility service" means your billing entity, repair entity or service entity directly providing "power supply services" to the premises described in the Declarations.
   b. "Perishable stock" means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.
   c. "Power supply services" means the following types of property supplying electricity to the described premises that are not located on a described premises and not rented, leased or owned by an insured:
      **(1)** Utility generating plants;
      **(2)** Switching stations;
      **(3)** Substations;
      **(4)** Transformers; and
      **(5)** Transmission lines.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VALUABLE PAPERS AND RECORDS (OTHER THAN "ELECTRONIC DATA")

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

With respect to coverage provided under this endorsement only, **A. COVERAGE**, is amended as follows:

1. Under **2. Property Not Covered**, **o.** is deleted and replaced by the following:
   **o.** "Valuable papers and records" except as provided under the Additional Coverage - Valuable Papers and Records (Other Than "Electronic Data").
2. Under **4. Additional Coverages**, the following Additional Coverage is added:
   **Valuable Papers and Records (Other Than "Electronic Data")**
   We cover "valuable papers and records" that:
   **a.** You own; or
   **b.** Are owned by others and are in your care, custody or control.

   If duplicates of "valuable papers and records" do not exist, we will pay the cost to research, and replace or restore the lost information.

   This Additional Coverage does not apply to:
   **a.** "Valuable papers and records" which exist as "electronic data";
   **b.** Property held as samples or for delivery after sale;
   **c.** Property in storage away from the premises shown in the Declarations; or
   **d.** Errors or omissions in processing or copying "valuable papers and records", unless fire or explosion ensues and then only for direct loss caused by such fire or explosion.

   The most we will pay under this Additional Coverage in any one occurrence are the Limits of Insurance shown in the Declarations for:
   **a.** VALUABLE PAPERS AND RECORDS ON PREMISES; and
   **b.** VALUABLE PAPERS AND RECORDS OFF PREMISES.

   The Coinsurance Condition does not apply to this Additional Coverage.

Under **E. LOSS CONDITIONS**, **7. Valuation** does not apply to this endorsement. The following applies:

Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

The following additional definitions apply only to this endorsement.

**a.** "Valuable Papers and Records" means inscribed, printed or written:
   **(1)** Documents;
   **(2)** Manuscripts; and
   **(3)** Records
   including abstracts, books, deeds, drawings, films, maps or mortgages. However, "valuable papers and records" does not mean "money" or "securities".
**b.** "Money" means:
   **(1)** Currency, coins and bank notes in current use and having a face value; and
   **(2)** Travelers checks, register checks and money orders held for sale to the public.
**c.** "Securities" means all negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

 Includes copyrighted material of ISO Commercial Services, Inc., with its permission. 

(1) Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and
(2) Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you

but does not include "money".

3. Under **5. Coverage Extensions, c. Valuable Papers and Records (Other Than "Electronic Data")** is deleted.

All other policy terms and conditions apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC DATA PROCESSING EQUIPMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

Under **A. COVERAGE, 4. Additional Coverages**, the following Additional Coverage is added:

**Electronic Data Processing Equipment**

1. **Covered Property**
   We will pay for:
   a. Direct physical loss of or damage to electronic equipment, component parts of such equipment, "media" and air conditioning equipment necessary for the operation of the electronic equipment:
      (1) Which you own or which is in your care, custody or control; and
      (2) While located at the premises described in the Declarations; and
      (3) Caused by or resulting from any Covered Cause of Loss.
      We do not cover "laptop computers".
   b. Your costs to research, replace or restore "electronic data" contained on damaged "media" because such "electronic data" has been destroyed or corrupted.
2. **Exclusions**
   Under **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM, the following exclusions are added to apply only to this Additional Coverage:
   a. "Electrical disturbance" unless caused by lightning.
   b. Loss or damage caused by:
      (1) Data processing "media" failure; or
      (2) Breakdown or malfunction of the data processing equipment and component parts while the "media" is being run through the system. We will cover loss, damage or expense caused directly by ensuing fire or explosion.
   c. Actual work upon, installation or testing of Covered Property. We will cover loss, caused by ensuing fire or explosion.
   d. "Mechanical breakdown". We will cover loss, damage or expense caused directly by lightning or by ensuing fire or explosion.
   e. Faulty construction or error in design of the Covered Property. We will cover loss, damage or expense caused directly by ensuing fire or explosion.
   f. Delay or loss of market.
3. **Limit of Insurance**
   a. Our payment for electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of such electronic equipment shall not exceed the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.
   b. Our payment for "media" shall not exceed the smallest of the following:
      (1) The actual cost to repair, replace or reproduce the "media", including your costs to research, replace or restore information;
      (2) If the "media" is not repaired, replaced or reproduced, the value of blank "media"; or
      (3) The Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

   The Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT is the total limit of our liability for loss or damage to all Covered Property in any one occurrence at one location. With respect to Covered Property you do not own, we will pay no more than the amount for which you are legally liable.
   The Additional Condition, Coinsurance, does not apply to this Additional Coverage.
4. **Coverage Extensions**

The following extensions apply only to this endorsement:

a. **Property At Newly Acquired Or Temporary Locations:**
You may extend the coverage provided under **1. Covered Property**, above to apply to property:
(1) At any location you acquire; or
(2) At any temporary location, other than fairs or exhibitions, you acquire
within the territorial limits and intended for similar occupancy or warehousing purposes for the business described in the Declarations.
The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.
This coverage extension will end when any of the following first occurs:
(1) 60 days from your acquisition or use of such property;
(2) On the date values at such locations are reported to us; or
(3) On the expiration date of the policy.

b. **Newly Acquired Property:**
You may extend the coverage provided under **1. Covered Property**, above to apply to property which you newly acquire, of the same type as the property covered at the described premises.
The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.
This coverage extension will end when any of the following first occurs:
(1) 60 days from your acquisition or use of such property;
(2) On the date values of such property are reported to us; or
(3) On the expiration date of the policy.

Each of these extensions is additional insurance.

5. The following **Additional Coverages** apply only to this endorsement:

a. **Transportation**
You may apply up to $10,000, for any one occurrence for loss of or damage to property caused by:
(1) Fire; lightning; explosion; smoke; riot and civil commotion; and vandalism and malicious mischief;
(2) The overturning, upset, or collision of the vehicle transporting the insured property, with another vehicle or object other than the road bed; or
(3) Theft of an entire shipping bale, case or package from a vehicle:
(a) While such property is in a fully enclosed and securely locked body or compartment; and
(b) Theft results from forcible entry, evidenced by visible marks
which occurs during transportation by motor vehicles you own, lease or operate.
We do not cover under this extension property held as samples, held for rental or sale or that you rent to others while in the care, custody or control of salespersons.

b. **Business Income and Extra Expense**
(1) **Business Income**
(a) Subject to the Limit of Insurance provisions of this Additional Coverage, we will pay for the actual loss of Business Income you sustain as a direct result of the necessary "suspension" of your "operations" during the "period of restoration" caused by accidental direct physical loss of or damage to:
1) The electronic equipment or "media" covered by this Additional Coverage;
2) The building housing the electronic equipment or "media" that prevents access to and use of the electronic equipment or "media"; or
3) The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 1,000 feet of the building
caused by the perils insured against and subject to **2. Exclusions.**
(b) We will also pay expenses you incur to reduce the covered loss. We will not pay for expenses:
1) You incur to extinguish a fire; or
2) That exceed the amount by which the covered loss is reduced.
(c) Business Income means the:
1) Net income (Net Profit or Loss before income taxes) that would

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

have been earned or incurred; and
2) Continuing normal operating expenses incurred, including payroll.

(2) **Extra Expense**
(a) Subject to the Limit of Insurance provisions of this Additional Coverage, we will pay necessary Extra Expense, other than loss of Business Income, you incur to continue "normal" operations of your business following accidental direct physical loss of or damage to:
1) The electronic equipment or "media" covered by this Additional Coverage;
2) The building housing the electronic equipment or "media" that prevents access to and use of the equipment or "media"; or
3) The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 1,000 feet of the building

caused by the perils insured against and subject to **2. Exclusions.**
You must resume normal operation of your business as soon as practical.

(b) We will also cover the cost to repair, replace or restore:
1) Books of account, abstracts, drawings;
2) Card index systems; or
3) Other records or data such as film, tape, disks, drum, cell or other magnetic storage or recording "media" for electronic data processing

that have been damaged or destroyed by perils we insure against, if such cost:
1) Exceeds the normal cost for such repair, replacement or restoration; and
2) Was incurred to reduce loss under this endorsement.

(c) Extra Expense means expense incurred:
1) To avoid or minimize the "suspension" of business and continue "operations":
a) At the described premises; or
b) At replacement premises or at temporary locations, including:
i. Relocation expenses; and
ii. Costs to equip and operate the replacement or temporary locations.
2) To minimize the suspension of business if you cannot continue "operations".
3) a) To repair or replace any Covered Property; or
b) To research, replace or restore the lost information on damaged valuable papers and records

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

(3) **Coverage Extension - Civil Authority**
In this Coverage Extension - Civil Authority, the described premises are premises to which this endorsement applies, as shown in the Declarations.
When a Covered Cause of Loss causes damage to property other than property at the described premises, you may extend your Business Income and Extra Expense Coverages to apply to the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:
(a) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and
(b) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income and Extra Expense will begin

immediately following the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which coverage began.

**(4) Exclusions**

The following exclusions apply to Business Income and Extra Expense provided by this Additional Coverage only, in addition to those contained in **2. Exclusions** above.

**(a)** We will not be liable for any increase in loss of Business Income or Extra Expense caused by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

**1)** Enforcement of any ordinance or law regulating construction, repair or demolition of buildings or structures;

**2)** Interference at the described premises by strikers or other persons with:

**a)** Rebuilding, repairing or replacing the property; or

**b)** Resumption or continuation of business; or

**3)** The suspension, lapse, or cancellation of any lease, license, contract or order beyond the "period of restoration".

**(b)** We will not cover loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

**1)** Theft of any property, which is not an integral part of a building or structure at the time of loss. We will cover direct loss that ensues from a peril not excluded in this policy. We will cover direct loss by pillage and looting which occurs during and at the immediate place of riot or civil commotion.

**2)** Any other consequential or remote loss.

**(5) Limit of Insurance**

**(a)** Business Income

Subject to **(c)** below, we will pay only for loss of your Business Income that occurs during the "period of restoration", but not exceeding 12 consecutive months after the date of accidental direct physical loss of or damage to Covered Property, resulting from a Covered Cause of Loss.

**(b)** Extra Expense

Subject to **(c)** below, we will pay for necessary Extra Expense during the "period of restoration" starting with the date of damage or destruction. Payments under this coverage shall not be limited by the expiration of the policy.

**(c)** Our total payment for both Business Income and Extra Expense for any one occurrence shall not exceed $100,000.

**(6) Loss Determination**

**(a)** The amount of Business Income loss will be determined based on:

**1)** The Net Income of the business before the direct physical loss or damage occurred;

**2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**4)** Other relevant sources of information, including:

**a)** Your financial records and accounting procedures;

**b)** Bills, invoices and other vouchers; and

**c)** Deeds, liens or contracts.

**(b)** The amount of Extra Expense will be determined based on:

**1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct phys-

ical loss or damage had occurred. We will deduct from the total of such expenses:

a) The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and

b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

2) All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

(c) Resumption Of Operations

We will reduce the amount of your:

1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

(d) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

(7) **Loss Payment - Business Income and Extra Expense**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

(a) You have complied with all of the terms of this endorsement; and

(b) 1) We have reached agreement with you on the amount of loss; or

2) An appraisal award has been made.

6. **Definitions**

The following definitions apply only to this Additional Coverage:

a. "Electrical Disturbance" means electrical or magnetic damage, disturbance or erasure of electronic recordings.

b. "Laptop Computer" means portable data collectors, notebook (laptop) computers, subnote book computers, palmtop computers, handheld computers and portable or any similar computer. Laptop computer does not mean cellular phone, wireless phone or pager.

c. "Mechanical Breakdown" means component failure or mechanical malfunction, breakdown or failure.

d. "Media" means materials on which information is recorded such as film, magnetic tape, paper tape, disks, drums, and cards. Media includes computer software.

e. "Normal" means the condition that would have existed had no loss occurred.

f. "Operations" means your business activities occurring at the described premises.

g. "Period of Restoration" means the period of time that:

(1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of Restoration" does not include any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not shorten or cause the "period of restoration" to terminate.

h. "Suspension" means:

(1) The slowdown or cessation of your business activities; or

(2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACCOUNTS RECEIVABLE

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

1. Under **A. COVERAGE**, **4. Additional Coverages**, the following Additional Coverage is added:
   **Accounts Receivable**
   We will pay:
   a. All amounts your customers owe you that you cannot collect;
   b. Interest charges on loans you secure to offset impaired receipts until we pay these amounts;
   c. Collection costs in excess of normal; and
   d. Other expenses you reasonably incur to re-establish your records
   which result from direct physical loss of or damage to your records of accounts receivable:
   i. caused by or resulting from any Covered Causes Of Loss; and
   ii. which occurs on the premises described in the Declarations.

   Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for ACCOUNTS RECEIVABLE.

2. Under **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM, the following exclusions are added to apply only to this Additional Coverage.
   a. Bookkeeping, accounting or billing errors or omissions.
   b. Falsification, alteration, concealment or destruction of records done to conceal the wrongful giving, taking or withholding of money, securities or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding.
   c. Electrical or magnetic injury, disturbance or erasure of electronic recordings. But we do cover direct loss caused by lightning.
   d. We will not pay for any loss that relies solely upon an audit of records on an inventory computation to prove its factual existence.

3. In addition to the conditions of this policy, the following conditions apply only to this Additional Coverage:
   a. **Protection of Records of Accounts Receivable**
      For coverage to apply under this Additional Coverage, you must keep all records of accounts receivable in a locked safe or vault when:
      (1) You are not open for business; or
      (2) You are not using such records; or
      (3) Such records are not removed from premises as permitted under the Additional Coverage, **Preservation of Property**.
   b. The following is added to the Loss Payment Condition:
      (1) If you cannot accurately establish the accounts receivable outstanding as of the time of loss or damage, the following method will be used:
         (a) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(b) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(2) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(a) The amount of the accounts for which there is no loss or damage;

(b) The amount of the accounts that you are able to re-establish or collect;

(c) An amount to allow for probable bad debts that you are normally unable to collect; and

(d) All unearned interest and service charges.

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MONEY AND SECURITIES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

A. **A. COVERAGE** is amended as follows:

1. Under **2. Property Not Covered**, **a.** is deleted and replaced by the following for this endorsement only:
   a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities.
   However, "money" and "securities" are covered as provided by this endorsement.
2. Under **4. Additional Coverages**, the following Additional Coverage is added:
   **Money And Securities**
   a. **Inside The Premises**
      (1) We will pay for loss of "money" and "securities" inside the "premises" or a "banking premises" resulting directly from:
         (a) "Theft"; or
         (b) Disappearance or destruction.
      (2) We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities" if you are the owner of the "premises" or are liable for damage to it.
      (3) We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:
         (a) "Theft" of; or
         (b) Unlawful entry into
         those containers.
   b. **Outside The Premises**
      (1) We will pay for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company.
      The loss must result from:
         (a) "Theft"; or
         (b) Disappearance or destruction.
      (2) Any covered "money" and "securities" loss from an armored motor vehicle company, we will pay only for the amount of loss you cannot recover:
         (a) Under your contract with the armored motor vehicle company; and
         (b) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

B. **EXCLUSIONS**

1. The Covered Causes Of Loss Form shown in the Declarations as applicable to Property, does not apply to this coverage.
2. We will not pay for loss caused by any of the following:
   a. **Accounting Or Arithmetical Errors Or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.
   b. **Acts Committed By You, Your Partners Or Your Members:** Loss resulting from any dishonest or criminal act committed by you or any of your partners or members whether acting alone or in collusion with other persons.
   c. **Acts Of Employees, Managers, Directors, Trustees Or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees", managers, directors, trustees or authorized representatives:
      (1) Acting alone or in collusion with other persons; or
      (2) While performing services for you or otherwise.
   d. **Exchanges Or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.
   e. **Fire:** Loss from damage to the "premises" resulting from fire, however caused.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

f. **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.

g. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

(1) Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, "money" or "securities".

(2) Payment of damages of any type for which you are legally liable. However, we will pay compensatory damages arising directly from a loss covered under this insurance.

(3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

h. **Legal Expenses:** Expenses related to any legal action.

i. **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

j. **War And Military Action:**
Loss or damage resulting from:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

k. **Money Operated Devices:** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

l. **Transfer Or Surrender Of Property:**

(1) Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

(a) On the basis of unauthorized instructions; or

(b) As a result of a threat to do:

1) Bodily harm to any person; or

2) Damage to any property.

(2) However, this exclusion does not apply under **A.2.b.** above to loss of covered "money" and "securities" while outside the "premises" in the care and custody of a "messenger" if you:

(a) Had no knowledge of any threat at the time the conyenance began; or

(b) Had knowledge of a threat at the time the conyenance began, but the loss was not related to the threat.

m. **Vandalism:** Loss from damage to the "premises" or its exterior or to containers of covered "money" and "securities" by vandalism or malicious mischief.

n. **Voluntary Parting Of Title To Or Possession Of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**C. LIMIT OF INSURANCE**

The most we will pay for loss of "money" and "securties" inside the "premises", and outside the "premises" are the Limits of Insurance shown in the Declarations for MONEY AND SECURITIES.

**D. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for MONEY AND SECURITIES. We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance.

**E. GENERAL CONDITIONS**

The following Conditions apply in addition to the Common Policy Conditions:

1. **Consolidation - Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:

a. Any additional persons become "employees"; or

b. You acquire the use and control of any additional "premises"

any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:

a. Give us written notice within 30 days thereafter; and

b. Pay us an additional premium.

2. **Discovery Period For Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

3. **Duties In The Event Of Loss**

a. After you discover a loss or a situation that may result in loss of, or loss from damage to, covered "money" or "securities" you must:

(1) Notify us as soon as possible.

(2) Submit to examination under oath at our request and give us a signed statement of your answers.
(3) Give us a detailed, sworn proof of loss within 120 days.
(4) Cooperate with us in the investigation and settlement of any claim.

b. If you have reason to believe that any loss of or loss from damage to, covered "money" or "securities" involves a violation of law, you must notify the police.

4. **Joint Insured**
   a. If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.
   b. If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.
   c. An "employee" of any Insured is considered to be an " employee" of every Insured.
   d. If this insurance or any of its coverages are canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.
   e. We will not pay more for loss sustained by more than one Insured than the amount we should pay if all the loss had been sustained by one Insured.
5. **Legal Action Against Us:** You may not bring any legal action against us involving loss:
   a. Unless you have complied with all the terms of this insurance;
   b. Until 90 days after you have filed proof of loss with us; and
   c. Unless brought within 2 years from the date you discover the loss.
6. **Loss Covered Under More Than One Coverage Of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:
   a. The actual amount of loss; or
   b. The sum of the limits of insurance applicable to those coverages.
7. **Loss Sustained During Prior Insurance**
   a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:
      (1) This insurance became effective at the time of cancellation or termination of the prior insurance; and
      (2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.
   b. The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:
      (1) This insurance as of its effective date; or
      (2) The prior insurance had it remained in effect.
8. **Loss Covered Under This Insurance And Prior Insurance Issued By Us Or Any Affiliate:** If any loss is covered:
   a. Partly by this insurance; and
   b. Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest

   the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.
9. **Non-Cumulation Of Limit Of Insurance:** Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.
10. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not or more than the Limit of Insurance.
11. **Ownership Of Property; Interests Covered:** The property covered under this insurance is limited to property:
    a. That you own or hold; or
    b. For which you are legally liable.

    However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.
12. **Policy Period**
    a. The Policy Period is shown in the Declarations.
    b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss

that you sustain through acts committed or events occurring during the Policy Period.

13. **Records:** You must keep records of all Covered Property so we can verify the amount of any loss.
14. **Recoveries**
    a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:
        (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;
        (2) Then to us, until we are reimbursed for the settlement made; and
        (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.
    b. Recoveries do not include any recovery:
        (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or
        (2) Of original "securities" after duplicates of them have been issued.
15. **Territory:** This insurance covers only acts committed or events occurring within the United States of America (including its territories and possessions), Puerto Rico and Canada.
16. **Transfer Of Your Rights Of Recovery Against Others To Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.
17. **Valuation - Settlement**
    a. Subject to the Limit of Insurance provision we will pay for:
        (1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:
            (a) At face value in the "money" issued by that country; or
            (b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.
        (2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:
            (a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or
            (b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:
                1) Value of the "securities" at the close of the business on the day the loss was discovered; or
                2) Limit of Insurance.
        (3) Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:
            (a) Actual cash value of the property on the day the loss was discovered;
            (b) Cost of repairing the property or "premises"; or
            (c) Cost of replacing the property with property of like kind and quality.

            We may, at our option, pay the actual cash value of the property or repair or replace it.

            If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.
    b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":
        (1) In the "money" of the country in which the loss occurred; or
        (2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.
    c. Any property that we pay for or replace becomes our property.

**F. DEFINITIONS**

1. "Banking Premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.
2. "Employee" means:
    a. Any natural person:
        (1) While in your service (and for 30 days after termination of service);
        (2) Whom you compensate directly by salary, wages or commissions; and

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

(3) Whom you have the right to direct and control while performing services for you; or

b. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

However, "employee" does not mean any:

(1) Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

3. "Messenger" means you, any of your partners or any "employee" while having care and custody of the property outside the "premises".

4. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

5. "Occurrence" means an:

a. Act or series of related acts involving one or more persons; or

b. Act or event, or a series of related acts or events not involving any person.

6. "Premises" means the interior of that portion of any building you occupy in conducting your business.

7. "Property Other Than Money And Securities" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form as Property Not Covered.

8. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you

but does not include "money".

9. "Theft" means any act of stealing.

10. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1989

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FORGERY OR ALTERATION

This endorsement adds Crime Coverage to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

## A. COVERAGE

We will pay for loss involving Covered Instruments resulting directly from the Covered Causes of Loss.

1. **Covered Instruments:** Checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

   a. Made or drawn by or drawn upon you;

   b. Made or drawn by one acting as your agent; or

   that are purported to have been so made or drawn.

2. **Covered Cause of Loss:** Forgery or alteration of, on or in any Covered Instrument.

3. **Coverage Extension**

   **Legal Expenses:** If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend the suit, we will pay for any reasonably legal expenses that you incur and pay in that defense. The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this insurance.

## B. EXCLUSIONS

We will not pay for loss as specified below:

1. **Acts Committed by You or Your Partners:** Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2. **Acts of Employees, Directors, or Trustees:** We will not pay for loss resulting from any dishonest or criminal act committed by any of your "employees", directors, or trustees:

   a. Whether acting alone or in collusion with other persons; or

   b. Whether while performing services for you or otherwise.

3. **Governmental Action:** Loss resulting from seizure or destruction or property by order of governmental authority.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

4. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Instruments.

   b. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

5. **Legal Expenses:** Expenses related to any legal action.

6. **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

7. **War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## C. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the Limit of Insurance shown in the Declarations for FORGERY AND ALTERATION.

## D. DEDUCTIBLE

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for FORGERY AND ALTERATION. We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance. This provision does not apply to legal expenses paid under the Coverage Extension.

## E. GENERAL CONDITIONS

1. **Consolidation - Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:

   a. Give us written notice within 30 days thereafter; and

   b. Pay us an additional premium.

2. **Discovery Period for Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

3. **Duties in the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Instruments you must:

   a. Notify us as soon as possible.


Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

b. Submit to examination under oath at our request and give us a signed statement of your answers.

c. Give us a detailed, sworn proof of loss within 120 days.

d. Cooperate with us in the investigation and settlement of any claim.

4. **Joint Insured**

a. If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

b. If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

c. An "employee" of any Insured is considered to be an "employee" of every Insured.

d. If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

e. We will not pay more for loss sustained by more than one Insured than the amount we should pay if all the loss had been sustained by one Insured.

5. **Legal Action Against Us:** You may not bring any legal action against us involving loss:

a. Unless you have complied with all the terms of this insurance;

b. Until 90 days after you have filed proof of loss with us; and

c. Unless brought within 2 years from the date you discover the loss.

6. **Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

a. The actual amount of loss; or

b. The sum of the limits of insurance applicable to those coverages.

7. **Loss Sustained During Prior Insurance**

a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

(1) This insurance became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

b. The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:

(1) This insurance as of its effective date; or

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

(2) The prior insurance had it remained in effect.

8. **Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:** If any loss is covered:

a. Partly by this insurance; and

b. Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

9. **Non-Cumulation of Limit of Insurance:** Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

10. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not or more than the Limit of Insurance.

11. **Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

a. That you own or hold; or

b. For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

12. **Policy Period**

a. The Policy Period is shown in the Declarations.

b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

13. **Records:** You must keep records of all Covered Instruments so we can verify the amount of any loss.

14. **Recoveries**

a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

(1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any:

(2) Then to us, until we are reimbursed for the settlement made;

(3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

b. Recoveries do not include any recovery:

(1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

(2) Of original "securities" after duplicates of them have been issued.

**15. Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada.

**16. Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**17. Valuation - Settlement**

a. Subject to the Limit of Insurance provision we will pay for:

(1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

(2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

(a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

i. Value of the "securities" at the close of the business on the day the loss was discovered; or

ii. Limit of Insurance.

(3) Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:

(a) Actual cash value of the property on the day the loss was discovered;

(b) Cost of repairing the property or "premises"; or

(c) Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

b. We may, at our option, pay for loss of, or loss from damage to, property other than "money:"

(1) In the "money" of the country in which the loss occurred; or

(2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

c. Any property that we pay for or replace becomes our property.

18. **Facsimile Signatures:** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

19. **Proof of Loss:** You must include with your proof of loss any instrument involved in that loss, or if that is not possible, an affidavit setting forth the amount and cause of loss.

F. **DEFINITIONS**

1. **"Employee"** means:

a. Any natural person:

(1) While in your service (and for 30 days after termination of service);

(2) Whom you compensate directly by salary, wages or commissions; and

(3) Whom you have the right to direct and control while performing services for you; or

b. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any:

(1) Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

2. **"Money"** means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

3. **"Occurrence"** means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

4. **"Property Other Than Money and Securities"** means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form and Property Not Covered.

5. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

All other policy terms and conditions apply.


Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE DISHONESTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

A. **A. COVERAGE** is amended as follows:
We will pay for loss involving Covered Property resulting directly from the Covered Cause of Loss.
1. **Covered Property** for this endorsement means "money", "securities", and "property other than money and securities".
2. **Covered Cause of Loss** means "Employee Dishonesty".
3. **Coverage Extension**
**Employee Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in **E. GENERAL CONDITIONS, 15. Territory** for a period not more than 90 days. The amount we pay under this Extension is part of, not in addition to, the Limit of Insurance shown in the Declarations for EMPLOYEE DISHONESTY.
4. "Money" and "securities" as defined in this endorsement are withdrawn from **2. Property Not Covered.**

B. **EXCLUSIONS**
1. The Covered Causes Of Loss Form shown in the Declarations as applicable to Property, does not apply to this Coverage.
2. We will not pay for loss caused by any of the following:
a. **Acts Committed By You, Your Partners Or Your Members:** Loss resulting from any dishonest or criminal act committed by you, any of your partners or members whether acting alone or in collusion with other persons.
b. **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.
c. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:
(1) Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.
(2) Payment of damages of any type for which you are legally liable. However, we will pay compensatory damages arising directly from a loss covered under this insurance.
(3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.
d. **Legal Expenses:** Expenses related to any legal action.
e. **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.
f. **War And Military Action:**
Loss or damage resulting from:
(1) War, including undeclared or civil war;
(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.
g. **Employee Canceled Under Prior Insurance:** Loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been canceled and not reinstated since the last such cancellation.
h. **Inventory Shortages:** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
 Copyright, ISO Commercial Risk Services, Inc., 1984, 1987 

(1) An inventory computation; or
(2) A profit and loss computation.

**C. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the Limit of Insurance shown in the Declarations for EMPLOYEE DISHONESTY.

**D. DEDUCTIBLE**

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations for EMPLOYEE DISHONESTY. We will then pay the amount of loss in excess of the Deductible Amount up to the Limit of Insurance. This provision does not apply to legal expenses paid under the Coverage Extension.
2. You must:
   a. Give us notice as soon as possible of any loss of the type insured under this Coverage Form even though it falls entirely within the Deductible Amount.
   b. Upon our request, give us a statement describing the loss.

**E. GENERAL CONDITIONS**

1. **Consolidation - Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:
   a. Any additional persons become "employees"; or
   b. You acquire the use and control of any additional "premises"

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", but only if you:
   a. Give us written notice within 30 days thereafter; and
   b. Pay us an additional premium.
2. **Discovery Period For Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.
3. **Duties In The Event Of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to Covered Property, you must:
   a. Notify us as soon as possible.
   b. Submit to examination under oath at our request and give us a signed statement of your answers.
   c. Give us a detailed, sworn proof of loss within 120 days.
   d. Cooperate with us in the investigation and settlement of any claim.
4. **Joint Insured**
   a. If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.
   b. If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.
   c. An "employee" of any Insured is considered to be an "employee" of every Insured.
   d. If this insurance or any of its coverages are canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.
   e. We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.
5. **Legal Action Against Us:** You may not bring any legal action against us involving loss:
   a. Unless you have complied with all the terms of this insurance;
   b. Until 90 days after you have filed proof of loss with us; and
   c. Unless brought within 2 years from the date you discover the loss.
6. **Loss Covered Under More Than One Coverage Of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:
   a. The actual amount of loss; or
   b. The sum of the limits of insurance applicable to those coverages.
7. **Loss Sustained During Prior Insurance**
   a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:
      (1) This insurance became effective at the time of cancellation or termination of the prior insurance; and
      (2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.
   b. The insurance under this Condition is part of, not in addition to, the Limits of Insurance and is limited to the lesser of the amount recoverable under:
      (1) This insurance as of its effective date; or
      (2) The prior insurance had it remained in effect.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.

 Copyright, ISO Commercial Risk Services, Inc., 1984, 1987 

8. **Loss Covered Under This Insurance And Prior Insurance Issued By Us Or Any Affiliate:** If any loss is covered:
   a. Partly by this insurance; and
   b. Partly by any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest

   the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.
9. **Non-Cumulation Of Limit Of Insurance:** Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.
10. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity, but not for more than the Limit of Insurance.
11. **Ownership Of Property; Interests Covered:** The property covered under this insurance is limited to property:
    a. That you own or hold; or
    b. For which you are legally liable.

    However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.
12. **Policy Period**
    a. The Policy Period is shown in the Declarations.
    b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.
13. **Records:** You must keep records of all Covered Property so we can verify the amount of any loss.
14. **Recoveries**
    a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:
       (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;
       (2) Then to us, until we are reimbursed for the settlement made; and
       (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.
    b. Recoveries do not include any recovery:
       (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or
       (2) Of original "securities" after duplicates of them have been issued.
15. **Territory:** This insurance covers only acts committed or events occurring within the United States of America (including its territories and possessions), Puerto Rico and Canada.
16. **Transfer Of Your Rights Of Recovery Against Others To Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.
17. **Valuation - Settlement**
    a. Subject to the Limit of Insurance provision we will pay for:
       (1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:
           (a) At face value in the "money" issued by that country; or
           (b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.
       (2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:
           (a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or
           (b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:
               1) Value of the "securities" at the close of the business on the day

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987

the loss was discovered; or

2) Limit of Insurance.

(3) Loss of, or loss from damage to "property other than money and securities" or loss from damage to the "premises" for not more than the:

(a) Actual cash value of the property on the day the loss was discovered;

(b) Cost of repairing the property or "premises"; or

(c) Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":

(1) In the "money" of the country in which the loss occurred; or

(2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

c. Any property that we pay for or replace becomes our property.

18. **Cancellation As To Any Employee:** This insurance is canceled as to any "Employee":

a. Immediately upon discovery by:

(1) You; or

(2) Any of your partners, officers or directors not in collusion with the "employee"

of any dishonest act committed by that "employee" whether before or after becoming employed by you.

b. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing. The notice will be mailed to you at your last mailing address known to us.

**F. DEFINITIONS**

1. "Employee" means:

a. Any natural person:

(1) While in your service (and for 30 days after termination of service);

(2) Whom you compensate directly by salary, wages or commissions; and

(3) Whom you have the right to direct and control while performing services for you; or

b. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding however, any such person while having care and custody of property outside the "premises".

However, "employee" does not mean any:

(1) Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

2. "Employee Dishonesty" in paragraph **A.2.** means only dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

a. Cause you to sustain loss; and also

b. Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

(1) The "employee"; or

(2) Any person or organization intended by the "employee" to receive that benefit.

3. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

4. "Occurrence" means all loss caused by, or involving one or more "employees", whether the result of a single act or series of acts.

5. "Property Other Than Money And Securities" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form as Property Not Covered.

6. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you

but does not include "money".

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.

 Copyright, ISO Commercial Risk Services, Inc., 1984, 1987 

54334 (12-10)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES FAILURE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** **A. COVERAGE** is amended as follows:

1. Under BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM AND CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM, **4. Additional Coverages**, the following is added:
   **Utility Services Failure**
   We shall pay for loss or damage to Covered Property due to the interruption of utility service(s) to the premises described in the Declarations. The interruption must result from direct physical damage by a Covered Cause of Loss to the property of your "local utility service".
2. Under BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM and BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED COVERAGE FORM, **5. Additional Coverages**, the following is added:
   **Utility Services Failure**
   We shall pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to the interruption of utility service(s) to the premises described in the Declarations. The interruption must result from direct physical damage by a Covered Cause of Loss to the property of your "local utility service".

**B.** **Limits of Insurance**
The most we shall pay for the sum of **A.1.** and **2.** above, in any one loss, is the Limit of Insurance shown in the Declarations for UTILITY SERVICES FAILURE.

**C.** **Exclusions**
The following exclusions apply only to this endorsement:

1. **Perishable Stock**
   We will not pay for loss or damage to "perishable stock".
2. **Power or Other Utility Grid Failure**
   Under CAUSES OF LOSS - SPECIAL FORM, B. EXCLUSIONS, exclusion **1.e. Utility Services** is deleted and replaced by the following:
   **e.** **Utility Services**
   We shall not pay for loss or damage caused by or resulting from the failure to supply "communication supply services", "power supply services" or "water supply services" from any regional or national grid.

**D.** **Definitions**

1. Under BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM, **F. DEFINITIONS**, and BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED COVERAGE FORM, **D. DEFINITIONS**, **4.** "Period of restoration" is deleted and replaced by the following with respect to the coverage provided by this endorsement only:
   **4.** "Period of restoration" means period of time that:
   **a.** Begins immediately following the time of the interruption of utility service(s) to premises described in the Declarations caused by or resulting from direct physical loss or damage by a Covered Cause of Loss to the property of your "local utility service"; and
   **b.** Ends on the date when the interruption of utility service to the premises described in the Declarations is restored.
   "Period of restoration" does not mean any increased period required due to the enforcement of any ordinance or law that:
   **a.** Regulates the construction, use or repair, or requires the tearing down of any property; or
   **b.** Regulates the prevention, control, re-

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1983, 1990, 2007

pair, clean-up or restoration of environmental damage.

The expiration date of this policy will not shorten or cause the "period of restoration" to terminate.

2. The following definitions apply only to this Additional Coverage:
   a. "Communication Supply Services" meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, that are not located on a described premises and not rented, leased or owned by any insured, such as:
      (1) Communication transmission lines, including optic fiber transmission lines;
      (2) Coaxial cables; and
      (3) Microwave radio relays, except satellites.
   b. "Local Utility Service" means your billing entity, repair entity or service entity directly supplying your "communication supply services", "power supply services" or "water supply services" to the premises described in the Declarations.
   c. "Perishable Stock" means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.
   d. "Power Supply Services" meaning the following types of property supplying electricity, steam or gas to the described premises, that are not located on a described premises and not rented, leased or owned by any insured:
      (1) Utility generating plants;
      (2) Switching stations;
      (3) Substations;
      (4) Transformers; and
      (5) Transmission lines.
   e. "Water Supply Services" mean the following types of property supplying water to the described premises, that are not located on a described premises and not rented, leased or owned by any insured:
      (1) Pumping stations; and
      (2) Water mains.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1983, 1990, 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FINE ARTS, COLLECTIBLES AND MEMORABILIA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

A. Under **A. COVERAGE, 4. Additional Coverages,** the following Additional Coverage is added:
**Fine Arts, Collectibles and Memorabilia**
1. **Coverage**
We will pay for direct physical loss or damage to "fine arts", "collectibles" and "memorabilia" that are:
a. Located at the premises described in the Declarations;
b. Not held for sale; and
c. Owned by:
(1) You; or
(2) If you are:
(a) An individual, your spouse.
(b) A partnership or a joint venture, your members, your partners and their spouses.
(c) A limited liability company, your members.
(d) An organization other than a partnership, joint venture or limited liability company, your "executive officers".
(e) A trust, your trustees.
2. **Exclusions**
Under **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM, the following exclusions are added to apply only to this Additional Coverage.
a. An action committed by you or at your direction with the intent to cause loss or damage.
b. Damage caused by any repairing, restoration or retouching process.
c. Breakage of art glass windows, statuary, marble, glassware, bric-a-brac, porcelains and similar fragile articles unless caused by:
(1) Fire or lightning;
(2) Aircraft;
(3) Theft or attempted theft;
(4) Earthquake;
(5) Flood or storm surge;
(6) Malicious damage; or
(7) Collision, derailment or overturn of conveyance
except as we may state otherwise.
d. Mysterious disappearance unless the loss is a direct result of forcible entry of which there is visible evidence.
e. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.
3. **Limit Of Insurance**
We will pay no more than the smallest of either:
a. The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or
b. The limits shown in the Declarations for FINE ARTS, COLLECTIBLES AND MEMORABILIA.
In no event shall our payment for all items in any one loss exceed the limits shown in the Declarations for FINE ARTS, COLLECTIBLES AND MEMORABILIA.
Our payment for loss of or damage to "fine arts", "collectibles", and "memorabilia" will only be for the account of the owner of the property.
This is an additional amount of insurance.
4. **Deductible**
No deductible applies to this Additional Coverage.
5. **Conditions**
a. In case of loss of or damage to any part of a pair or set, we may:

(1) Repair or replace any part of the pair or set to restore it to its value before the loss; or
(2) Pay the difference between the actual cash value of the property before and after the loss.

b. In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part lost or damaged.

c. In the event of loss or damage to property covered, claim payment is subject to the insurable interest of the covered insured.

**B.** Under **F. ADDITIONAL CONDITIONS, Coinsurance**, does not apply to this coverage.

**C.** Under **C. LIMITATIONS** of CAUSES OF LOSS - SPECIAL FORM, paragraph **2.b.** does not apply to this Additional Coverage.

**D.** The following **Definitions** apply to this Additional Coverage only:

1. "Fine arts" mean paintings, etchings, pictures, tapestries, art glass windows and other bona fide works of art of rarity, historical value or artistic merit.
2. "Collectibles" mean objects collected as a hobby, for display or as an investment whose value may appreciate.
3. "Memorabilia" means objects valued for their connection to historical events, culture, entertainment or experiences worthy of remembrance.
4. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

1. The **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is amended as follows:

   a. Under **A. COVERAGE**, the following is added: We will pay for "Equipment Breakdown" in any one occurrence at any one location where "Equipment Breakdown" is shown in the Declarations. The most we will pay for "Equipment Breakdown" is shown in the Declarations and is subject to the Limits of Insurance Section of this endorsement.

   b. Under **A. COVERAGE, 4. Additional Coverages** is amended as follows:

      (1) **d. Pollutant Clean-up And Removal** is deleted and replaced by the following as it applies to this endorsement only:

         d. **Pollutant Clean-up And Removal**

         We will pay for the pollutant clean-up, removal, repair or replacement of damaged Covered Property resulting from an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance Section.

         This coverage does not include contamination of perishable stock by a refrigerant.

      (2) **e. Electronic Data** is deleted and replaced by the following for this endorsement only:

         e. **Electronic Data Restoration**

         (1) We will pay for your reasonable and necessary cost to research, replace or restore "electronic data" which has been destroyed or corrupted as a result of "Equipment Breakdown". To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

         (2) The term "electronic data" has the meaning set forth in the DEFINITIONS Section of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM.**

         (3) The amount we pay is subject to the Limits of Insurance Section.

      (3) The following **Additional Coverages** are added:

         (a) **Expediting Expenses**

         We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the "reasonable extra cost" to:

         1) Make temporary repairs;
         2) Expedite permanent repairs; or
         3) Expedite permanent replacement.

         "Reasonable extra cost" shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation". The amount we pay is subject to the Limits of Insurance Section.

         (b) **Refrigerant Contamination**

         We will pay for loss to your Covered Property that is damaged by contami-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

nation by a refrigerant used in the refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance Section.

**(c) Spoilage Coverage**

We will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "Equipment Breakdown" to types of property covered by this policy, that are:

1) Located on or within 1,000 feet of your described premises; and
2) Owned by you, the building owner (if you are a tenant), or owned by a public utility, or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.

However, we will not pay for any physical loss or damage caused by or resulting from any of the causes of loss listed below, unless loss or damage not otherwise excluded results, then we will pay for such resulting damage:

1) Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement; or
2) Flood, unless an "Equipment Breakdown" ensues.

Our payment will be based upon the actual replacement cost of the perishable goods at the time of loss. The amount we pay is subject to the Limits of Insurance Section.

**(d) CFC Refrigerants**

We will pay for the "additional costs" to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

"Additional costs" mean those in excess of what would have been required to repair or replace Covered Property, had no CFC refrigerant been involved. We will also pay for additional loss as described under Spoilage Coverage or loss of Business Income Coverage provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We will pay no more than the least of the following:

1) The cost to repair the damaged property and replace any lost CFC refrigerant;
2) The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or
3) The cost to replace the system with one using a non-CFC refrigerant.

The amount we pay is subject to the Limits of Insurance Section.

**(e) Computer Equipment**

We will pay for direct physical loss or damage to your computers as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance Section.

**(f) Business Interruption, Extra Expense and Service Interruption**

Any insurance provided for Business Income or Extra Expense is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet ac-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

cess, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

We will pay:

1) Your actual loss sustained from a total or partial interruption of business; and
2) The reasonable extra expense you sustain to run your business during the interruption, caused solely by an "Equipment Breakdown", including an "Equipment Breakdown" to any transformer, electrical apparatus, or any covered equipment that is:
   a) Located on or within 1,000 feet of your described premises;
   b) Owned by you, the building owner (if you are a tenant), or owned by a public utility company; and
   c) Used to supply electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.

The amount we pay is subject to the Limits of Insurance Section.

**(4)** The following is added to **5. Coverage Extensions**:

**Replacement Cost Coverage**

We will pay you the amount you actually spend to repair or replace your damaged property with new property of like kind, capacity, size and quality, whichever is less except for the following:

If any damaged property is not repaired or replaced, then we will pay only the actual cash value at the time of the "Equipment Breakdown".

**c.** The following provision is added to **B. EXCLUSIONS AND LIMITATIONS** as it applies to this endorsement only:

Under Business Interruption, Extra Expense and Service Interruption, we will not pay for:

**(1)** The interruption of business that would not or could not have been carried on if the "Equipment Breakdown" had not occurred;

**(2)** Your failure to use due diligence and dispatch and all reasonable means to resume business at the location(s) shown on the Declarations page; or

**(3)** The part of any loss or expense that is due solely to the suspension, lapse or cancellation of a contract following an "Equipment Breakdown" extending beyond the time business would have resumed if the contract had not lapsed, been suspended or canceled.

**d. C. LIMITS OF INSURANCE** is deleted and replaced by the following for this endorsement only:

**C. LIMITS OF INSURANCE**

**(1)** The most we will pay for "Equipment Breakdown" for one or more coverages in any one occurrence at any one location is the amount equal to the "total insured value" at each location where "Equipment Breakdown" is shown in the Declarations. This provision does not apply to paragraph **(4)** below.

**(2)** The limit of insurance for **Pollutant Clean-up And Removal, Electronic Data Restoration, Refrigerant Contamination** and **Spoilage Coverage** are not additional Limits of Insurance, but are included in the "total insured value". We will pay the lesser of "total insured value" or:

**(a)** For Pollutant Clean-up And Removal, the greater of $25,000 or the limit shown in the Declarations for Pollutant Clean-up And Removal or the limit shown in an endorsement that is attached to the property form;

**(b)** For Electronic Data Restoration, up to $25,000 for loss, damage or expense including actual loss of Business Income you sustain and necessary Extra Expense you incur;

**(c)** For Refrigerant Contamination, up to $750,000 for loss or damage; and

**(d)** For Spoilage Coverage, up to $750,000 for loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

(3) In no event will we pay more than the "total insured value" for each location where "Equipment Breakdown" is shown in the Declarations.

(4) As regards Business Interruption, Extra Expense and Service Interruption, our limit of liability for any one "Equipment Breakdown" is equal to twelve (12) consecutive months of actual loss sustained for a total or partial interruption of your business. The twelve (12) consecutive months begin on the date of the "Equipment Breakdown".

e. The following conditions are added to **F. ADDITIONAL CONDITIONS**, as they apply to this endorsement only:

**(1) Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension or coverage reinstatement to:

(a) Your last known address; or
(b) The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**(2) Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**(3) Environmental, Safety and Efficiency Improvements**

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not apply to any property to which Actual Cash Value applies.

**(4) Green Environmental and Efficiency Improvements**

If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay:

a. The lesser of the reasonable and necessary additional cost incurred by you to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". Like kind and quality includes similar size and capacity.
b. The additional reasonable and necessary fees incurred by you for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".
c. The additional reasonable and necessary cost incurred by you for certification or recertification of the repaired or replaced Covered Property as "Green".
d. The additional reasonable and necessary cost incurred by you for "Green" in the removal, disposal or recycling of damaged Covered Property.
e. The business interruption (if covered within the policy to which this Equipment Breakdown Endorsement is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverage above.

We will not pay more than 125%, up to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs and any business interruption loss incurred as stated above.

**Green Environmental and Efficiency Improvements** does not cover any of the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

a. Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which you are legally liable, or personal property of others.
b. Any loss adjusted on any valuation basis other than a repair or replacement cost basis as per E. LOSS CONDITIONS, **4. Loss Payment**.
c. Any loss covered under any other Section of this policy.
d. Any cost incurred due to any law or ordinance with which you were legally obligated to comply with prior to the time of the "Equipment Breakdown".

**(5) Other Insurance Issued By Us**

If this policy provides coverage for Data Processing Equipment Coverages, Electronic Data Processing Equipment, Refrigerated Products or Mechanical Breakdown where two or more of this policy's coverages apply to the same loss or damage, the Coverage of this endorsement shall supercede any coverages provided outside of this Equipment Breakdown Endorsement for the loss or damage that arises out of an "Equipment Breakdown" loss.

This Condition supercedes any similar Condition when provided by us in this policy.

2. **B. EXCLUSIONS** of the **CAUSES OF LOSS FORMS** are amended as follows:

a. Under **CAUSES OF LOSS - BASIC FORM** and **CAUSES OF LOSS - BROAD FORM**, the following exclusions are deleted as they apply to this endorsement only:

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:
(1) Electrical or electronic wire, device, appliance, system or network; or
(2) Device, appliance, system or network utilizing cellular or satellite technology.
For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:
(a) Electrical current, including arcing;
(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;
(c) Pulse of electromagnetic energy; or
(d) Electromagnetic waves or microwaves.
However, if fire results, we will pay for the loss or damage caused by that fire.

Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, if mechanical breakdown results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

However, if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion.

b. Under **CAUSES OF LOSS - SPECIAL FORM**, the following exclusions are deleted as they apply to this endorsement only:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:
(1) Electrical or electronic wire, device, appliance, system or network; or
(2) Device, appliance, system or network utilizing cellular or satellite technology.
For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:
(a) Electrical current, including arcing;
(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;
(c) Pulse of electromagnetic energy; or
(d) Electromagnetic waves or microwaves.
However, if fire results, we will pay for the loss or damage caused by that fire.

Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. However, if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

c. Under **CAUSES OF LOSS - SPECIAL FORM, C. LIMITATIONS**, the following limitations are deleted as they apply to this endorsement only:

(1) Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. However, we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than any explosion.

3. **DEFINITIONS** are amended as follows as they apply to this endorsement only:

a. The **CAUSES OF LOSS - SPECIAL FORM**, "Specified Causes of Loss" is amended to include "Equipment Breakdown".

b. Under **CAUSES OF LOSS - SPECIAL FORM, CAUSES OF LOSS - BASIC FORM** and **CAUSES OF LOSS - BROAD FORM**, the following definitions are added:

"Equipment Breakdown" means:

(1) Physical loss or damage both originating within:
   (a) Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:
      1) waste disposal piping;
      2) any piping forming part of a fire protective system;
      3) furnaces; and
      4) any water piping other than:
         a) boiler feed water piping between the feed pump and the boiler;
         b) boiler condensate return piping; or
         c) water piping forming part of a refrigerating or air conditioning system.
   (b) All mechanical, electrical, electronic or fiber optic equipment; and
(2) Caused by, resulting from, or consisting of:
   (a) Mechanical breakdown;
   (b) Electrical or electronic breakdown; or
   (c) Rupture, bursting, bulging, implosion, or steam explosion.

However, "Equipment Breakdown" does not mean:

Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

(a) Wear and tear;
(b) Rust or other corrosion, decay, deterioration, hidden or latent defect, "fungi", wet rot, dry rot, virus, bacteria or any other quality in property that causes it to damage or destroy itself;
(c) Smog;
(d) Settling, cracking, shrinking or expansion;
(e) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;
(f) Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;
(g) Scratching or marring; and
(h) Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:
   1) Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

2) Flood, unless an "Equipment Breakdown" ensues.

"Total insured value" means:

The sum of the limits for the following coverages if shown at the location where "Equipment Breakdown" is shown in the Declarations:

(1) Building;
(2) Business Personal Property;
(3) Stock;
(4) Personal Property of Others;
(5) Tenants Improvements and Betterments;
(6) Improvements and Alterations;
(7) Furniture;
(8) Fixtures;
(9) Machinery and Equipment;
(10) Personal Property in the Open;
(11) Legal Liability Real Property;
(12) Business Income and Extra Expense (when Business Income and Extra Expense - Actual Loss Sustained is shown in the Declarations, Business Income and Extra Expense applies at 25% of the sum of the building and business personal property limits at that location);
(13) Business Income (Without Extra Expense);
(14) Extra Expense; and
(15) Any other property described.

"Green" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

"Green Authority" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

"Production machinery" means any machine which processes, forms, shapes or transports raw materials, materials in process, waste materials or finished products.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 1988, 1990

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION - SPECIALTY GLASS

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - BASIC FORM

**A.** Under **LIMITATIONS** in Causes of Loss - Special Form and **LIMITATION** in Causes of Loss - Broad Form and Basic Form, the following limitation is added:
We will not pay more than $500 in any one occurrence for direct physical loss of or damage to "specialty glass" at the premises described in the Declarations regardless of the number of panes, plates or similar units of glass. Subject to this aggregate, we will not pay more than $100 for any one pane, plate, multiple plate insulating unit, jalousie, louver or shutter.
This limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

**B.** Under **DEFINITIONS**, the following definition is added:
"Specialty glass" means art glass, etched glass, half tone screens, memorial windows, mosaic art, rotogravure screens, stained glass or stained glass in leaded sections.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1994, 2007

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** DEFINITIONS.

The descriptions in the headings of this Coverage Form and all applicable endorsements are solely for convenience and form no part of the terms and conditions of coverage.

**A. COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in Section **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building**, meaning the building or structure described in the Declarations, including:
(1) Completed additions;
(2) Fixtures, including outdoor fixtures;
(3) Permanently installed:
(a) Machinery; and
(b) Equipment;
(4) Building glass, meaning glass that is part of the building or structure;
(5) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:
(a) Fire-extinguishing equipment;
(b) Outdoor furniture;
(c) Floor coverings; and
(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering; and
(6) If not covered by other insurance:
(a) Additions under construction, alterations and repairs to the building or structure; and
(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage endorsement:
(1) Furniture and fixtures;
(2) Machinery and equipment;
(3) "Stock";
(4) All other personal property owned by you and used in your business;
(5) Labor, materials or services furnished or arranged by you on personal property of others;
(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:
(a) Made a part of the building or structure you occupy but do not own; and
(b) You acquired or made at your expense but cannot legally remove; and
(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

c. **Personal Property Of Others** that is:
(1) In your care, custody or control; and


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and in your care, custody or control, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. "Electronic data", except as provided under the Additional Coverage - Electronic Data. This Paragraph **n.** does not apply to your "stock" of prepackaged software;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as "electronic data". Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as "electronic data";

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or automobiles you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than automobiles, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops; or

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

4. **Additional Coverages**

a. **Debris Removal**

(1) Subject to Paragraphs **(3)** and **(4)** below, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4)** below, the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) **Examples**

In the following examples, the figures used are for illustrative purposes only and do not reflect your actual insurance.

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $50,000 |
| Amount of Loss Payable: | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $10,000 |
| Debris Removal Expense Payable: | $10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance: | $90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $80,000 |
| Amount of Loss Payable: | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense: | $30,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $10,500 |
| Additional Amount: | $10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph (4). Thus, the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

b. **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 45 days, unless a higher number of days are shown in the Declarations, after the property is first moved.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

**c. Fire Department Service Charge**
When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 per occurrence, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or
(2) Required by local ordinance.

**d. Pollutant Clean-up And Removal**
We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". However, we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000, unless a higher limit is shown in the Declarations, for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Electronic Data**

(1) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.
(2) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:
(a) If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.
(b) If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.
(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to coverage provided under this Additional Coverage, Electronic Data.
(d) The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. However, there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.
(3) Limit of Insurance
(a) Annual Aggregate Limit – The most we will pay under this Additional Coverage, Electronic Data, for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved is $10,000, unless a higher limit is shown in the Declarations.
(b) Per Occurrence Limit - Subject to (a) above, we will pay up to the following amounts in any one occurrence of loss or damage:
1) $10,000 if the computer system(s) are equipped with active virus scanning or anti-virus software at the time of loss; or


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

2) $2,500 if the computer system(s) are not equipped with active virus scanning or anti-virus software at the time of loss.

If loss payment for the first occurrence does not exhaust the annual aggregate limit shown in **(a)** above, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**f. Fire Extinguisher Systems Recharge Expense**

(1) We will pay:

(a) The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

(b) For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

(2) No coverage will apply if the fire extinguishing system is discharged during installation or testing.

(3) The most we will pay under this Additional Coverage is $10,000, unless a higher limit is shown in the Declarations, in any one occurrence.

**g. Arson Reward**

(1) We will pay for information which leads to a conviction for arson in connection with a fire loss to Covered Property insured by this policy.

(2) The most we will pay per occurrence is $7,500, unless a higher limit is shown in the Declarations, regardless of the number of persons who provide information.

**h. Theft Reward**

(1) We will pay for information which leads to a conviction for theft of Covered Property insured by this policy.

(2) The most we will pay per occurrence is 25% of the amount of covered loss or $7,500, whichever is less, unless a higher limit is shown in Declarations, regardless of the number of persons who provide information.

**i. Rekeying of Locks**

(1) If the keys to locks on doors of the building described in the Declarations are a part of a theft loss covered by this policy, we will pay reasonable necessary expenses you incur to rekey locks on doors of the building described in the Declarations.

(2) The most we will pay per occurrence is $1,000, unless a higher limit is shown in the Declarations.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

If a coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

1) Similar use as the building described in the Declarations; or

2) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $500,000, unless a higher limit is shown in the Declarations, at each building.

**(2) Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

1) Business personal property (other than "stock"), including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

2) Business personal property (other than "stock"), including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

3) Business personal property (other than "stock") that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $250,000, unless a higher limit is shown in the Declarations, at each building.

**(b)** This Extension does not apply to:

1) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

2) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 60 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property, unless a higher number of days are shown in the Declarations; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher limit is shown in the Declarations, at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers and Records (Other Than "Electronic Data")**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. However, this Extension does not apply to valuable papers and records which exist as "electronic data".

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay in any one occurrence to replace or restore the lost information is:

**(a)** $10,000 at each described premises; and

**(b)** $10,000 while valuable papers and records are away from a described premises

unless higher limit(s) are shown in the Declarations. Such amounts are additional insurance.

**(5)** We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property, including "stock",


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

while it is away from the described premises, if it is:
(a) Temporarily at a location you do not own, lease or operate;
(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or
(c) At any fair, trade show or exhibition.
(2) This Extension does not apply to Covered Property:
(a) In or on a vehicle; or
(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.
(3) The most we will pay for loss or damage under this Extension is $10,000, unless a higher limit is shown in the Declarations.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor:
(1) Fences, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:
(a) Fire;
(b) Lightning;
(c) Explosion;
(d) Riot or Civil Commotion; or
(e) Aircraft.
The most we will pay for loss or damage is $10,000, but not more than $1,000 for any one tree, shrub or plant, unless higher limits are shown in the Declarations. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.
(2) Radio and television antennas (including satellite dishes), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:
(a) Fire;
(b) Lightning;
(c) Windstorm or Hail;
(d) Ice, snow or sleet;
(e) Explosion;
(f) Riot or Civil Commotion; or
(g) Aircraft.
The most we will pay for loss or damage is $2,000, unless a higher limit is shown in the Declarations. This limit applies to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:
(a) The trailer is used in your business;
(b) The trailer is in your care, custody or control at the premises described in the Declarations; and
(c) You have a contractual responsibility to pay for loss or damage to the trailer.
(2) We will not pay for any loss or damage that occurs:
(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;
(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.
(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.
(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. EXCLUSIONS AND LIMITATIONS**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. LIMITS OF INSURANCE**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.
2. The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $5,000, unless a higher limit is shown in the Declarations, per sign in any one occurrence.
3. The amounts of insurance stated in the following Additional Coverages apply in accordance with


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

the terms of such coverages and are in addition to the Limit(s) of Insurance shown in the Declarations for any other coverage, unless otherwise indicated:

a. Fire Department Service Charge;
b. Pollutant Clean-up And Removal;
c. Electronic Data;
d. Fire Extinguisher Systems Recharge Expense;
e. Arson Reward;
f. Theft Reward; and
g. Rekeying of Locks.

4. Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

5. **Your Business Personal Property Limit - Seasonal Increase**
   a. Subject to Paragraph **5.b.** below, the Limit of Insurance for Your Business Personal Property is automatically increased by:
      (1) The percentage shown in the Declarations for Your Business Personal Property - Seasonal Increase; or
      (2) 25%, if no percentage is shown in the Declarations for Your Business Personal Property - Seasonal Increase

      to provide for seasonal variances.
   b. The increase described above in Paragraph **5.a.**, will apply only if the Limit of Insurance shown for Your Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:
      (1) The 12 months immediately preceding the date loss or damage occurs; or
      (2) The period of time you have been in business as of the date the loss or damage occurs.

**D. DEDUCTIBLE**

The applicable Deductible shown in the Declarations will apply unless otherwise stated by endorsement.

In any one occurrence of loss or damage (hereinafter referred to as loss), the Deductible will apply as follows:

1. We will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage.
   a. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss.
   b. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.
2. If Paragraph 1., above does not apply:
   a. If the amount of loss is less than or equal to the Deductible, we will not pay for that loss.
   b. If the amount of loss exceeds the Deductible, we will then subtract the Deductible from the loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

   When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. However, the Deductible will be applied only once per occurrence.
3. No Deductible applies to the following Additional Coverages:
   a. Fire Department Service Charge;
   b. Fire Extinguisher Systems Recharge Expense;
   c. Arson Reward;
   d. Theft Reward; and
   e. Rekeying of Locks.

In the following examples, the figures used are for illustrative purposes only and do not reflect your actual insurance.

The following examples assume there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance - Building #2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$60,100
- 250
$59,850 Loss Payable - Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

Total amount of loss payable:
$59,850 + $80,000 = $139,850

**EXAMPLE #2**
The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: (Exceeds Limit of Insurance plus Deductible) | $70,000 |
| Loss to Building #2: (Exceeds Limit of Insurance plus Deductible) | $90,000 |
| Loss Payable – Building #1: (Limit of Insurance) | $60,000 |
| Loss Payable - Building #2: (Limit of Insurance) | $80,000 |
| Total amount of loss payable: | $140,000 |

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Abandonment**
There can be no abandonment of any property to us.

2. **Appraisal**
If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**
   a. You must see that the following are done in the event of loss or damage to Covered Property:
      (1) Notify the police if a law may have been broken.
      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.
      (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.
      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
      (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.
      (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.
      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
      (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request.
      We will supply you with the necessary forms.
      (8) Cooperate with us in the investigation or settlement of the claim.
   b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**
   a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:
      (1) Pay the value of lost or damaged property;
      (2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;
      (3) Take all or any part of the property at an agreed or appraised value; or


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice.

If you recover the property, at your option, you may retain the property. You must then return to us the amount we paid to you for the property less any expenses to repair the Covered Property and expenses incurred to recover the property. You may give us the recovered property in which case we will pay recovery expenses, subject to the Limit of Insurance.

If we recover the property, at your option, we may return the property to you. We will pay any recovery expenses, subject to the Limit of Insurance. We will also pay any expenses to repair the Covered Property, subject to the Limit of Insurance. However, before we return the Covered Property or pay for the repair of the Covered Property, you must first return to us the amount we paid to you for the property.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**1)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**2)** Used by the building owner to conduct customary operations.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b.**, **c.**, **d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in the procedure.

(3) Nothing if others pay for repairs or replacement.

F. **ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

In the following examples, the figures used are for illustrative purposes only and do not reflect your actual insurance.

**EXAMPLE #1 (UNDERINSURANCE)**

| | | |
|---|---|---|
| When: | The value of the property is: | $250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Co-insurance requirements)
Step (2): $100,000 ÷ $200,000 = .50
Step (3): $ 40,000 x .50 = $20,000
Step (4): $20,000 - $250 = $19,750
We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| | | |
|---|---|---|
| When: | The value of the property is: | $250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

| | | |
|---|---|---|
| When: | The value of the property is: | |
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $ 30,000 |
| | Personal Property at Location #2: | $ 20,000 |
| | | $ 50,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Co-insurance requirements and to avoid the penalty shown below)
Step (2): $180,000 ÷ $225,000 = .80
Step (3): $ 50,000 x .80 = $40,000
Step (4): $ 40,000 - $1,000 = $39,000
We will pay no more than $39,000. The remaining $11,000 is not covered.

2. **Mortgageholders**
   a. The term mortgageholder includes trustee.
   b. We will pay for covered loss of or damage to buildings or structures to each mortgage-holder shown in the Declarations in their order of precedence, as interests may appear.
   c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.
   d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:
      (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;
      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

      All of the terms of this Coverage Part will then apply directly to the mortgageholder.
   e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:
      (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and
      (2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

      At our option, we may pay to the mortgage-holder the whole principal on the mortgage


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

In the following example, the figures used are for illustrative purposes only and do not reflect your actual insurance.

**EXAMPLE**

| | | |
|---|---|---|
| If: | The applicable Limit of Insurance is: | $100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Optional Coverage may also be shown as applicable. If the Declarations show this Optional Coverage as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. DEFINITIONS**

1. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F., DEFINITIONS.

The descriptions in the headings of this Coverage Form and all applicable endorsements are solely for convenience and form no part of the terms and conditions of coverage.

**A. COVERAGE**

**1. Business Income**

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations.

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**2. Extra Expense**

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

Copyright, ISO Properties, Inc., 2007

replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Limitation - Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under the Additional Coverage - Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under the Additional Coverage - Interruption Of Computer Operations.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage - Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin immediately following the time of the first action of civil authority that prohibits access to the described premises; however, if a waiting period is shown in the Declarations, then after such period following the time of the first action of civil authority that prohibits access to the described premises.

Civil Authority Coverage for Business Income will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends

whichever is later.

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period

Includes copyrighted material of Insurance Service Office, Inc., with its permission.


Copyright, ISO Properties, Inc., 2007

of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

1) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

2) 30 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

1) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

2) 30 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage - Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage - Interruption Of Computer Operations includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a computer virus, harmful code or similar instruction

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. However, there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage - Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved is $10,000, unless a higher limit is shown in the Declarations, subject to the following:

**(a)** If at the time of interruption, the computer system is equipped with active virus scanning or anti-virus software, this entire amount is available.

**(b)** If at the time of interruption, the computer system is not equipped with active virus scanning or anti-virus software, payment will be limited to $2,500 for that occurrence.

If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage - Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(3)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions, if the location you acquire is intended for:

**(1)** Similar use as the location described in the Declarations; or

**(2)** Use as a warehouse.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 60 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. LIMITS OF INSURANCE**

**1.** The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**2.** Payments under the following coverages will not increase the applicable Limit of Insurance:

**a.** Alterations And New Buildings;

**b.** Civil Authority;

**c.** Extra Expense; or

**d.** Extended Business Income.

**3.** The amounts of insurance stated in the following apply in accordance with the terms of those

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

a. Interruption Of Computer Operations Additional Coverage; and
b. Newly Acquired Locations Coverage Extension.

**C. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and
b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.
(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.
(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.
(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
(7) Cooperate with us in the investigation or settlement of the claim.
(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;
(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;
(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

Copyright, ISO Properties, Inc., 2007

(4) Other relevant sources of information, including:
   (a) Your financial records and accounting procedures;
   (b) Bills, invoices and other vouchers; and
   (c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:
   (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:
      (a) The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and
      (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and
   (2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. **Resumption Of Operations**
We will reduce the amount of your:
   (1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.
   (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**
We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have compiled with all of the terms of this Coverage Part and;
   a. We have reached agreement with you on the amount of loss; or
   b. An appraisal award has been made.

**D. ADDITIONAL CONDITION**
**COINSURANCE**
If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times
2. The sum of:
   a. The Net Income (Net Profit or Loss before income taxes), and
   b. Operating expenses, including payroll expenses

   that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

   Instead, we will determine the most we will pay using the following steps:

   Step(1): Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;
   Step(2): Divide the Limit of Insurance for the described premises by the figure determined in Step (1); and
   Step(3): Multiply the total amount of loss by the figure determined in Step (2).

   We will pay the amount determined in Step (3) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

   In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:
      (1) Prepaid freight - outgoing;
      (2) Returns and allowances;
      (3) Discounts;
      (4) Bad debts;
      (5) Collection expenses;

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(6) Cost of raw stock and factory supplies consumed (including transportation charges);
(7) Cost of merchandise sold (including transportation charges);
(8) Cost of other supplies consumed (including transportation charges);
(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;
(10) Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);
(11) All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and
(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

In the following examples, the figures used are for illustrative purposes only and do not reflect your actual insurance.

**EXAMPLE #1 (UNDERINSURANCE)**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $150,000 |
| | The amount of loss is: | $ 80,000 |
| Step (1): | $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Co-insurance requirements) | |
| Step (2): | $150,000 ÷ $200,000 = .75 | |
| Step (3): | $ 80,000 x .75 = $60,000 | |

We will pay no more than $60,000. The remaining $20,000 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period Of Indemnity**
   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.
   b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:
      (1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or
      (2) The Limit of Insurance shown in the Declarations.
2. **Monthly Limit Of Indemnity**
   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.
   b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:
      (1) The Limit of Insurance, multiplied by
      (2) The fraction shown in the Declarations for this Optional Coverage.

In the following example, the figures used are for illustrative purposes only and do not reflect your actual insurance.

**EXAMPLE**

| | | |
|---|---|---|
| When: | The Limit of Insurance is: | $120,000 |
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1-30: | $ 40,000 |
| | Days 31-60: | $ 20,000 |
| | Days 61-90: | $ 30,000 |
| | | $ 90,000 |

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

We will pay:

| | |
|---|---|
| Days 1-30: | $ 30,000 |
| Days 31-60: | $ 20,000 |
| Days 61-90: | $ 30,000 |
| | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

a. To activate this Optional Coverage:

(1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

(a) During the 12 months prior to the date of the Work Sheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b. The Additional Condition, Coinsurance, is suspended until:

(1) 12 months after the effective date of this Optional Coverage; or

(2) The expiration date of this policy whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

(1) Within 12 months of the effective date of this Optional Coverage; or

(2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

(1) The Business Income Limit of Insurance; divided by

(2) The Agreed Value.

In the following example, the figures used are for illustrative purposes only and do not reflect your actual insurance.

**EXAMPLE**

| | | |
|---|---|---|
| When: | The Limit of Insurance is: | $ 100,000 |
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |
| Step (1): | $100,000 ÷ $200,000 = .50 | |
| Step (2): | .50 x $80,000 = $40,000 | |

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income**, the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F. DEFINITIONS**

1. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

2. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

3. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

4. "Period of restoration" means period of time that:

   a. Begins:

   (1) Immediately following the time of direct physical loss or damage; however, if a

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

waiting period is shown in the Declarations, then after such period following the time of direct physical loss or damage for Business Income Coverage; or

(2) Immediately following the time of direct physical loss or damage for Extra Expense Coverage

caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not mean any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not shorten or cause the "period of restoration" to terminate.

5. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

6. "Rental Value" means Business Income that consists of:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that premises, including:

(1) Payroll; and

(2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

7. "Suspension" means:

a. The slowdown or cessation of your business activities; or

b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS in the Commercial Property Coverage Part.

**A. COVERED CAUSES OF LOSS**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.**, Exclusions; or
2. Limited in Section **C.**, Limitations

that follow.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **Ordinance Or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   b. **Earth Movement**

   (1) Earthquake, including any earth sinking, earth rising or earth shifting related to such event;

   (2) Landslide, including any earth sinking, earth rising or earth shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), earth rising or earth shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   However, if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. However, if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   c. **Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   However, we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   d. **Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   However, if nuclear reaction or radiation, or radioactive contamination, results in fire, we

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

However, if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **g.(1)** through **(5)** is caused by an act of nature or is otherwise caused.

However, if any of the above in Paragraphs **g.(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot. However, if "fungi", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungi", wet rot or dry rot results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungi", Wet Rot Or Dry Rot with respect to loss or damage by a cause of loss other than fire or lightning.

**i. Virus Or Bacteria**

We will not pay for loss or damage caused by or resulting from virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

With respect to any loss or damage subject to this exclusion, such exclusion supersedes any exclusion relating to "pollutants".

Exclusions **B.1.a.** through **B.1.i.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(a) Electrical current, including arcing;
(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;
(c) Pulse of electromagnetic energy; or
(d) Electromagnetic waves or microwaves.

However, if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** (1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
(3) Smog;
(4) Settling, cracking, shrinking or expansion;
(5) Insects, birds, rodents or other animals;
(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision; or
(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;
(b) Changes in or extremes of temperature; or
(c) Marring or scratching.

However, if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. However, if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or
(2) You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or
(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;
(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or
(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

However, if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

(a) To the extent that coverage is provided under the Additional Coverage - Collapse; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(b) To collapse caused by one or more of the following:
1) The "specified causes of loss";
2) Breakage of building glass;
3) Weight of rain that collects on a roof; or
4) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". However, if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** However, if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:
(1) Planning, zoning, development, surveying, siting;
(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
(3) Materials used in repair, construction, renovation or remodeling; or
(4) Maintenance

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (And Extra Expense) Actual Loss Sustained Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:
(a) Damage or destruction of "finished stock"; or
(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:
(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or
(b) Suspension, lapse or cancellation of any license, lease or contract. However, if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any Extra Expense caused by or resulting from any delay in rebuilding, repairing or replacing the property or resuming "operations" due to an insufficiency of or failure to maintain adequate Limits of Insurance for Building or Business Personal Property.

(6) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(a) Your canceling the lease;
(b) The suspension, lapse or cancellation of any license; or
(c) Any other consequential loss.

c. **Legal Liability Coverage Form**
(1) The following exclusions do not apply to insurance under this Coverage Form:
(a) Paragraph **B.1.a.**, Ordinance Or Law;
(b) Paragraph **B.1.c.**, Governmental Action;
(c) Paragraph **B.1.d.**, Nuclear Hazard;
(d) Paragraph **B.1.e.**, Utility Services; and
(e) Paragraph **B.1.f.**, War And Military Action.
(2) The following additional exclusions apply to insurance under this Coverage Form:
(a) **Contractual Liability**
We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. However, this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:
1) Your assumption of liability was executed prior to the accident; and
2) The building is Covered Property under this Coverage Form.
(b) **Nuclear Hazard**
We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

5. **Additional Exclusion**
The following provisions apply only to the specified property.
**LOSS OR DAMAGE TO PRODUCTS**
We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. However, if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

C. **LIMITATIONS**
The following limitations apply to all policy forms and endorsements, unless otherwise stated.
1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.
a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. However, we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.
b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.
c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:
(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or
(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.
d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.
However, this limitation does not apply to:
(1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or
(2) Business Income Coverage or Extra Expense Coverage.
e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:
   a. Animals, and then only if they are killed or their destruction is made necessary.
   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:
      (1) Glass; or
      (2) Containers of property held for sale.
   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.
      However, this limitation does not apply:
      (1) If the property is located on or within 1,000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or
      (2) To Business Income Coverage or to Extra Expense Coverage.
3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:
   a. $2,500 for furs, fur garments and garments trimmed with fur.
   b. $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $500 or less per item.
   c. $2,500 for patterns, dies, molds and forms.
   d. $500 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.
   This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.
4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. However, we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:
   a. Results in discharge of any substance from an automatic fire protection system; or
   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. ADDITIONAL COVERAGE - COLLAPSE**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.
2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:
   a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;
   b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;
   c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.
   d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:
      (1) A cause of loss listed in **2.a.** or **2.b.**;
      (2) One or more of the "specified causes of loss";
      (3) Breakage of building glass;
      (4) Weight of people or personal property; or
      (5) Weight of rain that collects on a roof.
3. This **Additional Coverage - Collapse does not** apply to:
   a. A building or any part of a building that is in danger of falling down or caving in;
   b. A part of a building that is standing, even if it has separated from another part of the building; or
   c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging,


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:
   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;
   b. Awnings, gutters and downspouts;
   c. Yard fixtures;
   d. Outdoor swimming pools;
   e. Fences;
   f. Piers, wharves and docks;
   g. Beach or diving platforms or appurtenances;
   h. Retaining walls; and
   i. Walks, roadways and other paved surfaces

   if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:
   (1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and
   (2) The property is Covered Property under this Coverage Form.
5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:
   a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;
   b. The personal property which collapses is inside a building; and
   c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.
6. This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.
7. This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Part.
8. The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.7.**

**E. ADDITIONAL COVERAGE - LIMITED COVERAGE FOR "FUNGI", WET ROT OR DRY ROT**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungi", wet rot or dry rot is the result of a "specified cause of loss" other than fire or lightning that occurs during the policy term and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.
2. We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:
   a. Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;
   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and
   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.
3. The coverage described under **E.2.** of this Limited Coverage is limited to 10% of the building or personal property limit of insurance, whichever is greater, subject to a maximum of $100,000 and a minimum of $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy term). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than this limit even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy term.
4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.
6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.
   a. If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 45 days. The days need not be consecutive.
   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), however, such coverage is limited to 45 days. The days need not be consecutive.

**F. ADDITIONAL COVERAGE EXTENSIONS**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.
   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.
   b. Loss or damage must be caused by or result from one of the following causes of loss:
      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.
      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.
      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.
   c. The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.
2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.
3. **Glass**
   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.
   b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension, **F.3.**, does not increase the Limit of Insurance.

**G. DEFINITIONS**

1. "Fungi" means any type or form of fungus, including, but not limited to, any mold, mildew, mycotoxins, spores, scents or by-products produced or released by any type or form of fungus.
2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.
   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:
      (1) The cost of filling sinkholes; or
      (2) Sinking or collapse of land into man-made underground cavities.
   b. Falling objects does not include loss or damage to:


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - BASIC FORM

**A.** Each Coverage - Coverage **A**, Coverage **B**, Coverage **C** and Coverage **D** - of Section **E. Coverages** below, is provided under this endorsement only if a Limit of Insurance for that Coverage(s) is shown in the Declarations and then only with respect to the building identified for that Coverage(s) in the Declarations.

**B.** The following provisions do not apply to the extent that they conflict with the coverage provided by this endorsement only:

1. BUILDING AND PERSONAL PROPERTY COVERAGE FORM:
   a. **E. LOSS CONDITIONS:**
      **(1) 4. Loss Payment, b.**; and
      **(2) 7. Valuation, b.**, second paragraph; and
   b. **G. OPTIONAL COVERAGES, 3. Replacement Cost, f.**
2. CONDOMINIUM ASSOCIATION COVERAGE FORM:
   a. **E. LOSS CONDITIONS:**
      **(1) 4. Loss Payment, b.**; and
      **(2) 8. Valuation, b.**, second paragraph; and
   b. **G. OPTIONAL COVERAGES, 3. Replacement Cost, f.**
3. Section **B. EXCLUSIONS, 1.a.** of CAUSES OF LOSS - SPECIAL, BROAD and BASIC FORMS.

**C. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **C.1.** and **C.2.** are satisfied and are then subject to the qualifications set forth in **C.3.**

1. The ordinance or law:
   a. Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and
   b. Is in force at the time of loss.

   However, coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.
2. a. The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or
   b. The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.
   c. However, if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.
3. In the situation described in **C.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, **C** and/or **D** of this endorsement. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.
   However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, **C** and/or **D** of this endorsement.

**D.** We will not pay under Coverage **A**, **B**, **C** or **D** of this endorsement for:

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

1. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or
2. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**E. Coverages**

1. **Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**
   With respect to a covered building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.
   Coverage A is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage A does not increase the Limit of Insurance.
   The Coinsurance Additional Condition does not apply to the undamaged portion of the building when the Limit of Insurance shown in the Declarations for Coverage A is less than the applicable building Limit of Insurance shown in the Declarations.
2. **Coverage B - Demolition Cost Coverage**
   With respect to a covered building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires Demolition of such undamaged property.
   The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.
3. **Coverage C - Increased Cost Of Construction Coverage**
   a. With respect to a covered building that has sustained covered direct physical damage, we will pay the increased cost to:
      (1) Repair or reconstruct damaged portions of that building; and/or
      (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required
      when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.
      However:
      (1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.
      (2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.
      The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.
   b. When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.**:
      (1) The cost of excavations, grading, backfilling and filling;
      (2) Foundation of the building;
      (3) Pilings; and
      (4) Underground pipes, flues and drains.
      The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**
4. **Coverage D - Tenant's Improvements and Betterments**
   With respect to your use interest as tenant in improvements and betterments that have sustained covered direct physical damage, we will pay the increased cost to repair or reconstruct damaged portions of those improvements and betterments when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.
   The Coinsurance Additional Condition does not apply to Tenant's Improvements and Betterments.

**F. Loss Payment**

1. All following loss payment Provisions, **F.2.** through **F.5.**, are subject to the apportionment procedures set forth in Section **C.3.** of this endorsement.
2. When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:
   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

(1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(2) The Limit of Insurance for Coverage **A** shown in the Declarations as applicable to the covered building.

**b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

(1) The actual cash value of the building at the time of loss; or

(2) The Limit of Insurance for Coverage **A** shown in the Declarations as applicable to the covered building.

**3.** Loss payment under Coverage **B** - Demolition Cost Coverage will be determined as follows: We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit of Insurance shown for Coverage **B** in the Declarations.

**4.** Loss payment under Coverage **C** - Increased Cost of Construction Coverage will be determined as follows:

**a.** We will not pay under Coverage **C**:

(1) Until the property is actually repaired or replaced, at the same or another premises; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

(1) The increased cost of construction at the same premises; or

(2) The applicable Limit of Insurance shown for Coverage **C** in the Declarations.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

(1) The increased cost of construction at the new premises; or

(2) The applicable Limit of Insurance shown for Coverage **C** in the Declarations.

**5.** Loss payment under Coverage **D** - Tenant's Improvements and Betterments will be determined as follows:

**a.** We will not pay under Coverage **D**:

(1) Until the property is actually repaired or replaced, at the same or another premises; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the improvements and betterments are repaired or replaced at the same premises, or if you elect to rebuild the improvements and betterments at another premises, the most we will pay under Coverage **D** is the lesser of:

(1) The increased cost of construction at the same premises; or

(2) The applicable Limit of Insurance shown for Coverage **D** in the Declarations.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **D** is the lesser of:

(1) The increased cost of construction at the new premises; or

(2) The applicable Limit of Insurance shown for Coverage **D** in the Declarations.

**G.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**H.** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**I.** The following definition is added:
"Fungi" means any type or form of fungus, including but not limited to, mold, mildew, mycotoxins, spores, scents or by-products produced or released by any type or form of fungus.

All other policy terms and conditions apply.


Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. The CONCEALMENT, MISREPRESENTATION OR FRAUD Commercial Property Condition is replaced by the following:
**CONCEALMENT, MISREPRESENTATION OR FRAUD**
   1. No misrepresentation or breach of affirmative warranty made by you or on your behalf, whether before, during or after a loss, affects our obligations unless, if a misrepresentation, the person knew or should have known that the representation was false, and unless:
      a. We rely on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or
      b. The facts misrepresented or falsely warranted contribute to the loss.
   2. No failure of a condition before a loss or breach of a promissory warranty affects our obligation under this Coverage Part unless such failure or breach exists at the time of loss and either:
      a. Increases the risk at the time of loss; or
      b. Contributes to the loss.

B. **LEGAL ACTION AGAINST US**
   1. The LEGAL ACTION AGAINST US Commercial Property Condition is replaced by the following:
   **LEGAL ACTION AGAINST US**
   No one may bring a legal action against us under this Coverage Part unless the action is brought within 2 years after the date on which the direct physical loss or damage occurred.
   2. Paragraph **(1)** of Additional Condition **F.4.e.** LEGAL ACTION AGAINST US in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:
      (1) No one may bring a legal action against us under Coverages **A** and **B** unless the action is brought within 2 years after you discover the error or accidental omission.
   3. The following are deleted:
      a. The LEGAL ACTION AGAINST US Loss Condition in the Legal Liability Coverage Form; and
      b. Paragraph **(2)** of Additional Condition **F.4.e.** LEGAL ACTION AGAINST US in the Mortgageholders Errors And Omissions Coverage Form.

C. The following exclusion and related provisions are added to Paragraph **B.2. EXCLUSIONS** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:
   1. We will not pay for loss or damage arising out of any act committed:
      a. By or at the direction of any insured; and
      b. With the intent to cause a loss.
   2. However, this exclusion will not apply to deny coverage to an insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and:
      a. The loss arose out of an act or pattern of abuse or domestic abuse; and
      b. The perpetrator of the loss is criminally prosecuted for the act or acts causing the loss.
   3. If we pay a claim pursuant to Paragraph **C.2.**, our payment to the innocent insured is limited to that insured's ownership interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

D. The following is added to the TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Commercial Property Condition:
If we pay an insured for a loss described in Paragraph **C.2.**, the rights of the insured to recover damages from the perpetrator are transferred to us to the extent of our payment. Following the loss, the insured may not waive such rights to recover against the perpetrator.

We will be entitled to a recovery only after you have been fully compensated for damages.

E. The following are added:

1. **KNOWLEDGE AND ACTS OF AGENTS**
   a. If any of our agents knows any fact that breaches a condition of this policy, we will be considered to know it also if that fact:
      (1) Is known to the agent at the time the policy is issued or an application made; or
      (2) Later becomes known to the agent in the course of his or her dealings as an agent with you.
   b. Any fact that breaches a condition of this policy and is known to the agent before the loss will not:
      (1) Void this policy; or
      (2) Prevent a recovery in the event of loss.
2. The ORDINANCE OR LAW Exclusion in the Basic, Broad and Special - Causes Of Loss Forms, or in any endorsement, does not apply to dwelling properties occupied as a residence by you.
3. **CONFORMITY TO STATUTE OR RULE**
   Any provision of this Coverage Part (including endorsements which modify the Coverage Part) that is in conflict with a Wisconsin statute or rule is hereby amended to conform to that statute or rule.
   The term rule means a valid rule promulgated by the Commissioner of Insurance in accordance with the rule-making authority conferred under Wis. Stat. Ann. s. 227.11(2) and published in the Wisconsin Administrative Code.

F. The following is added to the LOSS PAYMENT Loss Condition in the Commercial Property Coverage Part:

If a municipality, which is a first class city, has elected to apply the provisions of Wis. Stat. Ann. Secs. 632.10 through 632.104, a part of our payment for fire or explosion loss or damage to your covered real property in that municipality will be withheld if the loss or damage is subject to the aforementioned provisions.

1. The withheld amount will be paid in accordance with the law, to the following:
   a. The municipality where the covered property is located;
   b. You and any other interest named in the Declarations; or
   c. The mortgageholder, if any.
   However, we will not pay more than the amount of loss payable under this policy.
2. Within 10 days after withholding the required amount, we will give written notice of the withholding to the following:
   a. The building inspection official of the municipality where the covered property is located;
   b. You;
   c. Any mortgageholder and any other lienholder who has an existing lien against the property and is named in the Declarations; and
   d. The court in which judgment was entered if the final settlement was determined by judgment.
3. We will not be liable in any cause of action, nor may any liability be imposed on us, arising from the payment, withholding or transferring of all or any portion of a final settlement in accordance with Wis. Stat. Ann. Secs. 632.10 through 632.104.

G. The following is added to the VALUATION Loss Condition:

1. When this Coverage Part insures real property in Wisconsin which is owned and occupied by you primarily as a dwelling and the property is wholly destroyed, we will pay the limit of insurance that applies to such property, subject to the exceptions and conditions in Paragraphs **G.2.** and **G.3.** below
2. Builders Risk policies of insurance covering property in the process of being constructed shall be valued and settled according to the actual value of that portion of the construction completed at the time of the loss. The Limit of Insurance on a Builders Risk policy represents the value of the building when it is completed.
3. The Valued Policy Provision, Paragraph **G.1.** above, does not apply to any claim for loss to any building which is insured under a blanket form or endorsement with one Limit of Insurance applicable to two or more buildings. When a building, owned and occupied by you primarily as a dwelling, is wholly destroyed, the loss will be settled at the value stated in the most recent Statement of Values on file with us.

All other policy terms and conditions apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF PROPERTY DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

SECTION D. **DEDUCTIBLE** is deleted and replaced by the following:

**D. DEDUCTIBLE**

The applicable Deductible shown in the Declarations will apply separately to:

1. Each building sustaining loss or damage.
2. The personal property at each building at which there is loss or damage to personal property.

However, if there is loss or damage to both a building and its personal property, only one deductible will apply for that building.

In any one occurrence of loss or damage (hereinafter referred to as loss), the Deductible shown in the Declarations will apply as follows:

**a.** We will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage.
  **(1)** If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss.
  **(2)** If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of the loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

**b.** If paragraph a., above does not apply:
  **(1)** If the amount of loss is less than or equal to the Deductible, we will not pay for that loss.
  **(2)** If the amount of loss exceeds the Deductible, we will then subtract the Deductible from the loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

  When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible.

**c.** No Deductible applies to the following Additional Coverages:
  **(1)** Fire Department Service Charge;
  **(2)** Fire Extinguisher Systems Recharge Expense;
  **(3)** Arson Reward;
  **(4)** Theft Reward; and
  **(5)** Rekeying of Locks.

In the following Examples, the figures used are for illustrative purposes only and do not reflect your actual insurance.

The following Examples assume there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance - Building #2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $80,200 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible. The amount of loss to Building #2 ($80,200) is less than the sum ($80,250) of the Limit of Insurance applicable to Building #2 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1 and Building #2.

$60,100
- 250
$59,850 Loss Payable - Building #1
$80,200
- 250
$79,950 Loss Payable - Building #2

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**EXAMPLE #2**
The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: (Exceeds Limit of Insurance plus Deductible) | $70,000 |
| Loss to Building #2: (Exceeds Limit of Insurance plus Deductible) | $90,000 |
| Loss Payable - Building #1: (Limit of Insurance) | $60,000 |
| Loss Payable - Building #1: (Limit of Insurance) | $80,000 |
| Total amount of loss payable: | $140,000 |

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

 Copyright, Insurance Services Office, Inc., 1983, 1987 

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

2. The coverage territory is:

a. The United States of America (including its territories and possessions);

b. Puerto Rico; and

c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

 Copyright, Insurance Services Office, Inc., 1983, 1987 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

A. Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**, the following exclusions are added:

1. Bodily injury" or "property damage" arising out of, in whole or in part, the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria, whether air-bome or not, on or within a building or structure, including its contents. This exclusion applies whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

2. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person, entity or governmental authority.

These exclusions do not apply to any "fungi" or bacteria that are on, or are contained in, a good or product intended for human consumption.

B. Under **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY, 2. Exclusions**, the following exclusions are added:

1. Arising out of, in whole or in part, the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria, whether airbome or not, on or within a building or structure, including its contents. This exclusion applies whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

2. For any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person, entity or governmental authority.

C. The following definition is added to **SECTION V - DEFINITIONS**:

"Fungi" means any type or form of fungus, including but not limited to, any mold, mildew, mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2001, 2002.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions:**

   **Recording And Distribution Of Material Or Information In Violation Of Law**

   "Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

   **c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

   **d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

2. The following exclusion is added to **SECTION I - COVERAGES, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY, 2. Exclusions:**

   **Recording And Distribution Of Material Or Information In Violation Of Law**

   "Personal injury" or "advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

   **c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

   **d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2008

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN CHANGES - AMENDMENT OF POLICY CONDITIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**1.** The following is added to CHANGES (Common Policy Conditions):
If one of our agents knows of a fact that breaches a condition of this Coverage Part, we will be considered to have knowledge of this same fact if:
**a.** The agent knows of this fact at the time the Coverage Part is issued or an application is made; or
**b.** The agent later learns of this fact in the course of his dealings as an agent with you.
Any fact that breaches a condition of this Coverage Part and is known to the agent prior to loss shall not void the Coverage Part or prevent a recovery in the event of loss.

**2.** The LEGAL ACTION AGAINST US Condition (Section IV) does not apply.

**3.** The following is added to Condition 6. REPRESENTATIONS (Section IV):
No misrepresentation or breach of affirmative warranty made by you or on your behalf, whether before, during or after a loss, affects our obligation under this Coverage Part unless:
**a.** We rely on it and it is either material or made with intent to deceive; or
**b.** The facts misrepresented or falsely warranted contribute to the loss.
No failure of a condition before the loss or breach of a promissory warranty affects our obligation under this Coverage Part unless such failure or breach:
**a.** Exists at the time of the loss; and
**b.** Either increases the risk at the time of the loss or contributes to the loss.
The provisions of this condition do not apply to nonpayment of premium.

**4.** Condition 8. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (Section IV) is replaced by the following:
In the event of any payment under this Coverage Part, we will be entitled to the insured's rights of recovery against any person or organization and the insured will do whatever is necessary to secure such rights. We will be entitled to a recovery only after the insured has been fully compensated for damages.

**5.** CONFORMITY TO STATUTE OR RULE
Any provision of this policy (including endorsements which modify the policy) that is in conflict with a Wisconsin statute or rule is hereby amended to conform to that statute or rule.
The term rule means a valid rule promulgated by the Commissioner of Insurance in accordance with the rulemaking authority conferred under Wis. Stat. Ann. §227.11(2) and published in the Wisconsin Administrative Code.

All other policy terms and conditions apply.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

**SECTION I - COVERAGES**

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

d. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".

(2) That the insured would have in the absence of the contract or agreement.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of covered "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading and unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, occupy or use, including any cost or expense incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

(2) Property that any of your:

(a) "Employees";

(b) "Volunteer workers";

(c) Partners or members (if you are a partnership or joint venture); or

(d) Members (if you are a limited liability company)

own, rent, occupy or use. However, this exclusion j.(2), shall not apply to your liability for damage to such property;

(3) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(4) Property loaned to you;

(5) Personal property in the care, custody or control of, or over which physical control is being exercised for any purpose by any insured;

(6) That particular part of real property on which any insured or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(7) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (2), (4) and (5) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (3) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (4), (5), (6) and (7) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (7) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product ";

(2) "Your work"; or

(3) "Impaired property"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**o. Personal Injury And Advertising Injury**

"Bodily injury" arising out of "personal injury" or "advertising injury".

**p. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ a person;

**(b)** Termination of a person's employment;

**(c)** Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or

**(d)** Criminal or civil action brought against a person by or at the direction of the insured directly or indirectly related to any offense described in **(a)**, **(b)**, or **(c)** above; or

**(2)** Anyone as a consequence of "bodily injury" to a person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, **(c)**, or **(d)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity;

**(2)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;

**(3)** Whether directly or indirectly related to a person's prospective, current or past employment; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Asbestos**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pollutants", toxic elements or materials.

**r. Communicable Disease**

"Bodily Injury" arising out of or resulting from the transmission of any communicable disease by any insured.

**s. Silica Or Silica-Related Dust**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any "silica" or "silica-related dust".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal injury" and "advertising injury" only if:


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

(1) The "personal injury" or "advertising injury" is caused by an offense arising out of your business; and

(2) The offense causing the "personal injury" or "advertising injury" was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to "personal injury" or "advertising injury":

**a. Knowing Violation Of Rights Of Another Or Expected Or Intended Injury**

(1) Caused by or at the direction of any insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or

(2) Expected or intended by any insured. This exclusion **a.(2)**, does not apply to "personal injury".

**b. Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

Arising out of a criminal act or violation of a penal statute or ordinance committed by or at the direction of the insured.

**e. Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements Or Representations**

Arising out of the failure of goods, products or services to conform with any statement or representation of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services.

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, "trademark", trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement" of copyright, "trade dress" or slogan.

**j. Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **15. a., b.** and **c.** of "personal injury" under Section **V** - Definitions.

For the purposes of **j.(1)** of this exclusion, the placing of frames, borders, links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**k. Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control for any purpose.

**l. Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

**(1)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** For any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. Employment-Related Practices**

**(1)** Arising out of any:

**(a)** Refusal to employ a person;

**(b)** Termination of a person's employment;

**(c)** Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or

**(d)** Criminal or civil action brought against a person by or at the direction of the insured directly or indirectly related to any offense described in **(a)**, **(b)**, or **(c)** above; or

**(2)** To anyone as a consequence of "personal injury" or "advertising injury" to a person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, **(c)**, or **(d)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity;

**(2)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;

**(3)** Whether directly or indirectly related to a person's prospective, current or past employment; and

**(4)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**o. Asbestos**

For any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pollutants", toxic elements or materials.

**p. Communicable Disease**

Arising out of or resulting from the transmission of any communicable disease by any insured.

**q. War**

However, caused, arising directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

r. **Silica Or Silica-Related Dust**

Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any "silica" or "silica-related dust".

**COVERAGE C. MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefit law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletics contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

h. **Asbestos**

For any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particle, dust, irritant, contaminant, pollutant, toxic element or material.

i. **Communicable Disease**

Arising out of or resulting from the transmission of any communicable disease by any insured.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

If Coverage **A** or **B** apply, we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. Up to $2000 for premiums on bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We have no obligation to apply for or furnish these bonds.

3. Premiums on appeal bonds or bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We have no obligation to apply for or furnish these bonds.

4. All reasonable expenses incurred by the insured at our request including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   **a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business, or your "volunteer workers" only while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for "bodily injury", "personal injury" or "advertising injury":

      **(1)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

      **(2)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)** above;

      **(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)** or **(2)** above; or

      **(4)** Arising out of his or her providing or failing to provide professional health care services.

   **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal Injury and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. The Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises,


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

8. Beginning with the effective date of this policy, we will provide twice the General Aggregate Limit (other than Products-Completed Operations), shown in the Declarations.

   If this policy is written for more than one 12 month period, the General Aggregate Limit for each 12 month period shall never exceed twice the General Aggregate Limit shown in the Declarations. The General Aggregate Limit applies separately to each 12 month period starting with the beginning of the policy period shown in the Declarations.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If any claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of any claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of any claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any correspondence, demands, notices, summonses or papers in connection with any claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of any claim or defense of any "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

b. **Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to an insured, other than an additional insured, covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applcable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. Motor Vehicle Laws**

We will provide coverage:

a. Up to the minimum required limits; and

b. Subject to all the terms and conditions of the policy

to comply with any motor vehicle insurance law to the extent such law applies to the "mobile equipment" covered by this Coverage Part.

However, this coverage only applies in the absence of any other applicable insurance.

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purpose of attracting customers or supporters is considered an advertisement.

2. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services in your "advertisement";

   b. Oral or written publication, in any manner, of material that violates a person's right of privacy in your "advertisement";

   c. The use of another's advertising idea in your "advertisement"; or

   d. Infringing upon another's copyright, "trade dress" or slogan in your "advertisement".

3. "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

4. "Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

5. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in **a.** above;

      (2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

      (3) "Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of comunication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

9. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

10. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement; or

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings,


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**11.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**12.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**13.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers; or

**f.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; or

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**14.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

15. "Personal injury" means other than "bodily injury" arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy.

16. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

17. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, shown in the Declarations, states that products-completed operations are included.

18. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

20. "Silica-related dust" means a mixture or combination of silica and other dust or particles.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

**21.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**22.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**23.** "Trademark" means any registered or unregistered word, name, symbol, sign, device or any combination thereof used to identify or distinguish a person's or organization's goods, products or services from those of others and to indicate or identify the origin or source of such goods, products or services, even if the origin or source is unknown. "Trademark" includes registered "trade dress" and "trade dress" which is used with or incorporates any "trademark".

**24.** "Trade dress" means the unregistered and non-functional distinctive packaging, appearance, image, design, color scheme or shape or combination thereof used to identify or distinguish a person's or organization's goods, products or services from those of others and to indicate or identify the origin or source of such goods, products or services, even if the source is unknown. "Trade dress" does not include:

**a.** Registered "trade dress";

**b.** "Trademark"; or

**c.** "Trade dress" which is used with or incorporates any "trademark".

**25.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**26.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**27.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1988, 1997, 2000, 2002, 2003.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A. Applicability Of This Endorsement**

1. **The provisions of this endorsement will apply if and when one of the following situations occurs:**

   a. **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or**

   b. **The Program is renewed, extended or otherwise continued in effect:**

      (1) **With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and**

      (2) **We are not required by the Program to make terrorism coverage available to you and elect not to do so.**

2. **When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".**

3. **If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.**

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

a. The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

b. It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**Exclusion Of "Terrorism"**
We will not pay for "bodily injury", "property damage", "personal injury" or "advertising injury" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". All "bodily injury", "property damage", "personal injury" or "advertising injury" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WISCONSIN COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

1. **EXTENDED WATERCRAFT LIABILITY**

   Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, g.**, exclusion **(2)** is deleted and is replaced by the following:

   **(2)** A watercraft you do not own that is:

   **(a)** Less than 50 feet long; and
   **(b)** Not being used to carry persons or property for a charge;

2. **HIRED AUTO AND NON-OWNED AUTO LIABILITY**

   Coverage for "bodily injury" and "property damage" liability provided under **SECTION I COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, is extended as follows under this item, but only if you do not have any other insurance available to you which affords the same or similar coverage.

   **Coverage**

   We will pay those sums the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" arising out of the maintenance or use of an "auto":

   **a.** You do not own;
   **b.** Which is not registered in your name; or
   **c.** Which is not leased or rented to you for six consecutive months or longer

   and which is used in your business.

   **Exclusions**

   With respect to only **HIRED AUTO AND NON-OWNED AUTO LIABILITY**, the exclusions which apply to **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, other than the Nuclear Energy Liability Exclusion Endorsement, do not apply. The following exclusions apply to this coverage:

   This coverage does not apply to:

   **a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   **b.** Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

   **c.** **(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   **(a)** That are, or are contained in any property that is:

   **1)** Being transported or towed by, handled or prepared for placement into or upon, or taken from the "auto";

   **2)** Otherwise in the course of transit by you or on your behalf; or


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004

3) Being disposed of, stored, treated or processed into or upon the "auto";

(b) Before such "pollutants" or property containing "pollutants" are moved from the place they are accepted by you or anyone acting on your behalf for placement into or onto the "auto"; or

(c) After such "pollutants" or property containing "pollutants" are removed from the "auto" to where they are delivered, disposed of or abandoned by you or anyone acting in your behalf.

c. (1) (a) above does not apply to "pollutants" that are needed or result from the normal mechanical, electrical or hydraulic functioning of the "auto" or its parts, if the discharge, release, escape, seepage, migration or dispersal of such "pollutants" is directly from a part of the "auto" designed to hold, store, receive or dispose of such "pollutants" by the "auto" manufacturer.

c. (1) (b) and c. (1) (c) above do not apply, if as a direct result of maintenance or use of the "auto", "pollutants" or property containing "pollutants" which are not in or upon the "auto", are upset, overturned or damaged at any premises not owned by or leased to you. The discharge, release, escape, seepage, migration or dispersal of the "pollutants" must be directly caused by such upset, overturn or damage.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

d. "Bodily injury" or "property damage" however caused, arising directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

e. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".

(2) That the insured would have in the absence of the contract or agreement.

f. "Property damage" to:

(1) Property owned or being transported by, or rented or loaned to any insured; or

(2) Property in the care, custody or control of any insured

other than "property damage" to a residence or a private garage by a private passenger "auto" covered by this coverage.

g. "Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to:

(1) Liability assumed by the insured under an "insured contract".

(2) "Bodily injury" to any "employee" of the insured arising out of and in the course of his domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

**Who Is An Insured**

With respect to only this coverage, **SECTION II - WHO IS AN INSURED**, is deleted and replaced by the following:

**SECTION II - WHO IS AN INSURED**

Each of the following is an insured with respect to this coverage:

a. You.

b. Your partners if you are designated in the Declarations as a partnership or a joint venture.

c. Your members if you are designated in the Declarations as a limited liability company.

d. Your "executive officers" if you are designated in the Declarations as an organization other than a partnership, joint venture or limited liability company.

e. Any person using the "auto" and any person or organization legally responsible for the use of an "auto" not owned by such person or organization, provided the actual use is with your permission.

None of the following is an insured:

a. Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-"employee" of such person injured in the course of employment.

b. Any person using the "auto" and any person other than you, legally responsible for its use with respect to an "auto" owned or registered in the name of:

(1) Such person; or

(2) Any partner or "executive officer" of yours or a member of his or her household; or

(3) Any "employee" or agent of yours who is granted an operating allowance of any sort for the use of such "auto".

c. Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate.

d. The owner or lessee (of whom you are a sub-lessee) of a hired "auto" or the owner of an "auto" you do not own or which is not registered in your name which is used in your business or any agent or employee of any such owner or lessee.

e. Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**Additional Definitions**

The following definition applies to only this coverage:

"Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**Limits of Insurance**

With respect to only this coverage, **SECTION III - LIMITS OF INSURANCE**, is deleted and replaced by the following:

**SECTION III - LIMITS OF INSURANCE**

a. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

(1) Insureds;

(2) Claims made or "suits" brought; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004

(3) Persons or organizations making claims or bringing "suits".

b. We will pay damages for "bodily injury" or "property damage" up to the limits of liability stated in the Declarations for this coverage. Such damages shall be paid as follows:

(1) When Hired Auto and Non-Owned Auto Each Occurrence Limit is shown in the Declarations, such limit is the total amount of coverage and the most we will pay for all damages because of or arising out of all "bodily injury" and "property damage" in any one "occurrence".

(2) When Bodily Injury Hired Auto and Non-Owned Auto Each Occurrence Limit and Property Damage Hired Auto and Non-Owned Auto Each Occurrence Limit are shown in the Declarations:

(a) The limit shown for Bodily Injury Hired Auto and Non-Owned Auto Each Occurrence is the total amount of coverage and the most we will pay for all damages because of or arising out of all "bodily injury" in any one "occurrence".

(b) The limit shown for Property Damage Hired Auto and Non-Owned Auto Each Occurrence is the total amount of coverage and the most we will pay for all damages because of or arising out of all "property damage" in any one "occurrence".

**3. BROADENED SUPPLEMENTARY PAYMENTS**

Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY** and **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**:

Paragraph **4.**, the amount we will pay for the actual loss of earnings is increased from $250 per day to $400 per day.

**4. ADDITIONAL PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT**

If the endorsement, EXCLUSION - PRODUCTS COMPLETED OPERATIONS HAZARD, CG 21 04, is not attached to this policy, then the following is added to **SECTION III - LIMITS OF INSURANCE**:

Commencing with the effective date of this policy, we will provide one additional Products-Completed Operations Aggregate Limit, for each annual period, equal to the amount of the Products-Completed Operations Aggregate Limit shown in the Declarations. The maximum Products-Completed Operations Aggregate Limit for any annual period will be no more than two times the original Products-Completed Operations Aggregate Limit.

**5. PERSONAL INJURY EXTENSION**

a. If the endorsement EXCLUSION - PERSONAL INJURY AND ADVERTISING INJURY, 55350, is attached to this policy, then this provision, **5.** PERSONAL INJURY EXTENSION, does not apply.

b. If the endorsement EXCLUSION - PERSONAL INJURY AND ADVERTISING INJURY, 55350, is not attached to this policy, then under **SECTION V - DEFINITIONS, 15.** "Personal injury" is deleted and replaced by the following:

**15.** "Personal injury" means, other than "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy; or

f. Discrimination, humiliation, sexual harassment and any violation of civil rights caused by such discrimination, humiliation or sexual harassment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004

**6. BROADENED KNOWLEDGE OF OCCURRENCE**

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**, the following paragraph is added:

Paragraphs **a.** and **b.** of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:

**a.** If the notice of a new claim is given to your "employee"; and

**b.** That "employee" fails to provide us with notice as soon as practicable.

This exception shall not apply:

**a.** To you; or

**b.** To any officer, director, partner, risk manager or insurance manager of yours.

**7. DAMAGE TO PREMISES RENTED TO YOU**

Under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, the last paragraph is deleted and replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or water damage to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **7. DAMAGE TO PREMISES RENTED TO YOU, a.** Limits of Insurance.

The following additional exclusions apply to "property damage" arising out of Water Damage to premises rented to you or temporarily occupied by you with permission of the owner:

**(1)** "Property damage" to:

**(a)** The interior of the premises caused by or resulting from rain or snow, whether driven by wind or not; or

**(b)** Heating, air conditioning, plumbing or fire protection systems, or other equipment or appliances.

**(2)** "Property damage" caused by or resulting from any of the following:

**(a)** Mechanical breakdown, including bursting or rupture caused by centrifugal force;

**(b)** Cracking, settling, expansion or shrinking;

**(c)** Smoke or smog;

**(d)** Birds, insects, rodents or other animals;

**(e)** Wear and tear;

**(f)** Corrosion, rust, decay, fungus, deterioration, hidden or latent defect or any quality in property that causes such property to destroy or damage itself; or

**(g)** Water that flows or leaks from any heating, air conditioning, plumbing or fire protection system caused by or resulting from freezing, unless:

**1)** You make a reasonable effort to maintain heat in the building or structure; or

**2)** You drain the equipment and shut off the water supply if the heat is not maintained.

**(3)** "Property damage" caused directly or indirectly by any of the following:

**(a)** Water that backs up from a drain or sewer;

**(b)** Mud flow or mudslide;

**(c)** Volcanic eruption, explosion or effusion;

**(d)** Any earth movement, such as earthquake, landslide, mine subsidence, earth sinking, earth rising or earth shifting;

**(e)** Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether wind driven or not;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004

(f) Water under the ground surface pressing on, or seeping or flowing through:

1) Walls, foundations, floors or paved surfaces;
2) Basements, whether paved or not; or
3) Doors, windows or other openings.

(4) "Property damage" for which the insured is obligated to pay as damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of this contract or agreement.

a. **Limits of Insurance**

With respect to this coverage only, under **SECTION III - LIMITS OF INSURANCE**, paragraph **6.** is deleted and replaced by the following:

**6.** The most we will pay under Coverage **A** for damages because of "property damage" to premises rented to you or temporarily occupied by you with permission of the owner arising out of or caused by fire, lightning, explosion, smoke and water damage is the amount shown in the Declarations under Damage to Premises Rented to You.

**b.** Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance**, paragraph **b.**, the word fire is amended to include fire, lightning, explosion, smoke or water damage.

**8. BLANKET ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT**

**a. SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

**(1)** In a written contract or agreement, executed prior to loss, to name as an additional insured; or

**(2)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

but only with respect to liability for:

**(1)** "Bodily injury";
**(2)** "Property damage";
**(3)** "Personal injury; or
**(4)** "Advertising injury"

caused in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

**b.** With respect to the insurance afforded to an additional insured, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c.** The following is added to **SECTION III - LIMITS OF INSURANCE:**

The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the lessor, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

**9. BLANKET ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES**

**a. SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

**(1)** In a written contract of agreement, executed prior to loss, to name as an additional insured; or

**(2)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you.

**b.** This provision is subject to the following additional exclusions, applicable to this provisions only:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004

(2) Structural alterations, new construction or demolition operations performed by or on behalf of the additional insured.

c. The following is added to **SECTION III - LIMITS OF INSURANCE:**

The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the manager or lessor of the premises, not to exceed the limits provided in this policy. These limits are inclusive of an not in addition to the Limits of Insurance shown in the Declarations.

**10. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

Under **SECTION II - WHO IS AN INSURED**, Paragraph **4.** is deleted and replaced by the following:

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However,

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liabiliy company that is not shown as a Named Insured in the Declarations.

**11. BLANKET WAIVER OF SUBORGATION**

The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 8. Transfer Of Rights Of Recovery Against Others To Us.**

When you have agreed to waive your right of subrogation in a written contract, executed prior to loss, with any person or organization, we waive any right of recovery we may have against such person or organization because of payments we make for injury or damage arising out of your on-going operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

All other policy terms and conditions apply.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1982, 1988, 2002, 2004

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYER'S LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. **SECTION I - COVERAGES** is amended as follows. Under **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. EXCLUSIONS**, exclusion **e. Employer's Liability** is deleted and replaced by the following exclusion.
   - **e. Employer's Liability**
     "Bodily injury" to:
     - **(1)** An "employee" of any insured arising out of and in the course of employment by any insured; or
     - **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

     This exclusion applies:
     - **(1)** Whether any insured may be liable as an employer or in any other capacity; and
     - **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

     This exclusion does not apply to liability assumed by any insured under an "insured contract".
2. **SECTION II - WHO IS AN INSURED** is amended as follows.
   Paragraph **1.** is deleted and replaced by the following.
   - **1.** If you are designated in the Declarations as:
     - **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.
     - **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.
     - **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business.
     - **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.
     - **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

   However, with respect to paragraphs **1.a.** through **1.e.** above, no person is an insured for "bodily injury", "personal injury" or "advertising injury":
   - **a.** To:
     - **(1)** You and your spouse if the Named Insured is an individual;
     - **(2)** Your members, your partners and their spouses if the Named Insured is a partnership or joint venture;
     - **(3)** Your members if the Named Insured is a Limited Liability Company;
     - **(4)** Your "executive officers" and directors if the Named Insured is other than a partnership, joint venture or limited liability company; or
     - **(5)** Your trustees if the Named Insured is a trust.
   - **b.** To an "employee" of any insured while in the course of his or her employment or performing duties related to the conduct of any insured's business.
   - **c.** To any insured's "volunteer workers" while performing duties related to the conduct of any insured's business;
   - **d.** To the spouse, child, parent, brother or sister of any "employee" or "volunteer worker" as a consequence of Paragraphs **b.** or **c.** immediately above.

e. For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **a.**, **b.** and **c.** immediately above.

f. Arising out of his or her providing or failing to provide professional health care services.

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion **2.g. Aircraft, Auto Or Watercraft** under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following.

2. **Exclusions**

This insurance does not apply to:

g. **Aircraft, Auto Or Watercraft**

(1) **Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

(2) **Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

B. The following exclusion is added to Paragraph **2. Exclusions** of **COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY**.

2. **Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal injury" or "advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal injury"

or "advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

a. The use of another's advertising idea in your "advertisement"; or

b. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

C. The following definition is added to **SECTION V - DEFINITIONS**.

"Unmanned aircraft" means an aircraft that is not:

1. Designed;
2. Manufactured; or
3. Modified after manufacture

to be controlled directly by a person from within or on the aircraft.

All other policy terms and conditions apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A. Applicability Of This Endorsement**

**1. The provisions of this endorsement will apply if and when one of the following situations occurs:**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or**

**b. The Program is renewed, extended or otherwise continued in effect:**

**(1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and**

**(2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.**

**2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".**

**3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide the revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.**

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

a. Use or threat of force or violence; or

b. Commission or threat of a dangerous act; or

c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

**D. Exception To Exclusion Of "Terrorism" For Certain Fire Losses**

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage caused by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms or to the Legal Liability Coverage Form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

59351 (1-15)

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM and IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

It is agreed:

1. The following definition applies:

   **Certified act of terrorism** means any act certified by the Secretary of the Treasury, in consultation with:

   a. the Secretary of Homeland Security; and
   b. the Attorney General of the United States

   to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

   Under the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

   a. if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

   b. (1) if the act of terrorism is:

      a) a violent act; or

      b) an act that is dangerous to human life, property or infrastructure; and

      (2) if the act is committed:

      a) by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

      b) to influence the policy or affect the conduct of the United States government by coercion.

2. The following exclusion is added:

   We shall not pay:

   a. for any loss caused directly or indirectly by a **certified act of terrorism**, whether or not any other cause or event contributed concurrently or in any sequence to the loss.

   b. sums any insured becomes legally obligated to pay because of or arising out of bodily injury, property damage, personal injury or advertising injury, if covered by this insurance, caused by a **certified act of terrorism**.

All other policy terms and conditions apply.

# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

At your request, this policy does not provide insurance coverage for certified acts of terrorism as defined in the Act. "Excluded" is shown on the Declarations page under this coverage. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM EXCEPTION FOR CERTAIN FIRE LOSSES and IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

It is agreed:

1. The following definition applies:

   **Certified act of terrorism** means any act certified by the Secretary of the Treasury, in consultation with:

   a. the Secretary of Homeland Security; and
   b. the Attorney General of the United States

   to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

   Under the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

   a. if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

   b. (1) if the act of terrorism is:

      a) a violent act; or

      b) an act that is dangerous to human life, property or infrastructure; and

      (2) if the act is committed:

      a) by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

      b) to influence the policy or affect the conduct of the United States government by coercion.

2. The following exclusion is added:

   We shall not pay:

   a. for loss caused directly or indirectly by a **certified act of terrorism**, whether or not any other cause or event contributed concurrently or in any sequence to the loss. This exclusion shall not apply to direct physical damage caused by fire.
   b. any sums any insured becomes legally obligated to pay because of or arising out of bodily injury, property damage, personal injury or advertising injury, if covered by this insurance, caused by a **certified act of terrorism.**

3. With respect to any one or more **certified acts of terrorism**, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

All other policy terms and conditions apply.

# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

At your request, this policy does not provide insurance coverage for certified acts of terrorism as defined in the Act, except as shown below. "Excluded" is shown on the Declarations page under this coverage. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Subject to the terms and conditions of the policy and of this endorsement:

1. if coverage is provided for building(s) and contents located in Arizona, Georgia, Illinois, Iowa, North Carolina or North Dakota, you will have fire coverage for such property following a certified act of terrorism.

2. if coverage is provided for building(s), contents or property covered by an inland marine policy located in Missouri or Wisconsin, you will have fire coverage for such property following a certified act of terrorism.

At this time, we are not imposing an additional premium charge for fire coverage to such property following a certified act of terrorism.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATIONS OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**E. PREMIUMS**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

 Copyright, Insurance Services Office, 1982, 1983 

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.


Copyright, Insurance Services Office, 1982, 1983

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

A. Under any Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C. Under any Liability Coverage, to"bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

(1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located


Copyright, Insurance Services Office, Inc., 1983, 1984

within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 Copyright, Insurance Services Office, Inc., 1983, 1984 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WISCONSIN CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

If this policy has been in effect for less than 60 days and is not a renewal policy, we may cancel for any reason.

If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, except as provided in Paragraph 7. below, we may cancel this policy only for one or more of the following reasons:

a. The policy was obtained by material misrepresentation;

b. There has been a substantial change in the risk we originally assumed, except to the extent that we should have foreseen the change or considered the risk in writing the policy;

c. There have been substantial breaches of contractual duties, conditions or warranties; or

d. Nonpayment of premium.

If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, the notice of cancellation will state the reason for cancellation.

B. The following is added to the CANCELLATION Common Policy condition:

7. ANNIVERSARY CANCELLATION

If this policy is written for a term of more than one year or has no fixed expiration date, we may cancel this policy for any reason by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the anniversary date of the policy. Such cancellation will be effective on the policy's anniversary date.

We may cancel this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of cancellation contains an offer to continue the policy with us if we receive a written request from the first Named Insured prior to the date of cancellation.

C. The following are added and supersede any other provisions to the contrary:

 Copyright, Insurance Services Office, Inc., 1992 

1. NONRENEWAL

a. If we elect not to renew this policy we will mail or deliver written notice of nonrenewal to the first Named Insured's last mailing address known to us. We may elect not to renew for any reason; the notice will state the reason for nonrenewal. We will mail or deliver the notice at least 60 days before the expiration date of this policy.

We need not mail or deliver the notice if:

(1) You have insured elsewhere;

(2) You have accepted replacement coverage;

(3) You have requested or agreed to nonrenewal of this policy; or

(4) This policy is expressly designated as nonrenewable.

b. We may refuse to renew this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of nonrenewal contains an offer to renew the policy with us if we receive a written request from the first Named Insured prior to the renewal date.

c. If you fail to pay the renewal or continuation premium by the premium due date, this policy will terminate on the policy expiration or anniversary date, if we have:

(1) Given you written notice of the renewal or continuation premium not more than 75 days nor less than 10 days prior to the due date of the premium; and

(2) Stated clearly in the notice the effect of nonpayment of premium by the due date.

2. ANNIVERSARY ALTERATION

If this policy is written for a term of more than one year or has no fixed expiration date, we may alter the terms or premiums of this policy by mailing or delivering written notice of less favorable terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the anniversary date.

If we notify the first Named Insured within 60 days prior to the anniversary date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the policy at any time during the 60 days period, in accordance with Paragraph 1. of the CANCELLATION Common Policy Condition. If the first Named Insured elects to cancel the policy during the 60 days period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

3. RENEWAL WITH ALTERED TERMS

If we elect to renew this policy but on less favorable terms or at higher premiums, we will mail or deliver written notice of the new terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the renewal date.

If we notify the first Named Insured within 60 days prior to the renewal date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel.

The first Named Insured may elect to cancel the renewal policy at any time during the 60 day period, in accordance with Paragraph 1. of the CANCELLATION Common Policy Condition. If the first Named Insured elects to cancel the renewal policy during the 60 day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

We need not mail or deliver this notice if the only change adverse to you is a premium increase that:

a. Is less than 25% and is generally applicable to the class of business to which this policy belongs; or

b. Results from a change based on your action that alters the nature or extent of the risk insured against, including but not limited to a change in the classification or the units of exposure, or increased policy coverage.

 Copyright, Insurance Services Office, Inc., 1992 

D. SPECIAL PROVISION - CANCELLATION AND NONRENEWAL

We respect to insurance provided under the COMMERCIAL AUTO COVERAGE PART, we will not cancel or refuse to renew LIABILITY COVERAGE wholly or partially because of age, sex, residence, race, color, creed, religion, national origin, ancestry, marital status or occupation of anyone who is an insured.

 Copyright, Insurance Services Office, Inc., 1992 

EXHIBIT B

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

**Auto-Owners**
INSURANCE
LIFE • HOME • CAR • BUSINESS

Eau Claire Branch Claim Office
Golf Terrace East | 4410 Golf Terrace Blvd | Ste 200
PO Box 1709 | Eau Claire WI 54702-1709
p 715.552.1462 | f 715.552.1466 | 800.604.6092
auto-owners.com

September 4, 2018

Nicholas Reich
Reich's Roadhouse LLC
W5521 Main St.
Sheldon WI 54766-9794

| RE: | | |
|---|---|---|
| | Claim Number: | 300-0237232-2018 |
| | Insured: | Nicholas Reich |
| | Policy Number: | 61227585 |
| | Date of Loss: | August 7, 2018 |
| | Loss Location: | W5521 Main St, Sheldon WI |
| | Subject: | Coverage Position Letter |

Letter received in person by: Nicholas L Reich Date: 9/4/18

Dear Mr. Reich:

Auto-Owners Insurance Company has received a claim filed by you for explosion damage to your restaurant / bar located at W5521 Main St, Sheldon, WI. Auto-Owners Insurance Company insures Nicholas Reich DBA Reich's Road House LLC under a Tailored Protection policy, number 61227585, with effective dates of May 21, 2018 to May 21, 2019. The loss in question is August 7, 2018, which is encompassed by the policy term.

As we understand the facts of the claim, there was an accidental LP gas leak with caused an explosion that damaged the structure; which included a restaurant / bar and an upper living quarters occupied by your wife, and two minor children. Your personal property is insured under a Renters policy with Auto-Owners Insurance under policy number 51-227-585-01, claim number 300-237410-2018.

You stated that you were not interested in rebuilding the structure, and planned to move your family to Eau Claire, WI. If this is still your wish, your policy contains form 54929 (12-10) which clarifies how the loss will be settled in the event you do not wish to replace the damaged structure. This form reads as follows:

**AMENDATORY ENDORSEMENT - LOSS SETTLEMENT**
This endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM

a. In the event that you:

(1) Repair or replace damaged Covered Property that is a building covered by this Coverage Form, we will pay the lesser of:


Serving our policyholders and agents since 1916

(a) The cost to repair or replace the damaged Covered Property with new property of similar quality and features decreased by the amount of depreciation applicable to the damaged Covered Property immediately prior to the loss; or

(b) The amount actually spent for necessary repairs of the damaged Covered Property less depreciation not to exceed the Limit of Insurance applicable to the damaged Covered Property. You must notify us of your plans to repair or replace Covered Property that is a building within 180 days of the date of loss. We will not pay:

(a) Until the lost or damaged property is actually repaired or replaced; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after you notify us of your plans to repair or replace Covered Property that is a building.

(2) Do not repair or replace damaged Covered Property covered by this Coverage Form, we will, at our option:

(a) Pay the lesser of:

1) The cost to repair or replace the damaged Covered Property with new property of similar quality and features decreased by the amount of depreciation applicable to the damaged Covered Property immediately prior to the loss; or

2) The market value of the damaged Covered Property; or

(b) Take all or part of the damaged Covered Property at an agreed or appraised value not to exceed the Limit of Insurance applicable to the damaged Covered Property.

(3) In the event we pay for damaged Covered Property that is a building covered by this Coverage Form in accordance with Paragraph a.(2) immediately above, you may still make a claim under Paragraph a.(1) immediately above, if you notify us of your intent to do so within 180 days after the loss or damage.

Depreciation means a decrease in value because of age, wear or obsolescence.

Based on the policy form cited above, and your choice not to rebuild the structure, we follow the language cited in paragraph 2 above; the lessor of the cost to replace the building with similar quality and features, OR the market value of the damaged property. We have estimated the cost-approach method (replacement cost less depreciation) which exceeds the limit listed on your policy of $327,926. We also obtained a market value appraisal which confirmed the market-value $145,000 ($165,000 less $20,000 for the value of land). Since the lessor of the two methods is the market approach, we are enclosing the undisputed amount of $144,000 for the market-value of the building less your $1000 policy deductible.

If you decide to rebuild the structure within 180 days of the loss, we will follow the language cited in paragraph 1 above, which allows the cost to rebuild up to the limit listed in the policy.

This correspondence is not intended to be an exhaustive statement of Auto-Owners' position concerning its coverages under the policy. Auto-Owners' coverage determination is based upon the policy provisions, the information you have provided and Auto-Owners' investigation. If you disagree with our determination, or if there is any additional information you believe to be relevant to the question of coverage, or if you believe that the information upon which Auto-Owners has relied is not accurate, please advise us and forward any additional relevant information for our review immediately. Any further investigation of the claim shall not serve as a waiver of any rights under the applicable policy of insurance.

All rights, terms, conditions, exclusions in your policy are in full force and effect and are completely reserved. No action by any employee, agent, attorney or other person on behalf of Auto-Owners Insurance Company; or hired by Auto-Owners Insurance Company on your behalf; shall waive or be construed as having waived any right, term, condition, exclusion or any other provision of the policy.

Sincerely,

TJ Scheff
Field Claim Representative
X 52680

Neither the acceptance or cashing of the claim check of $144,000 is agreed upon to be final payment of the claim and both parties are aware that we have not come to an agreement on the full payout of building coverage.

DAVID L. ZUMWALT
David L Zumwalt

9/4/18

Nicholas L Reidl
Nicholas L Reidl

9/4/18

54929 (12-10)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDATORY ENDORSEMENT - LOSS SETTLEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**E. LOSS CONDITIONS** is amended as follows. Under **4. Loss Payment**, paragraph **a.** is deleted and replaced by the following only as it applies to Covered Property that is a building.

a. In the event that you

(1) Repair or replace damaged Covered Property that is a building covered by this Coverage Form, we will pay the lesser of:

(a) The cost to repair or replace the damaged Covered Property with new property of similar quality and features decreased by the amount of depreciation applicable to the damaged Covered Property immediately prior to the loss; or

(b) The amount actually spent for necessary repairs of the damaged Covered Property less depreciation

not to exceed the Limit of Insurance applicable to the damaged Covered Property.

You must notify us of your plans to repair or replace Covered Property that is a building within 180 days of the date of loss.

We will not pay:

(a) Until the lost or damaged property is actually repaired or replaced; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after you notify us of your plans to repair or replace Covered Property that is a building.

(2) Do not repair or replace damaged Covered Property covered by this Coverage Form, we will, at our option:

(a) Pay the lesser of:

1) The cost to repair or replace the damaged Covered Property with new property of similar quality and features decreased by the amount of depreciation applicable to the damaged Covered Property immediately prior to the loss; or

2) The market value of the damaged Covered Property; or

(b) Take all or part of the damaged Covered Property at an agreed or appraised value

not to exceed the Limit of Insurance applicable to the damaged Covered Property.

(3) In the event we pay for damaged Covered Property that is a building covered by this Coverage Form in accordance with Paragraph a.(2) immediately above, you may still make a claim under Paragraph a.(1) immediately above, if you notify us of your intent to do so within 180 days after the loss or damage.

Depreciation means a decrease in value because of age, wear or obsolescence.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1990, 1993.

Lauenstein & Associates
Commercial Real Estate Appraisers

# APPRAISAL REPORT

**Of A**

Mixed-use Tavern/Apartment Building

**Located At**

W5521 Main Street, Sheldon, Rusk County, Wisconsin 54766



**Pertinent Dates**

| | |
|---|---|
| Effective Date | August 6, 2018 (Retrospective) |
| Date of the Report | August 27, 2018 |
| Inspection Date | August 16, 2018 |

**Prepared For**

Auto-Owners Insurance
Eau Claire Claims Branch
P.O. Box 1709
Eau Claire, Wisconsin 54702

The property is appraised as a whole, owned in fee simple estate, and is subject to the Contingent and Limiting Conditions outlined herein. This appraisal conforms to the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Foundation, and the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, as interpreted by the appraisers.

It is a pleasure to serve you. If you have any questions concerning this report or if we may be of further service, please contact us.

Sincerely,

Matthew C. Pantzlaff
Wisconsin Certified General Appraiser #2092

Stephen C. Lauenstein, MAI, ASA
Wisconsin Certified General Appraiser #146
(Review Appraiser)

SAC/SCL

Enclosures

# TABLE OF CONTENTS

CERTIFICATION ..... 1
SUMMARY OF SALIENT FACTS AND CONCLUSIONS ..... 3
IDENTIFICATION OF THE SUBJECT ..... 4
SCOPE OF WORK ..... 5
TAX AND ASSESSMENT DATA ..... 9
HISTORY OF THE SUBJECT ..... 10
AREA MAP ..... 11
WORFORCE PROFILE ..... 12
NEIGHBORHOOD ANALYSIS ..... 21
SITE ANALYSIS ..... 27
IMPROVEMENT ANALYSIS ..... 33
ZONING ANALYSIS ..... 44
EXPOSURE AND MARKETING TIME ..... 45
HIGHEST AND BEST USE ..... 47
VALUATION METHODOLOGY ..... 50
COST APPROACH ..... 52
SALES COMPARISON APPROACH ..... 64
INCOME APPROACH ..... 73
RECONCILIATION AND FINAL VALUE OPINION ..... 74
CONTINGENT AND LIMITING CONDITIONS ..... 76

EXHIBITS
EXHIBIT A - PHOTOGRAPHS
EXHIBIT B - DEFINITIONS
EXHIBIT C – CERTIFICATIONS & QUALIFICATIONS
EXHIBIT D - ENGAGEMENT LETTER

**Based upon an analysis of the market data, we have developed a retrospective value opinion of the subject, in fee simple estate interest, as of the effective date, August 6, 2018. It is One Hundred Seventy-five Thousand Dollars ($175,000). Of this total, $20,000 is attributed to the underlying land.**

**The appraisers were only able to physically inspect the property after the fire. The condition of the property prior to the fire on August 7, 2018 was determined by photographs provided to the appraisers from a prior listing taken before the fire. This appraisal makes the extraordinary assumption that the condition and make-up of the property on August 6, 2018 was similar to the photographs provided to the appraisers.**

August 27, 2018

Matthew C. Pantzlaff
Wisconsin Certified General Appraiser #2092

August 27, 2018

Stephen C. Lauenstein, MAI, ASA
Wisconsin Certified General Appraiser #146
(Review Appraiser)

## IDENTIFICATION OF THE SUBJECT

### Property Identification

The subject of this appraisal is a mixed-use tavern/apartment building, located at W5521 Main Street, Sheldon, Rusk County, Wisconsin.

### Legal Descriptions of the Subject

The legal descriptions of the subject shown below were obtained from Wiredata Corporation. They should not be relied upon for legal purposes.

Tax Key # 181-00086-0000

Village Of Sheldon W 6' Of Lot 6 & All Lot 7 Block 8 Volume 600 Page 304, in the village of Sheldon, county of Rusk, and the state of Wisconsin.

Tax Key # 181-00087-0000

Village Of Sheldon Lot 8 Block 8 Volume 600 Page 304, in the village of Sheldon, county of Rusk, and the state of Wisconsin.

Tax Key # 181-00088-0000

Village Of Sheldon Lot 9 Block 8 Volume 600 Page 304, in the village of Sheldon, county of Rusk, and the state of Wisconsin.

Tax Key # 181-00089-0000

Village Of Sheldon Lot 10 Block 8 Volume 600 Page 304, in the village of Sheldon, county of Rusk, and the state of Wisconsin.

Tax Key # 181-00090-0000

Village Of Sheldon Lot 11 Block 8 Volume 600 Page 304, in the village of Sheldon, county of Rusk, and the state of Wisconsin.

### Market Value Definition

Market value is defined by the Appraisal Institute, in *The Dictionary of Real Estate Appraisal*, Sixth Edition, 2015, published by the Appraisal Institute, as well as in 12CFR34.42(g); 55 FR 34696, August 24, 1990; as amended at 57 FR 12202, April 9, 1992; 59 FR 29499, June 7, 1994, as follows: "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

a. Buyer and seller are typically motivated.
b. Both parties are well informed or well advised, and acting in what they consider their best interests.
c. A reasonable time is allowed for exposure in the open market.
d. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
e. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

### Additional Terms and Definitions

Pertinent terms and definitions that may be used throughout the report are included in the addenda to this report for the reader's reference.

### Pertinent Dates

| | |
|---|---|
| Effective Date | August 6, 2018 (Retrospective) |
| Date of the Report | August 27, 2018 |
| Inspection Date | August 16, 2018 |

### Competency

In compliance with the requirements of USPAP, the appraisers have the knowledge and experience to complete the appraisal assignment as requested. We have appraised a number of properties such as the subject's property type in the subject's geographical area and are qualified to appraise the subject. Please see the Qualifications of the appraisers included in the addenda of this report for additional information.

appraisal makes the extraordinary assumption that the condition and make-up of the property on August 6, 2018 was similar to the photographs provided to the appraisers.

**Hypothetical Conditions**

Hypothetical condition is defined by the *Uniform Standards of Professional Appraisal Practice (USPAP) 2018 – 2019 Edition*, published by the Appraisal Foundation as: "A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis." Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

This analysis uses no hypothetical conditions.

**Environmental Issues**

No environmental survey was available for review. Inspection of the property revealed no apparent underground tanks, environmental hazards or toxic wastes. However, the appraisers are not environmental experts. Therefore, it is assumed that no adverse environmental conditions affect the subject.

## HISTORY OF THE SUBJECT

The subject incurred a fire/gas explosion on August 7, 2018. The condition at the time of the inspection was mainly rubble and debris from the fire and explosion. The subject was listed for sale at the time of loss and has been withdrawn from the market. The subject was listed with Kristen Tomczak of Woods and Water Realty Inc. for $150,000. This price did not include any business value, furniture, fixtures and all equipment necessary to run the business. All the inventory and equipment included with the business was being advertised for $200,000. The value of the business FF&E is unknown. This appraisal only values the real estate.

The subject had been on the market for a short while prior to the fire. There were two parties that were very interested in the property, according to the seller. The subject had previously been listed in 2015 for $235,000 but it does not sell at that price.

There are no other known sales, listings, offers, contracts, or options affecting the subject at this time or in the past three years.

11. On all appraisals, subject to satisfactory completion, repairs or alterations, the appraisal report and value conclusion are contingent upon completion of the improvements in a good workmanlike manner.

12. This report assumes that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in this report.

13. It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless nonconformity has been stated, defined, and considered in this report.

14. It is assumed that all required licenses, certificates of occupancy, or other legislative or administrative authority from any local, state, or national governmental, private entity or organization have been or can be obtained or renewed for any use on which the value conclusions contained in this report are based.

15. It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless otherwise stated in this report.

16. The appraisers are not qualified to detect hazardous waste and/or toxic materials. Any comment by the appraisers that might suggest the possibility of the presence of such substances should not be taken as confirmation of the presence of hazardous wastes and/or toxic materials. Such determination would require investigation by a qualified expert in the field of environmental assessment. The presence of substances such as asbestos, urea-formaldehyde foam insulation or other potentially hazardous materials may affect the value of the property. Unless otherwise stated in this report, the appraisers' value conclusion is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any environmental conditions, or for any expertise or engineering knowledge required to discover them. The appraisers' descriptions and resulting comments are the result of a routine observation made during the appraisal process.

17. Unless otherwise stated in this report, the subject is appraised without conducting a specific compliance survey to determine if it is or is not in conformance with the requirements of the Americans with Disabilities Act (ADA). The presence of architectural and communications barriers that are structural in nature that would restrict access by disabled individuals may adversely affect the property's value, marketability, or utility.

18. For all prospective opinions of value, the appraisers can not be held responsible for unforeseeable events that alter market conditions prior to the effective date of the appraisal.

19. This appraisal is based upon a limited visual inspection of readily accessible areas. It is not a property inspection, and should not be relied upon to identify non-apparent conditions.

The sales comparison approach is given primary consideration and the cost approach is given secondary consideration in determining the value of the subject. The income approach is considered but not applied. As a result of the analyses and conclusions of the market data, subject to the Certification, Appraisal Definitions, and Contingent and Limiting Conditions, contained herein, we have developed a value opinion of the subject as follows:

The retrospective value of the subject property, in fee simple estate interest, as of the effective date, August 6, 2018, is **One Hundred Seventy-five Thousand Dollars ($175,000). Of this total, $20,000 is attributed to the underlying land.**

**The appraisers were only able to physically inspect the property after the fire. The condition of the property prior to the fire on August 7, 2018 was determined by photographs provided to the appraisers from a prior listing taken before the fire. This appraisal makes the extraordinary assumption that the condition and make-up of the property on August 6, 2018 was similar to the photographs provided to the appraisers.**

## INCOME APPROACH

The subject is currently owner-occupied similar to most small-town mixed-use tavern/apartment buildings. There is no rental data available for the subject and the appraisers determined the prior two approaches to value were the most accurate; therefore, the income approach is not applied for this appraisal report.

*Building Use*
The subject is a mixed-use tavern/apartment building. Different uses command different rates per square foot. Sales 1 and 2 have similar uses compared to the subject, so no adjustments are applied. Sales 3, 4, and 5 are non-restaurant/tavern retail buildings with apartments. Non-restaurant/tavern retail spaces have less plumbing and specialty fixtures; therefore, these sales are adjusted up.

*Location Rating*
The type of property appraised, access to major thoroughfares, ingress and egress to the site, proximity to major population and commercial centers are all considered when making a location adjustment. Sales 1, 2, and 5 are located in superior locations than the subject; therefore, downward adjustments were applied to these sales. No adjustment is made to Sales 3 and 4 as they are in location ratings similar to that of the subject.

*Building Size*
Larger buildings typically sell for less per square foot than smaller buildings; this is due to economies of scale. All of the sales are smaller than the subject; therefore, negative adjustments are applied.

*Condition/Age*
Properties that are newer or in better condition than older properties tend to rent for more and cost less to maintain. Negative adjustments are applied to Sales 1 and 2 as they are in conditions superior to that of the subject. Sales 3, 4, and 5 are adjusted up for being in inferior conditions

*Parking*
The subject and Sale 2 have similar adequate surface parking lots; therefore, no adjustments are applied. Positive adjustments are applied to Sales 1, 3, 4, and 5 as they offer only street parking.

*Construction*
Brick and masonry construction are more desirable as they require less maintenance than other types of construction. The subject and all of the sales are constructed of similar materials; therefore, no adjustments are necessary.

Array

The value indications derived from the sales are arrayed relative to the subject. This array helps to reconcile all of the value indications into a single estimate of value for the subject. The adjusted sale price per square foot range is from $20.58 to $27.14. The average adjusted sale price per square foot is $24.32. All of the sales are given equal weight; therefore, a conclusion is made near the average at $25.00 per square foot.

Sale 5



**Property Identification**

| | |
|---|---|
| **Record ID** | 7988 |
| **Property Name** | Mixed-use |
| **Address** | 238 Main Street, Rice Lake, Barron County, Wisconsin 54868 |
| **Tax ID** | 276-1885-01-000 |

**Sale Data**

| | |
|---|---|
| **Grantor** | Kennith Mainsfield |
| **Grantee** | RRC LLC |
| **Sale Date** | June 16, 2017 DOC#837372 |
| **Verification** | MLS#1501359, Assessor, WISDOR; Listing Broker |
| **Sale Price** | $85,000 |

**Land Data**

| | |
|---|---|
| **Land Size** | 0.070 Acres or 3,049 SF |
| **Zoning** | Commercial |

**General Physical Data**

| | |
|---|---|
| **Building Type** | Multi Tenant |
| **Gross SF** | 4,446 |
| **Construction Type** | Brick, Aluminum |
| **Year Built** | 1880 |

**Indicators**

| | |
|---|---|
| **Sale Price/Gross SF** | $19.12 |
| **Floor Area Ratio** | 1.46 |
| **Land to Building Ratio** | .69:1 |

**Remarks**

This is a sale of a mixed-use building located in the City of Rice Lake. The improvements were in overall average condition at the time of sale. There is a retail unit on the first story and an apartment on the second. There is only street parking available.

Sale 3



**Property Identification**

| | |
|---|---|
| **Record ID** | 7987 |
| **Property Name** | Mixed-use |
| **Address** | 110 West 2nd Street, Ladysmith, Rusk County, Wisconsin 54848 |
| **Tax ID** | 246-01150-0000 |

**Sale Data**

| | |
|---|---|
| **Grantor** | Terri Fhom |
| **Grantee** | Olivia Ruiez |
| **Sale Date** | May 31, 2018 DOC#348360 |
| **Verification** | MLS#1507966. Assessor. WISDOR: Listing Broker |
| **Sale Price** | $78,000 |

**Land Data**

| | |
|---|---|
| **Land Size** | 0.060 Acres or 2,614 SF |
| **Zoning** | Commercial |

**General Physical Data**

| | |
|---|---|
| **Building Type** | Multi Tenant |
| **Gross SF** | 3,608 |
| **Construction Type** | Brick |
| **Year Built** | 1909 |

**Indicators**

| | |
|---|---|
| **Sale Price/Gross SF** | $21.62 |
| **Floor Area Ratio** | 1.38 |
| **Land to Building Ratio** | .72:1 |

**Remarks**

This is a sale of a mixed-use building located in the City of Ladysmith. The improvements were in overall average condition at the time of sale. There is retail on the first story and 2 apartments on the second. There is only street parking available.

Sale 1



**Property Identification**

| | |
|---|---|
| Record ID | 7985 |
| Property Name | Mixed-use |
| Address | S119 McKay Avenue, Spring Valley, Pierce County, Wisconsin 54767 |
| Tax ID | 181010590600 |

**Sale Data**

| | |
|---|---|
| Grantor | TBD |
| Grantee | TBD |
| Sale Date | August 20, 2018 DOC#TBD |
| Verification | MLS#1519853, Assessor; Listing Broker |
| Sale Price | $208,000 |

**Land Data**

| | |
|---|---|
| Land Size | 0.110 Acres or 4,792 SF |
| Zoning | Com |

**General Physical Data**

| | |
|---|---|
| Building Type | Multi Tenant |
| Gross SF | 4,012 |
| Construction Type | Wood, Stucco |
| Year Built | 1910 |

**Indicators**

| | |
|---|---|
| Sale Price/Gross SF | $51.84 |
| Floor Area Ratio | 0.84 |
| Land to Building Ratio | 1.19:1 |

**Remarks**

This is a sale of a mixed-use building located in the City of Spring Valley. The improvements were in overall good condition due to renovation at the time of sale. There is a tavern on the first story and 2 apartments on the second. There is only street parking available. Due the very recent sales date, the appraiser was unable to verify the sale through WISDOR.

**Depreciation**

Depreciation for the subject is estimated at 70%, 50% for physical depreciation and 20% for external/economic obsolescence for being located in a small municipality. No functional obsolescence is applied.

**Site Improvements**

Lastly, we have included those costs associated with the subject's site improvements. Site improvements consist of sewer and water laterals, grading, asphalt paving, concrete walks, lighting, signage and landscaping. The estimated depreciated replacement cost of the site improvements is $15,000.

**Conclusion, As Stabilized**

Below is a summary of the cost approach with the land value included.

| Cost Approach Summary<br>Mixed-use Tavern/Apartment Building<br>W5521 Main Street<br>Sheldon, Wisconsin | | |
|---|---|---|
| Replacement Cost New | | $505,000 |
| Depreciation, All Causes | 70% | $353,500 |
| Depreciated Value, Building | | $151,500 |
| Depreciated Value, Site Improvements | | $15,000 |
| Land Value | | $20,000 |
| Value by Cost Approach | | $186,500 |
| | Rounded: | $185,000 |

Therefore, giving consideration to all the above, the value opinion of the subject, via the cost approach, is One Hundred Eighty-five Thousand Dollars ($185,000).

## Cost Analysis of the Improvements

The *Marshall Valuation Service Manual* is used in projecting the replacement cost new of the subject. In addition to the direct costs, the indirect costs must also be included. The indirect costs include loan points, entrepreneurial incentive and contingencies/miscellaneous items. The loan points cost covers the financing expenses associated with the permanent loan. Entrepreneurial (or Developer's) incentive reflects the developer's risk for bringing the property to market. This is differentiated from contractor's profit, which is included in the direct costs. The difference between total construction costs and market value when completed would reflect a developer's profit. Finally, we have included an allowance for contingencies and miscellaneous items. This includes items such as professional fees, real estate taxes during construction, sales and/or leasing commissions, and absorption expenses during the lease-up period, if applicable. This cost allows for potential changes in plans, materials, unforeseen construction costs, overruns, etc. The following exhibits the replacement cost new.

*Market Conditions*
The commercial real estate market has been improving since 2014; therefore, 2% per annum adjustments are applied to the sales, relative to each comparable sale date and the subject's effective date.

*Location Rating*
The type of property appraised, access to major thoroughfares, ingress and egress to the site, proximity to major population and commercial centers are all considered when making a location adjustment. Sales 1 and 5 are in locations similar to that of the subject; therefore, no adjustments are necessary. Negative adjustments are applied to Sales 2, 3, and 4 as they are in locations superior to that of the subject.

*Zoning*
The subject site is located in a commercial zoning district. All of the sales are subject to similar zoning, so no adjustments are necessary.

*Site Size*
In general, sites that are smaller sell for more per acre than larger ones, due to economies of scale. No adjustments are made to Sales 1, 2, and 5 as they are similar in size to the subject. Sales 3 and 4 are given positive adjustments as they are larger than the subject.

*Topography*
The subject is mostly level, similar to each comparable sale; therefore, no adjustments were applied

*Shape*
The subject is rectangular in shape, as are Sales 1, 2, 3, and 4; therefore, no adjustments are necessary. Sale 5 is adjusted up as it is irregular in shape which is less functional.

*Utilities*
The subject and Sales 2, 4, and 5 are serviced by public utilities, so no adjustments are necessary. Positive adjustments are made to Sales 1 and 3 as they have private utilities.

**Array, Land Value**

The value indications derived above from the sales are arrayed relative to the subject. This array helps to reconcile all of the value indications into a single estimate of value for the subject. The sales indicate an adjusted price per square foot range of $0.89 to $1.14. The average adjusted price per square foot is $0.99. All of the sales are given equal weight; therefore, a conclusion is made equal to the average at $1.00 per square foot.



**Sale 5**
**Parcel #136101420000 Davis Street, Hammond**




**Sale 3**
Parcel #276500301044 Hazelwood Drive, Rice Lake



Sale 1
Parcel #181272260 Miami Avenue, Fall Creek

### Income Approach

The income approach is based on the recognition that the value of a property is related to its income-generating potential. Based on the subject data, a direct capitalization approach is applicable in the valuation of the subject.

Developing an income approach involves four major steps.

1. Determine the potential gross income of a property based upon either contract rental rates or market rental rates, based upon rental rates of comparable properties.
2. Estimate the stabilized vacancy and collection loss based upon market factors and apply it to the subject's potential gross income to yield an effective gross income.
3. Analyze the property's expense and reconcile them with typical expenses of properties in the market. Deduct applicable operating expenses from the effective gross income to arrive at the net operating income of the property.
4. Estimate an appropriate capitalization rate for the subject property based upon market data, surveys, and the band-of-investment method and apply it to the net operating income to arrive at the estimated value of the subject.

### Conclusion

The sales comparison approach and cost approach are analyzed in the appraisal of the subject. Although the approaches are inter-related, the property type and use determines which approach or approaches are most appropriate. The final reconciliation considers the applicability of each approach.

**Highest and Best Use, As Improved**

The same tests are applied to the analysis as improved - tests of legal permissibility, physical possibility, and financial feasibility. As above, the use that maximizes the return to the land under all of these tests will be the maximally productive use, and thus, the highest and best use as improved.

| | |
|---|---|
| **Legally Permissible** | The subject is a 6,660 square foot mixed-use tavern/apartment building. The zoning requirements appear to be met; therefore, the subject is considered legally conforming to the zoning code. |
| **Physically Possible** | As discussed, the subject site is an overall rectangular-shaped lot, consisting of five parcels, with adequate parking, as well as adequate frontage on and access from the fronting roadways. The improvements maximally utilize the site. Condition of the building is above average. It is unlikely that the improvements would be used for anything other than a mixed use. |
| **Financially Feasible** | Similar properties in the subject's market are commanding similar rental rates compared to other areas within the subject area. The long-term feasibility of the subject is considered average. |
| **Maximally Productive** | The use that maximizes a property's land value is its maximally productive use. As demonstrated by observed land usage in this area, a mixed-use tavern/apartment building is maximally productive. |
| **Conclusion** | The improvements of the subject meet the criteria of all four tests above. The value of the improvements will be greater than the value of the site so they contribute value to the subject and should not be razed. Therefore, we have concluded that the improvements meet the criteria of being the highest and best use, as improved. |

## HIGHEST AND BEST USE

Highest and best use is defined by the Appraisal Institute, in *The Dictionary of Real Estate Appraisal*, Sixth Edition, 2015, published by the Appraisal Institute, as: "1) The reasonably probable use of property, that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. 2) The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for the asset when formulating the price that it would be willing to bid. 3) The highest and most profitable use for which the property is adaptable and needed or likely to be needed in the reasonably near future."

As indicated by the above definition, the highest and best use of any parcel of land relates to the needs or demands of potential users. It is a consideration which is made to determine what the maximum desirable potential of the property is or could be. Historical data relative to a site may not reflect the future potential of the property, but can act as an aid in analyzing past trends and thus help in determining the present or future usefulness of the property. Determination of the potential or future benefits from property ownership is the objective of most appraisal assignments. After the potential or the highest and best use of the property has been determined, data providing support for the valuation can be reconciled to provide the basis for a logical value conclusion.

This appraisal analysis takes into account considerations of the economic trends for the subject market area and community, the proximity of amenities, financial capabilities of the typical buyers, etc., and considers limitations of these items. In determining the highest and best use as if vacant, or as improved, there are four basic criteria. The use must be legally permissible, physically possible, financially feasible and maximally productive. Of the financially feasible uses, the maximally productive use is that which will bring the greatest value or return to the land.

## EXPOSURE AND MARKETING TIME

Exposure time defined by the Appraisal Institute, in *The Dictionary of Real Estate Appraisal*, Sixth Edition, 2015, published by the Appraisal Institute, as: "The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market."

Marketing time defined by the Appraisal Institute, in *The Dictionary of Real Estate Appraisal*, Sixth Edition, 2015, published by the Appraisal Institute, as: "An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of the appraisal."

The *PwC Real Estate Investor Survey* for the second quarter 2018 specifies an average marketing period of 6.8 months for National Strip Shopping Center Market, up from 6.2 months one year earlier. The overall range is from two to 18 months. The same survey shows a range of one to nine months and an average marketing period of 3.7 months, down from 3.8 months one year earlier. The properties included in the survey are typically, new, well located, investment grade properties that would be attractive to national investment advisors and are, therefore generally superior to the subject.

### Landscaping

Landscaping at the subject mostly consists of paving and grass. There is a volleyball court and horseshoe pit on the premises.

### Other Site Improvements

Other site improvements are minimal with service walks at the entrances of the building, and exterior lighting.















## IMPROVEMENT ANALYSIS

*Present Use*
Mixed-use Tavern/Apartment Building

*Building Size*
6,660 Square Feet

*Layout*



The subject improvements were burned to the ground at the time of inspection, so there are no improvements to summarize. A floorplan of the building is included as a reference point and pictures from the listing at the time of the fire are shown on the following pages.

**Land Area**

The subject consists of five parcels. For the purposes of this appraisal they are considered as one site totaling 20,460 square feet, or 0.47 acre.

**Shape and Frontage**

Overall, the subject site is rectangular in-shape with frontage on Main Street and an alley.

East Main Street is an arterial roadway with one travel lane and one parking lane in each direction. It is concrete paved, with concrete curbs, gutters, sidewalks and public streetlights.

**Access and Parking**

Vehicular access to the subject is from Main Street and the alley. Parking appears adequate for its current use.

**Topography and Drainage**

The sites are mostly level and at grade with surrounding properties. Drainage appears to be adequate for the subject development.

**Soils**

A physical inspection revealed no apparent problems with the soil that would impede development. However, no recent soil analysis was available for review.

**Covenants, Conditions, and Restrictions**

No private deeds or restricting covenants affecting development, other than zoning, were found to affect the site.

**Easements**

There are no apparent easements or encroachments except for normal utility easements and the assumed parking easement. The appraisal assumes that any easements, restrictions or encroachments that might appear against the title would have no adverse effect on the value of the subject.

## Birdseye and Aerial Photos






## SITE ANALYSIS

### Plat Map



esri

## Demographic and Income Profile

[illegible] Main St, Sheldon, Wisconsin, 54[illegible] — Prepared by Esri

[illegible]

| Summary | Census 2010 | 2018 | 2023 |
|---|---|---|---|
| Population | [illegible] | [illegible] | [illegible] |
| Households | [illegible] | [illegible] | [illegible] |
| Families | [illegible] | [illegible] | [illegible] |
| Average Household Size | [illegible] | [illegible] | [illegible] |
| Owner Occupied Housing Units | [illegible] | [illegible] | [illegible] |
| Renter Occupied Housing Units | [illegible] | [illegible] | [illegible] |
| Median Age | [illegible] | [illegible] | [illegible] |

| Trends: 2018 - 2023 Annual Rate | Area | State | National |
|---|---|---|---|
| Population | [illegible] | [illegible] | [illegible] |
| Households | [illegible] | [illegible] | [illegible] |
| Families | [illegible] | [illegible] | [illegible] |
| Owner HHs | [illegible] | [illegible] | [illegible] |
| Median Household Income | [illegible] | [illegible] | [illegible] |

| Households by Income | 2018 Number | 2018 Percent | 2023 Number | 2023 Percent |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | |
| Median Household Income | [illegible] | | [illegible] | |
| Average Household Income | [illegible] | | [illegible] | |
| Per Capita Income | [illegible] | | [illegible] | |

| Population by Age | Census 2010 Number | Census 2010 Percent | 2018 Number | 2018 Percent | 2023 Number | 2023 Percent |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

Source: [illegible]

[illegible], 2018

esri

## Demographic and Income Profile

[illegible] Main St, Sheridan, [illegible] | Prepared by Esri

Ring: [illegible] radius

| Summary | Census 2010 | 2018 | 2023 |
|---|---|---|---|
| Population | [illegible] | [illegible] | [illegible] |
| Households | [illegible] | [illegible] | [illegible] |
| Families | [illegible] | [illegible] | [illegible] |
| Average Household Size | [illegible] | [illegible] | [illegible] |
| Owner Occupied Housing Units | [illegible] | [illegible] | [illegible] |
| Renter Occupied Housing Units | [illegible] | [illegible] | [illegible] |
| Median Age | [illegible] | [illegible] | [illegible] |

| Trends: 2018 - 2023 Annual Rate | Area | State | National |
|---|---|---|---|
| Population | [illegible] | [illegible] | [illegible] |
| Households | [illegible] | [illegible] | [illegible] |
| Families | [illegible] | [illegible] | [illegible] |
| Owner HHs | [illegible] | [illegible] | [illegible] |
| Median Household Income | [illegible] | [illegible] | [illegible] |

| Households by Income | 2018 Number | 2018 Percent | 2023 Number | 2023 Percent |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Median Household Income | [illegible] | | [illegible] | |
| Average Household Income | [illegible] | | [illegible] | |
| Per Capita Income | [illegible] | | [illegible] | |

| Population by Age | Census 2010 Number | Census 2010 Percent | 2018 Number | 2018 Percent | 2023 Number | 2023 Percent |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

[illegible]

[illegible]



EXHIBIT 1 - PAGE 205 OF PAGE 453

## NEIGHBORHOOD ANALYSIS

### Location

The subject is located in the village of Sheldon.



### Boundaries

| | |
|---|---|
| North | Butler Street |
| South | Jump River |
| East | Railroad Tracks |
| West | County Road D/County Road W |

2017 Rusk County Workforce Profile

## Employment Projections

Northwest Workforce Development Area Occupation Projections, 2014-2024

Ashland, Bayfield, Burnett, Douglas, Iron, Price, Rusk, Sawyer, Taylor and Washburn Counties

| Occupation Group | Employment 2014 | Employment 2024 | Change (2014-2024) Number | Change (2014-2024) Percent | Average Annual Openings Due to Growth | Average Annual Openings Due to Replacement | Average Annual Openings Total Openings | Median Annual Wage |
|---|---|---|---|---|---|---|---|---|
| All Occupations | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Management | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Business and Financial | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Computer and Mathematical | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Architecture and Engineering | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Life, Physical, and Social Science | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Community and Social Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Legal | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Education, Training, and Library | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Arts, Entertainment and Media | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Healthcare Practitioners | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Healthcare Support | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Protective Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Food Preparation and Serving | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Building & Grounds Maintenance | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Personal Care and Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Sales and Related | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Office and Administrative Support | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Farming, Fishing, and Forestry | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Construction and Extraction | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Installation, Maintenance, and Repair | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Production | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Transportation & Material Moving | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Source: [illegible]

The table above is the 2014-2024 occupation projections for the Northwest WDA. Adding all occupations together, the ten year change in employment is projected to be a positive [illegible]. Looking at the projected annual average openings of 2,434, a minority of 401 is due to growth of new jobs and a majority of 2,033 is due to replacement of workers in existing jobs. The top three occupation groups, in terms of projected annual total openings, have median annual wages of less than the region's median annual wage of $30,441. However, [illegible]% of the projected annual total openings have a median annual wage of higher than $30,441. Also, [illegible]% of the projected average annual openings due to growth have a median annual wage of more than $30,441. When looking at the projected 10-year change in employment, [illegible]% of the [illegible] employment increase is in occupations with a median wage higher than $30,441. This suggests the region is transitioning from an economy of lower paying occupations to an economy of higher paying occupations. Comparing Northwest's projected numbers with the Wisconsin 2014-2024 occupation numbers is interesting. The state's median wage is higher by almost $5,000 at $35,110 but only [illegible]% of the projected annual total openings have a median annual wage of higher than $35,110, and only [illegible]% of the projected average annual openings due to growth have a median annual wage of more than $35,110. When looking at the projected 10-year change in Wisconsin's employment, [illegible]% of the 198,009 employment increase is in occupations with a median wage higher than $35,110.

STATE OF WISCONSIN DWD

**2017 Rusk County Workforce Profile**

## Industry Employment and Wages

**2016 Employment and Wage Distribution by Industry in Rusk County**

| | Employment: Annual Average | Employment: 1-year change | Total Payroll |
|---|---|---|---|
| Natural Resources | [illegible] | [illegible] | $ 4,[illegible] |
| Construction | [illegible] | [illegible] | $ 2,[illegible] |
| Manufacturing | 1,[illegible] | [illegible] | $ [illegible] |
| Trade, Transportation & Utilities | [illegible] | [illegible] | $ [illegible] |
| Information | [illegible] | [illegible] | $ [illegible] |
| Financial Activities | [illegible] | [illegible] | $ [illegible] |
| Professional & Business Services | [illegible] | [illegible] | $ [illegible] |
| Education & Health | [illegible] | [illegible] | $ [illegible] |
| Leisure & Hospitality | [illegible] | [illegible] | $ [illegible] |
| Other services | [illegible] | [illegible] | $ [illegible] |
| Public Administration | [illegible] | [illegible] | $ [illegible] |
| Not assigned | [illegible] | [illegible] | $0 |
| All Industries | [illegible] | [illegible] | $[illegible] |




Source: WI DWD, Labor Market Information, QCEW, June 2017

The graph above demonstrates employment and payroll data collected from all businesses that are covered by unemployment insurance, around 90% of all employment. Industry employment in Rusk County contracted 1.[illegible]% in 2016 when compared to a year earlier, ranking [illegible] out of Wisconsin's 72 counties. Wisconsin's employment grew by 1.[illegible]%, while the nation's grew by [illegible]%. The total amount of pay to those working within Rusk County during 2016 was $17[illegible] million, [illegible]% more than in 2015. The percentage increase ranked [illegible] out of Wisconsin's 72 counties. The Manufacturing sector represents [illegible]% of the county's job base ranking as its largest employment sector. The Manufacturing sector represents only [illegible]% of the state's job base.

The second table on this page shows the average wage by industry sector for both Rusk County and the State of Wisconsin. It shows the wage differential between Wisconsin's average wages and the lower average wage rates of Rusk County. All eleven industry sectors had below average wages in 2016 when compared to Wisconsin, with the Financial Activities and Information sectors being below [illegible] of the State wage. All industries were [illegible]% of Wisconsin's average wage, growing by [illegible]% in 2016.

**2016 Average Annual Wage by Industry**

| | Wisconsin Average Annual Wage | Rusk County Average Annual Wage | Percent of Wisconsin | 1-year % change |
|---|---|---|---|---|
| All Industries | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Natural Resources | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Construction | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Manufacturing | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Trade, Transportation & Utilities | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Information | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Financial Activities | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Professional & Business Services | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Education & Health | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Leisure & Hospitality | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Other Services | $ [illegible] | $ [illegible] | [illegible] | [illegible] |
| Public Administration | $ [illegible] | $ [illegible] | [illegible] | [illegible] |

Source: WI DWD, Labor Market Information, QCEW, June 2017

STATE OF WISCONSIN DWD

## Population and Demographics

**Rusk County's 10 Most Populous Municipalities**

| | April 2010 Census | January 2016 Estimate | Numeric Change | Proportional Change |
|---|---|---|---|---|
| **United States** | [illegible] | [illegible] | 14,777,102 | 4.8% |
| **Wisconsin** | 5,686,986 | 5,775,120 | 88,134 | 1.5% |
| **Rusk County** | 14,755 | 14,781 | 26 | 0.2% |
| Ladysmith, City | 3,414 | 3,367 | -47 | -1.4% |
| Flambeau, Town | 1,059 | 1,069 | 10 | 0.9% |
| Grant, Town | 833 | 834 | 1 | 0.1% |
| Thornapple, Town | 774 | 796 | 22 | 2.8% |
| Bruce, Village | 779 | 771 | -8 | -1.0% |
| Marshall, Town | 688 | 697 | 9 | 1.3% |
| Hubbard, Town | 578 | 582 | 4 | 0.7% |
| Atlanta, Town | 587 | 575 | -12 | -2.0% |
| Dewey, Town | 545 | 558 | 13 | 2.4% |
| Rusk, Town | 525 | 548 | 23 | 4.4% |

Source: Demographic Services Center, Wisconsin Department of Administration

Between the years 2010 and 2016, Rusk County's population increased by 26, or 0.2%. Rusk County's population growth rate ranks 50 out of 72 Wisconsin Counties. This increase reverses the long term trend of population decline which started in the 1940s when the County's population peaked at 17,737. During the same time frame, 2010-2016, the United States and the State of Wisconsin saw population growth rates of 4.8% and 1.5%, respectively. From 2010 to 2016, Rusk County had a yearly average growth rate of 0.03%. During the 2000-2010 period, Rusk County's yearly average population growth was -0.30%. According to the recent estimates found above, Rusk County's population decline has stopped.

Rusk County's net population increase was based on net migration into of the county. The graph to the right shows its net migration was 1.8%, which means that more people moved into the county than those who moved out of the county. The natural increase was -1.6% which means that the county recorded fewer births than deaths over the six year period.




Source: Demographic Services Center, Wisconsin Department of Administration

According to data gathered by Wisconsin's Department of Health Services, Rusk County's birth rate (births per 1,000 women ages 15-44) in 2015 was 73.3, which ranked 16th highest out of Wisconsin's 72 counties. The state of Wisconsin's birth rate in 2015 was 61.7. Rusk County's rate in 2016 was 62.4, while Wisconsin's rate was slightly lower at 61.1.

STATE OF WISCONSIN
DWD
Department of Workforce Development

## Percentage of Total Population, Ages 65 and Older



Source: U.S. Census Bureau, Population Division, December 2016

STATE OF WISCONSIN
DWD

 EXHIBIT C

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

GLOBE MIDWEST
ADJUSTERS INTERNATIONAL

PROPERTY LOSS CONSULTANTS REPRESENTING THE INSURED

March 14, 2019

Mr. TJ Scheff
Auto Owners Insurance Company
Golf Terrace East
4410 Golf Terrace Blvd., Suite 203
P.O. Box 1709
Eau Claire, WI 54702-1709

| | | |
|---|---|---|
| Re: | Insured: | Nicholas Reich DBA Reich's Road House LLC. |
| | Loss Address: | W5521 Main Street, Sheldon, Wisconsin |
| | Date of Loss: | August 7, 2018 |
| | Claim Number: | 300-237232-2018 |

Dear Mr. Scheff:

This letter is in response to the last couple of paragraphs of your Coverage Clarification Letter dated 10/24/2018, and is meant to address Auto-Owners' settlement offer for the building damages suffered as a result of the above-mentioned loss. I have reviewed the policy form # 54929 (12-10) Amendatory Endorsement – Loss Settlement, the Market Value Appraisal dated 8/27/2018 from Lauenstein & Associates, and Auto-Owners' Commercial Building Valuation Report dated 8/20/2017 extensively. In this letter I will also address my review and analysis of each.

**REVIEW, ANALYSIS, AND RESPONSE OF THE AMMENDATORY ENDORSEMENT – LOSS SETTLEMENT**

The form appears to be very clear in terms of how it responds, i.e. - In the event the insured:

1) repairs or replaces; or
2) does not repair or replace

Our analysis and response to each is detailed as follows:

1) Should the insured choose to Repair or Replace - During our prior communications you and I have discussed the insured intending to rebuild the building at the loss location premises. However, the insureds are now exploring all options to determine what their best course of action is, and are considering purchasing a replacement property. In your letter of 10/24/2018 it states:

*"Once we verify that the building has been rebuilt in its entirety, we will release the amount spent to replace the building, or the cost to replace the building up to the policy limit listed in your policy."*

This is confusing because also in your letter it states *"Your estimate should incorporate a building with similar quality and features as the one destroyed by the explosion."* However, Auto-Owners Insurance Company has provided the insured with 2 completely different Replacement Cost figures for what it considers to be the Replacement Cost Value of the building, outlined as follows:

a. Auto-Owners' Commercial Building Valuation dated 8/20/2017 shows a Replacement Cost of Building # 1 in the amount of $858,174.00 and an Actual Cash Value of $322,713.00.

b. In review of the Market Value Appraisal dated 8/27/2018, Lauenstein & Associates shows a Replacement Cost of $505,000.00 and an Actual Cash Value of $165,000.

So, the question begs, regardless if the insured chooses to rebuild or replace – how much would they have to spend on the rebuild or replacement in order to collect the full policy limit on Building 001?

2) Should the insured choose Not to Repair or Replace – Auto-Owners has made it clear that its position is that it considers the insured to not desire to repair or replace the building, therefore has, at its option, paid what it has considered the **"market value"** of the building.

Therefore, at this time, given all that is still not known regarding how much the insured must incur on the rebuild or replace option, and the insured is still exploring all options, I acknowledge that at this time Auto-Owners has elected to offer settlement of the building based on the **"market value"**, and the remainder of this letter will spotlight this matter.

However, please be advised the insured still intends to make an additional claim, if necessary, for the rebuild or replacement of the building up to the policy limits, and reserves all rights to do so under the terms and conditions of the policy.

## REVIEW, ANALYSIS, AND RESPONSE OF THE MARKET VALUE APPRAISAL FROM LAUENSTEIN & ASSOCIATES

In review of the policy, there is no definition for **"market value"**. The Market Value Appraisal dated 8/27/2018 from Lauenstein & Associates has determined the pre-loss **"market value"** of Building 001 at only $155,000.00, not including the value of the land, as established in their cover letter and again on pages 74-75 of their appraisal report. Lauenstein & Associates has further stated this value was based on the industry standard Valuation Methodology through 3 basic approaches to value – cost, sales comparisons and income approaches. This appraisal is based on an equal weighting to each cost and sales comparisons. This appraisal did not take the income approach into consideration in the valuation.

Our analysis and response to each of the valuation approaches is outlined as follows:

Replacement Cost Valuation – This Market Value Appraisal shows a depreciated cost value for building 001 in the amount of $166,500.00, rounded down to $165,000.00 (not including land

value), based on the depreciated Replacement Cost Approach. The Replacement Cost Valuation represented on this appraisal is inaccurate. It shows the building is a total square foot of 6,660 square foot, and only one story for a total Adjusted Cost per Square Foot of $75.63.

As you are aware, **the entire apartment in this building where Nick Reich and his family resided was the approximately 1700 square foot second floor.** Adding this additional square footage and the 2-story multiplier to the valuation in this appraisal, the Replacement Cost Valuation would look more like $675,000.00. However, even with the square foot revision for the 2nd floor, this Replacement Cost Valuation is still inaccurate.

The depreciation taken on this appraisal is a total of 70%, which consists of 50% for physical depreciation and an additional 20% for external/economic obsolescence. This is extremely high application of depreciation, considering the insured did a lot of improvements to the building, both interior and exterior over the years. Enclosed are copies of material receipts totalling over $26,700.00, dating from 2010 – 2018, and do not include any allowances for labor. Following is a schedule of improvements the insured has completed to the property:

2008 – New shingled roof – 30-year shingles
2009 – New exterior siding and wall insulation
2009 – New windows in entire building
2009 – New outside bar addition
2010 – Demo of concrete lot – install top soil and sand for court yard
2010 – Complete remodel of entire apartment upstairs
2011 – New kitchen and "his" and "hers" bathrooms in upstairs apartment
2012 – Complete garage remodel
2013 – New stamped/colored concrete patio, sidewalk and garage apron
2014 – Demo and remodel of 2nd interior bar
2016 –Complete remodel of main interior bar including new equipment

This very appraisal has given this mixed-use tavern/apartment building a Total Economic Life of 30 years. Further, on page 42 this appraiser states, **"The subject appeared to be in overall above average condition at the time of the fire. The subject had been renovated recently with updated electrical and plumbing and interior cosmetic finishes, especially in the residence."**

Considering major improvements were made as outlined above, the physical depreciation applied should be no more than 10-30%. With the additional 20% for external/economic obsolescence included, the total depreciation applied to the subject building should be no more than 30-50%. Considering this, the depreciated value of the Cost Approach of this appraisal would look more like $337,500.00 - $472,500.00. This valuation method of the revised Cost should be given significant weighting.

Sales Comparison Approach – The Market Value Appraisal shows a value for Building 001 of $165,000.00, including the value of the land, based on the Sales Comparison Approach. In review of the mixed-use buildings used in this valuation approach, only 1 of the 5 comparison sales is actually a possible comparison mixed-use building with a bar/tavern on the main floor and apartments on the 2nd floor, which is comparison sale # 1. However, the appraiser has adjusted this comparison sale Square Foot pricing down due to building size, condition, location, etc. If this were a true comparison there should be no deduction adjustments in the Square Foot pricing.

The other comparison sales should not have been used in this appraisal, as they were not good quality comparisons to the subject property. Comparison # 2 was only a bar/tavern with no rental units. Comparisons 3-5 had retail on the first floor and apartments on the 2nd floor, however a retail unit is not a true comparison to the subject property.

Based on the fact there are very limited, if none at all, actual comparison sales, the Sales Comparison Approach should not be considered in the valuation of this property, or should be given very little weighting in a combined valuation.

Income Approach – As stated above, this appraisal did not take the Income Approach into consideration in their valuation methodology, stating:

> **"INCOME APPROACH**
> The subject is currently owner-occupied similar to most small-town mixed-use tavern/apartment buildings. There is no rental data available for the subject and the appraisers determined the prior two approaches to value were the most accurate; therefore, the income approach is not applied for this appraisal report."

This is absolutely incorrect. The Income Approach is viable in any case that could potentially generate an income stream. This appraisal only focused on the fact that this is an owner-occupied building with no rental data available. However, the appraisers did not take into account the income generated by the bar/tavern. Auto-Owners has made payment of $43,808.00 for 1 year of the bar/tavern's net Business Income loss based on the calculations and recommendations from Insight Forensic Accountants.

Furthermore, historical data for comparison apartment rentals could have been used to determine any potential rental income. Just because a mixed-use tavern/apartment was owner-occupied at the time of loss does not mean that the apartment could not generate income.

Based on the fact that this property has historically generated an income stream, the Income Capitalization Method should be relevant to valuing this property. Historical rental data for comparison apartments should also be considering when using this valuation method. This valuation method should be given significant weighting.

## REVIEW, ANALYSIS, AND RESPONSE OF AUTO-OWNERS COMMERCIAL BUILDING VALUATION REPORT

Auto-Owners Commercial Building Valuation Report is dated 8/20/2017. This valuation is dated almost a year before the loss occurred on 8/07/2018, and uses costs as of 3/2017.

It is noted the policy limit changed to $322,713.00 on 9/26/2017 to the "**Actual Cash Value**" determined by this valuation. This valuation was completed pre-loss, most likely by, or for, Auto-Owners own Underwriting Department, as an additional $34 premium was charged to the insured for this change. Auto-Owners Insurance Company's Underwriting Dept also most likely had a site inspection completed to assist their completion of this valuation.

It is also noted that this valuation shows a gross square foot area of 6,983 square foot on page 1, and the building valuation grand total was based on 8,617 square foot at a per square foot cost of $99.59 (page 3), which determined the $858,174.00 Replacement Cost of the building. This additional 1,634 square foot is attributed to the 2nd floor apartment where Nick Reich lived with his family.

Based on the fact that Auto-Owners' own Replacement Cost valuation was completed pre-loss based on physical inspection of the property, and the Replacement Cost by Lauenstein & Associates was completed post-loss based on a pile of debris and assumptions; it can be safely assumed that the building square footage as represented on Auto-Owners' valuation is more accurate than the square footage of the building as shown on the Market Value Appraisal.

However, even the depreciation applied on Auto-Owners' Commercial Building Valuation of 65% is excessive, based on the fact the insured completed many improvements to Building 001, as mentioned previously in this letter. Also, as stated previously in this letter, the total effective depreciation applied to the Replacement Cost valuation should be no more than 50%. Therefore, taking the Replacement Cost from Auto-Owners Commercial Building Valuation with a maximum of 50% depreciation applied, the "**Actual Cash Value**" of Auto-Owners Commercial Building Valuation should be more like $429,087.00.

## SUMMARY AND CONCLUSION

While it is important to note that the insureds are reserving their rights to make additional claims under (3). of the Loss Settlement Endorsement, the more glaring and obtrusive matter to be resolved is with the **"market value"** and **"actual cash value"** of the main building on the property (Building 001) that Auto-Owners has developed in determining its settlement offer.

The amended policy limit with the effective additional premium as noted in the 9/27/2017 correspondence was based on the "**Actual Cash Value**" that Auto-Owners own Underwriting Department developed. In other words, Auto-Owners valued the building at a particular amount, changed the policy limit based on this particular amount, and charged an additional premium for the increase of the policy limit accordingly.

Auto-Owners Insurance Company has, **at its option**, issued settlement of the claim for Building 001 damages based on "**market value**" as determined by the Market Value Appraisal produced by Lauenstein & Associates, and has issued their payment, check # 357451386, on 9/04/2018 for settlement of the building in the amount of $144,000.00. However, in the memo section (bottom left) of this check, it states:

> **"IN PAYMENT OF:**
> **ACV of building 001 less $1000 deductible"**

**"ACV"**, as you are aware, in an acronym for "**Actual Cash Value**".

Based on this fact, it appears that Auto-Owners Insurance Company has issued its settlement payment based on **ONLY** the Comparison Sales Approach as follows:

> $165,000 - $20,000 land value = $145,000 - $1,000 deductible = $144,000.

**Which is neither the "Actual Cash Value" or the "Market Value" of building 001.** Auto-Owners Insurance Company did not take the Cost Approach, or the Income Approach into their settlement offer at

all. It appears that Auto-Owners Insurance Company has developed its own **"market value"** of building 001 at $145,000.00, solely based on the value derived from using the Cost Approach of the Lauenstein & Associates Market Value Appraisal.

Also, Auto-Owners Insurance Company has established a very clear pattern in how they have determined the policy limit, applicable premium to charge, and what the settlement of the damages to building 001 is based on, as follows:

1. Auto-Owners Insurance Company determined the "**Actual Cash Value"** of building 001, as evidenced on its own Commercial Building Valuation Report dated 8/20/2017;

2. Auto-Owners Insurance Company raised the policy limit accordingly based on that "**Actual Cash Value"**, and charged an additional premium for that "**Actual Cash Value"**, as evidenced by the policy change amendment dated 9/26/2017;

3. Auto-Owners Insurance Company has issued its settlement check for the damages to building 001 stating on the check, the payment is for the "**Actual Cash Value"**.

In conclusion, Auto-Owners has determined the "**Actual Cash Value"** of Building 001 prior to the fire, and charged the insured a premium for "**Actual Cash Value"** coverage in the amount of $325,600.00. The insured paid the charged premiums for "**Actual Cash Value"** coverage in the amount of $325,600.00. Auto-Owners' settlement check for the damages to Building 001 are in the amount of $144,000.00 for the **"ACV of building 001 less $1000 deductible"**.

Considering all of the factors that have been outlined in this letter, it is abundantly clear that the "**market value"** and "**Actual Cash Value"** of Building 001 that Auto-Owners Insurance Company has determined, through its handling of this claim, are grossly understated for the apparent purpose of providing a basis for a low-ball settlement offer. This may or may not be considered to be a failure by Auto-Owners Insurance Company to try to settle this claim in good faith when liability is reasonably clear.

In addition to this, the insured has forwarded an email that he received from you on 9/12/2018 with a completed Sworn Statement in Proof of Loss that all he did was sign and notarize and return the executed Proof of Loss to you on 9/14/2018 via email. Your 10/02/2018 letter rejected this executed Proof of Loss with the only reason for the rejection was that no supporting documentation and requested a new Proof of Loss be submitted. I have enclosed with this letter copies of these emails and attachments for your reference.

I would also like to address your attention to the fact that your email to the insured made no request or demand for supporting documentation, but only stated:

> **"Nick**
>
> **Fill in the rest, change the numbers as you see fit and get it notarized. Should be good to go."**

Further, the insured advises that the email he received from you had the attached Proof of Loss form already pre-filled and completed by you. The insured has advised me that all he did was print the form you emailed him out, sign it before a Notary Public, scan it, and email the form back to you. Then he gets

the rejection letter and can't understand why, when you, as the Auto-Owners handling adjuster completed the form for him and the figures on the form were yours. Auto-Owners Insurance Company has not indicated in its rejection letter dated 10/02/2018, or any other correspondence, any legitimate reasons for rejecting the Proof, or that it disagrees with the amounts claim, considering you completed the form for the insured. Therefore, for all intents and purposes the executed Sworn Statement in Proof of Loss that the insured submitted to you on 9/14/2018 via email is considered an acceptable Proof of Loss.

Accordingly, at this time, on behalf of the named insured, I respectfully request that Auto-Owners Insurance Company issue payment immediately for the remaining balance of the Building 001 policy limit, in the amount of $181,600.00, plus reimburse the insured's incurred expenses for the backfill, in the amount of $26,811.65, as outlined in my letter of March 1, 2019 to you. Thank you for your cooperation in this matter.

Best regards,

Jason J. Martell, CPCU, AIC
General Adjuster

Enclosure(s)

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

PAGE NO 1

SOLD TO: JANE REICH, N7175 COUNTY 'H', SHELDON WI 54766

SHIP TO: NICK REICH (REICH'S ROADHOUSE), SHELDON WI 54766

## INVOICE: 389613

| LN | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 65 | LF | | STEEL [illegible] | | LT | [illegible] | [illegible] | |
| 2 | | | | [illegible] | | LT | | | |
| 3 | 3 | PC | | [illegible] | 3 | | [illegible] | [illegible] | |
| 4 | 14 | LF | | [illegible] | 14 | LT | [illegible] | [illegible] | |
| 5 | 10 | PC | | OUTSIDE CLOSURE, TOP, [illegible] | 10 | | [illegible] | [illegible] | |
| 6 | 21 | | | 1 1/2 BROWN [illegible] SCREWS | 250 | 3 | [illegible] | [illegible] | |
| 7 | 3 | EA | | 2X4 10 TREATED | 3 | | [illegible] | [illegible] | |
| 8 | 6 | EA | | [illegible] | 6 | 12 | [illegible] | [illegible] | |

REPRINT

TAXABLE 233.38
NON-TAXABLE 0.00
SUBTOTAL 233.38

** AMOUNT CHARGED TO STORE ACCOUNT ** 246.19

TAX AMOUNT 12.83
TOTAL 246.19

Manual Signature

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

PAGE NO 1

SOLD TO: JANE REICH, N7175 COUNTY 'H', SHELDON WI 54766

SHIP TO: NICK REICH (REICH'S ROADHOUSE), SHELDON WI 54766

## INVOICE: 400551

| LN | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | | [illegible] | 1 | | [illegible] | [illegible] | |
| 2 | 1 | EA | | [illegible] | 1 | | [illegible] | [illegible] | |
| 3 | 1 | EA | | [illegible] | 1 | | [illegible] | [illegible] | |
| 4 | 1 | EA | | [illegible] | 1 | | [illegible] | [illegible] | |
| 5 | 1 | EA | | [illegible] | 1 | | [illegible] | [illegible] | |

REPRINT

TAXABLE 201.33
NON-TAXABLE 0.00
SUBTOTAL 201.33

** AMOUNT CHARGED TO STORE ACCOUNT ** 212.40

TAX AMOUNT
TOTAL 212.40

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

PAGE NO 1

SOLD TO: JANE REICH, N7175 COUNTY 'H', SHELDON WI 54766

SHIP TO: NICK REICH (REICH'S ROADHOUSE), SHELDON WI 54766

## INVOICE: 419652

| LN | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | PC | | [illegible] PLYWOOD | 10 | | [illegible] | [illegible] | |
| 2 | 2 | EA | | [illegible] STRUCT FIR | 2 | 12 | [illegible] | [illegible] | |
| 3 | 2 | EA | | [illegible] | 2 | 12 | [illegible] | [illegible] | |
| 4 | 2 | EA | | [illegible] STRUCT FIR | 2 | 12 | [illegible] | [illegible] | |
| 5 | 7 | EA | | [illegible] SHEETROCK | 7 | 12 | [illegible] | [illegible] | |

REPRINT

TAXABLE 199.34
NON-TAXABLE 0.00
SUBTOTAL 199.34

** AMOUNT CHARGED TO STORE ACCOUNT ** 210.30

TAX AMOUNT 10.96
TOTAL 210.30

Manual Signature

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

PAGE NO 1

SOLD TO: JANE REICH, N7175 COUNTY 'H', SHELDON WI 54766

SHIP TO: NICK REICH (REICH'S ROADHOUSE), SHELDON WI 54766

## INVOICE: 419777

| LN | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | | [illegible] | | | [illegible] | [illegible] | |
| 2 | | | | [illegible] | | | | | |
| 3 | 8 | PC | | [illegible] PLYWOOD [illegible] | | 17 | [illegible] | [illegible] | |
| 4 | 10 | EA | | [illegible] | | 12 | [illegible] | [illegible] | |

REPRINT

TAXABLE
NON-TAXABLE 0.00
SUBTOTAL

** AMOUNT CHARGED TO STORE ACCOUNT **

TAX AMOUNT
TOTAL 828.49

TONY LUMBER & SUPPLY INC
N5346 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

PAGE NO 1

TONY
Your Complete Building Resource

SOLD TO: JANE REICH, [illegible] COUNTY W, SHELDON WI [illegible], 715-452-[illegible]

SHIP TO: RICH REICH (REICH'S ROADHOUSE), SHELDON WI [illegible], 715-452-[illegible]

CUST NO 721053 · TERMS DUE ON THE 10TH · DATE [illegible] · CLERK JR · SALESPERSON JR JANE REICH · TAX TAY 5.5% TAYLOR CO WI

**INVOICE: 367838**

| LINE | QTY | U/M | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | [illegible] | [illegible] EXTERIOR [illegible] CLEAR BASE | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | | | | PATCH [illegible] | | | | |
| 3 | 2 | EA | [illegible] | [illegible] EXTERIOR [illegible] TINT BASE | [illegible] | [illegible] | [illegible] | [illegible] |
| 4 | | | | GRAY FOR [illegible] | | | | |
| 5 | 1 | EA | [illegible] | [illegible] FLAT PAD | [illegible] | [illegible] | [illegible] | [illegible] |
| 6 | 1 | EA | [illegible] | [illegible] PAINT PAD | [illegible] | [illegible] | [illegible] | [illegible] |
| 7 | 2 | EA | [illegible] | [illegible] CLEAR | [illegible] | [illegible] | [illegible] | [illegible] |
| 8 | 1 | EA | [illegible] | POLYESTER 4" BRUSH | [illegible] | [illegible] | [illegible] | [illegible] |
| 9 | 1 | EA | [illegible] | [illegible] EXTENSION POLE | [illegible] | [illegible] | [illegible] | [illegible] |
| 10 | 2 | EA | [illegible] | 9" ROLLER COVER | [illegible] | [illegible] | [illegible] | [illegible] |
| 11 | 3 | EA | [illegible] | [illegible] PLASTIC PAINT TRAY [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE [illegible]
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** [illegible]

TAX AMOUNT [illegible]
**TOTAL 128.80**

TOT WT 0.00

Manual Signature

---

TONY LUMBER & SUPPLY INC
N5346 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

PAGE NO 1

TONY
Your Complete Building Resource

SOLD TO: JANE REICH, [illegible] COUNTY W, SHELDON WI [illegible], 715-452-[illegible]

SHIP TO: RICH REICH (REICH'S ROADHOUSE), SHELDON WI [illegible], 715-452-[illegible]

CUST NO 721053 · TERMS DUE ON THE 10TH · DATE [illegible] · CLERK JR · SALESPERSON JR JANE REICH · TAX TAY 5.5% TAYLOR CO WI

**INVOICE: 372210**

| LINE | QTY | U/M | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE [illegible]
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** [illegible]

TAX AMOUNT [illegible]
**TOTAL 18.40**

TOT WT 0.00

Manual Signature

---

TONY LUMBER & SUPPLY INC
N5346 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

PAGE NO 1

TONY
Your Complete Building Resource

SOLD TO: JANE REICH, [illegible] COUNTY W, SHELDON WI [illegible], 715-452-[illegible]

SHIP TO: RICH REICH (REICH'S ROADHOUSE), SHELDON WI [illegible], 715-452-[illegible]

CUST NO 721053 · TERMS DUE ON THE 10TH · DATE [illegible] · CLERK TV · SALESPERSON TV TOM VAN DOORN · TAX TAY 5.5% TAYLOR CO WI

**INVOICE: 376319**

| LINE | QTY | U/M | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 3 | 4 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 4 | 1 | [illegible] | [illegible] | [illegible] CLEAR POLY [illegible] ROLL) | [illegible] | [illegible] | [illegible] | [illegible] |
| 5 | 2 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 6 | | | | [illegible] | | [illegible] | | |
| 7 | 1 | [illegible] | [illegible] | [illegible] UNFACED [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 8 | 2 | [illegible] | [illegible] | [illegible] UNFACED [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE [illegible]
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** [illegible]

TAX AMOUNT [illegible]
**TOTAL 427.42**

TOT WT 0.00

[signature]

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH
DBA REICHS ROADHOUSE
SHELDON WI

TERMS DUE ON THE 10TH

## INVOICE: 514356

| LN | QTY | U/M | ITEM | DESCRIPTION | UNITS | LOCATION | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | [illegible] | EA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | EA | [illegible] | ICE AND WATER SHIELD [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 3 | [illegible] | EA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 4 | [illegible] | EA | [illegible] | PLASTIC ROOF VENTS [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 5 | 1 | EA | [illegible] | ROOF SADDLE [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 6 | 1 | EA | [illegible] | ROOF SADDLE | [illegible] | [illegible] | [illegible] | [illegible] |
| 7 | [illegible] | EA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | DISCOUNT [illegible] | | | | |
| 8 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 9 | | | | [illegible] | | [illegible] | | |
| 10 | [illegible] | EA | [illegible] | [illegible] GALV STAPLES [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 11 | [illegible] | [illegible] | [illegible] | SHINGLE STARTER [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE / NON-TAXABLE / SUBTOTAL

** AMOUNT CHARGED TO STORE ACCOUNT **

TAX AMOUNT

TOTAL 1405.22

Received by

---

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH
DBA REICHS ROADHOUSE
SHELDON WI

TERMS DUE ON THE 10TH

## INVOICE: 509955

| LN | QTY | U/M | ITEM | DESCRIPTION | UNITS | LOCATION | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | | | | SPECIAL PROMOTION FROM CERT | | [illegible] | | |
| 3 | 4 | [illegible] | [illegible] | ACCESSORY [illegible] | 4 | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE / NON-TAXABLE / SUBTOTAL

** AMOUNT CHARGED TO STORE ACCOUNT **

TAX AMOUNT

TOTAL 3424.21

Received by

---

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH
DBA REICHS ROADHOUSE
SHELDON WI

TERMS DUE ON THE 10TH

## INVOICE: 515905

| LN | QTY | U/M | ITEM | DESCRIPTION | UNITS | LOCATION | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | SHINGLE STARTER [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE / NON-TAXABLE / SUBTOTAL

** AMOUNT CHARGED TO STORE ACCOUNT **

TAX AMOUNT

TOTAL 120.11

Received by

---

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH
DBA REICHS ROADHOUSE
SHELDON WI

TERMS DUE ON THE 10TH

## INVOICE: 386709

| LN | QTY | U/M | ITEM | DESCRIPTION | UNITS | LOCATION | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | [illegible] | EA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | EA | [illegible] | ICE AND WATER SHIELD [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE / NON-TAXABLE / SUBTOTAL

** AMOUNT CHARGED TO STORE ACCOUNT **

TAX AMOUNT

TOTAL 162.41

Phone Transaction

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

TONY — Your Complete Building Resource

SOLD TO: NICHOLAS REICH, DBA REICHS ROADHOUSE, PO BOX 51 W5821 MAIN STREET, SHELDON WI 54766

TERMS: DUE ON THE 10TH

## CREDIT MEMO: 387304

| LINE | QTY | U/M | SKU | DESCRIPTION | UNITS | | PRICE / PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | -3 | [illegible] | [illegible] | SHINGLE STARTER [illegible] CREDIT RETURN | 3 | [illegible] | [illegible] | -113.85 |

REPRINT

TAXABLE -113.85
NON-TAXABLE .00
SUBTOTAL -113.85

** AMOUNT CREDITED TO ACCOUNT ** 120.11

TAX AMOUNT [illegible]
TOTAL -120.11

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

TONY — Your Complete Building Resource

SOLD TO: NICHOLAS REICH, DBA REICHS ROADHOUSE, PO BOX 51 W5821 MAIN STREET, SHELDON WI 54766

TERMS: DUE ON THE 10TH

## INVOICE: 387305

| LINE | QTY | U/M | SKU | DESCRIPTION | UNITS | | PRICE / PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | EA | [illegible] | 2X4 12 [illegible] | 4 | 17 | 7.87 /EA | 31.48 |
| 2 | 5 | PC | [illegible] | [illegible] CHIPBOARD | 5 | 17 | 10.65 /PC | 53.25 |
| 3 | 1 | RL | POL [illegible] | [illegible] MIL CLEAR POLY (100 ROLL) | 1 | [illegible] | 24.50 /RL | 24.50 |
| 4 | 1 | RL | POL [illegible] | [illegible] MIL CLEAR POLY (400 ROLL) | 1 | [illegible] | 21.70 /RL | 21.70 |

REPRINT

TAXABLE 130.97
NON-TAXABLE .00
SUBTOTAL 130.97

** AMOUNT CHARGED TO STORE ACCOUNT ** 138.17

TAX AMOUNT 7.20
TOTAL 138.17

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

TONY — Your Complete Building Resource

SOLD TO: NICHOLAS REICH, DBA REICHS ROADHOUSE, PO BOX 51 W5821 MAIN STREET, SHELDON WI 54766

TERMS: DUE ON THE 10TH

## INVOICE: 387435

| LINE | QTY | U/M | SKU | DESCRIPTION | UNITS | | PRICE / PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 10 | EA | [illegible] | [illegible] | 10 | 12 | 3.31 /EA | 33.12 |
| 2 | 20 | EA | [illegible] | [illegible] | 20 | 23 | 15.94 /EA | 318.80 |
| 3 | 1 | EA | [illegible] | [illegible] | 1 | 18 | 120.98 /EA | 120.98 |
| 4 | 1 | [illegible] | [illegible] | [illegible] SQ FT | 1 | 8 | 33.98 /[illegible] | 33.98 |
| 5 | | | | [illegible] PCS PER BUNDLE | | 8 | | |
| 6 | 15 | EA | [illegible] | [illegible] | 15 | 12 | 8.73 /EA | 168.75 |

REPRINT

TAXABLE 674.97
NON-TAXABLE .00
SUBTOTAL 674.97

** AMOUNT CHARGED TO STORE ACCOUNT ** 712.09

TAX AMOUNT 37.12
TOTAL 712.09

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

TONY — Your Complete Building Resource

SOLD TO: NICHOLAS REICH, DBA REICHS ROADHOUSE, PO BOX 51 W5821 MAIN STREET, SHELDON WI 54766

TERMS: DUE ON THE 10TH

## INVOICE: 387436

| LINE | QTY | U/M | SKU | DESCRIPTION | UNITS | | PRICE / PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | EA | [illegible] | [illegible] | 2 | [illegible] | 8.81 /EA | 17.44 |

REPRINT

TAXABLE 17.44
NON-TAXABLE .00
SUBTOTAL 17.44

** AMOUNT CHARGED TO STORE ACCOUNT ** 18.40

TAX AMOUNT .96
TOTAL 18.40

TONY — Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

SOLD TO: NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 81 W5531 MAIN STREET
SHELDON WI 54766
715-452-[illegible]

TERMS: DUE ON THE 10TH
SALESPERSON: LV LARRY [illegible]
TAX: TAY 5.5% TAYLOR CO WI

INVOICE: 387438

| LN | QTY | UM | ITEM | DESCRIPTION | UNITS | LOCATION | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | EA | [illegible] | [illegible] | 2 | [illegible] | [illegible] EA | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** [illegible]

TAX AMOUNT [illegible]

TOTAL 17.59

Received by: [signature]

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

SOLD TO: NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 81 W5531 MAIN STREET
SHELDON WI 54766
715-452-[illegible]

TERMS: DUE ON THE 10TH
SALESPERSON: LV LARRY [illegible]
TAX: TAY 5.5% TAYLOR CO WI

INVOICE: K87718

| LN | QTY | UM | ITEM | DESCRIPTION | UNITS | LOCATION | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | [illegible] | PC | [illegible] | [illegible] PLYWOOD | [illegible] | [illegible] | [illegible] PC | [illegible] |
| 2 | [illegible] | EA | [illegible] | 2X8 14 [illegible] | [illegible] | [illegible] | [illegible] EA | [illegible] |
| 3 | 25 | EA | [illegible] | 2X4 10 [illegible] | 25 | [illegible] | [illegible] EA | [illegible] |
| 4 | 2 | [illegible] | [illegible] | [illegible] | 2 | [illegible] | [illegible] | [illegible] |
| 5 | | | | [illegible] PCS PER [illegible] | | [illegible] | | |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** [illegible]

TAX AMOUNT [illegible]

TOTAL 1319.28

Received by: Phone Transaction

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

SOLD TO: NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 81 W5531 MAIN STREET
SHELDON WI 54766
715-452-[illegible]

TERMS: DUE ON THE 10TH
SALESPERSON: JR JANE REICH
TAX: TAY 5.5% TAYLOR CO WI

INVOICE: 387850

| LN | QTY | UM | ITEM | DESCRIPTION | UNITS | LOCATION | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 7 | [illegible] | [illegible] | [illegible] | 7 | [illegible] | [illegible] | [illegible] |
| 2 | 2 | [illegible] | [illegible] | [illegible] | 2 | [illegible] | [illegible] | [illegible] |
| 3 | [illegible] | PC | [illegible] | [illegible] | [illegible] | 17 | [illegible] PC | [illegible] |
| 4 | 25 | LB | [illegible] | [illegible] | 25 | [illegible] | [illegible] LB | [illegible] |
| 5 | 1 | [illegible] | [illegible] | [illegible] CLEAR POLY [illegible] | 1 | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** [illegible]

TAX AMOUNT [illegible]

TOTAL 478.81

Received by: Manual Signature

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

SOLD TO: NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 81 W5531 MAIN STREET
SHELDON WI 54766
715-452-[illegible]

TERMS: DUE ON THE 10TH
SALESPERSON: JR JANE REICH
TAX: TAY 5.5% TAYLOR CO WI

INVOICE: 387852

| LN | QTY | UM | ITEM | DESCRIPTION | UNITS | LOCATION | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | [illegible] SHEETROCK SCREWS | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | 1 | [illegible] | [illegible] | [illegible] STAPLES [illegible] | 1 | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** [illegible]

TAX AMOUNT [illegible]

TOTAL 28.33

Received by: Manual Signature

TONY LUMBER & SUPPLY INC
N5346 CTY 'T'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

TONY
Your Complete Building Resource

NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 51 W9531 MAIN STREET
SHELDON WI 54766

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

# INVOICE: 387949

| LINE | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | EA | [illegible] | [illegible] LATEX PRIMER [illegible] | 4 | [illegible] | 23.99 EA | 95.96 |
| 2 | 4 | EA | [illegible] | [illegible] INTERIOR SATIN PASTEL BSE | 4 | [illegible] | 27.19 EA | 108.76 |
| 3 | 1 | RL | [illegible] | BLUE PAINTERS TAPE 1.40 X 60 YD | 1 | [illegible] | 7.25 RL | 7.25 |
| 4 | 1 | RL | [illegible] | BLUE PAINTERS TAPE 1.40 X 60 YD | 1 | [illegible] | 4.59 RL | 4.59 |
| 5 | 2 | EA | [illegible] | [illegible] | 2 | [illegible] | 5.79 EA | 10.96 |
| 6 | 2 | EA | [illegible] | [illegible] PAINT PAD | 2 | [illegible] | 3.89 EA | 7.78 |
| 7 | 2 | EA | [illegible] | [illegible] POLY BRUSH | 2 | [illegible] | 6.49 EA | 7.94 |
| 8 | 2 | EA | [illegible] | PLASTIC PAINT TRAY [illegible] | 2 | [illegible] | 1.65 EA | 3.30 |
| 9 | 2 | EA | [illegible] | PAINT TRAY LINERS PLASTIC | 2 | [illegible] | 0.79 EA | 1.58 |

REPRINT

TAXABLE 246.89
NON-TAXABLE 0.00
SUBTOTAL 246.89

** AMOUNT CHARGED TO STORE ACCOUNT ** 260.26

TAX AMOUNT 13.57

| TOTAL | 260.26 |
|---|---|

Manual Signature

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'T'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

TONY
Your Complete Building Resource

NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 51 W9531 MAIN STREET
SHELDON WI 54766

TERMS: DUE ON THE 10TH
SALESPERSON: LARRY [illegible]
TAX: 5.5% TAYLOR CO WI

# INVOICE: 388068

| LINE | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | [illegible] | [illegible] POINT [illegible] | 1 | [illegible] | 53.99 EA | 53.99 |
| 2 | 27 | EA | [illegible] | [illegible] | 27 | [illegible] | 4.32 EA | 116.64 |
| 3 | 17 | PC | [illegible] | [illegible] PLYWOOD | 17 | [illegible] | 16.04 PC | 272.68 |
| 4 | 13 | EA | [illegible] | [illegible] | 13 | [illegible] | 4.97 EA | 64.61 |
| 5 | 140 | EA | [illegible] | [illegible] | 140 | [illegible] | 0.79 EA | 112.11 |

REPRINT

TAXABLE 607.31
NON-TAXABLE 0.00
SUBTOTAL 607.31

** AMOUNT CHARGED TO STORE ACCOUNT ** 640.71

TAX AMOUNT 33.40

| TOTAL | 640.71 |
|---|---|

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'T'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

TONY
Your Complete Building Resource

NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 51 W9531 MAIN STREET
SHELDON WI 54766

TERMS: DUE ON THE 10TH
SALESPERSON: JANE REICH
TAX: 5.5% TAYLOR CO WI

# INVOICE: 388129

| LINE | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 15 | LF | [illegible] | [illegible] CDC [illegible] | 15 | [illegible] | 7.25 EA | 108.75 |

REPRINT

TAXABLE 108.75
NON-TAXABLE 0.00
SUBTOTAL 108.75

** AMOUNT CHARGED TO STORE ACCOUNT ** 114.73

TAX AMOUNT 5.98

| TOTAL | 114.73 |
|---|---|

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'T'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

TONY
Your Complete Building Resource

NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 51 W9531 MAIN STREET
SHELDON WI 54766

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

# INVOICE: 388164

| LINE | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | EA | [illegible] | 2X4 12 TREATED | 2 | 12 | 6.29 EA | 12.58 |
| 2 | 6 | EA | [illegible] | [illegible] | 6 | 12 | 4.48 EA | 26.88 |
| 3 | 1 | [illegible] | [illegible] | [illegible] 10PC BUCKLE | 1 | 16 | 12.75 [illegible] | 12.75 |
| 4 | 1 | [illegible] | [illegible] | [illegible] | 1 | [illegible] | 95.35 EA | 95.35 |

REPRINT

TAXABLE 147.57
NON-TAXABLE 0.00
SUBTOTAL 147.57

** AMOUNT CHARGED TO STORE ACCOUNT ** 155.69

TAX AMOUNT 8.12

| TOTAL | 155.69 |
|---|---|

Manual Signature

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5346 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

SOLD TO: NICHOLAS REICH, DBA REICHS ROADHOUSE, PO BOX 81 WEST MAIN STREET, SHELDON WI, 715-[illegible]

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

## INVOICE: 517241

| LN | QTY | U/M | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | | | | | | |
| 2 | | | | ESTERA STACKED STONE | | | | |
| 3 | [illegible] | EA | [illegible] | ESTERA SHELDON [illegible] | [illegible] | | [illegible] /EA | [illegible] |
| 4 | [illegible] | EA | [illegible] | ESTERA [illegible] | [illegible] | | [illegible] /EA | [illegible] |
| 5 | 6 | EA | [illegible] | ESTERA STARTER [illegible] | 6 | | [illegible] /EA | [illegible] |
| 6 | [illegible] | LF | [illegible] | MAR & CORNER, BROWN | [illegible] | 8 | [illegible] /LF | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** 3769.88

TAX AMOUNT [illegible]
**TOTAL 3769.88**

---

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5346 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

SOLD TO: NICHOLAS REICH, DBA REICHS ROADHOUSE, PO BOX 81 WEST MAIN STREET, SHELDON WI, 715-[illegible]

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

## INVOICE: 388226

| LN | QTY | U/M | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | [illegible] | [illegible] | [illegible] | RAKE & CORNER | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | [illegible] | [illegible] | [illegible] BROWN [illegible] SCREWS | [illegible] | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** 11.32

TAX AMOUNT [illegible]
**TOTAL 11.32**

---

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5346 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

SOLD TO: NICHOLAS REICH, DBA REICHS ROADHOUSE, PO BOX 81 WEST MAIN STREET, SHELDON WI 54766, 715-[illegible]

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

## INVOICE: 388300

| LN | QTY | U/M | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | [illegible] | EA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] /EA | [illegible] |
| 2 | | | | [illegible] | | [illegible] | | |

REPRINT

TAXABLE 11.71
NON-TAXABLE 0.00
SUBTOTAL 11.71

** AMOUNT CHARGED TO STORE ACCOUNT ** 12.35

TAX AMOUNT [illegible]
**TOTAL 12.35**

---

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5346 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

SOLD TO: NICHOLAS REICH, DBA REICHS ROADHOUSE, PO BOX 81 WEST MAIN STREET, SHELDON WI 54766, 715-[illegible]

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

## INVOICE: 521184

| LN | QTY | U/M | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | [illegible] | [illegible] | [illegible] | [illegible] PLYWOOD | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | EA | [illegible] | QUALITY EDGE [illegible] SMOOTH BLACK | [illegible] | | [illegible] /EA | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** 94.42

TAX AMOUNT [illegible]
**TOTAL 94.42**

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5346 CTY 'T'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH
ODA REICHS ROADHOUSE
PO BOX 31 W5521 MAIN STREET
SHELDON WI 54766

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

## INVOICE: K21184

| | | | |
|---|---|---|---|
| 1 | 1 | PC | PLYWOOD |

REPRINT

TAXABLE 14.95
NON-TAXABLE 0.00
SUBTOTAL 14.95

** AMOUNT CHARGED TO STORE ACCOUNT ** 15.77

TOTAL 15.77

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5346 CTY 'T'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH
ODA REICHS ROADHOUSE
PO BOX 31 W5521 MAIN STREET
SHELDON WI 54766

TERMS: DUE ON THE 10TH
REFERENCE: COMMERCIAL DOORS
TAX: 5.5% TAYLOR CO WI

## INVOICE: 519777

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2 | EA | DOORS | 2 | 3,456.00 |
| 2 | | | ALUMINUM ENTRANCE OF DARK | | |
| 3 | | | BRONZE LOW E GLASS | | |
| 4 | | | LOCK | | |
| 5 | | | THUMBTURN AND EXTERNAL KEY | | |
| 6 | | | CYLINDER ROUND PUSH AND PULL | | |
| 7 | | | HANDLES BALL BEARING HINGES | | |
| 8 | | | SURFACE MOUNTED | | |
| 9 | | | CLOSER 10" BOTTOM RAIL | | |
| 10 | | | THRESHOLD AND DOOR SWEEP | | |

REPRINT

TAXABLE 3456.00
NON-TAXABLE 0.00
SUBTOTAL 3456.00

** AMOUNT CHARGED TO STORE ACCOUNT **

TOTAL 3646.08

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5346 CTY 'T'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH
ODA REICHS ROADHOUSE
PO BOX 31 W5521 MAIN STREET
SHELDON WI 54766

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

## INVOICE: 520489

REPRINT

TAXABLE 148.45
NON-TAXABLE 0.00
SUBTOTAL 148.45

** AMOUNT CHARGED TO STORE ACCOUNT ** 156.61

TOTAL 156.61

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5346 CTY 'T'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH
ODA REICHS ROADHOUSE
PO BOX 31 W5521 MAIN STREET
SHELDON WI 54766

TERMS: DUE ON THE 10TH
TAX: 5.5% TAYLOR CO WI

## INVOICE: 389143

| | | | |
|---|---|---|---|
| 1 | 3 | PC | PLYWOOD |

REPRINT

TAXABLE 44.84
NON-TAXABLE 0.00
SUBTOTAL 44.84

** AMOUNT CHARGED TO STORE ACCOUNT ** 47.31

TOTAL 47.31

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

[illegible]

## INVOICE: 390027

| LN | QTY | U/M | ITEM | DESCRIPTION | [illegible] | [illegible] | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 42 | [illegible] | [illegible] | [illegible] | 42 | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** 67.79

TAX AMOUNT [illegible]
**TOTAL 67.79**

[illegible] (signature)

---

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

[illegible]

## INVOICE: 390131

| LN | QTY | U/M | ITEM | DESCRIPTION | [illegible] | [illegible] | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | EA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] /EA | [illegible] |
| 2 | 1 | EA | [illegible] | [illegible] | 1 | [illegible] | [illegible] /EA | [illegible] |
| 3 | | | | | | [illegible] | | |
| 4 | | | | [illegible] PICKED UP | | [illegible] | | |

REPRINT

TAXABLE 15.36
NON-TAXABLE 0.00
SUBTOTAL 15.36

** AMOUNT CHARGED TO STORE ACCOUNT ** 16.20

TAX AMOUNT 0.84
**TOTAL 16.20**

Manual Signature

---

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

[illegible]

## INVOICE: 392725

| LN | QTY | U/M | ITEM | DESCRIPTION | [illegible] | [illegible] | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | [illegible] | [illegible] | [illegible] | 2 | [illegible] | [illegible] | [illegible] |
| 2 | 1 | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** [illegible]

TAX AMOUNT [illegible]
**TOTAL 89.42**

---

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

[illegible]

## INVOICE: 392989

| LN | QTY | U/M | ITEM | DESCRIPTION | [illegible] | [illegible] | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | [illegible] | EA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

REPRINT

TAXABLE [illegible]
NON-TAXABLE 0.00
SUBTOTAL [illegible]

** AMOUNT CHARGED TO STORE ACCOUNT ** 34.08

TAX AMOUNT [illegible]
**TOTAL 34.08**

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

TONY
Your Complete Building Resource

SOLD TO: NICHOLAS REICH, C/O REICHS ROADHOUSE, PO BOX 51 W5321 MAIN STREET, SHELDON WI 54766, 715-452-5003

SHIP TO: CALLED NORM 4-27-15 EML

CUST NO 721883 · TERMS DUE ON THE 10TH · TAX 5.5% TAYLOR CO WI

PURCHASE STEEL ETA 4/24

## INVOICE: 532050

| Line | Qty | UM | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|
| 1 | | | | [illegible] | | |
| 2 | 304 | LF | STEEL | STEEL CO GREEN 29 GAUGE | 2.38 | 725.1[illegible] |
| 3 | | | | [illegible] | | |
| 4 | | | | [illegible] | | |
| 5 | 3 | EA | [illegible] | [illegible] | 15.70 | 47.1[illegible] |
| 6 | 30 | LF | [illegible] | [illegible] BROWN | 1.43 | 42.[illegible] |
| 7 | 10 | PC | [illegible] | [illegible] BROWN | 6.64 | 66.[illegible] |
| 8 | | | | [illegible] FROM STOCK | | |
| 9 | 10 | LB | [illegible] | 1 1/2 [illegible] | 5.37 | 53.7[illegible] |

CALL NORM [illegible]

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT ** 

TOTAL 888.73

Phone Transaction

---

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

TONY
Your Complete Building Resource

SOLD TO: NICHOLAS REICH, C/O REICHS ROADHOUSE, PO BOX 51 W5321 MAIN STREET, SHELDON WI 54766, 715-452-5003

CUST NO 721883 · TERMS DUE ON THE 10TH · TAX 5.5% TAYLOR CO WI

## INVOICE: 393593

| Line | Qty | UM | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|
| 1 | | EA | [illegible] | [illegible] CONTACT CEMENT | [illegible] | [illegible] |
| 2 | | EA | [illegible] | [illegible] | [illegible] | [illegible] |
| 3 | | EA | [illegible] | [illegible] | [illegible] | [illegible] |
| 4 | | PC | [illegible] | [illegible] BIRCH [illegible] PLYWOOD | [illegible] | [illegible] |
| 5 | 90 | LF | [illegible] | [illegible] STOCK 1/4 SMOOTH WHITE | 1.48 | [illegible] |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **

TOTAL 230.91

---

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

TONY
Your Complete Building Resource

SOLD TO: NICHOLAS REICH, C/O REICHS ROADHOUSE, PO BOX 51 W5321 MAIN STREET, SHELDON WI 54766, 715-452-5003

CUST NO 721883 · TERMS DUE ON THE 10TH · TAX 5.5% TAYLOR CO WI

## INVOICE: 393594

| Line | Qty | UM | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|
| 1 | 17 | LF | [illegible] | [illegible] 1/4 SMOOTH WHITE | 1.48 | [illegible] |
| 2 | 50 | LF | [illegible] | [illegible] STOCK 1/4 SMOOTH WHITE | 1.48 | [illegible] |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **

TOTAL 75.47

---

TONY LUMBER & SUPPLY INC
N5348 CTY T
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

TONY
Your Complete Building Resource

SOLD TO: NICHOLAS REICH, C/O REICHS ROADHOUSE, PO BOX 51 W5321 MAIN STREET, SHELDON WI 54766, 715-452-5003

CUST NO 721883 · TERMS DUE ON THE 10TH · TAX 5.5% TAYLOR CO WI

## INVOICE: 393701

| Line | Qty | UM | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|
| 1 | 4 | EA | [illegible] | [illegible] DOUBLE ANGLE [illegible] | [illegible] | [illegible] |

REPRINT

** AMOUNT CHARGED TO STORE ACCOUNT **

TOTAL 28.04

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

Your Complete Building Resource

PAGE NO 1

NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 91 W8231 MAIN STREET
SHELDON WI 54766

## INVOICE: 393749

| LINE | QTY | UM | ITEM | DESCRIPTION | | | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 6 | | | | 6 | 6 | | |

REPRINT

TAXABLE
NON-TAXABLE
SUBTOTAL

** AMOUNT CHARGED TO STORE ACCOUNT **

TAX AMOUNT

**TOTAL 42.03**

Manual Signature

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

Your Complete Building Resource

NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 91 W8231 MAIN STREET
SHELDON WI 54766

## CREDIT MEMO: 393789

CREDIT RETURN

REPRINT

TAXABLE
NON-TAXABLE
SUBTOTAL

** AMOUNT CREDITED TO ACCOUNT **

TAX AMOUNT

**TOTAL -77.02**

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

Your Complete Building Resource

NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 91 W8231 MAIN STREET
SHELDON WI 54766

## INVOICE: 394184

REPRINT

TAXABLE
NON-TAXABLE
SUBTOTAL

** AMOUNT CHARGED TO STORE ACCOUNT **

TAX AMOUNT

**TOTAL 548.38**

---

TONY LUMBER & SUPPLY INC
N5346 CTY 'I'
PO BOX 96
TONY, WI 54563
PHONE: (715) 532-5973

Your Complete Building Resource

PAGE NO 1

NICHOLAS REICH
DBA REICHS ROADHOUSE
PO BOX 91 W8231 MAIN STREET
SHELDON WI 54766

## INVOICE: 551846

| LINE | QTY | UM | ITEM | DESCRIPTION |
|---|---|---|---|---|
| 1 | 1 | | | FRAME AND DOOR FRAME SIZE |
| 2 | | | | |
| 3 | | | | MEDIUM STYLE DOORS |
| 4 | | | | ROUND PUSH/PULL HANDLE |
| 5 | | | | |
| 6 | | | | FOR ACTIVE DOOR FLUSH BOLTS FOR |
| 7 | | | | INACTIVE DOOR SURFACE MOUNTED |
| 8 | | | | DOOR CLOSER |
| 9 | | | | CLEAR TEMPERED |
| 10 | | | | GLASS THRESHOLD AND DOOR |
| 11 | | | | |
| 12 | | | | GLASS |

REPRINT

TAXABLE
NON-TAXABLE
SUBTOTAL

** AMOUNT CHARGED TO STORE ACCOUNT **

TAX AMOUNT

**TOTAL 4325.50**

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5348 CTY 'T'
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH [illegible]
SHELDON WI [illegible]

## INVOICE: 592186

REPRINT

[illegible]

TOTAL 890.00

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5348 CTY 'T'
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH [illegible]
SHELDON WI [illegible]

## INVOICE: 636934

REPRINT

[illegible]

TOTAL 644.42

No Signature Required

TONY
Your Complete Building Resource

TONY LUMBER & SUPPLY INC
N5348 CTY 'T'
PO BOX 98
TONY, WI 54563
PHONE: (715) 532-5973

NICHOLAS REICH [illegible]
SHELDON WI [illegible]

## CREDIT MEMO: 437847

REPRINT

[illegible]

TOTAL -358.02

Phone Transaction

FILED **EXHIBIT D**
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

**Auto-Owners INSURANCE**

LIFE · HOME · CAR · BUSINESS

Eau Claire Branch Claim Office
Golf Terrace East | 4410 Golf Terrace
PO Box 1709 | Eau Claire WI 5470
p 715 552.1462 | f 715 552.1466 |
auto-owners.com

March 20, 2019

Nicholas Reich
Reich's Roadhouse LLC
W5521 Main St
Sheldon, WI 54766-9794

| | | |
|---|---|---|
| RE: | Claim Number(s): | 300-237232-2018 |
| | Policy Number: | 61227585-18 |
| | Date of Loss: | August 7, 2018 |
| | Subject: | Coverage Clarification |

<u>Certified Mail - Return Receipt Requested and Regular Mail</u>

Dear Mr. Reich·

This letter is in response to the letters dated March 1, 2019 and March 14, 2019, from Jason Martell your public adjuster, and to follow up on our emails dated February 21, 2019 and February 26, 2019. The purpose of this letter is to confirm receipt and review of the correspondence, provide our position related to the content therein, and seek additional information from you.

With regard to the letter dated March 1, 2019, please review our October 24, 2019 letter outlining coverage clarification. As outlined, there is no coverage for the backfill of Building 001. We will however provide for backfill expenses as related to Building 002 under O & L Coverage C. You submitted documentation for the entire job and noted that "it is subjective to arbitrarily assign an exact number to either building." We have determined based off of the slab in place at building 002 that the backfill there represents 3% of the overall incurred work claimed as it relates to backfill. In total, that results in 3 hours of labor at $18.49 (general labor), $349.41 for the bulldozer/backhoe rental and as documented, and dirt at no cost. Despite amounts demanded, we have done our very best determining the actual costs incurred, resulting in $404.88. Equipment purchases identified in the demand are not covered.

With regard to the letter dated March 14, 2019, your provided coverage analysis is flawed. The market value established for Building 001 is $165,000. Deducting $20,000 for the underlying land and the $1,000 deductible, payment has been previously issued for the $144,000 per the policy. Additionally, while the initial information provided stated that there was no intent to rebuild we understand that this position has since changed. Based on our payment of the market value on September 4, 2018 we are setting a period of restoration of June 4, 2019. If the repairs are not completed by this time, we will not pay anything additional for Building 001. If you have any questions or concerns regarding the period of restoration, please refer to form 54929 (12-10) Amendatory Endorsement – Loss Settlement, for complete language regarding your options.

With regard to our emails dated November 16, 2018, December 5, 2018, January 10, 2019 and January 14, 2019, we received your Business Personal Property documentation on January 8, 2019. Following the receipt of additional information consisting of the ages of the items claimed we reviewed your 2017 Tax



Serving our policyholders and agents since 1916

returns, as you noted their use in the completion of your inventory. We noted that in your 2017 tax returns, you claimed that your BPP was worth $7,465 and was purchased for $30,829. The documentation you submitted to use indicates that you had BPP of $299,977.95 with an ACV of $257,894.96. While most of the items you claimed were not included in your tax documentation, of those that were, we found that the ages you submitted to use were inconsistent with what you had previously reported. We are extending an advance for the BPP in the amount of $100,000. However, before we can consider any further payment, we are requesting that a full explanation of the above outlined inconsistencies and supporting documentation be submitted to us by no later than April 19, 2019. Please review the attached spreadsheet, titled "BPP Variation," as it correlates directly in support of our request. Of note, the spreadsheet is not a reconciliation of the 2017 Tax Returns/BPP Inventory in their entirety.

All rights, terms, conditions, exclusions in your policy are in full force and effect and are completely reserved. No action by any employee, agent, attorney or other person on behalf of Auto-Owners Insurance Company; or hired by Auto-Owners Insurance Company on your behalf; shall waive or be construed as having waived any right, term, condition, exclusion or any other provision of the policy.

Sincerely,

TJ Scheff
Auto-Owners Insurance
Field Claim Representative
800.864.6062 Ext: 52680

TJS/nj

Enclosures

Auto-Owners
INSURANCE
LIFE · HOME · CAR · BUSINESS

# PAYMENT RECEIPT

DATE: March 20, 2019 CLAIM NUMBER: 300-237232-2018

NAMED INSURED: Nicholas Reich DATE OF LOSS: August 7, 2018

This receipt confirms you have received a payment in the amount of $ 100,000.00 under the Business Personal Property portion of your policy for business personal property advance.

This is not a SWORN STATEMENT IN PROOF OF LOSS as required by the policy. A PROOF OF LOSS must still be submitted to the company, as required by your policy.

This payment is not intended to change or modify any of the conditions, terms, provisions or requirements contained in the policy. Any obligations or legal rights which may now or hereafter be available to you or the company are reserved.

All rights, terms, conditions and exclusions in your policy are in full force and effect and are completely reserved.

Payment method: ☒ Check ☐ Claim Card ☐ Other

Auto-Owners
INSURANCE
LIFE • HOME • CAR • BUSINESS

# PAYMENT RECEIPT

DATE: March 20, 2019 CLAIM NUMBER: 300-237232-2018

NAMED INSURED: Nicholas Reich DATE OF LOSS: August 7, 2018

This receipt confirms you have received a payment in the amount of $ 404.88 under the Debris Removal portion of your policy for debris removal as it relates to Location 001, Building 002.

This is not a SWORN STATEMENT IN PROOF OF LOSS as required by the policy. A PROOF OF LOSS must still be submitted to the company, as required by your policy.

This payment is not intended to change or modify any of the conditions, terms, provisions or requirements contained in the policy. Any obligations or legal rights which may now or hereafter be available to you or the company are reserved.

All rights, terms, conditions and exclusions in your policy are in full force and effect and are completely reserved.

Payment method: ☒ Check ☐ Claim Card ☐ Other

# BPP VARIATION

| | 2017 TAX RETURNS | | BPP INVENTORY | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | AGE | COST | ITEM # | AGE | COST | VARIATION |
| Chest Freezer | 11 | $600 | 156 | 2 | 1,919.00 | -1,319.00 |
| Upright Freezer | 11 | $100 | 124 | 5 | 1,399.00 | -1,299.00 |
| Refrigerator | 11 | $500 | 92 | 3 | 2,329.00 | -1,829.00 |
| Dining Room Tables | 11 | $140 | 60 | 2 | 1,700.00 | -1,560.00 |
| Dining Room Chairs | 11 | $230 | 61 | 5 | 1,979.70 | -1,749.70 |
| Bar Stools | 11 | $2,561 | 2, 22, 101, 205, 235 | 2 to 3 | 17,459.48 | -14,898.48 |
| Steam Table | 11 | $250 | 76 | 1 | 3,188.88 | -2,938.88 |
| Beer Cooler | 11 | $1,007 | 87 | 4 | 1,749.00 | -742.00 |
| Stove - 6-burner | 11 | $200 | 114 (8-burner) | 7 | 13,986.00 | -13,786.00 |
| ATM Machine | 10 | $3,300 | 12 (EDP) | 4 | 4,999.00 | -1,699.00 |
| Foosball Table | 8 | $1,200 | 35 | 4 | 2,549.99 | -1,349.99 |
| Metal Pizza Oven | 8 | $99 | 90 | 2 | 935.00 | -836.00 |
| Pizza Oven | 8 | $700 | 90 | 3 | 935.00 | -235.00 |
| | | | | | | -44,242.05 |

# CLAIM PAYMENT

358024369

EAU CLAIRE CLAIM BRANCH
PO BOX 1709
EAU CLAIRE WI 54702-1709

Auto-Owners INSURANCE
LIFE • HOME • CAR • BUSINESS

| CLAIM NUMBER | | PAID DATE | AMOUNT PAID |
|---|---|---|---|
| 300-0237232-2018 | | 03/21/2019 | $**100,404.88 |
| LOSS DATE | STATUS | | POLICY NUMBER |
| 08/07/2018 | OPEN FILE | | 61 227565 |
| INSURED | | | |
| NICHOLAS L REICH | | | |

LEE & ASSOCIATES
PO BOX 1730
WOODRUFF WI 54568-1730

NICHOLAS L REICH
W5521 MAIN ST
SHELDON, WI 54766-9794

| Coverage | Pay Type | Amount |
|---|---|---|
| Business Personal Property (001: Building 001, W5521 MAIN ST) | Actual Cash Value | $100,000.00 |
| Debris Removal (001: Building 002, W5521 MAIN ST) | General | $404.88 |

*** Additional payment details available upon request. ***

DETACH HERE AND KEEP FOR YOUR RECORDS

THIS DOCUMENT HAS A COLORED BACKGROUND, VOID PANTOGRAPH AND MICROPRINTING IN THE BORDER

AUTO-OWNERS INSURANCE CO. - CLAIM PAYMENT CHECK

Auto-Owners Insurance
Life Home Car Business

358024369

BANK OF AMERICA, NA 70-2328/719

03/21/2019

ONE HUNDRED THOUSAND FOUR HUNDRED FOUR AND 88/100 DOLLARS

PAY TO THE ORDER OF GLOBE MIDWEST CORPORATION & NICHOLAS L REICH

| INSURED: NICHOLAS L REICH | |
|---|---|
| CLAIM NUMBER | LOSS DATE |
| 300-0237232-2018 | 08/07/2018 |
| POLICY NUMBER | AGENCY |
| 61 227565 | 23-0029-00 |

$**100,404.88

IN PAYMENT OF:
Business Personal Property Advance / Debris Removal Bldg 002



⑈0358024369⑈ ⑆071923284⑆ 8765818149⑈

EXHIBIT E
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

Nicholas L. Reich
DBA Reich's Roadhouse LLC
W5521 Main St.
Sheldon, WI 54766-9794

April 4, 2019

Mr. TJ Scheff
Auto Owners Insurance Company
Golf Terrace East
4410 Golf Terrace Blvd., Suite # 203
P.O. Box 1709
Eau Claire, WI 54702-1709

| | | |
|---|---|---|
| Re: | Insured: | Nicholas L. Reich DBA Reich's Roadhouse LLC |
| | Loss Address: | W5521 Main St., Sheldon, WI 54766-9794 |
| | Date of Loss: | August 7, 2018 |
| | Claim Number: | 300-237232-2018 |

Dear Mr. Scheff:

Pursuant to previous communications to you from my public adjuster. Mr. Jason Martell of Globe Midwest Adjusters International. I am reiterating my intent to rebuild or replace Building 001 that was destroyed from the August 7th explosion. Since we are unable to agree on the Actual Cash Value loss and damage. and the market value of Building 001, I am hereby demanding Appraisal of Building 001 damages under the terms and conditions of my insurance policy. I appoint as my appraiser, David Miller of Miller Public Adjusters. Mr. Miller's telephone number is 920-843-9021. address 518 S. Westland Dr., Appleton, WI 54914.

Kindly select your appraiser and have him/her contact Mr. Miller within the alloted twenty (20) day time period.

I further hereby request that Globe Midwest Adjusters International's name continue to be included on all checks and that payments be sent to their office.

Thank you,

Nicholas Reich

Mr. Nicholas L. Reich
Authorized Agent for Reich's Roadhouse LLC

cc: Jason Martell, Globe Midwest Adjusters International
David Miller, Miller Public Adjusters

EXHIBIT F

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

# Cash in Loss by Explosion at Reich's Roadhouse

| | | |
|---|---|---|
| Money in money bag. | $8000 | |
| Till Exchange Money Bag | $1250 | |
| Money in Poker Machine Bag. | $800 | |
| Money in Shake A Day, Crazy Dice, Shut box. | $625 | |
| Money in Till ($250 till start money+ Fri,Sat $1135) | $1385. | + small change |
| Pull Tab Money | $300 | |
| Popsicle Drawing | $475 | |
| AR Gun Raffle | $540 | |
| 2 racks of quarters From the bank | $200 | |
| Money in games, pool, foosball, Darts, Jukebox | $750 | |

This is all that I could come up, as far as the amounts they are what I believe would be the amount in the building the day of the event.

We know how much was in the Money bag because it was are savings. Till Exchange was a starting balance of $1500 but $250 was used to start the till on Saturday.

Poker machine bag is a close estimate

Money in Shake A Day, Crazy Dice, Shutbox is a minimum amount

Till Money is exact

All the rest are estimated amounts.

EXHIBIT G
FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

GLOBE MIDWEST
ADJUSTERS INTERNATIONAL

PROPERTY LOSS CONSULTANTS REPRESENTING THE INSURED

**REICH'S ROAD HOUSE LLC**
**W5521 MAIN STREET**
**SHELDON, WI 54766**

**DATE OF LOSS: AUGUST 7, 2018**

# BPP LOSS SUMMARY

**Prepared By:**

**GLOBE MIDWEST ADJUSTERS INTERNATIONAL**

400 GALLERIA OFFICENTRE • SUITE 101 • SOUTHFIELD, MI 48034
PHONE (248) 352-2100 • TOLL FREE (800) 445-1554 • FAX (248) 354-0193
www.globemwai.com

# BPP LOSS SUMMARY

**REICH'S ROAD HOUSE LLC**
**W5521 MAIN STREET**
**SHELDON, WI 54766**

**DATE OF LOSS: AUGUST 7, 2018**

**BPP LOSS SUMMARY**

| Description | Replacement Value | Depr. | Actual Cash Value | Policy Limit |
|---|---|---|---|---|
| Furniture, Fixtures, and Equipment | $ 217,409.62 | 15% | $ 184,798.18 | |
| Food, Liquor, Beer, and Wine* | $ 12,098.00 | 0% | $ 12,098.00 | |
| Supplies | $ 2,026.75 | 0% | $ 2,026.75 | |
| Column Totals | $ 231,534.37 | | $ 198,922.93 | $ 141,150.00 |

| Description | Replacement Value | Depr. | Actual Cash Value | Policy Limit |
|---|---|---|---|---|
| EDP - Inventory | $ 30,073.68 | 15% | $ 25,562.63 | |
| EDP - POS System | $ 5,299.89 | 0% | $ 5,299.89 | |
| Column Totals | $ 35,373.57 | | $ 30,862.52 | $ 25,000.00 |

| Description | Replacement Value | Depr. | Actual Cash Value | Policy Limit |
|---|---|---|---|---|
| PPO | $ 33,070.01 | 15% | $ 28,109.51 | $ 15,000.00 |

*Based on 2017 Tax Return

# FF&E

**REICH'S ROAD HOUSE LLC**
**W5521 MAIN STREET**
**SHELDON, WI 54766**

**DATE OF LOSS: AUGUST 7, 2018**

**FF&E**

| Item # | Description | Qty | Unit Cost | Total Cost | Documentation |
|---|---|---|---|---|---|
| | | | | | |
| | BAR ENTRANCE ROOM | | | | |
| 1 | PUB STYLE TABLES CUSTOM | 6 | 1,600.00 | 9,600.00 | Per Insured |
| 2 | 3 RING NO BACK BAR STOOLS | 24 | 117.99 | 2,831.76 | Internet |
| 3 | NAPKIN HOLDERS | 6 | 21.99 | 131.94 | Internet |
| 4 | 55" VIZIO TV's | 2 | 799.99 | 1,599.98 | Internet |
| 5 | 4' FAKE TREES | 3 | 72.23 | 216.69 | Internet |
| 6 | DJ MOVING HEADLIGHTS | 4 | 499.99 | 1,999.96 | Internet |
| 7 | JBL PRX SUBWOOFER | 1 | 1,999.00 | 1,999.00 | Internet |
| 8 | MILLER LITE DIGITAL CLOCKS | 1 | 150.00 | 150.00 | Per Insured |
| 9 | LED NEON BAR LIGHT | 2 | 499.99 | 999.98 | Internet |
| 10 | WALL DECOR/BAR SIGN | 1 | 426.60 | 426.60 | Internet |
| 11 | INDUSTRIAL RUG | 1 | 118.00 | 118.00 | Internet |
| 12 | YAMAHA NS-A63SA SPEAKERS | 3 | 75.00 | 225.00 | Internet |
| 13 | | | | | |
| 14 | STAGE ROOM | | | | |
| 15 | LEAF BLOWER | 1 | 299.99 | 299.99 | Internet |
| 16 | SNOW SHOVELS | 2 | 25.99 | 51.98 | Internet |
| 17 | SPEAKER STANDS | 2 | 174.99 | 349.98 | Internet |
| 18 | POOL TABLE JACKS | 1 | 445.00 | 445.00 | Internet |
| 19 | POOL TABLE COVER | 1 | 223.22 | 223.22 | Internet |
| 20 | CLOTH BANNERS | 3 | 103.53 | 310.59 | Internet |
| 21 | CUSTOM PUB TABLE | 1 | 1,600.00 | 1,600.00 | Per Insured |
| 22 | 3 RING NO BACK BAR STOOLS | 8 | 117.99 | 943.92 | Internet |
| 23 | POOL STICK HOLDER | 1 | 179.99 | 179.99 | Internet |
| 24 | POOL STICK RACK | 1 | 179.99 | 179.99 | Internet |
| 25 | POOLS STICKS | 15 | 44.95 | 674.25 | Internet |
| 26 | BLOCK OUT SHADES | 2 | 57.10 | 114.20 | Internet |
| 27 | LED BUD LIGHT | 1 | 450.00 | 450.00 | Internet |
| 28 | LED MILLER LITE | 1 | 499.97 | 499.97 | Internet |
| 29 | LED PAR CANS & CONTROLLER2 | 12 | 199.99 | 2,399.88 | Internet |
| 30 | EXTENSION CORDS | 12 | 40.00 | 480.00 | Internet |
| 31 | PROJECTOR HD | 1 | 899.99 | 899.99 | Internet |
| 32 | PROJECTOR SCREEN | 1 | 319.00 | 319.00 | Internet |
| 33 | STAGE DIVIDER | 1 | 999.00 | 999.00 | Internet |
| 34 | PROJECTOR MOUNT | 1 | 104.99 | 104.99 | Internet |
| 35 | TORNADO FOOSBALL TABLE | 1 | 2,549.99 | 2,549.99 | Internet |
| 36 | OVERHEAD POOL LIGHTS | 4 | 132.99 | 531.96 | Internet |
| 37 | GBL PRX POWERED SPEAKERS | 4 | 649.00 | 2,596.00 | Internet |
| 38 | GBL PRX CABLES | 4 | 50.00 | 200.00 | Per Insured |
| 39 | POKER TABLES | 2 | 971.69 | 1,943.38 | Internet |
| 40 | POKER CHIP SETS | 5 | 149.00 | 745.00 | Internet |

| Item # | Description | Qty | Unit Cost | Total Cost | Documentation |
|---|---|---|---|---|---|
| 41 | CASE PLAYING CARDS & CARD SHUFFLER | 1 | 190.81 | 190.81 | Internet |
| 42 | CRIBBAGE BOARDS | 10 | 37.99 | 379.90 | Internet |
| 43 | DOOR KNOBS | 8 | 29.97 | 239.76 | Internet |
| 44 | CASE TOILET PAPER | 1 | 83.00 | 83.00 | Internet |
| 45 | CASE JAGGER SHOT GLASSES | 1 | 150.00 | 150.00 | Per Insured |
| 46 | VALLEY POOL TABLE | 1 | 2,899.00 | 2,899.00 | Internet |
| 47 | VALLEY DART BOARD | 1 | 482.22 | 482.22 | Internet |
| 48 | | | | | |
| 49 | **BAR BATHROOMS** | | | | |
| 50 | STAINLESS STEEL GARBAGE | 4 | 155.00 | 620.00 | Internet |
| 51 | MIRRORS | 3 | 62.98 | 188.94 | Internet |
| 52 | TOILET PAPER HOLDER | 4 | 139.00 | 556.00 | Internet |
| 53 | PAPER TOWEL HOLDER | 2 | 73.00 | 146.00 | Internet |
| 54 | SOAP DISPENSERS | 2 | 39.00 | 78.00 | Internet |
| 55 | WALL DÉCOR | 7 | 21.42 | 149.94 | Per Insured |
| 56 | CLOCKS | 2 | 59.00 | 118.00 | Internet |
| 57 | POSTERS | 9 | 5.00 | 45.00 | Per Insured |
| 58 | | | | | |
| 59 | **BAR DINING ROOM** | | | | |
| 60 | TABLES RUBBERMAID | 10 | 170.00 | 1,700.00 | Internet |
| 61 | WOODEN CHAIRS W/CUSHION | 30 | 65.99 | 1,979.70 | Internet |
| 62 | ELECTRIC FIREPLACE (LARGE) | 1 | 529.00 | 529.00 | Internet |
| 63 | WALL DÉCOR | 7 | 114.78 | 803.46 | Per Insured |
| 64 | PROJECTOR | 1 | 549.00 | 549.00 | Internet |
| 65 | PROJECTOR SCREEN | 1 | 220.99 | 220.99 | Internet |
| 66 | ELECTRONIC GLASS SHELF | 1 | 256.09 | 256.09 | Internet |
| 67 | SOUND BAR | 1 | 179.99 | 179.99 | Internet |
| 68 | DVD PLAYER | 1 | | - | EDP |
| 69 | LENOVO LAPTOP | 1 | | - | EDP |
| 70 | LAPTOP CASE & CORDS/CABLES | 1 | 325.00 | 325.00 | Per Insured |
| 71 | METAL FOLDING CHAIRS | 50 | 22.00 | 1,100.00 | Internet |
| 72 | ICE 250# MACHINE (SCOTTSMAN) | 1 | 3,609.00 | 3,609.00 | Internet |
| 73 | ICE BAG HOLDER | 1 | 138.60 | 138.60 | Internet |
| 74 | ICE BUCKET & SCOOP | 1 | 35.99 | 35.99 | Internet |
| 75 | PUB TABLE | 1 | 459.99 | 459.99 | Internet |
| 76 | LP HOT HOLD BUFFET TABLE | 1 | 3,188.88 | 3,188.88 | Internet |
| 77 | BUFFET TABLE INSERTS | 10 | 56.94 | 569.40 | Internet |
| 78 | CERAMIC BUFFET PLATES | 70 | 12.95 | 906.50 | Internet |
| 79 | | | | | |
| 80 | **NEW BAR** | | | | |
| 81 | COMMERCIAL POPCORN MAKER | 1 | 599.99 | 599.99 | Internet |
| 82 | POPCORN & EQUIPMENT | 1 | 50.00 | 50.00 | Per Insured |
| 83 | JAGGER MACHINE | 1 | 349.99 | 349.99 | Internet |
| 84 | FIREBALL MACHINE | 1 | 599.99 | 599.99 | Internet |
| 85 | MCGILLICUDIES MACHINE | 1 | 500.00 | 500.00 | Per Insured |
| 86 | COKE SYSTEM & ICE CHEST | 1 | 2,655.31 | 2,655.31 | Internet |
| 87 | KEGERATOR/COOLER | 1 | 1,749.00 | 1,749.00 | Internet |
| 88 | 3 TIER PIZZA WARMER | 1 | 689.00 | 689.00 | Internet |
| 89 | 2 POT COMMERCIAL COFFEE MAKER | 1 | 1,080.20 | 1,080.20 | Internet |
| 90 | PIZZA OVENS | 2 | 935.00 | 1,870.00 | Internet |
| 91 | REICH'S RH CLOTHING | 50 | 56.00 | 2,800.00 | Per Insured |

| Item # | Description | Qty | Unit Cost | Total Cost | Documentation |
|---|---|---|---|---|---|
| 92 | WHITE REFRIGERATOR | 1 | 2,329.00 | 2,329.00 | Internet |
| 93 | RECEIPT PAPER | 1 | - | - | Supplies |
| 94 | 55" VIZIO TV's | 2 | 799.99 | 1,599.98 | Internet |
| 95 | DIGITAL BEAR SCALE | 1 | 400.80 | 400.80 | Internet |
| 96 | CAR SEAT | 1 | 139.99 | 139.99 | Internet |
| 97 | MICROWAVE STAND | 1 | 89.97 | 89.97 | Internet |
| 98 | CASE WHITE 30 GALLON GARBAGE BAGS | 1 | - | - | Supplies |
| 99 | CASE BLACK 50 GALLON GARBAGE BAGS | 1 | - | - | Supplies |
| 100 | CASE GUEST CHECKS | 1 | | - | Supplies |
| 101 | NO BACK 3 RING BAR STOOLS | 20 | 117.99 | 2,359.80 | Internet |
| 102 | POKER MACHINE | 1 | 1,895.00 | 1,895.00 | Internet |
| 103 | DJ LASER LIGHTS (BLIZZARD) | 3 | 399.99 | 1,199.97 | Internet |
| 104 | YAMAHA HS7 SPEAKERS | 2 | 299.99 | 599.98 | Internet |
| 105 | CUSTOM PUB TABLE | 1 | 1,600.00 | 1,600.00 | Internet |
| 106 | WOODEN SHELF | 1 | 53.29 | 53.29 | Internet |
| 107 | BAR RAGS | 50 | 2.99 | 149.50 | Internet |
| 108 | ALUMINUM GARBAGE CAN | 1 | 71.00 | 71.00 | Internet |
| 109 | RUBBERMAID GARBAGE CAN | 1 | 75.00 | 75.00 | Internet |
| 110 | BEER SIGNS | 7 | 139.98 | 979.86 | Internet |
| 111 | CLOCK (BUDWEISER) | 1 | 300.00 | 300.00 | Internet |
| 112 | | | | - | |
| 113 | **BAR KITCHEN** | | | - | |
| 114 | 8 BURNER STOVE W/2 OVENS & GRIDDLE | 1 | 13,986.00 | 13,986.00 | Internet |
| 115 | LP STONE OVEN FOR PIZZA, 3 TIER | 1 | 12,798.50 | 12,798.50 | Internet |
| 116 | 4 SLICE COMMERCIAL TOASTER | 1 | 369.05 | 369.05 | Internet |
| 117 | COUNTERTOP VOLLRATH DEEP FRYER | 1 | 610.55 | 610.55 | Internet |
| 118 | STAINLESS STEEL TABLES | 5 | 995.00 | 4,975.00 | Internet |
| 119 | COMMERCIAL MICROWAVES | 2 | 337.99 | 675.98 | Internet |
| 120 | CONDIMENT COOLER | 1 | 2,456.50 | 2,456.50 | Internet |
| 121 | COMMERCIAL POTATO CUTTER | 1 | 204.15 | 204.15 | Internet |
| 122 | COMMERCIAL CAN OPENER | 1 | 334.95 | 334.95 | Internet |
| 123 | PAPER TOWEL HOLDER | 2 | 26.49 | 52.98 | Internet |
| 124 | STAND-UP FREEZER | 1 | 1,399.00 | 1,399.00 | Internet |
| 125 | WALK-IN COOLER, 10X12 | 1 | | - | Building |
| 126 | METAL SHELVING | 1 | 687.00 | 687.00 | Internet |
| 127 | FIRE SUPPRESSING SYSTEM | 1 | | - | Building |
| 128 | CUSTOM HOOD STEEL | 1 | | - | Building |
| 129 | 12 GREASE FILTERS | 1 | 200.00 | 200.00 | Per Insured |
| 130 | COMMERCIAL NESCO ROASTERS | 7 | 114.01 | 798.07 | Internet |
| 131 | VOLLRATH SOUP WARMER | 1 | 459.60 | 459.60 | Internet |
| 132 | STAINLESS STEEL POTS | 5 | 145.99 | 729.95 | Internet |
| 133 | DOUBLE CROCK POT COMMERCIAL | 1 | 319.00 | 319.00 | Internet |
| 134 | LOT OF STAINLESS STEEL UTENSILS | 1 | 200.00 | 200.00 | Estimate |
| 135 | PLASTIC SERVING BASKETS | 20 | 4.15 | 83.00 | Internet |
| 136 | GLASS PLATES | 20 | 21.99 | 439.80 | Internet |
| 137 | MISC. SERVING BOWLS, SOUP BOWLS, SAUCERS | 1 | 300.00 | 300.00 | Per Insured |
| 138 | GREASE TRAP | 1 | | - | Building |
| 139 | COMMERCIAL 50-CUP COFFEE MAKER | 1 | 155.99 | 155.99 | Internet |

| Item # | Description | Qty | Unit Cost | Total Cost | Documentation |
|---|---|---|---|---|---|
| 140 | TO GO CONTAINERS, WAX PAPER, ZIPLOC BAGS, PLASTIC WRAP, TIN FOIL, TOOTHPICKS | 1 | | - | Supplies |
| 141 | SPICES | 1 | | - | Supplies |
| 142 | ALTO-SHAAM | 1 | 4,076.00 | 4,076.00 | Internet |
| 143 | COMMERCIAL VACUUM SEAL | 1 | 649.00 | 649.00 | Internet |
| 144 | MILK SHAKE MACHINE | 1 | 336.38 | 336.38 | Internet |
| 145 | KITCHEN AID 5QT STAND MIXER | 1 | 599.99 | 599.99 | Internet |
| 146 | HOT COCO MAKER (CURTISS) | 1 | 958.75 | 958.75 | Internet |
| 147 | MONITOR & SWIVEL | 1 | | - | EDP |
| 148 | WIRELESS PRINTER | 1 | | - | EDP |
| 149 | COMMERCIAL BROASTER | 1 | 7,709.00 | 7,709.00 | Internet |
| 150 | KITCHEN WET COMMERCIAL FIRE EXTINGUISHER | 1 | 189.95 | 189.95 | Internet |
| 151 | | | | | |
| 152 | **DISH ROOM BAR** | | | | |
| 153 | 4 SINK WASH TUB | 1 | | - | Building |
| 154 | COMMERCIAL SOAP DISPENSING SYSTEM | 1 | 510.00 | 510.00 | Internet |
| 155 | DISH DRYING RACK | 2 | 49.99 | 99.98 | Internet |
| 156 | CHEST FREEZER | 1 | 1,919.00 | 1,919.00 | Internet |
| 157 | | | | | |
| 158 | **ROOM UNKNOWN** | | | | |
| 159 | LARGE CRAFTSMAN TOOLBOX TOP | 1 | 549.00 | 549.00 | Internet |
| 160 | LARGE CRAFTSMAN TOOLBOX BOTTOM | 1 | 389.00 | 389.00 | Internet |
| 161 | MILWAUKEE M12 GREASE GUN | 1 | 269.00 | 269.00 | Internet |
| 162 | LARGE SNAP ON BOTTOM BOX | 1 | 2,000.00 | 2,000.00 | Internet |
| 163 | 55 GALLON DRUM OF RACE FUEL | 1 | 844.99 | 844.99 | Internet |
| 164 | MILWAUKEE INFARED GUN | 1 | 96.99 | 96.99 | Internet |
| 165 | MILWAUKEE M18 SKIL SAW | 1 | 299.00 | 299.00 | Internet |
| 166 | MILWAUKEE VACUUM M18 | 1 | 449.00 | 449.00 | Internet |
| 167 | MILWAUKEE VACUUM M/2 | 1 | 99.00 | 99.00 | Internet |
| 168 | MILWAUKEE SAWZALL M18 | 1 | 179.00 | 179.00 | Internet |
| 169 | MILWAUKEE SAWZALL M12 | 1 | 159.00 | 159.00 | Internet |
| 170 | MILWAUKEE 1418 GRINDER | 1 | 149.00 | 149.00 | Internet |
| 171 | MILWAUKEE JIGSAW M18 | 1 | 299.00 | 299.00 | Internet |
| 172 | MILWAUKEE METAL DRILL BIT EXT. | 1 | 113.49 | 113.49 | Internet |
| 173 | MILWAUKEE WOOD BIT SET | 1 | 159.64 | 159.64 | Internet |
| 174 | MILWAUKEE DRIVER SET | 1 | 119.97 | 119.97 | Internet |
| 175 | MILWAUKEE M18 6 BATTERY CHARGER | 1 | 169.00 | 169.00 | Internet |
| 176 | MILWAUKEE IMPACT GUNS M18 | 2 | 279.00 | 558.00 | Internet |
| 177 | MILWAUKEE M18 BATTERIES HIGH CAPACITY | 9 | 149.00 | 1,341.00 | Internet |
| 178 | MILWAUKEE M18 BATTERIES REGULATOR | 3 | 79.00 | 237.00 | Internet |
| 179 | MILWAUKEE M18 ULTRA BATTERIES | 3 | 149.00 | 447.00 | Internet |
| 180 | MILWAUKEE DRILLS M18 | 2 | 173.03 | 346.06 | Internet |
| 181 | HAND TOOLS IN TOOLBOX (100 ITEMS) | 1 | 7,500.00 | 7,500.00 | Per Insured |
| 182 | SMALL TOOLBOXES | 2 | 69.99 | 139.98 | Internet |
| 183 | LARGE CRAFTSMAN TOOLBOX | 1 | 249.00 | 249.00 | Internet |
| 184 | | | | | |
| 185 | **Main Bar** | | | | |

| Item # | Description | Qty | Unit Cost | Total Cost | Documentation |
|---|---|---|---|---|---|
| 186 | Clover register, and handheld, two printers and 5y | 1 | | - | EDP |
| 187 | Jager 3 bottle shot serving machine | 1 | 399.99 | 399.99 | Internet |
| 188 | 4 bottle Dr McGillicuddy's shot serving machine | 1 | 500.00 | 500.00 | Per Insured |
| 189 | 3 bottle Fireball machine | 1 | 599.99 | 599.99 | Internet |
| 190 | Apple Mac mini | 1 | | - | EDP |
| 191 | 21in samsung monitors | 2 | | - | EDP |
| 192 | Hp printer | 1 | | - | EDP |
| 193 | Apple keyboard and apple mouse | 1 | | - | EDP |
| 194 | Vizio 55in smart t.v. w/ mount | 5 | 949.98 | 4,749.90 | Internet |
| 195 | Audiosource amp 12 channel(bridged) | 3 | | - | EDP |
| 196 | Wiring and cables for t.v. and audio | 1 | 600.00 | 600.00 | Per Insured |
| 197 | Custom made coax to HDMI converter | 1 | 250.00 | 250.00 | Per Insured |
| 198 | 12 channel signal booster | 1 | | - | EDP |
| 199 | Verizon cell booster | 1 | | - | EDP |
| 200 | Apple airport base station | 1 | | - | EDP |
| 201 | Netgear nighthawk r7000 | 1 | | - | EDP |
| 202 | Miller lite LED marker sign | 1 | 137.99 | 137.99 | Internet |
| 203 | Zigen HXL-88 HDMI with coax audio out | 1 | | - | EDP |
| 204 | Barmaid ss100 glass washer | 1 | 488.36 | 488.36 | Internet |
| 205 | Extra wide plush with back bar stools | 24 | 298.00 | 7,152.00 | Internet |
| 206 | Wifi 360 IP camera | 1 | | - | EDP |
| 207 | Budwieser aria Electric guitar neon sign | 1 | 800.00 | 800.00 | Per Insured |
| 208 | Vintage Budweiser guitar Neon sign | 1 | 300.00 | 300.00 | Per Insured |
| 209 | PUB STYLE Table Custom | 2 | 1,600.00 | 3,200.00 | Per Insured |
| 210 | YAMAHA HS7 SPEAKERS | 8 | 299.99 | 2,399.92 | Internet |
| 211 | Cornerstone Atm | 1 | | - | EDP |
| 212 | Charging Hub | 1 | 858.21 | 858.21 | Internet |
| 213 | Dj lazer light | 2 | 499.99 | 999.98 | Internet |
| 214 | 16oz glass mugs | 15 | 4.42 | 66.30 | Internet |
| 215 | 8oz glass cup | 20 | 1.86 | 37.20 | Internet |
| 216 | 1oz shot glasses | 15 | 1.46 | 21.90 | Internet |
| 217 | 1oz shot stoppers | 150 | 1.29 | 193.50 | Internet |
| 218 | LED numbskull sign | 1 | 70.00 | 70.00 | Per Insured |
| 219 | Budweiser ARMY metal sign | 4 | 75.00 | 300.00 | Internet |
| 220 | Budweiser Armed eagle neon sign | 1 | 389.99 | 389.99 | Internet |
| 221 | Aluminum step stool 2 steps | 1 | 119.95 | 119.95 | Internet |
| 222 | Bonus hole coin pusher | 1 | 2,175.00 | 2,175.00 | Internet |
| 223 | Plastic Budweiser condiment holder | 8 | 14.98 | 119.84 | Internet |
| 224 | Hanging credit card holder(hold 24 cards) | 1 | 34.64 | 34.64 | Internet |
| 225 | Metal Pabst blue ribbon sign | 1 | 39.99 | 39.99 | Internet |
| 226 | Wisconsin shaped Leinenkugels metal beer sign | 1 | 119.99 | 119.99 | Per Insured |
| 227 | Misc. metal beer signs | 7 | 50.00 | 350.00 | Per Insured |
| 228 | Dymo electronic label maker | 1 | 39.99 | 39.99 | Internet |
| 229 | Patron spill mat 17x17 | 1 | 32.99 | 32.99 | Internet |
| 230 | Rubber spill rail mat | 4 | 21.99 | 87.96 | Internet |
| 231 | Metal garnish tray | 2 | 49.39 | 98.78 | Internet |
| 232 | 55 gallon Rubbermaid garbages | 2 | 75.00 | 150.00 | Internet |

| Item # | Description | Qty | Unit Cost | Total Cost | Documentation |
|---|---|---|---|---|---|
| 233 | | | | | |
| 234 | **OUTDOOR BAR** | | | | |
| 235 | Extra wide plush with back bar stools | 14 | 298.00 | 4,172.00 | Internet |
| 236 | Hampton Bay Outdoor lp heater (palm tree style) | 1 | 149.00 | 149.00 | Internet |
| 237 | Wood picnic table | 3 | 259.00 | 777.00 | Internet |
| 238 | Rubbermaid smokers pole | 2 | 202.00 | 404.00 | Internet |
| 239 | Commercial smoke eater ceiling mount | 1 | 1,615.95 | 1,615.95 | Internet |
| 240 | PUB STYLE Table Custom | 1 | 1,600.00 | 1,600.00 | Per Insured |
| 241 | League volleyball nets | 2 | 294.95 | 589.90 | Internet |
| 242 | Bean bag league board sets | 3 | 199.99 | 599.97 | Internet |
| 243 | Budweiser cooler cart(stainless steel) | 2 | 215.40 | 430.80 | Internet |
| 244 | Misc. beer banners | 4 | 75.00 | 300.00 | Per Insured |
| 245 | Bean bag bags set | 3 | 19.99 | 59.97 | Internet |
| 246 | Hanging baskets | 4 | 59.99 | 239.96 | Internet |
| 247 | 1/2 Wiskey barrel flower pot | 2 | 89.99 | 179.98 | Internet |
| 248 | 55 gallon Rubbermaid garbage can | 1 | 75.00 | 75.00 | Internet |
| 249 | Commercial 3/4 in 100 ft hose | 1 | 236.67 | 236.67 | Internet |
| 250 | fire extinguisher | 2 | 91.00 | 182.00 | Internet |
| 251 | Traeger smoking grill | 1 | 1,299.95 | 1,299.95 | Internet |
| 252 | YAMAHA HS7 SPEAKERS | 4 | 299.00 | 1,196.00 | Internet |
| | | | | | |
| | Sub Total | | | $ 208,493.71 | |
| | | | | | |
| | Tax | | | $ 11,467.15 | |
| | | | | | |
| | Frieght | | | $ 8,339.75 | |
| | | | | | |
| | Installation | | | $ 20,849.37 | |
| | | | | | |
| | **Total** | | | **$ 249,149.98** | |
| | | | | | |



$117.99

Pay as low as $12 per month. Buy with ChargeAfter

Shopping for a business?
Unlock insider pricing

FREE Shipping
Get it by Fri, Oct 19
Ship To: 48075 - Southfield
Forget the feel Returns are FREE. See details

Select Color: Brandy

#2 + #22

#3

WebstaurantStore Account

http://www.gotowebstore.com/712H4005T-BK

## San Jamar H4005TBK Venue Tabletop Fullfold Napkin Dispenser

★★★★★ Item #: 712H4005T BK MFR #: H4005TBK



Only
**$21.99/Each**
Ships free with

- Capacity: 200 fullfold napkins
- Top-side dispensing provides convenient, easy access
- Features an advertising insert space
- Internal push plate ensures smooth, easy dispensing
- Small footprint on tables and counters

**UPC Code:** 759376115886

**Shipping:**

**Quick Shipping**
Usually ships in **1 business day**

san jamar smart. safe. sanitary.

Morcon D1213 Off-Fold Side-Fold Dispenser Napkin - 6000/Case plus $29.49 /Case

Morcon D1213 Off-Fold Side-Fold Dispenser Napkin - 250/Pack plus $2.79 /Pack

Morcon 1213K Kraft Natural Off-Fold Side-Fold Dispenser Napkin plus $27.49 /Case

Morc Natu Fold plus

SAN JAMAR H4005TBK SPECS

Width 7 1/2 Inches

#5

Go gle Express Search Google Express

Home › Home & Garden › Home Decor › Artificial & Dried Flowers & Greenery › Artificial Trees

# 4' Dracaena Artificial Tree - h: 4 ft. w: 25 in. d: 23 in

1 review

About this product



cascading

ficial dracaena

its natural

, den, or office

H: 4 ft. W: 25 in. D: 23 in

Free delivery Wed, Oct 17–Thu, Oct 25 ⓘ

Ship to 48075

Sold by Overstock

Return policy

**$72.23**

20% off your first order, up to $20 with code FALLSAVINGS. Expires Oct 31 2018. Exclusions apply. See Terms.

Go gle Express

Google Express works with Overstock to make checkout easy and protect your order. Learn more

**Your Stores**
Many stores, one fast checkout

**Free delivery**
On orders above the store minimum

**No memberships**
No annual fees, just fast shopping

## About this product

EXHIBIT 1 - PAGE 250 OF PAGE 453

#6



Home / Lighting & Studio / Continuous Lighting / Stage & DJ Lighting / DJ & Effect Lights / Blizzard HYPNO BEAM

# Blizzard Hypno Beam LED Beam Moving Head

B&H # BLHYPNOBEAM • MFR # HYPNO BEAM

blizzard





+ Show More

**Special Order**
Expected availability: 7-10 business days
Free Standard Shipping on Orders Over $49

**Product Highlights**

- 60W RGBW 8° LED Beam Moving Head
- 2x RGB LED Rings
- Independent DMX Control of Beam & Rings
- 540/630° Pan, 200° Tilt

Show more

Reviews 0
Write a review 0 Questions, 0 Answers

This item is noncancelable and nonreturnable.

You Pay: $499.99

1 QTY

Add to Wish List

**True Know-How**
Ask Our Experts
Live Chat | 800.894.9703
Request Callback | Email

Email Print

## Recommended Accessories View All›

| | | | |
|---|---|---|---|
| Pig Hog B&H Stage & DJ Lighting Essentials $19.95 Add to Cart | Pig Hog 3-Pin XLR DMX Cable (5') $17.95 Add to Cart | American DJ Mini-O-Clamp $4.99 Add to Cart | American DJ LTS-6 Tripod Stand with T- $49.99 Add to Cart |
| American DJ RGBW4C-IR 32- $79.99 Add to Cart | American DJ DMX T-Pack Male 3-Pin and $9.91 Add to Cart | Blizzard Cool Cable powerCON to $21.54 Add to Cart | BongoTies Standard 5" Elastic Cable Ties View price in cart Add to Cart |

SPECS | QUICK COMPARE | REVIEWS 0 | Q&A 0 | ACCESSORIES

#7

Sweetwater

MENU

Live Sound & Lighting / PA Systems & Speakers / PA Subwoofers

# JBL SRX828SP 2000W Dual 18" Powered Subwoofer

15 reviews | Write your review | Item ID: SRX828SP

$1,999.00

Sweetwater Savings: $499.75 MSRP: $2,498.75

Or make 3 easy payments

Save BIG with exclusive Sweetwater bundles for this item!

- Free Shipping
- Free Tech Support
- Free 2-year Warranty

Or just $42/month§ for 48 months

0% interest for 48 months***. 48 equal monthly payments required. Valid through 12/31/2018. Learn more

✔ In Stock! Available for immediate delivery!

ADD TO CART

ADD TO LIST

**Model:**

12" 2-Way | 15" 2-Way | 15" 3-Way | 18" Powered Subwoofer | **Dual 18" Subwoofer**

**Share this with your friends:**

#9

WE'VE UPDATED OUR LOOK - REPORT ISSUE

Home // Accessories // Merchandise // Budweiser // Budweiser Bowtie 48 Inch Neon Sign

BUDWEISER

# Budweiser Bowtie 48 Inch Neon Sign

$499.99 Write a Review



#10

LuxeDECOR (/) (tel:1-888-733-3201) 0 (/favorites) 0 (/cart)

Home (https://www.luxedecor.com/) > Decor (https://www.luxedecor.com/home-decor.html) > Wall Decor (https://www.luxedecor.com/wall-decor.html) > Meyda (https://www.luxedecor.com/meyda-lighting.html)

# Meyda Tiffany Coca-Cola Button Medallion Stained Glass Window

MY106226 by Meyda (/meyda-lighting.html) from Recreation Collection (/brand/meyda/recreation)

**$426.60**

~~$609.43~~ Save $182.83 30 % Off

**On Sale**

**Save Additional 10%**

**Promo Code:** ***MEYDATIFF***

Starting at $38/month with Affirm

**Ships within 1 to 5 Business Days**

**46 In Stock**

1

ADD TO CART

REQUEST QUOTE

## Meyda Tiffany Coca-Cola Button Medallion Stained Glass Window

### FEATURES

- Theme: Tiffany Americana Recreation
- Family: Coca-Cola Button Medallion
- Every Meyda Tiffany item is a unique, handcrafted work of art. Natural variations in the wide array of materials that they use to create each Meyda product, make every item a masterpiece of its own. Photographs are a general representation of the product. Colors and designs will vary.

### ADDITIONAL FEATURES

One of The Most Recognizable and Iconic Symbols of Our Time Coca - Cola A True American Original Has Teamed Up with Another True American Original Meyda Tiffany To Offer These Beautiful One of A Kind Stained Glass Windows.

### BRAND INFO

**Item #:** MY106226
**SKU:** 106226
**Brand:** Meyda
**Collection:** Recreation
**Warranty:** View warranty info

### DIMENSIONS & WEIGHT

**Dimensions:** 21W x 21H

### SPECIFICATIONS

**Style:** Traditional
**Wall Decor Type:** Glass Wall Art

## Customers Also Viewed

4.6 ★★★★★
Google
Customer Reviews

Questions? Chat Now

#11

My Account | Contact Us | Sign In | Cart

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Mats > Carpet Mats > Waterhog™

# Waterhog™ Carpet Mat - 4 x 6', Charcoal



More Images & Video

Soak up snow, water and ice quickly. End wet, slippery floors.

- Solid rubber nubs prevent carpet from crushing.
- Non-slip rubber backing.
- Tough polyester fiber system.



Nubs trap water and dirt

| MODEL NO. | SIZE | COLOR | THICKNESS | PRICE EACH | | | ADD TO CART |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 3 | 6+ | |
| H-628GR | 4 x 6' | Charcoal | 3/8" | $118 | $114 | $111 | 1 ADD |

Additional Info Email Page Add to Favorites Request a Catalog

#12

Save big on top LG 4K smart TVs LG Shop Now ›

# Yamaha - 8" 3-Way Bookshelf Speakers (pair) - Black

**Model:** NS-6490 **SKU:** 5526362

4.3 (14 Customers) | 8 Answered Questions





**$149.99** / 2 = $75.00

**Protect your product**
Learn about Standard Protection Plans

| 2 Years $19.99 | 4 Years $24.99 | No plan selected |
|---|---|---|

Add to Cart

Build A Bundle

Save for Later

Compare

**FREE Shipping: Get it by Wed, Nov 14**
Want it faster? More shipping options are available in checkout to 48033.
Store Pickup: Order now & Southfield will have it ready for pickup by Sat, Nov 10.

Help

**Special Offers**

Flexible Financing: See Details

**Cardmember Offers**

Get 5% Back in Rewards

The 3-way acoustic suspension design utilizes an 8" cone woofer, 4" midrange driver and 7/8" balanced-dome tweeter that combine for extraordinary performance.

Speaker Buying Guide ›

## Complete your purchase

*Item you're currently viewing*









#15

ACE The helpful place.

ACE Rewards
The best tools for saving money.SM

Shopping Cart

Trevarrow Ace Hardware - Troy, MI Open until 8:00 PM Store Info / Directions Services / Brands

# Husqvarna Backpack Leaf Blower

Item no. 7237159 | 965877601

No Reviews | Write Review

Husqvarna Backpack Leaf Blower

Roll Over to Zoom

**$299.99**

ACE Rewards 2,999 Estimated Points

- + 1

Add To Cart

Add To Wish List

## Free Store Pickup

Estimated pick up date- Wednesday, October 17 at Trevarrow Ace Hardware.

Find at another store

## Ship to Home

Item available for Ship to Home.

#16

ACE
The helpful place.

ACE Rewards
The best tools for saving money.SM

Shopping Cart

Trevarrow Ace Hardware - Troy, MI Open until 8:00 PM Store Info / Directions Services / Brands

# Ames True Temper Plastic 18 in. W x 4.5 ft. L Snow Shovel

Item no. 7200439 | 1603072

No Reviews | Write Review

Roll Over to Zoom

**$25.99**

ACE Rewards 259 Estimated Points

Add To Cart

Add To Wish List

**Free Store Pickup**

Currently unavailable online. Please contact store for availability.

Find at another store

#17

Shop Sweetwater

Sweetwater

MENU

Search for sweet gear

10 Reasons to Shop at Sweetwater

Live Sound & Lighting / PA Systems & Speakers / PA Speaker Accessories / PA Speaker Stands

# K&M 21455 Speaker Stand - Black

Write your review | **Item ID: KM21455**

$174.99

Sweetwater Savings: $45.00 MSRP: $219.99

Or make 3 easy payments

- Free Shipping
- Free Tech Support
- Free 2-year Warranty

**Or just $8/month§ for 24 months**

0% interest for 24 months*. 24 equal monthly payments required. Valid through 12/31/2019. Learn more

✔ In Stock! Available for immediate delivery!

ADD TO CART Qty 1 ADD TO LIST

**Share this with your friends:**

## Quality Speaker Stand from K&M

K&M's Topline Series speaker stands provide the kind of mounting stability for your speakers that gives you the peace of mind you need while performing. The 21455 is yet another stand in th series that offers quality craftsmanship and design for your setup. Made from durable, lightw

#18





❓ Read Product Q&A

Share

## Options

| | |
|---|---|
| Quantity | 1 ▾ |
| Original Price | ~~$590.00~~ |
| **Sale Price** | **$445.00** Lowest Price Guaranteed |
| Promotions | 25% Off |
| | FREE SHIPPING |
| | NO SALES TAX* |

#19

Sustainable SUPPLY

Search Over 1,000,C

FREE SHIPPING

4.7 Customer Satisfaction Rating

Home > Brands And Manufacturers > Brunswick



Product Code: C1776893

$223.22

List Price: ~~$272.22~~

- 1 +

Add to Cart

#20



# Step and Repeat Banners - Built Your Own Banners

~~Order Now~~
$103.53

**Banner Only**

SIZE
**Custom Size**

WIDTH
**80"**

HEIGHT
**80"**

PAPER
**Standard 13 oz. Vinyl**

#23, 24

PRICE MATCH RATED #1 FREE GIFT

DISCOUNT PROMO1116 APPLIED TO CART

up to **10% OFF**

Game Room (https://www.billiards.com/game-room?show=subcats) > Game Room Accessories (https://www.billiards.com/gameroom?show=subcats) > Cue Racks (https://www.billiards.com/gameroom/cue-stick-racks?show=subcats) >

# Spencer Marston Floor Cue Rack



Pecan



Cherry

In Stock

SPECIAL OFFER

$179.99

Add to Cart to see price
Sale On Now!

Stain Oak

Add to Cart

Qualifies for free shipping!

Spencer & Marston (https://www.billiards.com/spencer-marston)

- Show All Products From Spencer Marston (https://www.billiards.com/spencer-marston)

This Floor Cue Rack from The Spencer Marston company is a great complement to any family or game room. True furniture quality is built in to this floor rack. Available in 5 stain finishes.

- Substantial 1 1/2" thick Top and Bottom
- Concealed Hardware
- Accommodates all accessories. (Not Included)
- Available in Cherry, Ebony, Oak, Pecan and Walnut

Specifications

| | |
|---|---|
| Height | 28 Inches |
| Width | 30 Inches |
| Depth | 9 Inches |
| MSRP | $229.99 You Save: 21.7% |

f (https://www.facebook.com/dialog/feed?picture=https%3A%2F%2Fwww.billiards.com%2Fimg%2Fbae9%2Fpe

#25

FREE Shipping on All Orders $75 & Up!

Ozone BILLIARDS

Search...



# *Scorpion Cues - Scorpion One Piece House Cue - Traditional 19oz*

SKU: CSI00252 No Reviews Yet Usually Ships The Next Business Day

In Stock

~~$58.00~~ SALE: $44.95

You Save: $13.05 (22%)

Qty:

1

EXHIBIT 1 - PAGE 264 OF PAGE 453

Home

Model # 32025 · Internet #302199498




Save to Favorites

iFit

Cut-to-Width Black Cordless Blackout Acrylic Coated Polyester Fabric Roller Shade - 32 in. W x 73 in. L

$57 10 /each

Choose Your Options

Black

Product Width (in.)

32

Product Length (in.)

73

#27

Hi! Sign in

Sell My eBay

Search for anything

All Categories ▾

eBay Collectibles Lamps, Lighting Neon

Share

# NEON BAR SIGN ! NFL BUDLIGHT OFFICIAL SPONSOR 2012 BRAND NEW NEON SIGN SCARCE !



5 watching

**$450.00**

+ $76.44 Shipping

Buy It Now

Add to cart

Make Offer

Watch




t Offer

Tue, Oct 23 - Tue, Oct 30

:hester, New York

condition

turns, but backed by eBay

ack guarantee

*ht NFL, Official Beer Sponsor.*

*beautiful sign with very*

*olors! Its roughy about 3 1/2..."*

description

See details

Sold by

mscenterprise1 (9097)

98.9% Positive feedback

Contact seller

## Best Selling in Neon



The Leaf 420 3d LED Neon Sign Light Bar Pub Club...

(67)

Trending Price

$19.98 New

— Used




Blue Moon Neon LED Bee Bar Light Sign 14" L801

(4)

Trending Price

$84.00 New

— Used

EXHIBIT 1 - PAGE 266 OF PAGE 453

AT 28

Cart

Based in CA USA, USA INC, Free Shipping, Affordable & Durable Neon Signs !

Home / Shop All / Miller Lite Ready To Drink Neon Beer Sign

# Miller Lite Ready To Drink Neon Beer Sign

$[illegible].95

(No reviews yet) Write a Review



#29

Find Amazing Products Help Business

Shop Featured Products My Account Quick Order My Cart

HOME / Pro Audio Series / Live Sound & Stage Systems / Stage Lights, Lasers, & Fog



Share Facebook Twitter

# Stage Right by Monoprice Stage Wash 18 Watt x 18 LED PAR Stage Light (RGBWA-UV)

9 Reviews | 6 Questions, 14 Answers

Product # 612788

**$199.99**

Qty: - 1 + ADD TO CART ADD TO WISHLIST

✔ In Stock This item should ship today (10/15/2018) if ordered within 7 hours 36 minutes

Volume Pricing (Log in to see Member Pricing)

| Qty: 1 | Qty: 2-9 | Qty: 10-19 | Qty: 20-49 | Qty: 50+ |
|---|---|---|---|---|
| $199.99 | $199.99 | $199.99 | $199.99 | $199.99 |

ADVERTISEMENT

Help us improve our site by sharing your feedback.

#30

My Account | Contact Us | Sign In | Cart

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Facilities Maintenance > Extension Cords and Surge Protectors > Extension Cords

# Heavy Duty Extension Cord - 50'



Enlarge

**INDOOR/OUTDOOR**

Use in harsh environments.

- Power indicator light.

UL/C-UL Listed

| MODEL NO. | DESCRIPTION | LENGTH (FEET) | GAUGE/ CONDUCTOR | 125V RATING | PRICE EACH | | | ADD TO CART |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 5+ | |
| S-13799 | Heavy Duty | 50 | 12/3 | 15A | $44 | $42 | $40 | ADD |

Additional Info Email Page Add to Favorites Request a Catalog

EXHIBIT 1 - PAGE 269 OF PAGE 453

#32

**Binge on a budget.**
Get the new 4K streaming Roku Premiere for only $39.99.



Shop Now

**Binge on a budget.** Get the new 4K streaming Roku Premiere for only $39.99. Shop Now

# Elite Screens - Sable Frame2 100" Fixed Projector Screen - Black Velvet

**$319.00**

**Model:** ER100WH2 **SKU:** 7782012 4.4 (5)

1 Questions, 2 Answers (https://www.bestbuy.com/site/questions/elite-screens-sable-frame2-100-fixed-projector-screen-black-velvet/7782012)

Add to Cart

Save for Later

Compare



**FREE Shipping: Get it by Mon, Oct 22**

**Want it faster? More shipping options are available in checkout to 48086.**

**Store Pickup: Order now & Southfield will have it ready for pickup by Thu, Oct 18.**

## Cardmember Offers

6-Month Financing (/site/modals/6-month-storewide/pcmcat1483468068688.c?id=pcmcat1483468068688)

Get 5% Back in Rewards (/site/modals/finance/pcmcat1475162123051.c?id=pcmcat1475162123051)

Help



This Elite Screens Sable Frame2 ER100WH2 projector screen features an expansive 100" diagonal screen size and CineWhite matte material, so everyone in the room can watch movies in clear, vivid detail. The wall-mounting kit enables simple installation.

## Frequently bought together

*Item you're currently viewing*



+



Epson - Home Cinema 2150 1080p Wireless 3LCD Projector - White





Rocketfish™ - 4' 4K Ultra HD In-Wall HDMI Cable - Black



Legrand - In-Wall Power Kit - White

**EXHIBIT 1 - PAGE 270 OF PAGE 453**

#33

Hi! Sign in

Sell My eBay

ebay Search for anything All Categories ▾

eBay Home & Garden Wedding Supplies Venue Decorations Share

# Black Fire/Flame Retardant Stage Curtain/Backdrop/Partition, 20 H x 40 W

SIZE: 20H x 40W ⌄



2 watching

**$999.00**

Free Shipping

Qty : 1

Buy It Now

Add to cart

Watch



y Mon, Oct 29 - Wed, Nov 7
anghai, China

v condition
eturns, but backed by eBay
back guarantee

*the standard the material must*
*order to pass the laws most*
*n the U.S. require for public…*
ll description
ails

Sold by
beautycn (29)
96.3% Positive feedback
Contact seller

## Similar Items



New Curtain/Stage Backdrop/Partition 1…



New Curtain/Stage Backdrop/Partition 1…



Black Fire/Flame Retardant Stage…

# 34

## Epson - Universal Projector Ceiling Mount Kit for Most Projectors - White

**$104.99**

**Model: V12H808001 SKU: 5304412** 4.7 (62)
20 Questions, 18 Answers (https://www.bestbuy.com/site/questions/epson-universal-projector-ceiling-mount-kit-for-most-projectors-white/5304412)

Add to Cart

Save for Later

Compare





**FREE Shipping: Get it by Wed, Oct 17**
Want it faster? Pick it up at Southfield or choose Next-Day Delivery in checkout to 48086.

**Cardmember Offers**

Get 5% Back in Rewards (/site/modals/finance/pcmcat1475162123051.c?id=pcmcat1475162123051)

Help

Install your AV component with this Epson projector ceiling mount. Its universal design provides for quick cable connection, precise registration and easy access to the lamp and filter of most projector models. This UL-listed Epson projector ceiling mount has a 25-lb. weight capacity and includes a 3-inch extension column and Speed-Connect ceiling plate for convenient cable management.

## Frequently bought together

*Item you're currently viewing*





Sanus - Premium Series Advanced Tilt TV Wall



Sony - 2.1-Channel Soundbar System with



Sonos - CONNECT Wireless Streaming Music Stereo Component - White




$2,549.99

Take 18 months to pay! Get the Wayfair Credit Card[5].

See More Special Offers (2)

FREE Shipping
Ships in 2-3 weeks
Ship To: 48075 - Southfield
Forget the fee! Returns are FREE. See details

Assembly by Handy. How It Works

#35



Share Save to Favorites Print

**Trademark**

3-Light Vintage 1903 Chrome Billiard Lamp

Write the first Review Questions & Answers (1)

$132.09 /each

☐ LET'S PROTECT THIS.
Add a 2-year Home Depot Protection Plan for $18.00
Learn More

#36

Other B&H Sites - Gov, EDU & Corp. Read explora 800.894.9703 / 212.502.6230 Help Live Chat About Us

The Professional's Source

Search

DealZone
DON'T MISS OUT!
Ends in 14:19:29

Hello, Log in
My Account

Photography Computers Pro Video Lighting Pro Audio Mobile TVs & Entertainment Camcorders Surveillance Optics Audio-Visual Used Sp

Home / Pro Audio / Live Sound / PA Speakers / PA Speakers / JBL PRX812W

# JBL PRX812W 12" Two-Way Full-Range Main System and Floor Monitor with Wi-Fi

B&H # JBPRX812W • MFR # PRX812W



**In Stock**
Order now to ship today
Free Expedited Shipping

**Product Highlights**

- For Bands, DJs, Clubs, Schools, Churches
- Optimized for FOH or Monitors
- 12" Woofer and 1.5" Compression Drivers
- Frequency Response 58 Hz to 20 kHz

Show more

Reviews 0
Write a review . 2 Questions, 3 Answers

Price: $749.00
Instant Savings: $100.00

You Pay: $649.00

1 QTY

Add to Cart

Add to Wish List

OVERVIEW SPECS QUICK COMPARE REVIEWS 0 Q&A 2 ACCESSORIES

#37

#39

POOLSUPPLY UNLIMITED

SEARCH



$971.69

Free Shipping *

Quantity: 1

BUY NOW

- Dimensions are 48" L x 48" W x 33.5" H
- Poker Top includes removable rubber cup holder inserts
- Bumper Pool Accessories include balls, 2 cues, chalk and table brush
- Chairs not included
- 1-Year Limited Warranty






## BBO "Crown Casino" 13.5g Clay Poker Chips Set 500 Pieces

Brand: BBO Poker Tables
Item Number: BBOCHIPS-CLY-CC

~~$199.00~~ $149.00 SAVE $ 50

Quantity

1

**Estimated Arrival:** Between Oct 18 and Oct 23. * ETA for USA only

**Shipping & Returns:** Free & Fast Shipping. Hassle Free Customer Service!

#40

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

Trademark Poker Texas Holdem Card Shuffler (pack of 12)

Write a review



1 of 1

$190.81

Only 4 left!

Qty:
1

Add to Cart

Free shipping

Arrives by Friday, Oct 26 Options

Pickup not available

Sold & shipped by Pekks International Return policy

Add to List Add to Registry

Feedback

#41

Product highlights

#42



**$37.99**

MSRP Reg: $39.99 Save $2.00 (5% off)

☆☆☆☆☆ 1

Quantity: 1

Shipping to 48075

Add to cart

Get it by Wed, Nov 14 with free standard shipping

Not in stores

Registry/List

GiftNow®

What's GiftNow®?

Help us improve this page

## About this item

Details | Shipping & Returns | Q&A | What's GiftNow?

### Highlights

- Contents include: Metal Cribbage Pegs (3 black, 3 silver, 3 gold), 2 Decks of Playing Cards, Cribbage Instructions
- For 2-6 players
- Ages 8 and up
- Made in China

The Worldwise Imports Walnut Stained Cribbage Box, 3-Track will provide tons of fun for you and your family and friends! This Wood Cribbage board has 3 continuous tracks in a visually pleasing Walnut Stained Board. Beautiful and high quality, this Cribbage box also includes two decks of cards, metal pegs, and rules. Play your next Cribbage game with style with the Worldwise Imports Walnut Stained Cribbage Box, 3-Track!

**Material:** Cardboard, paper, plastic, Wood

#43

Home / Hardware / Door Hardware / Door Knobs / Entry Door Knobs

Model # 740J 11P SMT CP K4 Internet #205176740 Store SKU #960446



Save to Favorites

**Kwikset**

Juno Venetian Bronze Entry Door Knob Featuring SmartKey Security

★★★★½ (683) Write a Review

$29.97 /each

Finish: **Venetian Bronze**



Quantity - 1 +

**Pick Up In Store**

#44

Search GO

Home > All Products > Janitorial Supplies > Toilet Paper and Dispensers > Toilet Tissue and Dispensers

# Scott® Toilet Tissue




More Images

Soft, strong, high quality tissue.

- Individually wrapped rolls.
- 2-ply.
- Use with H-1172 or H-2546 Dispenser.

| MODEL NO. | DESCRIPTION | SHEET SIZE | SHEETS/ ROLL | ROLLS/ CASE | PRICE PER CASE | | | ADD TO CART |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3+ | |
| S-6869 | Scott® | 4.1 x 4" | 550 | 80 | $83 | $81 | $78 | 1 ADD |

Additional Info Email Page Add to Favorites Request a Catalog

EXHIBIT 1 - PAGE 281 OF PAGE 453



(graphics/00000001/valley-panther-black-cat-pooltable-free-play.jpg)

⊕ Hover to zoom

# Valley Panther 93" Black Cat Pool Table

Code: HPBRG

Not Yet Rated Write a Review (/mm5/merchant.mvc?Screen=GD_WREVIEW&Product_Code=HPBRG)

Lead Time To Ship: 7-12 Business Days

$2,899.00

Select Delivery Options ▼

Hi! Sign in or register Daily Deals Gift Cards Help & Contact Sell My eBay

Shop by category Search for anything All Categories Search

eBay Sporting Goods Indoor Games Darts Dart Boards Share

# Arcade Electronic Dart Board 24 Game W 132 Options and 5 Cricket Games 8 Players

Be the first to write a review | About this product







**Brand new: lowest price**

**$482.22**

Free Shipping

Get it by Tuesday, Oct 23 from Gary, Indiana

- New condition
- 30 day returns - Buyer pays return

Qty: 1

Buy It Now

Arcade Electronic Dart Board 24 Game W 132 Options and 5 Cricket Games 8 Players

Be the first to write a review | About this product





See details

Brand new: lowest price

$482.22

Sold by
gameroomlife (149)
100.0% Positive feedback
Contact seller

#47

#50



# simplehuman® Stainless Steel Trash Can - Open Top, 16 Gallon



More Images

Long lasting. Worth the price.

- Smudge-proof brushed stainless steel always looks clean.
- Touch-free toss and go waste disposal.
- Wide opening for breakrooms and high traffic areas.
- Recommended trash liners: Use S-21324.

2 YEAR WARRANTY

| MODEL NO. | DESCRIPTION | SIZE L x W x H | STYLE | WT. (LBS.) | PRICE EACH 1 | 3 | 6+ | ADD TO CART |
|---|---|---|---|---|---|---|---|---|
| H-3622 | 16 Gallon | 16 Diam. x 30" H | Round | 10 | $160 | $155 | $150 | 1 ADD |

Additional Info | Accessories | Email Page | Add to Favorites | Request a Catalog

#51

×

Search

All Things Home | Shop by Room | Shop by Style | Furniture | Kitchen & Dining | Free Grocery Pickup Appliances | Bed

# Elegant Furniture & Lighting Modern Wall Mirror - 15.8W x 47.3H in.

1 reviews

REDUCED PRICE



1 of 2

**$62.98** List ~~$70.31~~

Qty:
1

Add to Cart

**Free shipping**

Arrives by Saturday, Oct 27

**Or get it by Tue, Oct 23** with faster shipping Options

Pickup not available

Sold & shipped by Hayneedle Return policy

Add to List Add to Registry

1 other seller from **$64.00** Compare all sellers

Feedback

#52

Search GO

Products | Uline Products | Quick Order | Catalog Request | Special Offers | About Us | Careers

Home > All Products > Janitorial Supplies > Toilet Paper and Dispensers > Jumbo Bath Tissue and Dispensers

# Stainless Steel Jumbo Bath Tissue Dispenser - Double Roll



Enlarge

Durable with an attractive, modern look.

- Locking cover eliminates waste.
- Holds all brands of 9" diameter rolls.
- Less maintenance, fewer roll changes.
- Use with Jumbo Roll Bath Tissue.

| MODEL NO. | DESCRIPTION | DIMENSIONS H x W x D | PRICE EACH 1 | PRICE EACH 2+ | ADD TO CART |
|---|---|---|---|---|---|
| H-5114 | Stainless Steel Double | 12 x 21 x 5" | $149 | $139 | 1 ADD |

Additional Info | Email Page | Add to Favorites | Request a Catalog

EXHIBIT 1 - PAGE 286 OF PAGE 453

#53

My Account | Contact Us | Sign In | Cart Menu

ULINE 1-800-295-5510

Search GO

Products | Uline Products | Quick Order | Catalog Request | Special Offers | About Us | Careers

Home > All Products > Janitorial Supplies > Paper Towels and Dispensers > Hands-Free Dispensers and Towels

# Kimberly-Clark® Hands-Free Towel Dispenser - 8"



Enlarge

Pull towel off, next one appears. No levers or push buttons.

- Manual. No batteries required.
- Uses S-13729, S-11936 or S-12853 8" Roll Towels.

| MODEL NO. | DESCRIPTION | DIMENSIONS H x W x D | PRICE EACH | ADD TO CART |
|---|---|---|---|---|
| H-2272 | 8" Hands-Free Dispenser | 16 x 13 x 10" | $73 | 1 ADD |

Additional Info | Parts | Email Page | Add to Favorites | Request a Catalog

#54

My Account | Contact Us | Sign In | Cart $0.00

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Janitorial Supplies > Hand Soap and Sanitizers > Bulk Liquid Soap / Dispensers

# Bulk Soap Auto Wall-Mount Dispenser - 34 oz



Enlarge

Touchless, hands-free dispensing stops the spread of germs.

- 30,000 washings between battery changes.
- 1,000 applications per fill.
- Use with Softsoap™ or Uline Bulk Soap.

| MODEL NO. | DESCRIPTION | SIZE (H x W x D) | CAP. | PRICE EACH | | ADD TO CART |
|---|---|---|---|---|---|---|
| | | | | 1 | 2+ | |
| H-7174 | Auto Dispenser | 11 x 5 x 5" | 34 oz. | $42 | $39 | ADD |

Uses 6 "AA" batteries, not included.

Additional Info Email Page Add to Favorites Request a Catalog

EXHIBIT 1 - PAGE 288 OF PAGE 453

#56

Search GO

Special Offers About Us

Home > All Products > Warehouse Supplies / Equipment > Time / Wall Clocks > Wall Clocks

# Traditional Wall Clock - 19"




Enlarge

Hang these large, easy-to-read clocks around your office or warehouse.

- Shatter-resistant lens.
- Accurate, reliable quartz movement.
- Recommended for warehouses.
- AA Batteries sold separately.

| MODEL NO. | DESCRIPTION | SIZE | WT. (LBS.) | PRICE EACH | | ADD TO CART |
|---|---|---|---|---|---|---|
| | | | | 1 | 5+ | |
| H-4570 | Traditional | 19" | 4 | $59 | $56 | 1 ADD |

Additional Info Email Page Add to Favorites Request a Catalog

# Deluxe Folding Table - 72 x 30", Fixed Height, Gray



Strong and sturdy – built to last. Wobble-free.

- 3 steel supports provide extra strength and durability.
- Blow-molded polyethylene top. Stain resistant.
- Folds to 2 1/2" thickness for easy storage.
- Folding Chairs, Table Dollies and Fabric Tablecloths available.

More Images

5 YEAR WARRANTY

| MODEL NO. | DIMENSIONS L x W x H | COLOR | SHAPE | CAPACITY (LBS.) | WT. (LBS.) | PRICE EACH 1 | PRICE EACH 4+ | ADD TO CART |
|---|---|---|---|---|---|---|---|---|
| H-2229FGR | 72 x 30 x 29" | Lt. Gray | Rectangle | 250 | 42 | $180 | $170 | 1 ADD |

SHIPS ASSEMBLED VIA MOTOR FREIGHT

Additional Info Email Page Add to Favorites Request a Catalog

5 Stars (1 Review)
(Write a Review)

Item # BFDH-8242NBY-TDR

Availability In Stock

Quantity available 317

More expected by 11/5/18

Shop all T & D Restaurant Equipment Products

In Stock. Usually ships in 24 hours

was ~~$187.00~~

$65.99

FREE SHIPPING
on 15+ of this item.

Quantity - 1 +

Color

ADD TO CART

Send To A Friend

Restaurant Furniture Buyers Guide

Help us improve your experience! The website is easy to use.

1 2 3 4 5

Strongly disagree Strongly agree

Send

100% FINANCING AVAILABLE FOR BUSINESS CUSTOMERS!

Financing Available over $1,000*

ply now →

FREE PARCEL SHIPPING WITH MYLOWE'S. GET STARTED >

#62

LOWE'S Open until 10PM!
Southfield Lowe's

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

Item # 708648 Model #
G8600E-W

# Real Flame 48-in W 4,780-BTU White Wood Wall Mount LED Electric Fireplace with Media Mantel with Thermostat and Remote Control

14 Ratings
5.0 Average

100%
Recommend this product

Community Q&A
View Now



In-use/lifestyle image: fireplace included only; other furniture and decor not included

**$529.00**

- The free-standing electric fireplace offers clean lines and transitional styling that will...
- Plugs into any standard outlet for convenient set-up
- Includes: remote control and screen kit

**Ships to Store FREE**

Ready for pickup: Estimated by 10/22/2018

**FREE Shipping**

Ready for delivery: Estimated on 10/22/2018

#65

## Elite Screens - Spectrum Electric Projection Screen - White

**Model: ELECTRIC100H SKU: 1014974** 4.5 (23)
2 Questions, 0 Answers (https://www.bestbuy.com/site/questions/elite-screens-spectrum-electric-projection-screen-white/1014974)

**$220.99**



Add to Cart

Save for Later

Compare

**FREE Shipping: Get it by Mon, Oct 22**
**Shipping estimates for 48086**
**Want it today? Pick it up at Rochester Hills.**

### Cardmember Offers

6-Month Financing (/site/modals/6-month-storewide/pcmcat1483468068688.c?id=pcmcat1483468068688)

Get 5% Back in Rewards (/site/modals/finance/pcmcat1475162123051.c?id=pcmcat1475162123051)

Help

DEMO

Elite Screens Spectrum Electric Projection Screen - 65" x 90" - Matte White - 100" Diagonal

## Frequently bought together

*Item you're currently viewing*



+



Epson - Home Cinema 2150 1080p Wireless 3LCD Projector - White

(/site/epson-home-cinema-2150-1080p-wireless-3lcd-projector-white/6019901.p?skuId=6019901)



Insignia™ - 50' 4K Ultra HD HDMI Cable - Black

(/site/insignia-50-4k-ultra-hd-hdmi-cable-black/5711903.p?skuId=5711903)



Legrand - In-Wall Power Kit - White

(/site/legrand-in-wall-power-kit-white/4385100.p?skuId=4385100)

EXHIBIT 1 - PAGE 293 OF PAGE 453

$256^{09}$ /each

Quantity - 1 +

### Not in Your Store - We'll Ship It There

Available for pickup
**October 23 - October 26**

We'll send it to Southfield for free pickup

Add to Cart

Check Nearby Stores

or

### We'll Deliver It to You

Standard Delivery

Get it by **October 22**

Add to Cart

Delivery Options

#696

#67

Tiny earbuds for better sleep. The new Bose noise-masking sleepbuds™. Shop Now ›

# LG - 2.1-Channel 300W Soundbar System - Black

Model: SK4D SKU: 6261230 5.0 (1)
Be the first to ask a question. (https://www.bestbuy.com/site/questions/lg-2-1-channel-300w-soundbar-system-black/6261230)

**$179.99**
Save $100 Was $279.99

Open-Box: from $136.99 (/site/sku/6261230.p?skuId=6261230#tab=buyingOptions?bof=openbox)

**Protect your product**
Learn about Standard Protection Plans (/site/Geek-Sq

| 2 Years $24.99 | 4 Years $34.99 | No plan selected |

Add to Cart

Save for Later

Compare

FREE Shipping: Get it by Wed, Oct 17
Need it Installed? Delivery + Installation as soon as Mon, Oct 22 in 48086.
Want it today? Pick it up at Rochester Hills.

Help

**Cardmember Offers**
Get 5% Back in Rewards (/site/modals/finance/pcmcat1475162123051.c?id=pcmcat1475162123051)






Not On Display at Rochester Hills
On Display at Southfield Change Store

Enhance your entertainment experience with this 2.1 channel LG sound bar. Built-in Bluetooth lets you link wirelessly to your TV to produce lifelike acoustics, and the Adaptive Sound Control feature automatically adjusts mode for different audio profiles. This 300W LG sound bar includes a battery-operated remote that is compatible with most TV brands to provide a single control.

## Frequently bought together

*Item you're currently viewing*



$179.99

+



Rocketfish™ - 4' 4K Ultra HD In-Wall HDMI Cable - Black
(/site/rocketfish-4-4k-ultra-hd-in-wall-hdmi-cable



LG - 2.1-Channel Hi-Res Audio Sound Bar with DTS Virtual:X - Black
(/site/lg-2-1-channel-hi-res-audio-sound-bar-with-dts

EXHIBIT 1 - PAGE 295 OF PAGE 453

#71

ULINE 1-800-295-5510

My Account | Contact Us | Sign In | Cart $0.00

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Facilities Maintenance > Folding Tables and Chairs > Steel Folding Chairs

# Deluxe Folding Chair - Black



More Images

Attractive option for banquet halls and corporate seminars.

- Double riveted, u-braced legs for maximum support.
- Folds to 2 1/2" thickness for easy storage.
- Complete line of Folding Tables & Chairs available.

| MODEL NO. | DESCRIPTION | SEAT HEIGHT | CAPACITY (LBS.) | QTY./ CTN. | PRICE PER CHAIR (MIN. 4) | | ADD TO CART |
|---|---|---|---|---|---|---|---|
| | | | | | 4 | 20+ | |
| H-2227BL | Deluxe | 17" | 300 | 4 | $22 | $22 | 4 ADD |

SOLD IN CARTON QUANTITIES

Additional Info   Email Page   Add to Favorites   Request a Catalog

Verified Buyer

October 9, 2018 by W Stewart (MO, United States)

"Shopping and checkout was Fast, Professional and Efficient. Item was well packaged in original heavy duty, unopened factory container, and was strapped to a pallet to insure greater protection during shipment by FedEx."

Verified Buyer

October 9, 2018 by Raul E (United States)

"I had a great experience with my purchasing; the deliver was on time and the price was excellent."

1 2 3 ▸

High to Low

CLICK HERE FOR MORE REVIEWS | APPROVED

In Stock

**$3,609.00**

Contact Us or login to see your Price

Free Shipping

Ships Same Day

1 Add to Cart

#72

#73

1.800.820.4722

Stock Bags & Packaging | Print & Custom Products | About & News | Search By Type, Size of Brand

Plastic Ice Bags 8lb - 10lb Ice Bagger Dispenser



# 8lb - 10 lbs. Ice Bagger Dispenser

Stock #: PB-ICEDISP10
Weight: 11.0 lbs
Qty/Each: 1

Fully Customize This Item

| | |
|---|---|
| MSRP | ~~$166.3~~ |
| 1 Each: | $138.6 |
| 3 Each: | $136.8 |
| 5 Each: | $134.9 |
| 6 + Each: | Get a Quot |

1 AD

This Item Is In Stock
Usually ships the same busi

Summary | Resources

8-10# Ice Bagger
Stock #: PB-ICEDISP10
EAN: 0[illegible]012

Help us improve by sharing your feedback.

4.8 ★★★★★
Google
Customer Reviews

#74

≡ WebstaurantStore Account

# Cart



[Choice 5 Gallon Ice Tote with Lid and Mounting Bracket]

*plus*

Qty: 1

TOTAL:
**$17.99**

---



[Rubbermaid FG9F5000TBLUE ProServe Ice Scoop 2.3 Qt.]

*plus*

Qty: 1

TOTAL:
**$18.00**

---

## Recommended Products




Choice 5 Gallon Ice Tote with Lid and Mounting Bracket
$17.99/Each




Rubbermaid FG9F5000TBLUE ProServe Ice Scoop 2.3
$18.00/Each




San Jamar H4005TBK Venue Tabletop Fullfold Napkin Dispenser
$21.99/Each




Rubber FG9F43 Scoop I
$15.00

**Subtotal** **$35.99**

**Save with fast & FREE shipping on all eligible items**

Signup for our new shipping program and save today!

$99.00 /month

Ships To Business at ZIP/Postal code

Pay with credit card

Or use a third-party payment service

Checkout with Paypal

PayPal



Use Our Live Chat

#75

FREE Shipping Over $49*

› Account 2 Cart

Find anything home...

Furniture Bed & Bath Rugs Décor & Pillows Lighting Storage Kitchen Baby & Kids

Furniture / Bar Furniture / Pub Tables & Bistro Sets / Square Pub Tables & Bistro Sets / SKU: VARK6999

# Seefeldt Pub Table

See More by Wrought Studio

0





$459.99 ~~$509.99~~ 10% Off

Get $40 off $250 with the Wayfair Credit Card[3].

See More Special Offers (2)

Only 7 Left in Stock. Buy Soon!

EXHIBIT 1 - PAGE 300 OF PAGE 453

#76

**WebstaurantStore** Account

# Cart



[Advance Tabco BSW5-240-B-SB Enclosed Base Everyday Buffet Stainless Steel Five Pan Electric Hot Food Table - Sealed Well, 208/240V]

Usually ships in 2-4 weeks [Ships Common Carrier]

Qty: 1

TOTAL:
**$3,188.88**

---

## Recommended Products




[Libbey 15459 Winchester 16 oz. Cooler Glass - 36/Case]
**$139.99**/Case




[Taylor 5839N Digital 4 Channel Commercial Kitchen Timer]
**$33.49**/Each



[Howard Miller 625166 Gallery 16" Black Wall Clock]
**$47.99**/Each




[Libbey 1 Paneled 36/Case]
**$106.9**

**Subtotal** **$3,188.88**

Ships To Business at ZIP/Postal code

Pay with credit card

Or use a third-party payment service

[Checkout with Paypal]

PayPal

Lease your order as low as $66.01 / month

## Use Our Live Chat

Mon-Thur 24 Hours, Fri 12AM-8PM EST
Sat & Sun 9AM-4PM EST



Email your questions to
[help@webstaurantstore.com]

# 77

WebstaurantStore

Account

http://www.gotowebstore.com/92230065

## Vollrath 30065 Super Pan 6" Deep Full Size Transport Pan

Item #: 92230065 MFR #: 30065



Buy in lots of 6 :

**$56.94/Each**

Ships free with

Regularly: $59.99/Each

- Holds up to 20 quarts
- Stepped shoulder design for tight lid seal

UPC Code: 029419036264

Shipping:

**Quick Shipping**
Usually ships in **1 business day**

VOLLRATH

Vollrath 70005 Super Pan Full Size Stainless Steel Food Transport
plus $26.99 /Each

Vollrath 23100 Super Pan® Full Size Amber High Heat Drain Tray
plus $19.99 /Each

Vollrath 23600 Super Pan® 1/6 Size Amber High Heat Drain Tray
plus $3.49 /Each

Vollr… Pan® High…
plus

#78

Up to 25% off The Dining Seating Sale
Exclusions apply. Ends November 5. SHOP THE SALE
15% off Select Dining Tables
Exclusions apply. Ends November 5. SHOP THE SALE

Prices and availability are subject to change from the time and date that you print this page.

10/15/2018 12:36:38 PM

For Customer Service, please call (800) 967-6696

## Wilder Dinner Plate

Crate and Barrel Exclusive

$12.95

★★★★½ (4.5) 62 Reviews SKU: 317411



Ship

In stock and ready to ship

Free Pickup In Store

## Overview

Warm and earthy, this artisanal Portuguese stoneware features elegant shapes, organic freeform rims and a reactive glaze that speckles brown on sand.

EXHIBIT 1 - PAGE 303 OF PAGE 453

#81

SPECIALTY
STORE SERVICES
fixture & retail solutions

My Account | Quick Order | Help Center | Call 1-800-871-2768

Home > Video Store Supplies > Video Supplies > Popcorn >





How can we improve our Images or Product Specifications?

# 6oz. Popcorn Popper Machine

Item # 9296

Only **$599.99**

Quality commercial Popcorn machine features stainless steel and aluminum construction with tempered glass panels for easy cleaning and exceptional durability. Includes anodized aluminum kettle and stainless steel warming deck with old-maid drawer. Produces 113-1 oz. servings of popcorn per hour. 120 Volt and UL, CSA, NSF and CE approved. Three year warranty.

**Dimensions**
20 In. W x 14 In. D x 26 in. H

**Shipping**
Standard Ground

PRODUCT INSTRUCTIONS PDF

## Give us a call! We're here to help!
## 800-871-2768

**People Also Bought**



8oz. Popcorn Popper Machine
$639.99



4oz. Popcorn Popper Machine
$399.99



Diaper Vending Machine
$469.99



TC100 Time Clock Time Card Machine
$299.99

100% TRIPLE GUARANTEE
Easy Returns
Need Help? | 1-800-871-2768

EXHIBIT 1 - PAGE 304 OF PAGE 453

#83

(https://thinkliquor.com/customer-favorites)



# Jagermeister Unit

Jägermeister (https://thinkliquor.com/all-products/filter/manufacturer/jägermeister) : Bar Accessories (https://thinkliquor.com/all-products/filter/type/bar-accessories)
Bartender Tools (https://thinkliquor.com/all-products/filter/variety/bartender-tools)

$349.99

- 1 + ADD TO CART

(https://thi

## Free Shipping

*Orders totaling $299+ qualify for free ground delivery to one address within the Continental US (1-5 Business Days (/shipping#groundmap)). Sale items do not count towards a qualifying order total.*

f (http://www.facebook.com/sharer/sharer.php?u=https://thinkliquor.com/jagermeister-unit?dfw_tracker=28962-5560&gclid=EAIaIQobC

(https://twitter.com/intent/tweet?text=Jagermeister+Unit.+Buy+a+bottle+of++Jagermeister+Unit+online+with+fast+guaranteed+deli

in (https://www.linkedin.com/shareArticle?mini=true&url=https://thinkliquor.com/jagermeister-unit?dfw_tracker=28962-5560&gclid=EAI
5560&gclid=EAIaIQobChMInMeejPiI3gIVgksNCh3QHgHHEAkYAiABEgIaE_D_BwE&summary=Jagermeister+Unit.+Buy+a+bottle+of++Jag

(http://pinterest.com/pin/create/button/?url=https://thinkliquor.com/jagermeister-unit?dfw_tracker=28962-
5560&gclid=EAIaIQobChMInMeejPiI3gIVgksNCh3QHgHHEAkYAiABEgIaE_D_BwE&media=https://thinkliquor.com/media/catalog/produc

**PRODUCT DESCRIPTION**

Take your home bar to a new level with this bottle of Jagermeister Unit from Jägermeister and have it delivered directly to you! We can be your local online liquor store and we promise our large selection of Bar Accessories will leave you impressed. If it doesn't simply let us know what product from Jägermeister you are looking for and we will do our very best to find it. Buy a bottle of Jagermeister Unit online today.

**ADDITIONAL INFORMATION**

**SHIPPING**

#84

(https://thinkliquor.com/customer-favorites)




# Fireball Two Bottle Whiskey Chiller Tap Machine

Fireball (https://thinkliquor.com/all-products/filter/manufacturer/fireball) Bar Accessories (https://thinkliquor.com/all-products/filter/type/bar-accessories)

$599.99

- 1 + ADD TO CART

(https://thi

## LIMITED OR SPECIAL ORDER ITEM

*This is a Limited Special Order item subject to availability. The vintage shown is not guaranteed. We do our best to keep our catalog updated but occasionally a product is no longer available or the price has changed. This item will take an additional 5-7 Business Days to ship. If delivery is time sensitive please contact customer service via email or chat.*

f (http://www.facebook.com/sharer/sharer.php?u=https://thinkliquor.com/fireball-two-bottle-whiskey-chiller-tap-machine) G+ (https://

(https://twitter.com/intent/tweet?text=Fireball+Two+Bottle+Whiskey+Chiller+Tap+Machine.+Purchase+this+Fireball+Two+Bottle+Wh

in (https://www.linkedin.com/shareArticle?mini=true&url=https://thinkliquor.com/fireball-two-bottle-whiskey-chiller-tap-machine&title=ht machine&summary=Fireball+Two+Bottle+Whiskey+Chiller+Tap+Machine.+Purchase+this+Fireball+Two+Bottle+Whiskey+Chiller+Tap+M.

(http://pinterest.com/pin/create/button/?url=https://thinkliquor.com/fireball-two-bottle-whiskey-chiller-tap-machine&media=https://thinkliquor.com/media/catalog/product/cache/2/image/265x/9df78eab33525d08d6e5fb8d27136e95/2/0/201

PRODUCT DESCRIPTION

Looking for a special bottle of Fireball Bar Accessories ? This bottle of Fireball Two Bottle Whiskey Chiller Tap Machine is exactly what you need. Hailing from No Canada Fireball Two Bottle Whiskey Chiller Tap Machine is a classic example of Bar Accessories No . We offer an extensive selection of Bar Accessories online with the convenience of being directly delivered to you. Whether you are looking to replace a bottle that you enjoyed or trying to find something new our online liquor store has thousands of selections for you to choose from. .

No matter if you are looking for this bottle of Fireball Two Bottle Whiskey Chiller Tap Machine or another Fireball bottle to try, we have you covered with all the Bar Accessories you might need.

ADDITIONAL INFORMATION

SHIPPING

EXHIBIT 1 - PAGE 306 OF PAGE 453

#86



# ServeVend DI-2323-6 - Drop-In Beverage Dispenser, 6 Flomatic 424 valves, 80 lb. ice bi

Manufacturing Id: DI-2323-6



(assets/images/products/SVDI2323.JPG)

Image may include accessories and may not necessarily depict product color.

CALL (866) 252-6951 (TEL:(866) 252-6951) CHAT

Talk to a Real Person! Mon-Fri 8am-6pm EST

This Item Ships Free

Your Price: $2,655.31 /Each

Add to Cart

Special Order - Usually Ships in 7+ Days

$73 / month

(https://secure.quickspark.com/app.cfm?utm_source=48ryetn&utm_medium=ls-detail-button&utm_term=checkbutton&utm_campaign=application&vurl=48ryetn&wsc=&loc=&vButton 2323-6%20-%20Drop-In%20Beverage%20Dispenser%2C%206%20Flomatic%20424%20valves%2C%2080%20lb.%20ic

Download the DI-2323-6 PDF Spec Sheet (http://www.jesrestaurantequipment.com/assets/spec-sheets/1256/SVE0007A.pdf)

The manufacturer provides these spec sheets for exact measurements, voltage options and requirements, and additional product options.

Download Spec Sheet (http://www.jesrestaurantequipment.com/assets/spec-sheets/1256/SVE0007A.pdf)

Description

#87

WebstaurantStore Account

http://www.gotowebstore.com/123ADD48R2

## Arctic Air ADD48R-2 Black 2 Double Tap Kegerator Beer Dispenser - (2) 1/2 Keg Capacity

Item #: 123ADD48R2 MFR #: ADD48R-2

plus plus plus plus







| Avantco UDD-48-HC Double | Avantco UDD-1 Single Tap | Avantco UDD-24-48 Double Tap | Avantco UDD-24-60 (2) Double | Avantco UDD-24-72 (2) Double |
|---|---|---|---|---|
| $1,659.00/Each | $899.00/Each | $1,499.00/Each | $1,599.00/Each | $1,899.0( |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |



Only
**$1,749.00**

⚠ Due to a manufacturer's price increase, this price will increase by **3%** to **6%** on 12/01/18

Customers Also Viewed

#88

≡ WebstaurantStore Account

http://www.gotowebstore.com/3802101120

## Paragon 2101120 Humidified Hot Food Holding and Display Cabinet with Three 16" Racks

Item #: 3802101120 MFR #: 2101120

plus

Avantco HDC-48 48" Self
$549.00/Eac
★★★★★

plus

Avantco HDC-36 36" Self
$429.99/Eac
★★★★★

plus

Avantco HDC-26 26" Self
$299.99/Eac
★★★★★

plus

APW Wyott DWCI-14 Pass
$582.00/Eac
★★★★★

plus

APW Wyott DWCI-14 SINGLE
$521.00/E
★★★★★



Only

**$689.00**

Ships free with

- Heat and humidity combine to keep products fresh and hot for hours
- Perfect for concession stands, carnivals, and convenience stores

**UPC Code:** 00768528101127

**Shipping:**
Usually Ships in 7-10 Business Days

#89

WebstaurantStore

Account

http://www.gotowebstore.com/385BDAP

# Grindmaster B-DAP PrecisionBrew Digital 2.2 / 3.0 Liter Twin Airpot Automatic Coffee Brewer

★★★★★ Item #: 385BDAP MFR #: B-DAP



Only
**$1,080.20**/Each
Ships free with

Notify me when this product is back in stock

You will only be emailed once the product becomes available. We won't add you to our email list or share your data.

- Separate hot water faucet for soups & other hot drinks
- Brews into airpots between 2.2 and 3 liters (0.58 to 0.8 gallons)
- Brews into twin airpots

**Shipping:**

**Quick Shipping**
Usually ships in **1 business day**

Grindmaster Cecilware

#910

≡ **WebstaurantStore** Account

http://www.gotowebstore.com/929WPO500

## Waring WPO500 Single Deck Countertop Pizza Oven - 120V

★★★★★ Item #: 929WPO500 MFR #: WPO500



Only
**$935.00**/Each
Ships free with

- Ceramic pizza decks each hold up to an 18" diameter pizza
- Manual 30-minute timer with audible alert
- Temperature range: 150 to 840 degrees Fahrenheit
- Stainless steel exterior with full insulation
- Stackable design
- Independent on/off switches for top and bottom heating
- 120V, 1800W

**UPC Code:** 040072023200

**Shipping:**

**Quick Shipping**
Usually ships in **1 business day**

WARING

**WARING WPO500 SPECS**

| | |
|---|---|
| Width | 28 Inches |
| Depth | 28 Inches |

\# 92

WebstaurantStore Account

http://www.gotowebstore.com/178SS2RHC

## Avantco SS-2R-HC 54" Solid Door Reach-In Refrigerator

★★★★★ Item #: 178SS2RHC



Only
**$2,329.00/Each**
Ships free with

- 2 self-closing doors with stay-open feature
- Corrosion-resistant stainless steel interior and exterior
- Digital temperature controller with automatic defrost function
- Removable one-piece grill for easy cleaning and service
- Runs on eco-friendly R290 refrigerant; 115V, 1/4 hp

**Shipping:**

**Quick Shipping**
Usually ships in **1** business day

REFRIGERATION AVANTCO

Avantco 178SHELFRAIL Shelf Rail - 2/Set
$15.99 /Set

Avantco 178BUNPNRAIL Bun Pan Rail - 2/Pack
$26.99 /Pack

Avantco 178SHELFCFD Left / Right Coated Wire Shelf - 20 7/8" x
$42.99 /Each

#95

SCALES OUTLET

Cart

Search the store

HOME / SHOP ALL / OHAUS NVT16000/1 NAVIGATOR XT PORTABLE BALANCE, 16000 G X 1 G











OHAUS

**OHAUS NVT16000/1 Navigator XT Portable Balance, 16000 g x 1 g**

(No reviews yet)

Write a Review

ADD TO CART TO RECEIVE A DISCOUNT!

**SKU:** 83998198

**AVAILABILITY:** Typically ships in 1-2 days

$400.80

LIST: ~~$501.00~~

— You save $100.20

**QUANTITY:**

1

EXHIBIT 1 - PAGE 313 OF PAGE 453

Safety 1st Grow and Go™ 3-in-1 Convertible Car Seat, Vitamint

196 reviews Walmart # 562854339



1 of 36

Actual Color: Vitamint

$139.99

Qty:
1

Add to Cart

Free 2-day shipping
Arrives by Thu, Oct 18 Options

Free pickup Thu, Oct 18 + discount
Ships to Livonia, 29574 7 Mile Rd Options

Sold & shipped by Walmart

Feedback

#96

#97

Home / Kitchen / Carts, Islands & Utility Tables / Kitchen Carts

Model # SK17787Cr2-BBB Internet #304083094



(15) Write a Review Questions & Answers (7)

**StyleWell** Glenville Black Single Kitchen Cart

Save to Favorites

$89.97 /each ~~$99.97~~
Save $10.00 (10%)

Free delivery by **October 17** if you order within **23 mins**

## Choose Your Options

**Black / Wood Top**

Quantity - 1 +

**Not in Your Store - We'll Ship It There**



$117.99

Pay as low as $12 per month. Buy with ChargeAfter

Shopping for a business?
Unlock insider pricing

FREE Shipping
Get it by Fri, Oct 19
Ship To: 48075 - Southfield
Forget the fee! Returns are FREE. See details

Select Color: Brandy

#10

Hi! Sign in or register Daily Deals Gift Cards Help & Contact Sell My eBay

ebay Shop by category Search for anything All Categories Search

eBay Collectibles Casino Slots Machines Token Slot Machines Share

# IGT KENNY ROGERS GAMBLER VIDEO MACHINE WITH BRAND NEW LCD SCREEN, FREE SHIPPING

10 watching



**$1,895.00**

**Free Shipping**

Get it by Tuesday, Oct 23 from Monroe, Ohio

- Used condition
- No returns, but backed by eBay Money back guarantee

*"Completely refurbished with one year warranty Poly planking. This video slot machine also has casino music as the reels spin that can go up a..."*

Read full description

See details

Buy It Now

Add to cart

Watch

Sold by
slotmachinesusa1 (191)
100.0% Positive feedback
Contact seller

#102

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

1. Home
2. Lighting & Equipment
3. Lighting Fixtures
4. Effect Lighting
5. Lasers
6. MEZMERIZOR-4FX

# Blizzard MEZMERIZOR-4FX

Mezmerizor 4FX High-Power Class 3R 250MW RGB Laser with 3D Effects

OUR PART #: MEZMERIZOR-4FX Write the First Review.




Our Price: $399.99
List Price: ~~$549.99~~
You save 27%!

#103

Chat with us

#1041

Shop Sweetwater InSync SweetCare Events Careers Used Gear

Sweetwater

MENU

1 review | Write your review | Item ID: HS7W

$299.99 (each)

Sweetwater Savings: $99.01 MSRP: $399.00

Or make 3 easy payments

- Free Shipping
- Free Tech Support
- Free 2-year Warranty

Or just $13/month§ for 24 months

0% interest for 24 months*. 24 equal monthly payments required. Valid through 12/31/2019. Learn more

Or we have a demo model for just $269.99! Learn more

✔ In Stock! Available for immediate delivery!

ADD TO CART Qty 1 ADD TO LIST

**Model:**

HS5 HS7 HS8

**Color:** White

**Share this with your friends:**

#106

Staples Sites 20+ Employees Your Store: Clawson, MI Open 8am - 9pm Weekly Ad

Search for all your business needs

Reorder Account Connect

Products Services & Solutions Deals Business Expertise Membership

MEMBERSHIP REWARDS Shop with points for anything you need. Use Membership Rewards® points at staples.com®. FIND OUT MORE

Home > Furniture > Bookcases & Bookshelves > Mylex Four Shelf Bookcase 24.5"W x 9.5"D x 47.5"H Oak (42340)

Item #: 2605125 | Model #: 42340



Rollover image to zoom in

# Mylex Four Shelf Bookcase 24.5"W x 9.5"D x 47.5"H Oak (42340)

1 Review Add to List Share:

Each
Special financing available
**$53.29**

Delivered within 5-7 business days

This item not available in stores

Add a Protection Plan | 1 available starting at $9.99

Qty: 1

Staples memberships could save you more | Learn More

**Product Details**

- Protective kickplate
- One fixed/Three adjustable shelves
- Dimensions: 9.5" L x 47.5" H x 24.5" W

Go to full description & specifications

Supplies & Accessories Product Description & Specifications Reviews

## Supplies And Accessories



Office Adaptations Staples® Axis Glass Desk, Whalen Sorano Computer... Sauder Premier 36" 5-Shelf...

EXHIBIT 1 - PAGE 320 OF PAGE 453

#107

WebstaurantStore

Account

http://www.gotowebstore.com/167700BRT18

## Choice 16" x 19" 18 oz. White 100% Cotton Ribbed Terry Bar Towel - 12/Pack

★★★★★ Item #: 167700BRT18




| Choice 16" x 19" White 24 oz. | Choice 16" x 19" White 32 oz. | Choice 16" x 19" Blue Striped 32 | Choice 16" x 19" Gold Striped 32 | Choice 16" x 19" Green Striped 32 |
|---|---|---|---|---|
| $4.29/Pack | $5.59/Pack | $5.99/Pack | $5.99/Pack | $5.99/Pack |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |



Each only
**$2.99**
Ships free with

- ✔ 100% high grade absorbent cotton
- ✔ Narrow-ribbed construction for strength and durability
- ✔ Great for cleaning up spills, wiping off countertops, and more

**UPC Code:** 613533011902

#108

My Account | Contact Us | Sign In | Cart $17.00

ULINE 1-800-295-5510

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Drums, Pails and Containers > Drums > Steel Drums

# Steel Drum with Lid - 16 Gallon, Open Top, Unlined



More Images

Store and ship liquids or solids.

- Withstands extreme temperatures of -30° to 250°F.
- Open Top: Includes removable top and bolt ring.

MEETS TITLE 49 CODE

| MODEL NO. | DESCRIPTION | CAP. | UN RATING | THICKNESS (mm) TOP/BODY/BOTTOM | WT. (LBS.) | PRICE EACH 1 | PRICE EACH 4+ | ADD TO CART |
|---|---|---|---|---|---|---|---|---|
| S-19411 | Open Top | 16 Gal. | 1A2/Y1.8/100 | 0.9/0.9/0.9 | 17 | $71 | $67 | 1 ADD |

Additional Info Email Page Add to Favorites Request a Catalog

EXHIBIT 1 - PAGE 322 OF PAGE 453

# 109

My Account | Contact Us | Sign in | Cart $77.00

Search GO

Products | Uline Products | Quick Order | Catalog Request | Special Offers | About Us | Careers

Home > All Products > Facilities Maintenance > Trash Cans > Brute® Trash Cans

## Rubbermaid® Brute® Trash Can - 55 Gallon, Gray



Tough trash cans that handle your heaviest loads.

- Heavy-duty plastic construction resists denting, bending and cracking.
- Molded-in handles make lifting easy.
- Vented side channels for easy trash liner removal.
- USDA compliant. NSF certified.
- Recommended trash liners: Use S-13573 or S-13577.

More Images

| MODEL NO. | DESCRIPTION | SIZE H x D | WT. (LBS.) | PRICE EACH 1 | 3 | 5+ | ADD TO CART |
|---|---|---|---|---|---|---|---|
| H-1047GR | 55 Gallon | 33 x 26" | 18 | $75 any quantity | | | 1 ADD |

Additional Info | Accessories | Email Page | Add to Favorites | Request a Catalog

(//cdn.shopify.com/s/files/1/1940/9367/products/budweiser-bow-tie-neon-beer-sign-31x14-new-box_171750397453_1da60b10-4dfa-4fee-9d54-f3d6d9160db6_1024x1024.jpg?v=1499570215)



## Budweiser Bow Tie Neon Beer Sign

**PRODUCT TYPE** Budweiser

~~$210.00~~ **$139.98**

**Choose the Size**

17 Inch Width x 5Inch Height

Backing Options

-- Choose Backing Options --

Flashing Options

-- Choose Flashing Options --

**QUANTITY:**

1

**Subtotal: $139.98**

**ADD TO CART**

*TAGS* Bar&Beer Neon Signs (/collections/all/bar-beer-neon-signs) / Budweiser Neon Signs (/collections/all/budweiser-neon-signs)

**PRODUCT DESCRIPTION**

**FLASHING OPTION**

**PAY BY CREDIT CARD**

Hi! Sign in or register Daily Deals Gift Cards Help & Contact Sell My eBay

Shop by category Search for anything All Categories Search

eBay Collectibles Breweriana, Beer Signs & Tins Budweiser Share

# Budweiser Light Clock Sign Clydesdale Wagon Team Dalmation Equestrian Digital

**$300.00**
Free local pickup

Buy It Now

Add to cart



**or Best Offer**

Make Offer

Watch

See details for delivery est.

- Used condition
- 14 day returns - Buyer pays return shipping

*"Clean*
*This is a beautiful Budweiser Clydesdale wagon team lighted sign with digital clock. It was pretty..."*
Read full description
See details

Sold by
a_a_man4u (228)
100.0% Positive feedback
Contact seller




$13,986.00

Ships free with

Get the price by text!

Why do we do this?

Or call 717-392-7472
(Mon-Thur 24 Hours, Fri 12AM-8PM EST
Sat & Sun: 9AM-4PM EST)

Rugged stainless steel construction

#114

#115

My Account (/objects/link?at=account) Shopping Cart (0) (/cart?at=disp)

RestaurantTory (/)
Your Restaurant Inventory Superstore

484-785-TORY(8679)

Search for... Go!

0

(https://restauranttory.com/products/Marsal/MRSMB-6060.png)



## Marsal and Sons Pizza Oven - MB-866

Condition: NEW

**Our Price: $12,798.50**

List Price: $23,270.00 (Save: 45%)

Qty: 1

4.7 ★★★★★
Google
Customer Reviews

Free Shipping!




Only
**$369.05**
Ships free with

Due to a manufacturer's price increase, this price will increase by **2.50%** on 01/01/19

#116

UPC Code: 400011177478

#117



≡ WebstaurantStore    Account

http://www.gotowebstore.com/92240707-120

# Vollrath 40707 20 lb. Commercial Countertop Deep Fryer - Twin Pot 120V

★★★★★ Item #: 92240707 120 MFR #: 40707



| plus | plus | plus | plus | plus |
|---|---|---|---|---|
| APW Wyott HEF-30-208/240 | Bakers Pride BPHEF- | Avantco F102 20 lb. Dual Tank | Waring WDF1000D Double 10 | APW Wyott EF-30I 30 lb. |
| $2,367.00/Each | $2,377.65/Each | $194.99/Each | $685.00/Set | $1,859.5 |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |



## $610.55

Ships free with

**Login or enter your email to be instantly sent the price!**

Why do we do this?

Start a Live Chat with a Customer Service rep to receive the price!
Mon-Thur 24 Hours, Fri 12AM-8PM EST
Sat & Sun: 9AM-4PM EST.

#118



# Deluxe Stainless Steel Worktables - 96 x 30"



More Images

Used in every commercial kitchen and food processing plant.

- Resist rust and corrosion. Easy to wash down.
- Six 1 5/8" diameter steel tube legs with adjustable bottom shelf. 35" table height.
- All stainless steel construction. Type 304 top.
- Optional Casters and Drawer available.




NSF Certified

| MODEL NO. | DIMENSIONS L x W | GAUGE | CAPACITY (LBS.) | WT. (LBS.) | PRICE EACH 1 | PRICE EACH 2+ | ADD TO CART |
|---|---|---|---|---|---|---|---|
| H-5691 | 96 x 30" | 16 | 500 | 126 | $1,040 | $995 | 1 ADD |

EASY ASSEMBLY. SHIPS VIA MOTOR FREIGHT.

Additional Info Email Page Add to Favorites Request a Catalog

EXHIBIT 1 - PAGE 330 OF PAGE 453

#119

WebstaurantStore

Account

http://www.gotowebstore.com/180MW112T

## Solwave 1000W Stackable Commercial Microwave with Large 1.2 cu. ft. Interior and Push Button Controls - 120V

★★★★★ Item #: 180MW112T



Only
**$337.99**/Each
Ships free with

- 1.2 cu. ft. stainless steel cavity fits plates up to 14" in diameter and standard half-size pans
- Push button controls for convenience
- Five power levels and 100 programmable menu settings
- 3 adjustable volume levels and cooking stages with 120V; 1000W
- Stainless steel exterior provides easy cleaning and a sleek appearance

**Shipping:**

**Quick Shipping**
Usually ships in **1 business day**

SOLWAVE

Regency 24" x 18" Stainless Steel Microwave Shelf

Departments

Account

# WebstaurantStore

## Cart

| ITEM | QTY: | QTY | PRICE |
|---|---|---|---|
| APW Wyott RTR-8 8 Compartment Refrigerated Topping Rail - 120V<br>#135RTR8A - EACH<br>*plus* Ships Common Carrier Free Shipping | Qty: | 1 | |

### Recommended Products

*plus* Solwave 1000W Stackable Commercial Microwave with Large $337.99/Each

*plus* Vollrath 40707 20 lb. Commercial Countertop Deep Fryer $610.55/Each

*plus* Vollrath 40710 30 lb. Commercial Countertop Deep Fryer $950.30/Each

*plus* Vollrath 40709 15 lb. Commercial Countertop Deep Fryer $556.50/Each

*plus* Vollra Comm Coun $357

Subtotal $2,456.50

Ships To Business at ZIP/Postal code

Pay with credit card

Or use a third-party payment service

Checkout with Paypal

Lease your order as low as $50.85 / month

#120

WebstaurantStore Account

http://www.gotowebstore.com/92247703

## Vollrath 47703 Wedge 8 Cut Potato Cutter

★★★★★ Item #: 92247703 MFR #: 47703



**$204.15**/Each

Ships free with

**Login or enter your email to be instantly sent the price!**

Why do we do this?

Start a Live Chat with a Customer Service rep to receive the price!
Mon-Thur 24 Hours, Fri 12AM-8PM EST
Sat & Sun: 9AM-4PM EST.

**Customers Also Viewed**



Choice Potato Wedge Cutter - 8 Wedge French Fry Cutter
plus $34.99 /Each

- Cuts a potato into 8 wedges
- Nickel plated cast iron structure
- Screw holes allow for counter or wall mounting
- Stainless steel "V" trough for easy cleaning

**UPC Code:** 029419101177

**Shipping:**

**Quick Shipping**
Usually ships in 1 business day

Departments

Account

http://www.gotowebstore.com/59156050-1

WebstaurantStore

Nemco 56050-1 CanPRO Heavy Duty Side Cut Manual Can Opener - Permanent Mount

★★★★★ Read 13 reviews Item #: 59156050-1 MFR #: 56050-1



Only

$334.95/Each

#122

Departments

Account

http://www.gotowebstore.com/21180813

WebstaurantStore

Cal-Mil 808-13 Iron Paper Towel Holder - 10" x 6" x 4"

★★★★★ Read 3 reviews Item #: 21180813 MFR #: 808-13



Only
$26.49/Each

#123

≡ Departments

Account

http://www.gotowebstore.com/178A23FHC

**WebstaurantStore**

**Avantco A-23F-HC 29" Solid Door Reach-In Freezer**

★★★★★ Read 8 reviews Item #: 178A23FHC



Only

**$1,399.00/Each**

#124

# 126

My Account | Contact Us | Sign In | Call 877.00

ULINE 1-800-295-5510

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Shelving, Bins and Storage > Industrial Shelving > Heavy-Duty Steel Shelving

# Heavy-Duty Steel Shelving - 60 x 36 x 96"



Enlarge & Video

Highest capacity storage for motors, dies and heavy machine parts. Up to 3,250 lbs. per shelf!

- Boltless assembly. Shelves snap into place and adjust at 1 1/2" increments.
- Four-way access for easy loading and unloading.
- 14-gauge steel posts; 16-gauge steel shelves.
- Tough, powder-coat finish.
- Made in USA.
- Additional Shelves available.




| MODEL NO. | DIMENSIONS W x D x H | NO. OF SHELVES | SHELF SUPPORTS | SHELF CAP. (LBS.) | PRICE EACH 1 | PRICE EACH 2+ | WT. (LBS.) | ADD TO CART |
|---|---|---|---|---|---|---|---|---|
| H-5448 | 60 x 36 x 96" | 5 | 5 | 3,250 | $687 | $664 | 335 | 1 ADD |

SHIPS UNASSEMBLED VIA MOTOR FREIGHT

Additional Info Parts Email Page Add to Favorites Request a Catalog

#130

# Nesco 4818-25-20 18-Qt. Stainless Steel Cookwell

1 reviews Walmart # 552937022




1 of 2

$114.01

Qty:
1

Add to Cart

**Free 2-day shipping**
Arrives by Thu, Oct 18 Options

**Free pickup Thu, Oct 18 + discount**
Ships to Livonia, 29574 7 Mile Rd Options

Sold & shipped by Walmart

Add to List Add to Registry

11 other sellers from **$114.49** Compare all sellers

## Product highlights

- 18 qt stainless steel roaster
- Stainless steel cookwell for commercial food prep

Tell us if something is incorrect

Feedback

#131

WebstaurantStore

Account

http://www.gotowebstore.com/92272165

Vollrath 72165 11 Qt. Soup Warmer Kettle Black - 120V, 650W

★★★★★ Item #: 92272165 MFR #: 72165



$459.60/Each

Ships free with

Login or enter your email to be instantly sent the price!

Why do we do this?

Start a Live Chat with a Customer Service rep to receive the price!
Mon-Thur 24 Hours, Fri 12AM-8PM EST
Sat & Sun: 9AM-4PM EST.

- Heat and hold soups, sauces, and more
- Accommodates 11 qt. of soup
- Thermostatic controls for precise temperature settings
- Epoxy coated aluminum exterior
- Comes with inset, hinged cover, soup cards, and clip
- 120V, 650W

UPC Code: 00029419154876

Shipping:

Quick Shipping
Usually ships in 1 business day

VOLLRATH

#132

WebstaurantStore
Account

http://www.gotowebstore.com/473SSPOT100

## Vigor 100 Qt. Heavy-Duty Stainless Steel Aluminum-Clad Stock Pot with Cover

★★★★★ Item #: 473SSPOT100



Only
**$145.99**/Each
Ships free with

- 100 qt. capacity
- Stainless steel interior is easy-to-clean and won't transfer flavor between dishes
- Heavy-duty 3-ply bottom consists of two layers of stainless steel
- Reinforced handles for effortless transport
- Great for preparing stocks, soups, pasta, and large vegetables

**Shipping:**

**Quick Shipping**
Usually ships in 1 business day

VIGOR

#133




BEST VALUE!
**$319**

Color: Candy Apple Red

Limited Warranty Included
See Details

**Additional Protection Plans**

- 1 Year Small Appliance Protection Plan — See Details — $15
- No Thank You

**Ship to Home or Store**
Est. Delivery: Oct 19th - Oct 24th

Online Only

Qty
1

Add To List

Add to Registry

**You May Also Like**

EXHIBIT 1 - PAGE 341 OF PAGE 453

winco

Model -POB-K
Units Per - dz
Condition - New
$4.15
Qty 1
Add to Cart

♥ Save for later




- Product Descriptions
- Specifications
- Availability
- Warranty Info
- Freight Process

Availability - In Stock
Ships within 48 hours. (Mon. - Fri.)

**Warranty Info**

**30 Day Return Policy**

**New Site Review**

Great Service!
"Called in and was pleasantly surprised by the helpful and courteous nature of the reps! Also prices are great and shipping is fast."
Home > Smallwares > Tabletop > Serving Vessels > Serving Baskets > Fast Food Baskets

#135

Find A Store You May Like... My Offers Track Order Help Gift Cards Ship To

#136

BED BATH & BEYOND



Exclusively Ours

# Rosenthal Arzberg Joyn Dinner Plate in White

- Clean, elegant lines paired with timeless simplicity
- Twice-fired porcelain provides exceptional durability
- Oven, microwave, freezer, and dishwasher safe
- Measures 10.5" diameter
- Imported

SKU # 63949377

Vendor Shipping Details | Gift Packaging Unavailable

Part of the Rosenthal Arzberg Joyn Dinnerware Collection in White

$21.99

Free Shipping on Orders Over $39

Standard Shipping
Shipping Options

In-Store Pickup
This item is not available for in-store pickup at this time

Already own and love this product? Show it! Share it! SHARE YOUR PHOTO

Are you ready to checkout? 1 Item(s) in Cart CHECKOUT

CUST
ALSO

Real Sin
Place Pl
Setting I
Seaglass
4 Pc. Pla
Setting

Real Sin
Oval Rin
Platter Ir
Seaglass
$19.99

Real Sin
Place Pl
Setting i
$24.99

#139

≡ WebstaurantStore

Account

http://www.gotowebstore.com/53958015V

# West Bend 58015V Commercial 55 Cup Aluminum Coffee Maker (International Use Only)

Item #: 53958015V



| plus | plus | plus | plus | plus |
|---|---|---|---|---|
| Avantco CU55ETL 55 Cup | Avantco CU110ETL 110 Cup | Avantco CU30 30 Cup (1.1 | Proctor Silex 45100R | Proctor Silex 45060 60 |
| $56.99/Each | $69.99/Each | $27.99/Each | $103.50/Each | $92.58/Ea |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |



Only
**$155.99**
Ships free with

Customers Also Viewed

Avantco CU55ETL 55 Cup Stainless Steel Coffee

#142

WebstaurantStore

Account



# Alto-Shaam 1000-UP Mobile 8 Pan Dutch Door Holding Cabinet - 120V

Item #: 1311000UPA MFR #: 1000-UP 120V


plus

plus

plus



| Avantco HPI-1836 Full Size | Hatco FSHC-17W2D | Metro C569-SDS-L C5 6 | Vulcan VBP18 Full Size | Cres Cor H-137-WSUA-12D |
|---|---|---|---|---|
| $1,149.00/Each | $6,135.25/Each | $4,029.00 | $5,359.90 | $4,689.0 |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★ |



Login or add to cart to see our price!

**$X,XXX.XX**

Retail Price

**$4,076.00**

Why do we do this?

Ships free with



Due to a manufacturer's price increase, this price will

#14 3



## VacPak-It VMC10OP Chamber Vacuum Packaging Machine with 10 1/4" Seal Bar and Oil Pump

★★★★★ Item #: 186VMC10OP




Only
**$649.00/Each**
Ships free with

Regularly: $699.00

- 1000 free 8" X 12" vacuum packaging bags included, values $48.99
- Powerful 1/4 hp oil pump runs quickly and quietly; perfect for heavy-duty use
- 10 1/4" seal bar quickly seal bags in less than 6 seconds and vacuums in 20 to 40 seconds
- Control panel with simple digital controls for smooth operation
- 304 series stainless steel body for exceptional strength and durability

**Quality Rating:** Better

**Shipping:**

**Quick Shipping**
Usually ships in 1 business day

VACPAK-IT

#144

WebstaurantStore Account

http://www.gotowebstore.com/410HMD200

## Hamilton Beach HMD200 Single Spindle Drink Mixer - 120V

★★★★★ Item #: 410HMD200 MFR #: HMD200



**$336.38/Each**

Ships free with

**Login or enter your email for current pricing.**

Why do we do this?

Start a Live Chat with a Customer Service rep to receive the price!
Mon-Thur 24 Hours, Fri 12AM-8PM EST
Sat & Sun: 9AM-4PM EST.

- ✔ Features a 2 speed ball bearing motor
- ✔ Comes with one 32 oz. stainless steel malt cup
- ✔ Built-in safety switch and easy on/off switch
- ✔ Includes suction cup feet for added stability
- ✔ Durable base provides extra stability to prevent spills

**UPC Code:** 10040094911018

**Shipping:**

**Quick Shipping**
Usually ships in 1 business day

Hamilton Beach COMMERCIAL



Fox's U-Bet 22 oz. Squeeze Bottle | San Jamar KLC28C Klean Cup Commercial | 30 oz. Stainless Steel Malt Cup | Hami Stain

FREE shipping with $75 purchase. details FREE store pickup today TAKE AN EXTRA 30%, 20% or 15% off when you use a Kohl's Charge. details & exclusions

KOHL'S What are you looking for today? Account 0 $0.00 Check Out

Shop by Department My Store: Troy-mi Kohl's Coupons Help

FoodSaver Seal Now. Savor Later. SHOP ALL FOODSAVER

< Back Kitchen & Dining > Small Appliances > Mixers & Accessories > KitchenAid

# KitchenAid KSM152PS Custom Metallic 5-qt. Stand Mixer



79 people are also interested!

Get a free gift! With qualifying purchase. Learn More

REGULAR
**$599.99**

★★★★★ 4.9 172 Reviews 10 Questions

*98% of reviewers would recommend this to a friend*

Color: Brushed Nickel

FREE Ship to Store
Troy-mi
check other stores

Ship to Me
Free w/ $75 purchase

Quantity
1 +
Add to Cart
Only 9 left!

▶ More from the Manufacturer View Larger

Report a problem with these images

Add To Registry Add To List

## You Might Be Interested In These



Regular $429.99
KitchenAid KSM155GB Artisan Design Series ...
(19835)



Regular $529.99
KitchenAid KF26M22 Pro 600 Design Series 6-q...
(423)

## PRODUCT DETAILS

Get a free gift! Purchase a qualifying KitchenAid brand small appliance and follow the instructions on the rebate form to receive a Free Stand Mixer attachment (a $49.99-$99.99 value) by mail. Offer valid on purchases made October 11 - October 28, 2018. View the KitchenAid rebate here.

This modern KitchenAid stand mixer allows you to mix, blend and whip to your heart's content.

Accessorize your stand mixer with a KitchenAid attachment

Gift Givers: This item ships in its original packaging. If intended as a gift, the packaging may reveal the contents.

## Inspired By Your Recently Viewed

PRODUCT FEATURES

#146

• Call (866) 252-6951 or Chat Login Cart (0) (view_cart.asp) TRUST GUARD (https://secure.trust-guard.com/security/888

/)

What Are You Looking For?

Product Categories

Restaurant Equipment (Restaurant-Equipment_c_2497.html) Countertop (Countertop-Equipment_c_2504.html)

Home (/)/ Shop by Manufacturer (/shop-by-manufacturer.html)/ Curtis Co. (/wilbur-curtis.html)

# Wilbur Curtis CAFEPC1CL10000 - Primo Cappuccino Machine, with light box

Manufacturing Id: CAFEPC1CL10000



(assets/images/products/wilc/WCCAFEPC1CL10000.jpg)

Image may include accessories and may not necessarily depict product color.

CALL (866) 252-6951 (TEL:(866) 252-6951) CHAT

Talk to a Real Person! Mon-Fri 8am-6pm EST

Your Price: $958.75 /Each

1 Add to Cart

Quick Ship - Usually Ships in 24 Hours

Download the CAFEPC1CL10000 PDF Spec Sheet (http://www.jesrestaurantequipment.com/assets/spec-sheets/2016/CUR0063A.pdf)

The manufacturer provides these spec sheets for exact measurements, voltage options and requirements, and additional product options.

Download Spec Sheet (http://www.jesrestaurantequipment.com/assets/spec-sheets/2016/CUR0063A.pdf)

Description

## Specifications

- Primo Cappuccino Machine
- With light box
- 1 station dispensers
- 7 lb removable hopper capacity
- 5-3/10 gallons per hour
- Changeable door display
- Touch key control panel
- 2 gallon water tank

#149

WebstaurantStore

Account



## Perfect Fry PFA3750 Fully-Automatic Ventless Countertop Deep Fryer - 4.2 kW

Item #: 398PFA3750 MFR #: PFA3750

plus plus plus plus plus



Perfect Fry PFCH-14 14 1/4" Crisp
$2,929.00



Perfect Fry PFA720 Fully-
$7,059.00



Perfect Fry PFC570-208 Semi-
$5,699.00



Perfect Fry PFC570-240 Semi-
$5,699.00



Perfect Fry PFC187 Semi-
$5,699.0



Only
$7,709.00
Ships free with

Customers Also Viewed

Perfect Fry PFCH-14 14 1/4" Crisp 'N' Hold Countertop Fry Holding Station - 120V

#150

FREE SHIPPING ON ORDERS OVER $75

**Request a Quote (https://fireextinguisherdepot.com/quote/)**
Click here to submit your request.

Home (https://fireextinguisherdepot.com/) > B260 - 6 Liter Class K Kitchen Fire Extinguisher



100x700/9df78oab...95/b/2/b260.jpg)

# B260 - 6 Liter Class K Kitchen Fire Extinguisher

Be the first to review this product (https://fireextinguisherdepot.com/review/product/list/id/7/#review-form)

**Availability:** In stock

~~$199.00~~ **$189.95**

Buy 2 for $179.95 each and save 5%

Email to a Friend (https://fireextinguisherdepot.com/sendfriend/product/send/id/7/)

1 Add to Cart

(https:/.

Description

**Amerex B260 - 6 Liter Class K Wet Chemical Fire Extinguisher**

WET CHEMICAL extinguishers are the best restaurant kitchen appliance hand portable fire extinguishers you can purchase. Each model has been tested and approved for the Class K listing by UL specifically for restaurant kitchenhazards. They contain a special potassium acetate based agent. The recent trend to more efficient cooking appliances and use of vegetable based cooking oils dictates the use of a hand portable fire extinguisher with greater fire fighting capacity and cooling effect to combat these very hot and difficult fires. Available in two sizes - 6 liter or 2½ gal. - with attractive stainless steel cylinders and easy to use hose and spray application nozzle. The superior fire fighting capability of the Wet Chemical agent is placed exactly where you aim it with no chemical residue to clean up. The Models B260 and B262 are the ideal "KITCHEN USE" fire extinguishers. They supplement existing cooking equipment automatic system protection for an extra margin of safety.

**SPECS**
- Model Number: B260
- UL Rating: 2A:K
- Capacity: 6 Liter
- Shipping Weight: 22.5 Lbs
- Height: 19 In
- Width: 9 In
- Depth: 7 In
- Range (initial ft): 10-12
- Discharge time: 53 sec
- Included Bracket: Wall Bracket

**RUGGED**
- 5 Year Manufacturer's Warranty
- Stored Pressure Design

EXHIBIT 1 - PAGE 351 OF PAGE 453

#154

Email Print

Cleaning and Janitorial | Cleaning Supplies | Cleaning Chemical Dispensers | Pre-Measured Chemical Dispensing Systems | Pre-Measured Chemical Dispensers |
Chemical Mixing Dispenser, Number of Chemicals Dispensed: 43, Fills Auto Scrubber, Bottle, Bucket

# Chemical Mixing Dispenser, Number of Chemicals Dispensed: 43, Fills Auto Scrubber, Bottle, Bucket

**Item # 46E797 Mfr. Model # D3764735 Catalog Page # 1520 UNSPSC # 40151552**



Web Price
**$510.00 / each**

Shipping Pickup

Expected to arrive Wed. Oct 17.

Ship To 48033 (Change)

Auto-Reorder Every
1 Month

Deliver one time only

Qty
1
ADD TO CART

Cleaner Chemical Product Grouping Pre-Measured Chemical Dispensers

Item - Premeasured Chemical Dispensers Chemical Mixing Dispenser

## Categories based on your search



Cleaning and Janitorial



Cleaning Supplies

Cleaning Chemical Dispensers



Pre-Measured Chemical Dispensing Systems



Pre-Measured Chemical Dispensers

## Other products based on your search

EXHIBIT 1 - PAGE 352 OF PAGE 453

#155

Home

Model # KT1179 Internet #303044868



simplehuman Compact Steel Frame Stainless Steel Dish Rack in Fingerprint

Save to Favorites

$49.99 /each

Loading Buying Options...

#156

≡ WebstaurantStore

Account

http://www.gotowebstore.com/178SSUC60FHC

**Avantco SS-UC-60F-HC 60" Undercounter Freezer**

Item #: 178SSUC60FHC



Only
**$1,919.00/Each**

- Strong and sleek type 430 stainless steel exterior
- Type 304 stainless steel interior maintains temperatures from -5 to 2 degrees Fahrenheit
- Foamed-in-place polyurethane insulation
- Easy-to-read digital temperature controller
- 115V; 1/4 hp

**Shipping:**

**Quick Shipping**
Usually ships in **1 business day**

REFRIGERATION AVANTCO

Make cold food storage as convenient as possible with the Avantco SS-UC-60F-HC 60" undercounter freezer.



This undercounter freezer is the solution for any operation that's in need of

#187

(https://thinkliquor.com/customer-favorites)



# Jagermeister 3 Bottle Tap Machine

Jägermeister (https://thinkliquor.com/all-products/filter/manufacturer/jägermeister) | Bar Accessories (https://thinkliquor.com/all-products/filter/type/bar-accessories) | Bartender Tools (https://thinkliquor.com/all-products/filter/variety/bartender-tools)

$399.99

- 1 + ADD TO CART

(https://thi

## Free Shipping

*Orders totaling $299+ qualify for free ground delivery to one address within the Continental US (1-5 Business Days (/shipping#groundmap)). Sale items do not count towards a qualifying order total.*

f (http://www.facebook.com/sharer/sharer.php?u=https://thinkliquor.com/jagermeister-3-bottle-tap-machine?dfw_tracker=28962-5563&

G+ (https://plus.google.com/share?url=https://thinkliquor.com/jagermeister-3-bottle-tap-machine?dfw_tracker=28962-5563&gclid=Cj0K

(https://twitter.com/intent/tweet?text=Jagermeister+3+Bottle+Tap+Machine.+Buy+a+bottle+of++Jagermeister+3+Bottle+Tap+Machi

in (https://www.linkedin.com/shareArticle?mini=true&url=https://thinkliquor.com/jagermeister-3-bottle-tap-machine?dfw_tracker=28962 5563&gclid=Cj0KCQiAi57gBRDqARIsABhDSMr_GyazfjZBxIa27bwMGOr0Gq5WQ_fxIk3OXTIBulqVxOr8w_MpC3EaAhdpEALw_wcB&summ

(http://pinterest.com/pin/create/button/?url=https://thinkliquor.com/jagermeister-3-bottle-tap-machine?dfw_tracker=28962-5563&gclid=Cj0KCQiAi57gBRDqARIsABhDSMr_GyazfjZBxIa27bwMGOr0Gq5WQ_fxIk3OXTIBulqVxOr8w_MpC3EaAhdpEALw_wcB&media

PRODUCT DESCRIPTION

Take your home bar to a new level with this bottle of Jagermeister 3 Bottle Tap Machine from Jägermeister and have it delivered directly to you! We can be your local online liquor store and we promise our large selection of Bar Accessories will leave you impressed. If it doesn't simply let us know what product from Jägermeister you are looking for and we will do our very best to find it. Buy a bottle of Jagermeister 3 Bottle Tap Machine online today.

ADDITIONAL INFORMATION

SHIPPING

CHAT

#189

(https://thinkliquor.com/customer-favorites)




# Fireball Two Bottle Whiskey Chiller Tap Machine

Fireball (https://thinkliquor.com/all-products/filter/manufacturer/fireball) | Bar Accessories (https://thinkliquor.com/all-products/filter/type/bar-accessories) | Bartender Tools (https://thinkliquor.com/all-products/filter/variety/bartender-tools)

$599.99

- 1 + ADD TO CART

(https://thi

## LIMITED OR SPECIAL ORDER ITEM

*This is a Limited Special Order item subject to availability. The vintage shown is not guaranteed. We do our best to keep our catalog updated but occasionally a product is no longer available or the price has changed. This item will take an additional 5-7 Business Days to ship. If delivery is time sensitive please contact customer service via email or chat.*

(http://www.facebook.com/sharer/sharer.php?u=https://thinkliquor.com/fireball-two-bottle-whiskey-chiller-tap-machine) (https://

(https://twitter.com/intent/tweet?text=Fireball+Two+Bottle+Whiskey+Chiller+Tap+Machine.+Purchase+this+Fireball+Two+Bottle+Wh

(https://www.linkedin.com/shareArticle?mini=true&url=https://thinkliquor.com/fireball-two-bottle-whiskey-chiller-tap-machine&title=ht machine&summary=Fireball+Two+Bottle+Whiskey+Chiller+Tap+Machine.+Purchase+this+Fireball+Two+Bottle+Whiskey+Chiller+Tap+M

(http://pinterest.com/pin/create/button/?url=https://thinkliquor.com/fireball-two-bottle-whiskey-chiller-tap-machine&media=https://thinkliquor.com/media/catalog/product/cache/2/image/265x/9df78eab33525d08d6e5fb8d27136e95/2/0/201

**PRODUCT DESCRIPTION**

Looking for a special bottle of Fireball Bar Accessories? This bottle of Fireball Two Bottle Whiskey Chiller Tap Machine is exactly what you need. Hailing from No Canada Fireball Two Bottle Whiskey Chiller Tap Machine is a classic example of Bar Accessories No : We offer an extensive selection of Bar Accessories online with the convenience of being directly delivered to you. Whether you are looking to replace a bottle that you enjoyed or trying to find something new our online liquor store has thousands of selections for you to choose from.,

No matter if you are looking for this bottle of Fireball Two Bottle Whiskey Chiller Tap Machine or another Fireball bottle to try, we have you covered with all the Bar Accessories you might need.

**ADDITIONAL INFORMATION**

CHAT

**SHIPPING**

EXHIBIT 1 - PAGE 356 OF PAGE 453

#202




## Miller Lite Logo V2 Pub Store Beer Bar Handcrafted Real Glass Tube Neon Light Sign

$139.99 ~~$210.00~~ SAVE $70

Choose the Size

17 Inch Width x 14 Inch Height

Size reference click here

Backing Options

-- Select Backing Options--

Flashing

-- Select Flashing--

Quantity

Email us

# 204

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

≡ WebstaurantStore Account



## Bar Maid SS-100 Submersible Electric Glass Washer - 115V

★★★★★ Item #: 929BGW20S MFR #: SS-100




| plus | plus | plus | plus | plus |
|---|---|---|---|---|
| Noble Products Last Call | Noble Products Green | Noble Products Manual 8" | Campus Products GP5 Black | Campus Products GP5 |
| $269.99/Each | $219.99/Each | $7.39/Each | $1,019.00/Each | $1,019.0( |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |



Each Only
**$488.36**
Ships free with

- ✔ Requires no special plumping or electrical hook-ups
- ✔ Cleans and sanitizes glasses with less breakage
- ✔ Heavy-duty bearings for frequent use

UPC Code: 00718550001001

Shipping:

#205



# Dresden Swivel Bar Stool Black

There are no reviews yet. | Write a review

**FREE Shipping On This Item!**

~~Retail: $447.00~~

$298.00

#210

Shop Sweetwater | inSync | SweetCare | Events | Careers | Used Gear

Sweetwater®

MENU

Search for sweet gear

24 Day Giveaway

Studio & Recording / Studio Monitors / Active Monitors

# Yamaha HS7 6.5" Powered Studio Monitor - Black

21 reviews | Write your review | **Item ID: HS7**

**$299.99** (each)

Sweetwater Savings: $99.01 MSRP: $399.00

Or make 3 easy payments

**FREE Shipping** **FREE Tech Support** **FREE 2-year Warranty**

Special Financing - Ends Dec 31

**Or just $9/month§ for 36 months**

0% interest for 36 months**. 36 equal monthly payments required. Valid through 12/31/2018. Learn more

✔ **In Stock!** Available for immediate delivery!

ADD TO CART Qty 1 ♡ ADD TO LIST

**Model:**

HS5 | **HS7** | HS8

**Color:** Black



**Share this with your friends:**

 #212



## Charging Station, USB, 16-port, Black

TRIPP LITE | Zoro #: G5189655 | Mfr #: CS16USB

1 Review | Write a Review

Rated
5

Details:

Item: Charging Station,USB,16-port,Black
Country of Origin (subject to change): China

View Full Product Details

This item ships FREE. Details.

Standard ground shipping.

Drop ship

Item ships in 11-15 business days.

**$858.21 /ea**

Add to Cart

Id: G5189655 ✖

1 - 36 of 471 results

Relevance ▾



TRIPP LITE

Reversible USB Extension Cable, Blck, 6 ft

Zoro #: G6210127
Mfr #: UR024-006-RA

**$4.65**

Backordered

Orders over $50 ship FREE.



MONOPRICE

EXHIBIT 1 - PAGE 361 OF PAGE 453

#213

Search

# Chauvet DJ Motion Drape LED Backdrop w/Animated Lighting FX+Laser Effects Light

Write a review



1 of 14

**$499.99**

Only 6 left!

Qty:
1

Add to Cart

**$67.84 shipping**

Faster shipping options available at checkout Options

Pickup not available

Sold & shipped by Audiosavings : Return policy

Add to List Add to Registry

## Product highlights

Package: Chauvet DJ Motion Drape LED Mobile Backdrop with 30 Animated Lighting Effects and Fantastic Multi-Color Rain Effect + American DJ MICRO SKY Mini Green Laser Light Creates A Liquid Sky Effect

Feedback

Tell us if something is incorrect

EXHIBIT 1 - PAGE 362 OF PAGE 453

#214

≡ WebstaurantStore Account

http://www.gotowebstore.com/5515020

## Libbey 5020 16 oz. Paneled Mug - 12/Case

★★★★★ Item #: 5515020 MFR #: 5020



Buy 3 or more

**$50.94/Case**

Ships free with

Buy 1 - 2 **$52.99/Case** =$4.42

- Classic, sturdy design
- Vertical panels round out at the top for comfortable drinking
- Very thick walls and handle for superior durability
- Large, hollow base
- Perfect for showcasing all of your draft beers
- Great for bars, lounges, and restaurants

**UPC Code:** 031009890057

**Shipping:**

**Quick Shipping**
Usually ships in **1 business day**

#215

WebstaurantStore

Account

http://www.gotowebstore.com/55115240

## Libbey 15240 Gibraltar 8 oz. Rocks Glass - 36/Case

★★★★★ Item #: 55115240 MFR #: 15240



Buy 3 or more

**$65.24/Case**

Ships free with

Buy 1 - 2 **$66.99/Case** = $1.86

- DuraTuff treatment increases resistance to thermal and mechanical shock
- Features a unique paneled design
- Ideal for restaurants, bars, hotels, and lounges
- Crystal-clear clarity enhances presentation
- Great for serving signature cocktails
- Includes a thick sham for increased stability
- Perfectly balanced to rest on trays, tabletops, and counters

**UPC Code:** 031009007691

**Shipping:**

**Quick Shipping**

Usually ships in **1 business day**

#216

WebstaurantStore

Account

http://www.gotowebstore.com/5515122

## Libbey 5122 1 oz. Whiskey / Shot Glass - 12/Case

★★★★★ Item #: 5515122 MFR #: 5122



Buy in lots of 6 :

**$16.08/Case**

Ships free with

Regularly: $17.49/Case = $1.46

- Made of durable, crystal clear glass
- Designed to provide optimum clarity and brilliance
- Classic shape and wide mouth
- Thick sham provides stability and increases perceived value
- Perfect for serving whiskey and signature shots
- Must-have addition to bars, lounges, catered events, and more

UPC Code: 031009133666

Shipping:

**Quick Shipping**
Usually ships in **1 business day**

#217

≡ WebstaurantStore

Account

http://www.gotowebstore.com/407POURCLRRD

## 1 oz. Clear Spout / Red Tall Measured Liquor Pourer with Collar - 12/Pack

★★★★★ Item #: 407POURCLRRD

plus  Tablecraft 148A 1 oz. Red Spout $22.99/Pack ★★★★★

plus  Choice Stainless Steel $7.09/Pack ★★★★★

plus  Choice Translucent Universal $3.49/Pack ★★★★★

plus  Choice Stainless Steel $7.69/Pack ★★★★★

plus  Choice Angled Stainless $7.69/Pack ★★★★★



Buy 1 or more

**$15.49** /12 - $1.29

Ships free with

Don't need a full case? >

✔ Makes preparing mixed drinks easier

✔ Provides approximate proportions for less waste

UPC Code: 811642045737

Shipping:

#219

Hi! Sign in | Sell | My eBay

ebay | Search for anything | All Categories

eBay | Collectibles | Breweriana, Beer | Signs & Tins | Budweiser | Share

# Budweiser United States Armed Forces Tin Sign 2008 30" x 30" 1049673




$75.00

ils for delivery est.

l condition
turns, but backed by eBay
ack guarantee

*ned There are some*
*s. Look closely at the pictures*
*ondition of the item....*
description
ils

Buy It Now

Add to cart

Watch

Sold by
emiklovich (587)
100.0% Positive feedback
Contact seller

## Best Selling in Budweiser




24"x20" RARE Budweiser Darts Dartboard Game...




17x14 Yuengling Ohio Stat Buckeye Real Glass Neo...

## You may also like

EXHIBIT 1 - PAGE 367 OF PAGE 453

Home › Budweiser Armed Eagle Neon Sign Real Neon Light Message Us




# Budweiser Armed Eagle Neon Sign Real Neon Light

**Size**

40"X30"

**$389.99 USD** ~~$479.99 USD~~

**Quantity** - 1 +

Free shipping to worldwide in 13-20 business days

**Add to Cart**

**DESCRIPTION**

#222

Holiday Shipping Schedule View Delivery Dates ▾

Pottery Barn PB Apartment pottery barn kids PBteen west elm Rejuvenation Mark and Graham Classes, Events & Services Favorites Gift Cards Now Accepting PayPal Shipping To:

MY ACCOUNT | KEY REWARDS | TRACK YOUR ORDER CHECKOUT (0)

# WILLIAMS SONOMA
CALIFORNIA

Registry Stores eCatalog Blog Recipes Wine Club Gifts Food Gifts New Brands Open Kitchen Garden Christmas SEARCH

Extended! 20% Off Your Order* + Free Fast Shipping! Use Code MERRY > | Buy Online, Pick Up In Store LEARN MORE > | 25% Off Cookware* Williams Sonoma • All-Clad & More >

Home > Homekeeping > Ladders & Step Stools > Ultraslim Aluminum Step Stool 2 Step








## Ultraslim Aluminum Step Stool 2 Step

20% Off + Free Fast Shipping! Use Code: MERRY
Offer Not Valid on Items Ending in $0.99

★★★★½ Read Reviews Q & A

Select Size: 2-Step

2-Step 3-Step

$119.95

*Free Fast Shipping* *Exclusive*

1

ONLY AVAILABLE ONLINE

SHIP THIS ITEM
This item is only available for shipping.

Easy, hassle-free returns online and in-store for eligible items. Learn More

Earn $25 in reward dollars[4] for every $500 spent on your Williams Sonoma Credit Card. Learn More

SHARE YOUR STYLE | #MYWILLIAMSSONOMA Add A Photo

#MYWILLIAMSSONOMA

## SUMMARY

Just what you need for reaching those topmost kitchen shelves, this compact step stool fits into a sliver of space for storage. Lightweight and portable, it's handy all over the house.

- Compact, portable and lightweight.
- Folds to 1 3/4" deep for compact storage.
- Opens with a fingertip push.
- Sturdy aluminum frame.
- Plastic foot protectors.

EXHIBIT 1 – PAGE 369 OF PAGE 453

#222

pb j

919-661-2738

- HOME
- ABOUT
- PRODUCTS
- MANUFACTURING
- FAQ
- CONTACT

| | | | | | |
|---|---|---|---|---|---|
| × | | Coin Pusher Quarter Slider - Add Built-In Coin Changer (+$525.00) | $2,175.00 | 1 | $2,175.00 |

Coupon c APPLY COUPON

UPDATE CART

## Cart totals

| | |
|---|---|
| **Subtotal** | $2,175.00 |
| **Shipping** | Enter your address to view shipping options.<br>Calculate shipping |
| **Total** | **$2,175.00** |

SAVE $50 off your first order today!

Talk to an Expert today 844-767-9975 | Chat Now | Help Center

epromos

Free Rush with Coupon Code HRE2853!* - Shop Now >

Home / Home, Kitchen & Pets / Plastic Condiment Custom Caddy

Request a Sample >

# Plastic Condiment Custom Caddy

SKU:10003435



REQUEST A SAMPLE >



EXPERT SERVICE WE'RE HERE TO HELP

Call 844-767-9975 Chat Now

Select Product Color: Black

Quantity: Min 50

$14.89 ea. 50 Save $50 with ePromos

| Quantity | 50+ | 100+ | 150+ | 300+ | 500+ | 750+ |
|---|---|---|---|---|---|---|
| Save | - | 17.00% | 22.00% | 26.00% | 31.00% | 34.00% |
| Price | $14.89 | $12.29 | $11.59 | $10.99 | $10.25 | $9.89 |

50 X $14.89 ea: $744.50
Setup Charge: $55.00

Total: $799.50

CUSTOMIZE >

REQUEST SAMPLE

Add to Cart

Standard Production Time: 15 business days

epromos easy! FIND OUT HOW IT WORKS >

★★★★★ (0) | Imprint Details | Product Options

## Product Description

Your condiments will stay neat and organized on table tops with the use of a custom caddy imprinted with your logo.

- Polystyrene plastic
- Handle
- Tray on each side for condiments or napkins
- Includes same imprint on the front and back

Custom caddies are perfect for all night exposure in bars and restaurants!

## Imprint Details

...ides a one color/design imprint in any location. There is a setup charge per color/design. For each ...r added, an additional per-item charge will be added. The information below breaks out the pricing

4.7 ★★★★★ Google Customer Reviews

Related Products



+ 21 more

as low as $0.59

Magnetic Promotional Clips

Black (/P-14594/Wall-Mount-Business-Card-Holder-with-24-Pockets?selectedArtworkID=0) | Clear

- 24 Pockets
- Wall Mounting
- Clear Acrylic

CUSTOMIZE IT

## IN STOCK

Order in the next **1 hr 4 mins** and this item will **ship today.**

**$34.64** / Each (USD)

1 | Add To Cart

↓ More purchase options ↓

Norton SHOPPING GUARANTEE

## Description

### Clear 24-Pocket Wall Business Card Holder

This clear 24-pocket wall business card holder is a great marketing tool for small companies and large institutions alike! Hang the acrylic display in offices, stores, schools, or hospitals. Each pocket mount business card holder simply screws into the wall with included mounting hardware. The durable acrylic construction is sure to coordinate with any décor. Stock the business card holder with your own contact information or allow other vendors to fill it. Items like this mounting unit would be a hit at any trade show or conference.

## Specifications

| | |
|---|---|
| SKU | BCCLWM24 |
| GTIN | 840844122380 |
| Overall Width x Height x Depth | 24.8" x 12.8" x 1.0" |
| Pocket Width x Depth | 3.8" x 0.75" |
| Line or Series | The Workshop |
| Weight | 3.0lbs |
| Material | Acrylic |

#225

Hi! Sign in Sell My eBay

ebay Search for anything All Categories

eBay Collectibles Breweriana, Beer Signs & Tins Pabst Share

# PBR Pabst Blue Ribbon Large Tin/Metal Two Sided Sign Man Cave 22"x 22"x2" NEW




$[illegible]9.99

[illegible]hipping

[illegible]y Sat, Dec 8 - Mon, Dec 17 from Florida

[illegible]y condition

[illegible]lay returns - Buyer pays return

[illegible]

*[illegible]abst Blue Ribbon Large [illegible]al Two Sided Sign Wall Hang [illegible]"x 22"x2" Condition: New... "*

[illegible]ll description

[illegible]ails

Qty : 1

Buy It Now

Add to cart

Watch

Sold by
mattyandtracy2012 (3847)
100.0% Positive feedback
Contact seller

## Similar Items



SPONSORED
RETRO PABST BLUE RIBBON MARQUEE...
**$49.00**
Free shipping




pabst blue ribbon sign Saturdays
**$49.95**



pabst blue ribbon sign
**$77.95**

Staples Sites 20+ Employees Your Store: Clawson, MI Open 8am - 9pm Weekly Ad

Search for all your business needs

Reorder Account Connect

Products Services & Solutions Deals Business Expertise Membership

Home > Shredders, Projectors & Office Machines > Label Makers & Tapes > Label Makers > DYMO LabelManager 280 Rechargeable Handheld Label Maker

Item #: 758966 | Model #: 1815990

Features | Images



Rollover image to zoom in



View all

# DYMO LabelManager 280 Rechargeable Handheld Label Maker

121 Reviews Add to List Share:

Special Buy | Details
$20.00 Instant Savings

Regular: $59.99 Each
Special financing available

Delivered by Thu, Dec 06
with Next-Day Delivery

**$39.99**
33% Savings

1-Hour Pick Up
None available at:
Clawson, MI, 1129 West 14 Mile Rd.
Check other stores

$39.99
33% Savings

Add a Protection Plan | 2 available starting at $5.19

Qty: 1 ADD TO CART

**Staples memberships could save you more** | Learn More

eligible Sign out

**Product Details**

- Portable handheld label maker for organizing on the go
- Print speeds of 15 millimeters per second for fast label creation
- Thermal printing technology produces sharp text and images

Go to full description & specifications

Frequently Bought Together Supplies & Accessories Product Description & Specifications Reviews

## Frequently Bought Together



DYMO LabelManager 280 Rechargeable Handheld Label Maker
(121)
$39.99 $59.99

DYMO® 45010 High-Performance Permanent Self-
(10)
Add $14.99

Square Trade Inc. 3 Year Electronics Basic Protection
(1)
Add $14.99

$39.99
Total price

ADD 1 ITEM TO CART

Drag to view all products in bundle

**EXHIBIT 1 - PAGE 374 OF PAGE 453**

#229

Hi! Sign in

Sell My eBay

ebay Search for anything All Categories ▼

eBay Collectibles Advertising Food & Beverage Distillery Merchandise & Memorabilia Other Distillery Memorabilia

Share

# GENUINE PATRON XO SHOT SPILL MAT




$ 2.99

..ipping

Thursday, Dec 13 from Rio
New Mexico

l condition

ay returns - Buyer pays return

*N XO CAFE SHOT SPILL.*
*ndition."*

description

ils

Buy It Now

Add to cart

Watch

Sold by
grandra61_2 (638)
99.6% Positive feedback
Contact seller

## Best Selling in Other Distillery Memorabilia



Sailor Jerry Harley Davidson Legends...

Trending Price
$17.47 New
---- Used



Hennessy Very Special Deluxe Limited Edition...

Trending Price
$39.99 New
---- Used

## You may also like

EXHIBIT 1 - PAGE 375 OF PAGE 453

#230

Free Shipping on all orders over $50, CODE: SHIP50.

Home // // Corona Extra Bar Mat

CORONA EXTRA

# Corona Extra Bar Mat

$21.99

Write a Review




EXHIBIT 1 - PAGE 376 OF PAGE 453

#231

San Jamar - Bar Condiment Holder



Picture may include options or accessories that are not included.

## Non-Chilled Garnish Tray, 15-1/8"W x 5-3/4"D x 3-1/2"H, 5 pint inserts with a

Model Number: SNJ-B4155LRD

$49.39

PRICE MATCH

#232

FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

My Account | Contact Us | Sign In | $0.00

ULINE 1-800-295-5510

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Facilities Maintenance > Trash Cans > Brute® Trash Cans

# Rubbermaid® Brute® Trash Can - 55 Gallon, Gray



Tough trash cans that handle your heaviest loads.

- Heavy-duty plastic construction resists denting, bending and cracking.
- Molded-in handles make lifting easy.
- Vented side channels for easy trash liner removal.
- USDA compliant. NSF certified.
- Use recommended Clear and Black Liners.
- Brute® Trash Can Lid and Dolly available.

More Images

| MODEL NO. | DESCRIPTION | SIZE H x D | WT. (LBS.) | PRICE EACH 1 | 3 | 5+ | ADD TO CART |
|---|---|---|---|---|---|---|---|
| H-1047GR | 55 Gallon | 33 x 26" | 18 | $75 any quantity | | | 1 ADD |

Additional Info Accessories Email Page Add to Favorites Request a Catalog

EXHIBIT 1 - PAGE 378 OF PAGE 453

#235



# Dresden Swivel Bar Stool Black

There are no reviews yet. | Write a review

**FREE Shipping On This Item!**

~~Retail: $447.00~~

$298.00

#237







Save to Favorites

Exclusive

Hampton Bay

# 40,000 BTU Stainless Steel Propane Gas Patio Heater

★★★★☆ (93) Write a Review

$149.00 /each

#237

My Account | Contact Us | Sign In | Cart $0.00

ULINE 1-800-295-5510

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Facilities Maintenance > Outdoor Furniture and Equipment > Wooden Picnic Tables

# Deluxe A-Frame Wooden Picnic Table - 6'



All-American classic. For parks, walking paths and picnic areas. Made in the USA.

- No splintering or rough edges. Pre-sanded finish. Easily paint or stain.
- Pressure-treated 2 x 6" pine boards resist termites, fungus and rot.
- Rust-resistant hardware included.

More Images

| MODEL NO. | DESCRIPTION | SIZE L x W x H | WT. (LBS.) | PRICE EACH | | ADD TO CART |
|---|---|---|---|---|---|---|
| | | | | 1 | 4+ | |
| H-6102 | 6' A-Frame | 72 x 59 x 28" | 185 | $259 | $239 | 1 ADD |

SHIPS UNASSEMBLED VIA MOTOR FREIGHT

Additional Info | Email Page | Add to Favorites | Request a Catalog

#238

GLOBAL globalindustrial.com a Systemax business

Call us 7 days a week 1.888.978.7759 Click to Chat

Log In | View Cart | Conta

## SIMILAR PRODUCTS

Shop Categories | Help | We'come Log In Account Tools | (0) Lists | All

Return to Category List | Home | Outdoor & Grounds Maintenance | Outdoor Ashtrays | Free Standing Ashtrays | Floor Stanc

Glaro Deluxe 3-1/2" Dia. x 42"H Floor
Item #: T9FB1902432
Not Yet Rated
$214.95

Glaro Value-Max 3" Dia. x 43-1/2"H
Item #: T9FB1902142
Not Yet Rated
$137.95

Glaro Value-Max 3" Dia. x 43"H Surface
Item #: T9FB1902217
Not Yet Rated
$137.95

Frost Free Standing Smoking Station - 920
Item #: T9FB1735760
Not Yet Rated
$313.95

Glaro Deluxe 3-1/2" Dia. x 42"H Surface
Item #: T9FB1902404
Not Yet Rated
$210.95

prev See all 22 items in product family next

## Rubbermaid® Smokers Pole, Black 4"Dia. x 42-1/2"H, FGR1BK

Item #: T9FB53493 Email Print

Ships same day.

2 reviews | Write a review

List Price: ~~$330.34~~ Save up to 40%

Price: $ 202.00

Click image to enlarge

### Frequently Purchased Together

| | | |
|---|---|---|
| 5-Bike Wave Bike Rack, Black, Flange Mount (23) Add $81.95 | Heavy-Duty Scrubber Entrance Mat 36x60 (24) Add $43.95 | Global Industrial™ Outdoor Metal Waste Receptacle - 36 (23) Add $407.95 |

Product Information | Photo/Video Gallery | Customer Review | Product Q&A | Accessories

Rubbermaid® Smokers Pole, Black 4"Dia. x 42-1/2"H, FGR1BK
Oxygen restricted design and durable aluminum construction add to this simple space saving solution to control smokers' waste. Recessed extinguishing screen prevents ashes from falling to the ground. Weather resistant Black powder coated finish.

Product Specifications

| | |
|---|---|
| CAPACITY GALLONS | 0/0 |
| COLOR FINISH | Black |
| BRAND | Rubbermaid Commercial |
| CONSTRUCTION | Aluminum |
| DESCRIPTION | Smokers Pole |
| DIAMETER INCHES | 4 |
| HEIGHT INCHES | 41 |
| MANUFACTURERS PART NUMBER | FGR1BK |
| STYLE | Free Standing |
| WEIGHT LBS | 24 |
| ASHTRAY TYPE | Free Standing |




Have A Question About This Product?
0 Question | 0 | Answer
Read All Q&A Ask a Question

EXHIBIT 1 - PAGE 382 OF PAGE 453

#239

Daily Deals - View Details

Honeywell | Store

VIEW CART

Search: Product, Keywords

Search Now

HOME | PRODUCTS ↓ | ORDER STATUS | SOCIAL BUZZ | CUSTOMER SERVICE ↓

« Home / Products / Commercial Products / Media Air Cleaners

# Honeywell F118C1009 Commercial Ceiling Mount Media Air Cleaner with 95% DOP Filter, Two 7lbs CPZ Filters and One Prefilter



Efficient Coanda airflow and energy-savings

Availability: In Stock

Regular Price: ~~$2,019.95~~
**Price: $1,615.95**
**You Save: $404.00**

ADD TO CART

EXHIBIT 1 - PAGE 383 OF PAGE 453

#241

Find It here...
Search

Home / Porter 02295 Competition Volleyball Net, 32' x 39"





# Porter 02295 Competition Volleyball Net, 32' x 39"

**Anthem Part # A25-386**

| | |
|---|---|
| Retail | $349.95 |
| You Save | $55.00 |

**$294.95** (ea)

**FEATURES**

- 32' x 39"
- Competition-grade net
- 47' top cable, 1/4" diameter
- Top hem is furnished with a Kevlar aramid fiber cord
- Fits 34' - 36' 6" sleeve spacing
- 4" square black netting
- #24 nylon cord
- Sewn-on tensioning straps with locking buckles
- Fiberglass dowels
- Bottom rope net tensioning device
- Looped rope on one end to attach to tie-off upright
- Opposite end is unfinished for direct attachment to net tensioning device
- Fits Powr-Rib II, Powr-Line, Powr-Trak and Economy net systems
- Compatible with all Porter indoor volleyball systems
- Meets USAV, NCAA and NFHS requirements

Description
Brand
Additional Info

Description

This Porter competition volleyball net has superior quality construction making this heavy-duty net ideal for Porter's competition volleyball systems. In this design, the top hem is furnished with Kevlar, a high-strength aramid fiber cord. The top rope cable is 1/4" in diameter made of nylon braided cord with the Kevlar core yarn and measures 47' long. The net is 32' x 39' and made of heavy 4" square black netting with #24 nylon cord. This net fits various floor sleeve spacing, offers sewn-on tensioning straps, fiberglass dowels, locking buckles, and a bottom rope net tensioning device. The universal cable will fit any indoor Porter volleyball system using the universal winch.

Brand

| | |
|---|---|
| BRAND | Porter |
| MANUFACTURER PART # | 02295-630 |

Additional Info

Specifications/Drawings

#242

AJJ CORNHOLE

FAQs Contact Us Checkout

MENU

Thousands of Designs Available!

MY CART

Holiday Shipping Deadlines

Need help? 1-888-504-7112

Cornhole Sets

- Classic Sets
- Stained Cornhole Sets
- Personalized Sets
- Custom Cornhole Boards
- Tabletop Sets
- NCAA Tabletop Sets

Licensed Cornhole Sets

- Licensed NCAA Sets
- Def Leppard Cornhole Sets
- Journey Cornhole Sets
- KISS Cornhole Sets
- Moonpie Cornhole Sets
- ZZ Top Cornhole Sets

Specialty Cornhole Sets

- Military / Service Sets
- Flag Sets
- Patriotic Sets
- Wedding Sets
- Seasonal Sets
- Sports & Outdoors Sets
- State Flag Sets
- Themed Sets
- National Parks Sets
- Water & Vacation Sets

Home » Cornhole Sets » Licensed Cornhole Sets » NCAA Cornhole Sets » App State Cornhole Sets



Hover to zoom

Product ID 110-AppStateStriped

Price: $199.99

## App State Mountaineers Striped Cornhole Set

**This officially licensed cornhole set comes ready to play with 8 bags!**

The decal is printed vinyl and finished with a clear coat polyurethane to protect your boards for years of Cornhole! All sets are made using a premium 2x4 frame and 1/2" sanded plywood playing surface. Each set has folding 2x4 legs secured with galvanized bolts.

List Price: $224.99

You save $25.00

Upgrade to Team Logo Bags? Please Select...

Accessory Add On? Choose an Acces

Accessory Add On? Choose an Acces

Add to cart

CHAT WITH A CUSTOMER SERVICE REPRESENTATIVE ONLINE

EXHIBIT 1 - PAGE 3

#243

UP TO 45% OFF SELECT TOOLS + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >

LOWE'S Open until 10PM! Southfield Lowe's

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

Item # 416440 Model # 90010RD

# Oakland Living 80-Quart Steel Beverage Cooler

No Reviews ☆☆☆☆☆

Have an opinion? Help others decide. **Write a Review**

Community Q&A **View Now**



**$215.40**

- Perfect for any small space, or to accent a larger space
- 2 locking wheels for safety
- Bottle opener and cap catch; rear drain for easy clean up

**Ships to Store FREE**

Ready for pickup: Estimated by 12/12/2018

**FREE Shipping**

Ready for delivery: Estimated on 12/12/2018



Get 5% OFF* EVERY DAY or 6 Months Special Financing**

*,**Offer subject to credit approval and cannot be combined with other credit offers. Minimum purchase required. Exclusions apply.

GET DETAILS

#245

FREE SHIPPING NO MINIMUM PURCHASE Details

Chat My Account Help Track Order

DICK'S SPORTING GOODS Shop Departments | Holiday Deals & More Search Find a Store Weekly Ad

FREE SHIPPING NO MINIMUM PURCHASE Online Only. Exclusions Apply. Details

Home › Shop By Sport › Yard Games › Cornhole › Bags › Wild Sports Recreation Cornhole Bean Bags

# Wild Sports Recreation Cornhole Bean Bags

★★★☆☆ 3.1 (20)

$19.99



Qty: 1

Ship To Me

Not available in store at TROY

Change Store

ADD TO CART

1/1

Available to ship.
Standard Ground Service Available

**Product Information:** Pro Tips

The Wild Sports® Recreation Cornhole Bean Bags are constructed with a blend of heavy-duty polyester and nylon fabric for long-lasting use at tailgates, backyard parties, and outdoor events. The Recreation Cornhole Bean Bags are filled with river rock and weigh 12 ounces. The set includes 8 bean bags coming in colors blue and red. Bring the competition with the Wild Sports® Recreation Cornhole Bean Bags.

**FEATURES:**

- Set of 8 bean bags
- Features heavy-duty polyester and nylon fabric blend
- Made with river rock filling
- Includes 4 blue and 4 red bean bags
- Weight: 12 oz.
- Dimensions: 5" x 5"

- Brand: Wild Sports
- Country of Origin: Imported
- Style: BBB8G-1

Web ID: 16WISURCRTNBNBG12STG
SKU: 16576784

You May Also Like



Wild Sports Authentic Cornhole 16 oz. Bean Bags
★★★★★ (17)
$29.99



Wild Sports Authentic Cornhole 16 oz. Bean Bags
★★★★★ (44)
$19.99



Wild Sports Stars and Stripes Cornhole Bean Bags
★★★★★ (26)
$29.99



Wild Sports Pro Series Cornhole Bean Bags
★★★★★ (32)
$39.99

Feedback

★★★☆☆ 3.1 | 20 Reviews

EXHIBIT 1 - PAGE 387 OF PAGE 453

#246

All Month Long: Free Shipping on EVERYTHING!

Search Account Cart

Furniture Lighting Rugs & Windows Decor Bed & Bath Outdoor Tabletop & Kitchen



# Pre-Lit Floral Arrangement in Basket

129

$59.99

~~$89.99~~ 33% Off

FREE 2-Day Shipping

Get it by Fri, Dec 7! Order within 2 hrs 18 mins

Ship To: 48075

ADD TO CART

See Full Details

## Similar Faux Florals Below

Sort by Recommended

Flower Color | Flower Material | Flower Species | Flower Category

Overall Height | See All Filters

1- or 2-Day Shipping to 48075 Arrives Before Dec 24 641 Results

Google Express Search Google Express

Home › Home & Garden › Lawn & Garden › Gardening & Landscaping › Pots, Planters & Benches › Pots & Planters

You're shopping in 48034
For more accurate pricing and availability, please provide your zip code.

THAT'S CORRECT CHANGE ZIP

# Real Wood Products Co B100 1/2Oak Barrel Planter

197 reviews

Lowest price

Sold by Esbenshades
Free returns for 30 days

DEAL: 20% OFF YOUR FIRST ORDER

;89.99

Add to cart




1% off your first order, up to $20 with code
)LIDAY18. Expires Dec 31 2018. Exclusions apply.
ɪe Terms.

Google Express
ɔogle Express works with Esbenshades to
ake checkout easy and protect your order.
ɜarn more

**Your Stores**
Many stores, one fast checkout

**Free delivery**
On orders above the store minimum

**No memberships**
No annual fees, just fast shopping

#248

My Account | Contact Us | Sign In | Cart $0.00

ULINE 1-800-295-5510

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Facilities Maintenance > Trash Cans > Brute® Trash Cans

# Rubbermaid® Brute® Trash Can - 55 Gallon, Gray



Tough trash cans that handle your heaviest loads.

- Heavy-duty plastic construction resists denting, bending and cracking.
- Molded-in handles make lifting easy.
- Vented side channels for easy trash liner removal.
- USDA compliant. NSF certified.
- Use recommended Clear and Black Liners.
- Brute® Trash Can Lid and Dolly available.

More Images

| MODEL NO. | DESCRIPTION | SIZE H x D | WT. (LBS.) | PRICE EACH 1+ | 3+ | 5+ | ADD TO CART |
|---|---|---|---|---|---|---|---|
| H-1047GR | 55 Gallon | 33 x 26" | 18 | $75 any quantity | | | 1 ADD |

Additional Info Accessories Email Page Add to Favorites Request a Catalog

EXHIBIT 1 - PAGE 390 OF PAGE 453

#249

# Red 3/4" x 100' Non-Collapsible Rubber Hose (Brass Garden Hose Couplings)





Price: **$236.67**

Free Shipping On Orders Over $100

Item Number: 75B3100GHT
Availability: Limited Stock - Only 7 Left In Stock
Weight: 50.00 Lbs

- **Made in the USA**
- Hose Inside Diameter Size - 3/4 Inches
- Hose Outside Diameter Size - 1 1/4 Inches
- Hose Length - 100 feet (Approximately)
- Male Coupling - Brass Garden Hose Threads (GHT)
- Swivel Female Coupling - Brass Garden Hose Threads (GHT)
- The Female Coupling Will Only Connect To A Male Garden Hose Threads (GHT)
- Compatible Nozzle - Garden Hose Threads (GHT) only
- Hose Cover - Red Synthetic Rubber
- Color - Red
- Liner - Nitrile Synthetic Rubber
- Maximum Working Pressure - 300 PSI
- Temperature Range - 20F - 190F

This Goodyear non-collapsible utility booster hose assures all around dependable service, years of trouble free use and adequate reinforcement for pump pressures to 300 PSI. This good quality, economical general purpose booster hose (aka Red Line) is the traditional hard rubber hose. Made in the USA!

**Applications**

- Lightweight firefighting needs
- Rapid deployment
- Booster Hose Reels

**WARNING:** This product can expose you to chemicals including Lead, which is known to the State of California to cause cancer/birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov

**Download Spec Sheet**

EXHIBIT 1 - PAGE 391 OF PAGE 453

#250

My Account | Contact Us | Sign In | Cart $0.00

ULINE 1-800-295-5510

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Facilities Maintenance > Fire Protection > Fire Extinguishers

# Fire Extinguisher - Class ABC, 10 lb



RECHARGEABLE

Easy to order and cost efficient, so you are always prepared.

- Smother wood, plastic, liquids, and electrical fires.
- Steel cylinder contains monoammonium phosphate dry chemical.
- Fire Extinguisher Signs, Tags and Additional Storage Options available.
- Cannot ship via air/next day.

More Images

| MODEL NO. | CAPACITY | UL RATING | SIZE W x D x H | PRICE EACH | | ADD TO CART |
|---|---|---|---|---|---|---|
| | | | | 1 | 3+ | |
| S-9874 | 10 lbs. | 4A:80B:C | 8 x 5 x 21" | $91 | $88 | 1 ADD |

Additional Info Parts Email Page Add to Favorites Request a Catalog

#251



Traeger Pro Series
Required

This item is not eligible for

Be the f

Select: **Blue**

Select Shipping: **Standa**

White Glove Delivery | Sta

**$1,299.95**

*Unlimited Flat Rate Delive*

1

**PRICE MATCH GUARAN**

ONLY AVAILABLE ONLIN

**SHIP THIS ITEM**
This item is only availabl



Easy, hassle-free return
Learn More

Earn $25 in reward doll
Williams Sonoma Credit

SHARE YOUR STYLE | #MYWILLIAMSSONOMA

Add A Photo

#MYWILLIAMSSONOMA

## SUMMARY

Headquartered in Salt L
cooking with their conve
a combination of natural
technology, Traeger gril
conventional oven with t
barbecue. The Select Pr

STAY CONNECTED

#252

Shop Sweetwater | inSync | SweetCare | Events | Careers | Used Gear

Sweetwater®

MENU

Search for sweet gear

10 Reasons to Shop at Sweetwater

Studio & Recording / Studio Monitors / Active Monitors

# Yamaha HS7 6.5" Powered Studio Monitor - Black

21 reviews | Write your review | **Item ID: HS7**

**$299.99** (each)

Sweetwater Savings: $99.01 MSRP: $399.00

Or make 3 easy payments

**FREE Shipping** | **FREE Tech Support** | **FREE 2-year Warranty**

Special Financing - Ends Dec 31

**Or just $9/month§ for 36 months**

0% interest for 36 months**. 36 equal monthly payments required. Valid through 12/31/2018. Learn more

✔ **In Stock!** Available for immediate delivery!

ADD TO CART Qty 1 ♡ ADD TO LIST

**Model:**

HS5 | **HS7** | HS8

**Color:** Black

**Share this with your friends:**

# SUPPLIES

**REICH'S ROAD HOUSE LLC**
**W5521 MAIN STREET**
**SHELDON, WI 54766**

**DATE OF LOSS: AUGUST 7, 2018**

**SUPPLIES**

| Item # | Description | Qty | Unit Cost | Total Cost | Documentation |
|---|---|---|---|---|---|
| 1 | RECEIPT PAPER | 1 | 139.99 | 139.99 | Internet |
| 2 | CASE WHITE 30 GALLON GARBAGE BAGS | 1 | 71.00 | 71.00 | Internet |
| 3 | CASE BLACK 50 GALLON GARBAGE BAGS | 1 | 77.00 | 71.00 | Internet |
| 4 | CASE GUEST CHECKS | 1 | 71.98 | 71.98 | Internet |
| 5 | TO GO CONTAINERS, WAX PAPER, ZIPLOC BAGS, PLASTIC WRAP, TIN FOIL, TOOTHPICKS | 1 | 500.00 | 500.00 | Per Insured |
| 6 | SPICES | 1 | 400.00 | 400.00 | Per Insured |
| 7 | Case of plastic 16oz to go cups | 1 | 80.00 | 80.00 | Internet |
| 8 | Case of plastic 8oz to go cups | 2 | 139.00 | 278.00 | Internet |
| 9 | Case of 1oz plastic shot cups | 2 | 63.99 | 127.98 | Internet |
| 10 | Case of plastic neon straws | 2 | 41.99 | 83.98 | Internet |
| 11 | Case of stir straws | 2 | 13.49 | 26.98 | Internet |
| | | | | | |
| | Sub Total | | | $ 1,850.91 | |
| | | | | | |
| | Tax | | | $ 101.80 | |
| | | | | | |
| | Freight | | | $ 74.04 | |
| | | | | | |
| | **Total** | | | **$ 2,026.75** | |
| | | | | | |

Office DEPOT.
OfficeMax

## Office Depot® Brand Thermal Paper Rolls, 3 1/8" x 273', White, Carton Of 50 Item # 818638

$139.99 carton

Select an option
One-Time Delivery
Subscription Delivery

Free next business day delivery
Order in the next 3 hours 29 minutes and get it Tuesday, October 16





FILED
08-08-2019
Clerk of Circuit Court
Rusk County, Wisconsin
2019CV000065

#2

ULINE 1-800-295-5510

My Account | Contact Us | Sign In

Search

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Facilities Maintenance > Trash Liners / Bags > Uline Industrial Trash Liners

# Uline Trash Liners - 20-30 Gallon, 1.5 Mil, Clear



More Images

LINEAR LOW DENSITY

Don't "mess" with lightweight, flimsy trash bags.

- Premium linear low density - Provides excellent puncture and tear resistance.
- Handles heavy items and sharp corners without tearing.
- Strongest trash bags on the market - Made with premium resins.
- Star seal bottom.
- HEAVY STRENGTH: For boxes, wood and heavier scraps.
- Fits H-1854, H-2175 and H-2893 trash cans.

| MODEL NO. | DIM. W x H | CAPACITY | MIL | STRENGTH | QTY./ CTN. | PRICE PER CARTON | | | LBS./ CTN. | ADD TO CART |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 3 | 6+ | | |
| S-7682 | 30 x 36" | 20-30 Gallon | 1.5 | Heavy | 250 | $71 | $69 | $67 | 28 | 1 ADD |

Additional Info Email Page Add to Favorites Request a Catalog

#3

My Account | Contact Us | Sign In | Cart $0.00

ULINE 1-800-295-5510

Search GO

Products Uline Products Quick Order Catalog Request Special Offers About Us Careers

Home > All Products > Facilities Maintenance > Trash Liners / Bags > Uline Industrial Trash Liners

# Uline Trash Liners - 55-60 Gallon, 2 Mil, Clear



More Images

**LINEAR LOW DENSITY**

Don't "mess" with lightweight, flimsy trash bags.

- Premium linear low density - Provides excellent puncture and tear resistance.
- Handles heavy items and sharp corners without tearing.
- Strongest trash bags on the market - Made with premium resins.
- Star seal bottom.
- HEAVY STRENGTH: For boxes, wood and heavier scraps.

| MODEL NO. | DIM. W x H | CAPACITY | MIL | STRENGTH | QTY./ CTN. | PRICE PER CARTON | | | LBS./ CTN. | ADD TO CART |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 3 | 6+ | | |
| S-15538 | 38 x 58" | 55-60 Gallon | 2.0 | Heavy | 100 | $77 | $75 | $73 | 29 | 1 ADD |

Additional Info Email Page Add to Favorites Request a Catalog

#4

FREE SHIPPING ON ORDERS OVER $99

MENU

ACCOUNT CONTACT CART

BE THE FIRST TO WRITE A REVIEW

Write a review

Royal

# TAN CARBONLESS GUEST CHECKS-2 PART BOOKED

Case of 40 Books

Item #GM8120480

MPN #GC4997-2B

Price **$71.98**

| Buy in bulk and save! | | |
|---|---|---|
| | Buy 5-9 | $69.11 each |
| | Buy 10-14 | $67.37 each |
| | Buy 15+ | $65.69 each |

QTY

1

ADD TO CART

LOGIN TO REDEEM POINTS

Availability: Ships same day if ordered before 2pm EST / 11am PST

Specifications

- Dimensions: 4.2" x 8.5"
- 15 lines, pivot points
- Colors Available: Tan
- Wrap around cover to prevent write through, Lined back for beverages
- 50 checks per book, 40 books per case (2,000 checks in total)